UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC.

                  Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE COMPANY,

                  Defendant.

---

Civ. No.:

**DEFENDANT'S
RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, WESTCHESTER FIRE INSURANCE COMPANY, certifies as follows:

    Westchester Fire Insurance Company is a wholly-owned subsidiary of ACE USA, Inc. ACE USA, Inc. is a wholly-owned subsidiary of ACE US Holdings, Inc. ACE US Holdings, Inc. is a wholly-owned subsidiary of ACE Group Holdings, Inc. and ACE Group Holdings, Inc. is a wholly-owned subsidiary of Chubb Limited, formerly named ACE Limited.

    ACE Limited completed its acquisition of Chubb Corporation earlier in January 2016 and changed its name to Chubb Limited. The names of Chubb Limited subsidiaries may be changed to substitute "Chubb" for "ACE."

    Chubb Limited is the ultimate parent of Westchester Fire Insurance Company and is the only entity within the Chubb Group of Companies that is traded in any public exchange. Chubb Limited trades on the New York Stock Exchange under the ticker symbol "CB."

Dated: New York, New York
January 26, 2016

                                        COZEN O'CONNOR

By:    /s/ John J. Sullivan
John J. Sullivan
45 Broadway Atrium, Suite 1600
New York, NY 10006
P: 212-453-3729
F: 646-461-2073
JSullivan@cozen.com
*Attorneys for Defendant*
*Westchester Fire Insurance Company*