AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC. ) <br> *Plaintiff* ) <br> v. ) <br> WESTCHESTER FIRE INSURANCE COMPANY ) <br> *Defendant* ) | Case No. CC420/16 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, MONADNOCK CONSTRUCTION, INC.

Date: 02/01/2016

*Attorney's signature*

Judah D. Greenblatt, JG6759
*Printed name and bar number*

Two University Plaza
Hackensack, NJ 07601
*Address*

jgreenblatt@greenblattlesser.com
*E-mail address*

(201) 342-6262
*Telephone number*

(201) 342-8848
*FAX number*