# Court Order on Case Filing

Case number __CV16-420__

Magistrate Judge __SCANLON__

Treat under Local Rule 72.2 _____

Court respectfully requests expedition by the Magistrate Judge __✓__

Case Manager:

set a conference before me as soon as possible after appearance ____.

set a conference before me ____ days from today's date _____.

set a conference before me on case control promptly upon completion of discovery as certified by the magistrate judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged ✓ _____.

Plaintiff and a knowledgeable person for the defendant shall appear at the conference __✓__.

Respectfully referred to the Magistrate Judge for:
_____
_____

_/s/ Jack B. Weinstein_
Jack B. Weinstein
Sr. U.S. District Judge

Date: __2/2/16__

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 04 2016 ★ BROOKLYN OFFICE