UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., | Case No.: 16 CIV. 00420 (JBW) |
| Plaintiff, | ECF Case |
| -against- | **OBJECTIONS AND** |
| | **DEMAND FOR** |
| | **COMPLAINT** |
| WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendant. | |

------------------------------------------------------------X

Defendant WESTCHESTER FIRE INSURANCE COMPANY (hereinafter

"Defendant"), by its attorneys, COZEN O'CONNOR, P.C., pursuant to Federal Rule of

Civil Procedure 81, responds herein to the Summons with Notice, dated December 22,

2015, initially filed by Plaintiff MONADNOCK CONSTRUCTION, INC. (hereinafter

"Plaintiff") in New York Supreme Court, Kings County, as follows:

New York Civil Practice Law and Rules ("CPLR") § 3011 sets forth the types of

pleadings permitted in New York state court practice.  Pleadings include a complaint, an

answer, and a reply, *not* a Summons with Notice. CPLR § 3011.  Under CPLR § 3012(b),

if a Plaintiff does not serve a complaint with a summons, as the Plaintiff did not do when

it filed its Summons with Notice, the Defendant may serve a written demand for a

complaint.

Accordingly, and given that Plaintiff has not filed a complaint to which Defendant could respond with an answer, Defendant hereby demands a formal complaint and objects, under Federal Rule of Civil Procedure 81, to proceeding on the basis of a Summons with Notice.

The Summons with Notice filed by Plaintiff is not a complaint under either New York or federal law, and it does not describe claims with sufficient particularity to enable Defendant to respond and determine its defenses.  Even if Plaintiff's Summons with Notice were a complaint, its statements fail to state any legal claim or wrongful act by Defendant.  Accordingly, Defendant would deny each and every allegation even if it were filed and served as a complaint.

**WHEREFORE**, defendant  WESTCHESTER  FIRE  INSURANCE  COMPANY respectfully demands that Plaintiff serve upon Defendant a complaint and reserves its right to assert its defenses in its answer to a proper complaint.

DATED:   NEW YORK, NEW YORK
               FEBRUARY 8, 2016


                              COZEN O'CONNOR

                         By:   /s/ John J. Sullivan
                              John J. Sullivan
                              45 Broadway Atrium, Suite 1600
                              New York, NY 10006
                              P: 212-453-3729
                              F: 646-461-2073
                              JSullivan@cozen.com

2

*Attorneys for Defendant*
*Westchester Fire Insurance Company*


TO:   Judah D. Greenblatt
       GREENBLATT LESSER LLP
       The Chanin Building
       122 East 42nd Street, 31st Floor
       New York, New York 10168
       Telephone:   212-682-9832

       Howard Kleinhendler
       WACHTEL MISSRY, LLP
       885 Second Avenue
       New York, New York 10168
       Telephone: 212-909-9522

       *Attorneys for Plaintiff*
       *Monadnock Construction, Inc.*