UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

      v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

Case No. 1:16-cv-420 (JW)

TO:   Clerk of Court
       United States District Court
       Eastern District of New York

The undersigned attorneys, duly admitted to practice before this Court, respectfully request the Clerk to note their appearances in the above-captioned action as counsel for Plaintiff Monadnock Construction, Inc. and add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

                                                   Respectfully submitted

Dated: March 1, 2016

                                                   WACHTEL MISSRY LLP

                                                   By: _____
                                                   Howard Kleinhendler
                                                   Jocelyn M. Weinstein
                                                    885 Second Avenue
                                                   New York, NY 10017
                                                   (212) 909-9500
                                                   hkleinhendler@wmllp.com
                                                   jweinstein@wmllp.com
                                                   *Attorneys for Plaintiff*
                                                   *Monadnock Construction, Inc.*