UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

     v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

**DEMAND FOR JURY TRIAL**

Case No. 1:16-cv-420 (JW)

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Monadnock Construction, Inc. demands a trial by jury in this action of all issues so triable.

Dated: March 2, 2016
       New York, New York

                                               WACHTEL MISSRY LLP

                                             By: _____
                                             Howard Kleinhendler
                                             Jocelyn M. Weinstein
                                             885 Second Avenue
                                             New York, NY 10017
                                             (212) 909-9500
                                             hkleinhendler@wmllp.com
                                             jweinstein@wmllp.com
                                             *Attorneys for Plaintiff*
                                             *Monadnock Construction, Inc.*