UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

      and

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

Case No. 1:16-cv-420 (JW)

TO:   Clerk of Court
        United States District Court
        Eastern District of New York

The undersigned attorneys, duly admitted to practice before this Court, respectfully request the Clerk to note their appearances in the above-captioned action as counsel for Plaintiff Monadnock Construction, Inc. and add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

Dated: March 3, 2016
       New York, New York

                                Respectfully submitted,

                                Greenblatt Lesser LLP
                                Attorneys for Plaintiff
                                Monadnock Construction, Inc.

                                By: _____
                                    Judah D. Greenblatt, Esq. (JDG6759)
                                The Chanin Building
                                122 East 42nd Street, 31st Floor
                                New York, NY 10168
                                (212) 682-9832