UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                 Plaintiff,

v.

WESTCHESTER FIRE INSURANCE COMPANY,

                 Defendant.

Case No. 1:16-cv-420 (JW)

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Monadnock Construction, Inc. ("Monadnock") states that Monadnock is a privately held company with no corporate parent, and no public company owns any of its stock.

WACHTEL MISSRY LLP

By: /s/ Howard Kleinhendler
Howard Kleinhendler
885 Second Avenue
New York, NY 10017
(212) 909-9500
hkleinhendler@wmllp.com

-and-

GREENBLATT LESSER LLP
Judah D. Greenblatt
The Chanin Building
122 East 42nd Street, 31st Floor
New York, NY 10168
(212) 682-9832
jgreenblatt@greenblattlesser.com