UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

Case No.  1:16-cv-420 (JW)

TO:    Clerk of Court
          United States District Court
          Eastern District of New York

The undersigned attorneys, duly admitted to practice before this Court, respectfully request the Clerk to note their appearances in the above-captioned action as counsel for Plaintiff Monadnock Construction, Inc. and add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted

Dated:  March 10, 2016

                WACHTEL MISSRY LLP

                By:/s/ Jocelyn Weinstein
                Jocelyn M. Weinstein
                885 Second Avenue
                New York, NY 10017
                (212) 909-9500
                jweinstein@wmllp.com
                *Attorneys for Plaintiff*
                *Monadnock Construction, Inc.*