

Howard Kleinhendler
Partner

212 909-9522  DIRECT TEL
212 909-9417  DIRECT FAX

hkleinhendler@wmllp.com

**WACHTEL** MISSRY

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

March 11, 2016

**By ECF**
Hon. Vera M. Scanlon
United States Courthouse
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, NY 11201

Re:  Monadnock Construction, Inc. v. Westchester Fire Insurance Company
     E.D.N.Y. Case No. 16-CV-420 (VMS)

Your Honor:

We represent plaintiff Monadnock Construction, Inc. ("Monadnock") in the above entitled action. Pursuant to Your Honor's Initial Conference Order dated February 25, 2016, may this letter serve as Monadnock's notice that defendant Westchester Fire Insurance Company has not filed an answer or other response as of three business days prior to the March 16, 2016 Initial Conference.

Respectfully submitted,

Howard Kleinhendler

047842-002/00022375-1