UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC.

                Plaintiff,

vs.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

---

Civil Action No. 16-cv-00420-JBW

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

To:    Howard Kleinhendler, Esq.
        WACHTEL MISSRY, LLP.
        885 Second Avenue, 47th Floor
        New York, NY
        (212) 909-9500
        hkleinhendler(@wmllp.com

        and

        Judah D. Greenblatt
        GREENBLATT LESSER LLP
        The Chanin Building
        122 East 42"d Street, 3P1 Floor
        New York, NY 10168
        (212) 682-9832
        jgreenblatt@greenblattlesser .com

PLEASE TAKE NOTICE that upon annexed affirmation of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Cozen O'Connor and a member in good standing of the Bars of the States of Pennsylvania and Florida, as attorney *Pro Hac Vice* to argue or try this case in whole or in part as counsel for defendant Westchester Fire Insurance Company. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: New York, NY
       March 25, 2016

                                              Respectfully Submitted,

                                      By: */s/ Robert Boote*
                                            Robert Boote, Esq,
                                            COZEN O'CONNOR
                                            200 Four Falls Corporate Center, Suite 400
                                            West Conshohocken, PA 19428
                                            T: 215-665-4630
                                            RBoote@cozen.com