UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC.

                       Plaintiff,

vs.

WESTCHESTER FIRE INSURANCE COMPANY,

                       Defendant.

Civil Action No. 16-cv-00420-JBW

**AFFIRMATION OF ROBERT BOOTE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

**Robert Boote, Esq.**, an attorney duly admitted to practice before the Courts of the States of Pennsylvania and Florida, hereby affirms the following statements to be true, under the penalty of perjury:

1. I am a Member with the law firm of Cozen O'Connor.

2. I submit this affirmation in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of Pennsylvania and Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Westchester Fire Insurance Company.

Dated: New York, NY
March 25, 2016

Respectfully Submitted,

By:   /s/ Robert Boote
Robert Boote, Esq,
COZEN O'CONNOR
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428
T: 215-665-4630
RBoote@cozen.com



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Robert M. Boote, Esq.*

**DATE OF ADMISSION**

*April 26, 1971*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 11, 2016

*John W. Person Jr.*

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**ROBERT MCLAURIN BOOTE**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **May 30, 1985**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 15, 2016.*

*Clerk of the Supreme Court of Florida.*