UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC.

                        Plaintiff,

vs.

WESTCHESTER FIRE INSURANCE COMPANY,

                        Defendant.

Civil Action No. 16-cv-00420-JBW

**[PROPOSED] ORDER GRANTING ADMISION TO PRACTICE PRO HAC VICE**

---

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Robert Boote is permitted to argue or try this particular case in whole or in part as counsel for defendant Westchester Fire Insurance Company.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: _____

                                                        _____
                                                        United States District/ Magistrate Judge

Cc: Robert Boote
     Court File