UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

               Plaintiff,

     -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

               Defendant.

-------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**DECLARATION OF JOHN J.
SULLIVAN**

     I, **JOHN J. SULLIVAN ESQ.**, an attorney duly admitted to practice before the Courts of

the State of New York, declare under the penalty of perjury that the following is true and

accurate:

     1.     I am a member of Cozen O'Connor, attorneys for defendant Westchester Fire

Insurance Company.

     2.     A copy of Plaintiff's Summons with Notice, filed on December 22, 2015 in the

New York Supreme Court, Kings County, is annexed hereto as Exhibit A.

     3.     A copy of Plaintiff's Complaint, filed on January 26, 2016 in this Court, is

annexed hereto as Exhibit B.

Dated: New York, New York
       April 4, 2016

                        By:      /s/ John J. Sullivan
                                 JOHN J. SULLIVAN, ESQ.