UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

              Plaintiff,

    -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

              Defendant.

-------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**[PROPOSED] ORDER
GRANTING DEFENDANT'S
MOTION TO DISMISS THE
COMPLAINT**

## **[PROPOSED] ORDER**

This _____ day of _____, 2016, upon consideration of Defendant Westchester Fire Insurance Company's Motion to Dismiss the Complaint and Memorandum of Law in Support thereof, and any response thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

                        **SO ORDERED.**

                        _____

                        **JACK B. WEINSTEIN, U.S.D.J.**