# GREENBLATT LESSER LLP

ATTORNEYS AT LAW
122 EAST 42ND STREET
31ST FLOOR
NEW YORK, NEW YORK 10168

(212) 682-9832 • FAX: (212) 867-9319
WEBSITE: www.greenblattlesser.com

JUDAH D. GREENBLATT ++
ROBERT I. LESSER **

OF COUNSEL
GERSHON D. GREENBLATT ΔΔ
CLAUDIO B. BERGAMASCO **
LYNN ABELSON LIEBMAN *
 * ADMITTED IN NY
 ** ADMITTED IN NY AND NJ
 ++ ADMITTED IN NY, NJ AND CT
 ΔΔ ADMITTED IN NY, NJ, PA AND CA

April 6, 2016

NEW JERSEY OFFICE
......
TWO UNIVERSITY PLAZA
SUITE 511
HACKENSACK, NJ 07601
TEL (201) 342-6262
FAX (201) 342-8848

United States District Court
Eastern District of New York
225 Cadman Plaza, 505 North
Brooklyn, NY 11201
Attn: Hon. Magistrate Judge Vera M. Scanlon

    Re: Monadnock Construction Inc. v. Westchester Fire Insurance Company
        Case No.: 16-CV-00420 (JBW)

Dear Magistrate Scanlon:

    Currently, my firm, Greenblatt Lesser LLP, is co-counsel with Wachtel Missry LLP for plaintiff Monadnock Construction Inc. ("Monadnock"). Please accept this letter in lieu of a more formal motion to withdraw as co-counsel for Monadnock in the above matter.

    I declare under the penalty of perjury that the following is true and accurate. The above matter was initially commenced in the Supreme Court of the State of New York, County of Kings on December 22, 2015 by Summons with Notice. Subsequently, on January 26, 2016, John Sullivan of Cozen O'Connor, attorneys for defendant Westchester Fire Insurance Company ("WFIC") filed a Notice of removal to this court. A complaint was filed by the plaintiff on March 1, 2016 and a few days ago, on April 4, 2016, defendant filed a pre-answer motion to dismiss.

    The current arrangement regarding representation of plaintiff by 2 law firms, Greenblatt Lesser LLP and Wachtel Missry LLP, is no longer desired. My firm wishes to withdraw as co-counsel of record for plaintiff, Monadnock. Greenblatt Lesser LLP, Wachtel Missry LLP and Monadnock all consent to the withdrawal of Greenblatt Lesser LLP as CO-counsel for Monadnock. Wachtel Missry LLP will remain the sole law firm representing Monadnock in this action. I have spoken with John Sullivan of Cozen O'Connor, attorneys for defendant WFIC and he has no objection to the withdrawal of my firm as co-counsel for plaintiff Monadnock. The

GREENBLATT LESSER LLP

withdrawal will not affect deadlines in the March 20, 2016 Initial Scheduling Order or the briefing schedule for defendant WFIC's Motion to Dismiss.

It is respectfully requested that this Court grant the within Motion to Withdraw and issue an Order permitting and confirming the withdrawal of Greenblatt Lesser LLP as co-counsel of record for plaintiff Monadnock. Attached is a proposed Order.

Dated: New York, New York
April 6, 2016

Greenblatt Lesser LLP

By: _____
Judah D. Greenblatt (JDG 6759)