UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

      and

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------------X

**PROPOSED ORDER GRANTING GREENBLATT LESSER LLP'S MOTION TO WITHDRAW AS CO-COUNSEL FOR MONADOCK**

Case No. 1:16-cv-00420 (JBW)

## PROPOSED ORDER

This _____ day of _____, 2016, upon consideration of Greenblatt Lesser LLP's Motion to Withdraw as co-attorney of record for plaintiff Monadnock Construction, Inc., and any response thereto, it is hereby ORDERED that Greenblatt Lesser LLP's Motion to Withdraw is hereby GRANTED and Greenblatt Lesser LLP is hereby removed as co-attorney of record for Monadnock Construction, Inc..

Dated: April 6, 2016
      New York, New York

                                    SO ORDERED.

                                    _____
                                    VERA M. SCANLON, U.S.D.J.