UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

– against –

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

**SCHEDULING ORDER**
16-CV-0420

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 1 2 2016 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The hearing on defendant's motion to dismiss (ECF No. 20) currently scheduled for April 26, 2016 is adjourned to May 11, 2016, at 10:00 a.m. in Courtroom 10 B South. An individual from each party with personal knowledge of the facts at issue shall be present in person.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

April 11, 2016
Brooklyn, New York

