

Howard Kleinhendler
Partner

212 909-9522 DIRECT TEL
212 909-9417 DIRECT FAX

hkleinhendler@wmllp.com

(p) (212) 909-9535
(f) (212) 909-9443
jweinstein@wmllp.com

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

April 13, 2016

**VIA ECF**
Hon. Jack B. Weinstein
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **Monadnock Construction, Inc. v. Westchester Fire Insurance Company
Case No. 16-CV-00420**

Your Honor:

We represent plaintiff Monadnock Construction, Inc. ("Monadnock") in the above-entitled action. In anticipation of the May 11, 2016 hearing on defendant Westchester Fire Insurance Company's, ("WFIC") motion to dismiss, we requested that counsel for WFIC agree to an amended briefing schedule. Counsel for WFIC agreed to an amended schedule, and both parties respectfully propose the following:

- Monadnock's response in opposition will be filed by April 26, 2016; and

- WFIC's reply in support of its motion will be filed by May 6, 2016.

Respectfully submitted,

Howard Kleinhendler

047842-002/00028757-1