# EXHIBIT E



March 16, 2015

Glasswall, LLC
3550 N.W. 49th Street
Miami, FL 33142
Attn: Mr. Ugo Colombo, Chairman

Re: (a) Agreement between Monadnock Construction, Inc. ("Monadnock) and Glasswall, LLC ("Glasswall") dated January 3, 2013 for the project known as HPS "Parcel A" (Bond No. K08840295); (b) Agreement between Monadnock and Glasswall dated January 3, 2013 for the project known as HPS "Parcel B" (Bond No. K08840258) (collectively, the "Agreements"); and (c) Agreement to Amend Contracts dated April 4, 2014 (the "Amendment Agreement").

## NOTICE OF TERMINATION

This letter shall serve as written Notice of Termination of the Agreements, pursuant to Article 7.2.1 of the Agreements, for the failure to cure the defaults specified in the March 4, 2015 Notice of Default.

Please be guided accordingly.

Very truly yours,

Monadnock Construction Inc.

By: _____
Greg Bauso, Senior Vice President

cc: Henry Minissale, Westchester Fire Insurance Company/Ace USA
Frank Monterisi, The Related Companies, LP
Michael Trovini, The Related Companies, LP



March 16, 2015

**Via Email and Fed Ex**
Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA  18505-0525
Henry Minissale, claims

Re: (a) Performance Bond No. K08840258 dated February 11, 2013 regarding the project known as HPS "Parcel B" 1-55 Borden Avenue, Long Island City, New York and (b) Performance Bond No. K08840295 dated February 12, 2013 regarding the project known as HPS "Parcel A" 1-50 50th Avenue, Long Island City, New York (collectively, the "Bonds").

## PERFORMANCE BONDS SECTION 3.2 NOTICE

Dear Mr. Minissale:

Enclosed herewith is a copy of a Notice of Termination we sent Glasswall, LLC ("Glasswall") earlier today. This letter shall serve as notification to Westchester Fire Insurance Company ("WFIC") pursuant to section 3.2 of the above referenced Bonds that Glasswall's January 3, 2013 Agreements ("Agreements") with Monadnock Construction, Inc. ("Monadnock") relating to the HPS Parcels A and B projects ("Projects") are terminated.

Since the issuance to Glasswall of the Monadnock March 4, 2015 Notice of Default, Glasswall has not cured the defaults specified therein. Unfortunately, Glasswall remains in default of its contractual obligations.

Glasswall has paid the balance of the Agreements price in accordance with the terms of the Agreements, as amended. Glasswall requests that WFIC promptly take action pursuant to Section 5 of the Bonds so as not to delay the completion of the Projects.

We reserve our rights under the Agreements, as amended, and the Bonds. This letter is written without prejudice to and without waiver, estoppel or modification of any

or all of Monadnock's common law, Agreements and/or Bonds rights, remedies and defenses, legal or equitable, whether expressly mentioned herein or not, all of which remain reserved.

Very truly yours,

Monadnock Construction Inc.

By: _____
Greg Bauso, Senior Vice President

cc: Ugo Colombo, Glasswall, LLC
    Frank Monterisi, HPS