## CERTIFICATE OF SERVICE

This is to certify that the foregoing MONADNOCK CONSTRUCTION INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was furnished by email and U.S. mail to:

>John Joseph Sullivan
>Cozen & O'Connor
>277 Park Avenue
>New York, NY 10172
>212-883-4924
>Email: jsullivan@cozen.com
>
>Robert Mclaurin Boote
>Cozen O'Connor
>200 Four Falls Corporate Center
>Po Box 800
>West Conshohocken, PA 19428
>215-665-4630
>Email: rboote@cozen.com

This 13th Day of May, 2016

*/s/Howard Kleinhendler*

Howard Kleinhendler