**CERTIFICATE OF SERVICE**

This is to certify that the foregoing MONADNOCK CONSTRUCTION INC.'S FIRST SET OF INTERROGATORIES was furnished by email and U.S. mail to:

> John Joseph Sullivan
> Cozen & O'Connor
> 277 Park Avenue
> New York, NY 10172
> 212-883-4924
> Email: jsullivan@cozen.com
>
> Robert Mclaurin Boote
> Cozen O'Connor
> 200 Four Falls Corporate Center
> Po Box 800
> West Conshohocken, PA 19428
> 215-665-4630
> Email: rboote@cozen.com

This 13th Day of May, 2016

*/s/Howard Kleinhendler*

Howard Kleinhendler