DATE 5/11/16

BEFORE JUDGE Weinstein     AT 10:00 A.M/~~P.M.~~

C/R ~~or ECR~~ A. Frisolone     MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV16-420

Title: Monadnock Construction Westchester Fire Ins.

(Pltff.) (Deft.) _____ motion for Dismissal

Appearances: For Pltff. Howard Kleinhendler

For Deft. John Sullivan

✓ Case called. ____ Parties sworn. ____ Evidentiary hearing held.

✓ Counsel for all sides present.

____ Counsel for _____ not present.

✓ Motion argued. ____ Motion Granted ____ Motion Denied.

✓ Decision reserved.

____ Order to be submitted by _____.

____ Case adjourned to _____ for _____

____ Other _____