UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant. | STATUS REPORT <br><br> Case No. 1:16-cv-420 (JW) |

      Pursuant to Magistrate Judge Vera Scanlon's September 26, 2016 Status Report Order, plaintiff Monadnock Construction, Inc. ("Monadnock") reports[1] that the American Arbitration Association arbitration between Monadnock Construction, Inc. and Glasswall, LLC is proceeding. The hearing is scheduled to commence on November 14, 2016 and to end on December 19, 2016. After post-trial briefing, Monadnock expects a decision at some time in the first quarter of 2017.

Dated: October 11, 2016
       New York, New York

                                                                WACHTEL MISSRY LLP

                                                                By: /s/_____
                                                                 Howard Kleinhendler
                                                                 Jocelyn M. Weinstein
                                                                 885 Second Avenue
                                                                 New York, NY 10017
                                                                 (212) 909-9500
                                                                 hkleinhendler@wmllp.com
                                                                jweinstein@wmllp.com
                                                                 *Attorneys for Plaintiff*
                                                                 *Monadnock Construction, Inc.*

---

[1] In advance of filing the instant report, plaintiff's counsel attempted to contact defendant's counsel by email. Defendant's counsel did not respond.