UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

STATUS REPORT

Case No.  1:16-cv-420 (JW)

Pursuant to Magistrate Judge Vera Scanlon's September 26, 2016 Status Report Order, Monadnock Construction, Inc. ("Monadnock") and Westchester Fire Insurance Company ("WFIC") jointly report that the American Arbitration Association ("AAA") arbitration between Monadnock and Glasswall, LLC is continuing with final hearing dates scheduled for February 27th and 28th, 2017.  Thereafter the parties will submit post-hearing briefs addressing the voluminous record of testimony and exhibits.  The parties expect a decision from the AAA panel several months after the close of hearings.

Dated:  January 31, 2017
       New York, New York

| | |
|---|---|
| WACHTEL MISSRY LLP | COZEN O'CONNOR |
| By: /s/_____<br>Howard Kleinhendler<br>Jocelyn M. Weinstein<br>885 Second Avenue<br>47th Floor<br>New York, NY 10017<br>(212) 909-9500<br>hkleinhendler@wmllp.com<br>jweinstein@wmllp.com<br>*Attorneys for Plaintiff*<br>*Monadnock Construction, Inc.* | By: /s/_____<br>Robert Mclaurin Boote<br>200 Four Falls Corporate Center<br>Suite 400<br>West Conshohocken, PA 19428<br>(215) 665-4630<br>rboote@cozen.com<br>*Attorneys for Defendant*<br>*Westchester Fire Insurance Company* |