UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

    v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

STATUS REPORT

Case No.  1:16-cv-420 (JW)

      Pursuant to Magistrate Judge Vera Scanlon's February 1, 2017 Status Report Order, Monadnock Construction, Inc. ("Monadnock") and Westchester Fire Insurance Company ("WFIC") jointly report that the American Arbitration Association ("AAA") arbitration hearings between Monadnock and Glasswall, LLC have concluded.  The parties' post hearing briefs are due May 1, 2017 and their replies are due on May 31, 2017.  The parties expect a decision from the AAA panel no later than July 15, 2017.

Dated:  March 31, 2017
        New York, New York

| WACHTEL MISSRY LLP | COZEN O'CONNOR |
|---|---|
| By: /s/_____<br>Howard Kleinhendler<br>Jocelyn M. Weinstein<br>885 Second Avenue<br>47th Floor<br>New York, NY 10017<br>(212) 909-9500<br>hkleinhendler@wmllp.com<br>jweinstein@wmllp.com<br>*Attorneys for Plaintiff*<br>*Monadnock Construction, Inc.* | By: /s/_____<br>Robert Mclaurin Boote<br>200 Four Falls Corporate Center<br>Suite 400<br>West Conshohocken, PA 19428<br>(215) 665-4630<br>rboote@cozen.com<br>*Attorneys for Defendant*<br>*Westchester Fire Insurance Company* |