UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

    v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

STATUS REPORT

Case No.  1:16-cv-420 (JW)

---

      Pursuant to Magistrate Judge Vera Scanlon's April 3, 2017 Status Report Order, Monadnock Construction, Inc. ("Monadnock") and Westchester Fire Insurance Company ("WFIC") jointly report that the American Arbitration Association panel (the "Panel") presiding over the arbitration between Monadnock and Glasswall, LLC adjourned the originally-scheduled due date for their post-hearing reply briefs from May 31, 2017, as was reported to the Court in the parties' March 31, 2017 joint status report, to June 9, 2017.  The Panel has 45 days from that date to issue a decision.  Accordingly, the parties expect a decision from the Panel no later than July 24, 2017.

Dated:  June 15, 2017
       New York, New York

WACHTEL MISSRY LLP

By: /s/_____
Howard Kleinhendler
Jocelyn M. Weinstein
885 Second Avenue, 47th Floor
New York, NY 10017
(212) 909-9500
hkleinhendler@wmllp.com
jweinstein@wmllp.com
*Attorneys for Plaintiff*
*Monadnock Construction, Inc.*

COZEN O'CONNOR

By: /s/_____
Robert Mclaurin Boote
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428
(215) 665-4630
rboote@cozen.com
*Attorneys for Defendant*
*Westchester Fire Insurance Company*

047842-002/00083856-1