UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

v.

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

STATUS REPORT

Case No. 1:16-cv-420 (JW)

      Pursuant to Magistrate Judge Vera Scanlon's June 16, 2017 Status Report Order, Monadnock Construction, Inc. ("Monadnock") and Westchester Fire Insurance Company ("WFIC") jointly report that, on July 17, 2017, the American Arbitration Association panel (the "Panel") presiding over the arbitration between Monadnock and Glasswall, LLC ("Glasswall") conducted a conference call with Monadnock and Glasswall to discuss certain issues. After that call, the Panel issued a formal confirmation that the arbitration hearings were closed, and advised that it would issue a decision 45 days from that date, August 31, 2017.

Dated: July 28, 2017
       New York, New York

WACHTEL MISSRY LLP

By: /s/_____
Howard Kleinhendler
Jocelyn M. Weinstein
885 Second Avenue, 47th Floor
New York, NY 10017
(212) 909-9500
hkleinhendler@wmllp.com
jweinstein@wmllp.com
*Attorneys for Plaintiff*
*Monadnock Construction, Inc.*

COZEN O'CONNOR

By: /s/_____
Robert Mclaurin Boote
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428
(215) 665-4630
rboote@cozen.com
*Attorneys for Defendant*
*Westchester Fire Insurance Company*