UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,            Case No.: 16 CIV. 00420 (JBW)
                                                                                       ECF Case

                  Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE              **DEFENDANT'S AMENDED**
COMPANY,                                                       **RULE 7.1 CORPORATE**
                                                               **DISCLOSURE STATEMENT**

                  Defendant.
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, WESTCHESTER FIRE INSURANCE COMPANY ("WFIC"), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

WFIC is a Pennsylvania corporation and a wholly owned subsidiary of Chubb US Holdings, Inc., a Delaware corporation. Chubb Limited, a Swiss corporation, is the ultimate, indirect parent of WFIC and the only publicly traded entity (NYSE "CB"). Chubb Limited does not directly own any stock of WFIC.

Dated:   New York, New York
             September 8, 2017

                                                            COZEN O'CONNOR

                                         By:    /s/ John J. Sullivan
                                                 John J. Sullivan
                                                 45 Broadway Atrium, Suite 1600
                                                 New York, NY 10006
                                                 P: 212-453-3729
                                                 F: 646-461-2073
                                                 JSullivan@cozen.com

                                                 Robert McL. Boote*

*Admitted Pro Hac Vice*
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

*Attorneys for Defendant*
*Westchester Fire Insurance Company*

TO:

Howard Kleinhendler
Jocelyn Weinstein
WACHTEL MISSRY LLP
885 Second Avenue
New York, NY 10017
P: 212-909-9500
F: 212-909-9430
kleinhendler@wmllp.com
jweinstein@wmllp.com

*Attorneys for Plaintiff*
*Monadnock Construction, Inc.*

2