UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,        Case No.: 16 CIV. 00420 (JBW)
                                     ECF Case
           Plaintiff,

     -against-

WESTCHESTER FIRE INSURANCE           **THIRD-PARTY SUMMONS**
COMPANY,

           Defendant.
------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

           Third-Party Plaintiff,

     -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

           Third-Party Defendants.
------------------------------------------------------------X

TO:   Glasswall, LLC
      1550 Biscayne Blvd, Suite 300
      Miami, Florida 33132

      Ugo Colombo
      5020 North Bay Road
      Miami, Florida 33140

      Sara Jayne Kennedy Colombo
      5020 North Bay Road
      Miami, Florida 33140

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the defendant and third-party plaintiff an answer to the attached complaint or a motion under Rule

12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff or its attorney, whose name and address are:

    John J. Sullivan
    45 Broadway Atrium, Suite 1600
    New York, NY 10006
    P: 212-453-3729
    F: 646-461-2073
    JSullivan@cozen.com

    Robert McL. Boote*
    *Admitted Pro Hac Vice
    Suite 400, 200 Four Falls Corporate Center
    P.O. Box 800
    West Conshohocken, PA 19428
    P: 215-665-4630
    F: 215-701-2424
    RBoote@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:                                    DOUGLAS C. PALMER
                                            *CLERK OF COURT*

                                            _____
                                            *Signature of Clerk or Deputy Clerk*