**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 9/19/2017

Case: __Monadnock__

Civ. A. __16__-__420__ ( )(VMS)

**ECF Recording in 504N:**   ☒ Telephone Conference   ☐ In-person Conference

__1038 - 1122__

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☒ Status Conference ☒ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☒ Rule 26(a) disclosures, incl. supplements __updates__  10/31/17
☒ Document requests to be served   11/30/17
☒ Interrogatories to be served   11/30/17
☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer        ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed

☒ **Status conference**         Date: 11/15/17  Time: 10 AM
   ☐ In person ☒ Telephone (718) 613-2300   To be organized by: __π__

☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ **Joint letter confirming discovery is concluded**
☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ **Settlement Conference**         Date:        Time:

Page 1 of 3

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Monadnock Construction    Civ. A. 16-420

Date: 9/19/2017

**Additional Orders:**

π to amend complaint by 10/3/17

π to bring motion to confirm by October 3, 2017; Δ to oppose by Oct. 17, 2017; π to reply by Oct 31, 2017. The parties may consent.

Δ to bring motion for summary judgment by a date to be set at next conference.

Δ to serve third-party complaint (note: third-parties may be in Miami) as soon as is practical: Oct. 27, 2017

Δ to file the PI motion with the District Judge within 5 days of service of 3d party complaint on all parties, including the Columbus

Page 2 of 3

Case: Morendrock  Civ. A. 16-420

Date: 9/19/2017

**Additional Orders:**

Counsel for Glasswell does not yet represent the Columbos, and may note.

Note: There is Florida litigation pending against the Columbos which may lead to a stay motion.

The Clerk's Office is requested to issue the 3rd party summonses.