UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,   Case No.: 16 CIV. 00420 (JBW)
                                ECF Case
       Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE   **THIRD-PARTY SUMMONS**
COMPANY,

       Defendant.
------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

       Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

       Third-Party Defendants.
------------------------------------------------------------X

TO:   Glasswall, LLC
       1550 Biscayne Blvd, Suite 300
       Miami, Florida 33132

       Ugo Colombo
       5020 North Bay Road
       Miami, Florida 33140

       Sara Jayne Kennedy Colombo
       5020 North Bay Road
       Miami, Florida 33140

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the defendant and third-party plaintiff an answer to the attached complaint or a motion under Rule

12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff or its attorney, whose name and address are:

>John J. Sullivan
>45 Broadway Atrium, Suite 1600
>New York, NY 10006
>P: 212-453-3729
>F: 646-461-2073
>JSullivan@cozen.com
>
>Robert McL. Boote*
>*Admitted Pro Hac Vice
>Suite 400, 200 Four Falls Corporate Center
>P.O. Box 800
>West Conshohocken, PA 19428
>P: 215-665-4630
>F: 215-701-2424
>RBoote@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated:  9/20/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

_/s/ C. Barrett_____
*Signature of Clerk or Deputy Clerk*