UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.
------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.
------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**NOTICE OF RETURN OF SERVICE OF THIRD PARTY SUMMONS AND COMPLAINT UPON GLASSWALL, LLC**

    **PLEASE TAKE NOTICE** that appended hereto is a Return of Service Affidavit showing service of the Third Party Summons and Third Party Complaint of Westchester Fire Insurance Company upon Third-Party Defendant Glasswall, LLC.

Dated:   New York, New York
           September 29, 2017

                                                  COZEN O'CONNOR

                            By:   /s/ John J. Sullivan
                                 John J. Sullivan
                                 45 Broadway Atrium, Suite 1600
                                 New York, NY 10006
                                 P: 212-453-3729
                                 F: 646-461-2073
                                 JSullivan@cozen.com

Robert McL. Boote*
*Admitted Pro Hac Vice*
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

*Attorneys for Defendant*
*Westchester Fire Insurance Company*

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Eastern NY

Case Number: 1:16-CV-00420-JBW-VMS

Plaintiff:
**MONADNOCK CONSTRUCTION, INC.,**

vs.

Defendant:
**WESTCHESTER FIRE INSURANCE COMPANY,**

For:
John J Sullivan
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY 10006

Received by DLE Process Servers, Inc on the 20th day of September, 2017 at 1:15 pm to be served on **Glasswall, Llc, 1550 Biscayne Blvd, Suite 300, Miami, FL 33132**.

I, Christopher Mas, do hereby affirm that on the **21st day of September, 2017** at **11:16 am, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Third-Party Summons, Third-Party Complaint, and Exhibits.** with the date and hour of service endorsed thereon by me, to: **Lily Escobar** as **Front desk** for **Arthur Murphy, REGISTERED AGENT** on behalf of **Glasswall, Llc** and informing said person of the contents therein, in compliance state statutes.

**Additional Information pertaining to this Service:**
Service attempted 9/20/2017 at 3:35 pm and as per Lily, front desk, she stated Mr. Art, registered agent was not in the office and she could not accept service. Service re-attempted 9/21/2017 at 11:16am and service was left with Llily Escobar after explaining content of the paperwork. Pursuant to Fla Stat 48.062 and Rule 4(h) of the Federal Rules of Civil Procedure.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Christopher Mas**
1623

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2017027281

9/21/17
11:70am
Lily
Escobar
CM#
1623

RUSH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,   Case No.: 16 CIV. 00420 (JBW)
                                ECF Case
                 Plaintiff,

        -against-

WESTCHESTER FIRE INSURANCE       **THIRD-PARTY SUMMONS**
COMPANY,

                 Defendant.
-----------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                 Third-Party Plaintiff,

        -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

                 Third-Party Defendants.
-----------------------------------------------------------X

TO:   Glasswall, LLC
      1550 Biscayne Blvd, Suite 300
      Miami, Florida 33132

      Ugo Colombo
      5020 North Bay Road
      Miami, Florida 33140

      Sara Jayne Kennedy Colombo
      5020 North Bay Road
      Miami, Florida 33140

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the defendant and third-party plaintiff an answer to the attached complaint or a motion under Rule

12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff or its attorney, whose name and address are:

John J. Sullivan
45 Broadway Atrium, Suite 1600
New York, NY 10006
P: 212-453-3729
F: 646-461-2073
JSullivan@cozen.com

Robert McL. Boote*
*Admitted Pro Hac Vice
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: 9/20/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

__/s/ G. Barrett__
*Signature of Clerk or Deputy Clerk*