UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,                 Case No.: 16 CIV. 00420 (JBW)
                                              ECF Case
                        Plaintiff,

        -against-

WESTCHESTER FIRE INSURANCE                    **NOTICE OF RETURNS**
COMPANY,                                      **OF SERVICE OF THIRD**
                                              **PARTY SUMMONS AND**
                        Defendant.            **COMPLAINT UPON**
-------------------------------------------------------------X   **UGO COLOMBO**

WESTCHESTER FIRE INSURANCE
COMPANY,

                        Third-Party Plaintiff,

        -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                        Third-Party Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that appended hereto are Returns of Service Affidavits

showing service of the Third Party Summons and Third Party Complaint of Westchester Fire

Insurance Company upon Third-Party Defendant Ugo Colombo pursuant to Federal Rule of Civil

Procedure 4(e)(1) and Rules 308 and 313 of the New York Civil Practice Law and Rules.

Pursuant to Rule 308, service is complete ten days after the filing hereof.

Dated:   New York, New York
         September 29, 2017


                                COZEN O'CONNOR


                        By:   ___/s/ John J. Sullivan___
                              John J. Sullivan
                              45 Broadway Atrium, Suite 1600

New York, NY 10006
P: 212-453-3729
F: 646-461-2073
JSullivan@cozen.com

Robert McL. Boote*
*Admitted Pro Hac Vice
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

Attorneys for Defendant
Westchester Fire Insurance Company

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Eastern NY

Case Number: 1:16-CV-00420-JBW-VMS

Plaintiff:
**MONADNOCK CONSTRUCTION, INC.,**

vs.

Defendant:
**WESTCHESTER FIRE INSURANCE COMPANY,**

For:
John J Sullivan
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY 10006

Received by DLE Process Servers, Inc on the 20th day of September, 2017 at 1:32 pm to be served on **Ugo Colombo, 5020 North Bay Road, Miami, FL 33140**.

I, Kenny Gallego, do hereby affirm that on the **27th day of September, 2017** at **9:06 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Third-Party Summons, Third-Party Complaint, and Exhibits.** with the date and hour of service endorsed thereon by me, to: **Bozena Doe ( Refused last name )** as **Head Of Housekeeping** at the address of: **5020 North Bay Road, Miami, FL 33140**, the within named person's usual place of **Abode**, who is eighteen ( 18 ) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
At the time of service, head of housekeeping came out and stated Mr. Colombo is not in town.  She then called Rene, property manager, and he told her to accept service only if no signature was required.  Bozena took the documents but refused to provide her last name.

On 9/26/2017, a copy of the summons and third party complaint was mailed to Ugo Colombo by First Class Mail to 5020 N Bay Road, Miami, FL in a plain envelope which was marked PERSONAL AND CONFIDENTIAL and it did not indicate that the communication was from an attorney or concerned a legal action

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'4, Weight: 140, Hair: D.Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Kenny Gallego**
Process Server 2080

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2017027283

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

     -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
-------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

     -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

                Third-Party Defendants.
-------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**THIRD-PARTY SUMMONS**

RUSH

9/27/17
9.06am

Bozeng
K#62080

TO:    Glasswall, LLC
        1550 Biscayne Blvd, Suite 300
        Miami, Florida 33132

        Ugo Colombo
        5020 North Bay Road
        Miami, Florida 33140

        Sara Jayne Kennedy Colombo
        5020 North Bay Road
        Miami, Florida 33140

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the defendant and third-party plaintiff an answer to the attached complaint or a motion under Rule

12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff or its attorney, whose name and address are:

> John J. Sullivan
> 45 Broadway Atrium, Suite 1600
> New York, NY 10006
> P: 212-453-3729
> F: 646-461-2073
> JSullivan@cozen.com
>
> Robert McL. Boote*
> *Admitted Pro Hac Vice
> Suite 400, 200 Four Falls Corporate Center
> P.O. Box 800
> West Conshohocken, PA 19428
> P: 215-665-4630
> F: 215-701-2424
> RBoote@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: 9/20/2017



DOUGLAS C. PALMER
*CLERK OF COURT*

/s/ *C. Barett*
*Signature of Clerk or Deputy Clerk*