UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,            Case No.: 16 CIV 00420 (JBW)(VMS)
                Plaintiff,            ECF Case

     -against-

WESTCHESTER FIRE INSURANCE
COMPANY,
                Defendant.
----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,
                Third-Party Plaintiff,

     -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,
                Third-Party Defendants.
----------------------------------------------------------------X

## NOTICE OF MOTION
## TO CONFIRM ARBITRATION AWARD

      PLEASE TAKE NOTICE that Plaintiff Monadnock Construction, Inc., through its undersigned counsel, will move this Court, before the Honorable Vera M. Scanlon, United States Magistrate Judge, at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza, East, Brooklyn, New York, on a date and time to be designated by the Court, upon the Declaration of Howard Kleinhendler, Esq., sworn to October 3, 2017, and the documents and exhibits attached thereto, and the accompanying memorandum of law, and all prior pleadings and proceedings herein, for an Order pursuant to 9 U.S.C § 9 or, alternatively, N.Y. CPLR § 7510, confirming the arbitration award rendered on August 30, 2017 by arbitrators Thomas J. Rossi, Michael O. Renda and Susanna S. Fodor in the American Arbitration Association proceeding *Monadnock Construction, Inc. v. Glasswall, LLC*, Case No. 02-15-00002-8160.

047842-002/00097035-1

Pursuant to the September 19, 2017 scheduling order of Judge Scanlon in the instant proceeding, third-party defendant Glasswall, LLC's opposition, if any, is due October 17, 2017, and plaintiff's reply is due October 31, 2017.

Dated: New York, New York
      October 3, 2017

Respectfully submitted,

WACHTEL MISSRY LLP

By: _____
Howard Kleinhendler, Esq.
Evan Weintraub, Esq.
Jocelyn Weinstein, Esq.
885 Second Avenue
New York, NY 10017
(212) 909-9500
hkleinhendler@wmllp.com
weintraub@wmllp.com
jweinstein@wmllp.com

*Attorneys for Plaintiff*
*Monadnock Construction, Inc.*

TO:    Glasswall, LLC
        1550 Biscayne Blvd., Suite 300
        Miami, Florida 33132

        Ugo Colombo
        5020 North Bay Road
        Miami, Florida 33140

        Sara Jayne Kennedy Colombo
        5020 North Bay Road
        Miami, Florida 33140

        John Joseph Sullivan, Esq.
        Robert Mclaurin Boote, Esq.
        Cozen & O'Connor
        277 Park Avenue,

New York, NY 10172
*Attorneys for Defendant*
*Westchester Fire Insurance Company*