# EXHIBIT D



150 East 42nd Street
New York, NY 10804
Telephone: (212)484-4188
Fax: (212)286-0383

August 30, 2017

**<u>Via Email Only</u>**
Howard Kleinhendler, Esq.
Wachtel Missry LLP
One Dag Hammarskjold Plaza
885 2nd Avenue
47th Floor
New York, NY 10017-2200
Via Email to: HKleinhendler@wmllp.com

James P. Cinque
Cinque & Cinque, P. C.
845 Third Avenue
Suite 1400
New York, NY 10022
Via Email to: CINQUE845@aol.com

**Case Number: 02-15-0002-8160**

**Monadnock Construction, Inc.**
**-vs-**
**Glasswall, LLC**

Dear Parties:

By direction of the Arbitrators attached please find the duly executed Award in the above matter. Please remember there is to be no direct communication with the Arbitrators. All communication shall be directed to the AAA.

A financial reconciliation has been conducted and each party will receive a separate financial accounting for this matter. Any refunds will be processed as soon as possible and any party with an outstanding balance will continue to receive monthly invoices until the balance is paid in full.

Note that the financial reconciliation reflects costs as they were incurred during the course of the proceeding. Any apportionment of these costs by the arbitrator, pursuant to the Rules, will be addressed in the award and will be stated as one party's obligation to reimburse the other party for costs incurred. Any outstanding balances the parties may have with the AAA for the costs incurred during the arbitration proceedings remain due and payable to the AAA even after the final award is issued, and regardless of the arbitrator's apportionment of these costs between the parties in the award.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

We appreciate the opportunity to assist you in resolving your dispute. As always, please do not hesitate to

contact me if you have any questions.

Sincerely,
*Mia Levi*

Mia Levi, Esq.
Director of ADR Services
Direct Dial: (646)240-4624
Email: MiaLevi@adr.org
Fax: (212)286-0383