IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

    -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.

---------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

    -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants.

---------------------------------------------------------------X

Case No.: 16 CIV 00420 (JBW)(VMS)
ECF Case

**CERTIFICATE OF SERVICE**

      Jocelyn M. Weinstein, an attorney duly admitted to practice law in the State of New York, affirms and declares under the penalty of perjury:

      I am not a party to this action, am over 18 years of age, and am employed as an Associate at Wachtel Missry LLP.

      On October 4, 2017, I served a copy of plaintiff Monadnock Construction, Inc.'s Motion to Confirm Arbitration Award by sending a copy along with its supporting papers via Federal Express Overnight mail, tracking # 770421437600, in properly addressed wrappers to counsel for Glasswall LLC, Cinque & Cinque, P.C., James P. Cinque, Esq., at 845 Third Ave., Suite 1400, New York, New York 10022, and by email at cinque845@aol.com.

Dated: New York, New York
        October 4, 2017

                                                      Jocelyn M. Weinstein, Esq.
                                                      Wachtel Missry LLP
                                                        885 Second Avenue
                                                        47th Floor
                                                        New York, NY 10016
                                                        (212) 909-9500
                                                        jweinstein@wmllp.com

047842-002/00097332-1