UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,      Case No.: 16 CIV. 00420 (JBW)
   ECF Case

       Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,      **NOTICE OF APPEARANCE**

       Defendant.
------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

       Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

       Third-Party Defendants.
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Alexander J. Selarnick of the law firm of Cozen O'Connor, located at 45 Broadway Atrium, Suite 1600, New York, New York 10006, hereby appears as counsel for Defendant/Third-Party Plaintiff WESTCHESTER FIRE INSURANCE COMPANY in the above matter and requests that all papers and pleadings be served on him.

Dated: New York, New York      Respectfully Submitted,
      October 17, 2017

                                           /s/ Alexander J. Selarnick   .
                                      COZEN O'CONNOR
                                      Alexander Selarnick
                                      45 Broadway Atrium, Suite 1600
                                      New York, New York 10006
                                      (212) 453-3740
                                      ASelarnick@cozen.com

To all parties via ECF