UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,     Case No.: 16 CIV 00420 (JBW)(VMS)
                                   Plaintiff,     ECF Case

          -against-

WESTCHESTER FIRE INSURANCE     **NOTICE OF APPEARANCE AND**
COMPANY,     **REQUEST FOR ELECTRONIC**
                                   Defendant.     **NOTIFICATION**
-------------------------------------------------------------X
                                                     Case No.  1:16-cv-420 (JW)

WESTCHESTER FIRE INSURANCE
COMPANY,
                              Third-Party Plaintiff,
          -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,
                              Third-Party Defendants.
-------------------------------------------------------------X

TO:     Clerk of Court
          United States District Court
          Eastern District of New York

         The undersigned attorneys, duly admitted to practice before this Court, respectfully request the Clerk to note their appearances in the above-captioned action as counsel for Plaintiff Monadnock Construction, Inc. and add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

047842-002/00022268-1

                                                        Respectfully submitted

Dated:  October 17, 2017

                                                        WACHTEL MISSRY LLP


                                                        By:/s/ Evan Weintraub
                                                        Evan Weintraub
                                                        885 Second Avenue
                                                        New York, NY 10017
                                                        (212) 909-9500
                                                        weintraub@wmllp.com
                                                        *Attorneys for Plaintiff*
                                                        *Monadnock Construction, Inc.*