UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
MONADNOCK CONSTRUCTION INC.

v

WESTCHESTER FIRE INSURANCE
COMPANY
------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY

v

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO
UGO COLOMBO
------------------------------------------------X

ORDER
CV16-420

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2017 ★
BROOKLYN OFFICE

**Jack B. Weinstein, Senior United States District Judge**

All pending motions will be heard on December 12, 2017 at 10:30 a.m.

A representative of all parties with relevant knowledge and the individually named defendants shall appear in person with counsel at the hearing in courtroom 10B South.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 11/1/17

