UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,      Case No.: 16 CIV. 00420 (JBW)(VMS)
                                                                             ECF Case

                Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.

----------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

   -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants.

----------------------------------------------------------X

## STIPULATION AND ORDER
## CONFIRMING ARBITRATION AWARD

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff Monadnock Construction, Inc. and third-party defendant Glasswall, LLC that the Arbitration Award rendered on August 30, 2017 by Arbitrators Thomas J. Rossi, Michael O. Renda and Susanna S. Fodor in the American Arbitration Association

proceeding <u>Monadnock Construction, Inc.</u> v. <u>Glasswall, LLC</u> (Case No.: 02-15-00002-8160) is hereby confirmed.

DATED: NEW YORK, NEW YORK
NOVEMBER 14, 2017

                              WACHTEL MISSRY, LLP

                              By: _____
                              Howard Kleinhendler
                              Attorneys for Plaintiff Monadnock
                              Construction, Inc.
                              885 Second Avenue
                              New York, New York 10017
                              Telephone: (212) 909-9500

                              CINQUE & CINQUE, P. C.

                              By: _____
                              James P. Cinque
                              Attorneys for Third-Party Defendant
                              Glasswall, LLC
                              845 Third Avenue, Suite 1400
                              New York, New York 10022
                              Telephone: (212) 759-7737

SO ORDERED:

_____
   U. S. D. J.

2