*[handwritten at top: "WAR ? 3rd individual Ds."]*

<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>  Date: 11/15/2017

Case: <u>Monadnock Construction, Inc. v. Westchester Fire</u>    Telephone Conf. @ 10:00 AM

Civ. A. 1:16-cv-00420-JBW-VMS

<u>ECF Recording in 13A South:</u>     ☒ Telephone Conference      ☐ In-person Conference

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference ☒ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     [51, 53] are not. b/c of [71]

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder      ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer               ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☒ Status conference                     Date: 1/3/18   Time: 2:30 pm
    ☐ In person ☒ Telephone (718) 613-2300   To be organized by: Π
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated      ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                 Date:            Time:

*[handwritten bottom right: 1/3]*

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: **Monadnock**   Civ. A. 16 - 420

Date: 11 / 15 /2017

**Additional Orders:**

The individual Ds must answer or otherwise respond by 11/29/17. Any service issues must be raised by motion in a timely manner.

Westchester to mail a copy of Judge Weinstein's order for a hearing to the individual defendants by 11/17/17 and file proof of service.

Westchester plans to make/file for summary judgment.

Classwell is making a motion to dismiss the 3d party complaint.

As to the Westchester SJ motion, π will issue discovery requests by 11/30/17. Counsel to confer whether discovery is needed for the motion.

2/3

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Monadnock    Civ. A. 16-420

Date: 11/15/2017

**Additional Orders:**

The Westchester-related motion discovery does not include the 3d party Ds at this time.

As to discovery on the 3d party complaint, Glasswall to file a letter for a stay by 11/27/17 and Π may oppose by 12/4/17. No Reply needed.

Page 3 of 3