UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.
-----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

        Third-Party Defendants.
-----------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK )

      CAMILLE WORRELL, being duly sworn says: I am not a party to the action, am over 18 years of age and reside in White Plains, New York.

      On November 16, 2017, I served the within **Order of Jack B. Weinstein, Senior United States District Judge [Doc. 68]** and **Scheduling Order [Doc. 72]** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following at their last known addresses, via Certified Mail Return Receipt Requested, as set forth below:

Ugo Colombo
5020 North Bay Road
Miami, Florida 33140

Sara Jayne Kennedy Colombo
5020 North Bay Road
Miami, Florida 33140

Ugo Colombo & Sara Jayne Kennedy
   Colombo
c/o Joel S. Magolnick, Esq.
MARKO & MAGOLNICK, P.A.
3001 S.W. 3rd Avenue
Miami, Florida 33129

                                            */s/ Camille Worrell*
                                            Camille Worrell

Sworn before me on the
16th day of November, 2017

_____
Notary Public

VERONICA RUSU
Notary Public, State of New York
Queens County
Lic. #01RU6237280
Commission Expires 6/18/18

2