UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., | ORDER |
| Plaintiff, | 16-CV-00420 |
| – against – | |
| WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendant. | |

WESTCHESTER FIRE INSURANCE
COMPANY,

Third-Party Plaintiff,

– against –

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

Third-Party Defendant.

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has scheduled for a hearing on December 12, 2017 Westchester Fire Insurance

Company's motion for partial summary judgement or other relief.  The hearing on December 12,

2017 is canceled.  The motions are respectfully referred to the magistrate judge for a report and

recommendation.

SO ORDERED.


/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated:  November 17, 2017
        Brooklyn, New York