

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**John F. Harkness, Jr.**
**Executive Director**

**Joshua E. Doyle**
**Executive Director Designate**

State of Florida   )

County of Leon    )

In Re:   776068
Joel Steven Magolnick
Marko & Magolnick, P.A.
3001 S.W. 3rd Ave.
Miami, FL 33129-2709

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 26, 1988.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 21st day of November, 2017.

*Pam Gerard* (signature)

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/BF:ksm2:R10