UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

MONANDOCK CONSTRUCTION, INC,.      Case No.: 16 CIV. 00420 (JBW) (VMS)
                Plaintiff,                       ECF Case

    -against-                             NOTICE OF MOTION
                                            TO ADMIT COUNSEL
WESTCHESTER FIRE INSURANCE       *PRO HAC VICE*

COMPANY,

                Defendant.

------------------------------------------------------X

WESTCHESTER FIRE INSURANCE

COMPANY,
                Third-Party Plaintiff,

    -against-

GLASWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants,

------------------------------------------------------X

TO: Opposing Counsel

| **Cozen O'Connor** | **Cozen O'Connor** |
|---|---|
| Attorneys for Defendant, Westchester Fire Insurance Company | Robert McL. Boote* |
| | *Admitted *Pro Hac Vice* |
| John J. Sullivan | Suite 400, 200 Four Falls Corporate Center |
| 45 Broadway Atrium, Suite 1600 | P.O. Box 800 |
| New York, NY 10006 | West Conshohocken, PA 19428 |
| P: 212-453-3729 | P: 215-665-4630 |
| F: 646-461-2073 | F: 215-701-2424 |
| JSullivan@cozen.com | RBoote@cozen.com |

| | |
|---|---|
| **CINQUE & CINQUE, P. C.**<br>*Attorneys for Third-Party Defendant,*<br>*Glasswall LLC*<br>James P. Cinque<br>845 Third Avenue, Suite 1400<br>New York, NY 10022<br>P: 212-759-5515<br>F: 212-759-7737<br>Cinque845@aol.com | **WACHTEL MISSRY LLP**<br>*Attorneys for Plaintiff, Monadnock*<br>*Construction, Inc.*<br>Howard Kleinhendler<br>Jocelyn Weinstein<br>885 Second Avenue<br>NewYork, NY 10017<br>P: 212-909-9500<br>F: 212-909-9430<br>kleinhendler@wmllp.com<br>jweinstein@wmllp.com |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Marko & Magolnick, P.A. and a member in good standing of the bar of the State of Florida, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Third-Party Defendants Ugo Colombo and Sara Jayne Kennedy Colombo. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: 11/21/17

Respectfully submitted,

_____
**Joel S. Magolnick, Esq.**
Florida Bar No. 776068
**MARKO & MAGOLNICK, P.A.**
3001 S.W. 3rd Avenue
Miami, FL 33129
E-mail: Magolnick@mm-pa.com
Phone: (305) 285-2000