UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC,.

    Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE
COMPANY,

    Defendant.

Case No.: 16 CIV. 00420 (JBW) (VMS)
ECF Case

AFFIDAVIT OF JOEL S. MAGOLNICK
IN SUPPORT OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

    Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

    Third-Party Defendants,

------------------------------------------------------------X

STATE OF FLORIDA        )

COUNTY OF MIAMI-DADE    )

Joel S. Magolnick, being duly sworn, hereby deposes and says as follows:

    1.    I am partner with the law firm of Marko & Magolnick, P.A.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

    3.    As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Third-Party Defendants Ugo Colombo and Sara Jayne Kennedy Colombo.

Dated this 22nd day of November, 2017.

Respectfully submitted,

_____
**Joel S. Magolnick, Esq.**
Florida Bar No. 776068
**MARKO & MAGOLNICK, P.A.**
3001 S.W. 3rd Avenue
Miami, FL 33129
E-mail: Magolnick@mm-pa.com
Phone: (305) 285-2000

BEFORE ME, the undersigned authority, personally appeared Joel S. Magolnick, who, after being duly sworn, deposes and says that the statements in this Affidavit are true and correct. He is personally known to me or has produced _____ as identification and did/did not take an oath.

SWORN AND SUBSCRIBED before me this 22 day of November, 2017.

_____
NOTARY PUBLIC
Ligia Munguia
Printed Name of Notary
Commission Expires: FF 185749 / 1/26/19

My commission expires:

LIGIA MUNGUIA
MY COMMISSION # FF 185749
EXPIRES: January 26, 2019
Bonded Thru Notary Public Underwriters