UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,   Case No.: 16 CIV. 00420
                                (JBW)(VMS)
                                ECF Case

        Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.

--------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.

--------------------------------------------------------X

## NOTICE OF APPEARANCE

Joel S. Magolnick and Marko & Magolnick, P.A. hereby file their Notice of Appearance on behalf of third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo, and request that all further pleadings, correspondence and Orders of the Court be furnished to the undersigned at the address set forth below.

DATED: NOVEMBER 29, 2017

1

Respectfully submitted,

MARKO & MAGOLNICK, P.A.

By: /s/Joel S. Magolnick
Joel S. Magolnick, Esq.
(Admitted *Pro Hac Vice)*
Attorneys for Third-Party Defendants
Ugo Colombo and Sara Jayne Kennedy Colombo
3001 S.W. 3rd Avenue
Miami, Florida  33129
Telephone:  305-285-2000
Telefax: 305-285-5555
E-mail: magolnick@mm-pa.com

TO:

COZEN O'CONNOR
Attorneys for Defendant, Westchester Fire Insurance Company
John J. Sullivan
45 Broadway Atrium, Suite 1600
New York, NY 10006
P: 212-453-3729
F: 646-461-2073
JSullivan@cozen.com

COZEN O'CONNOR
Robert McL. Boote
(Admitted *Pro Hac Vice*)
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

CINQUE & CINQUE, P. C.
Attorneys for Third-Party Defendant, Glasswall LLC
James P. Cinque
845 Third Avenue, Suite 1400
New York, NY 10022
P: 212-759-5515
F: 212-759-7737
Cinque845@aol.com

WACHTEL MISSRY LLP
Attorneys for Plaintiff, Monadnock Construction, Inc.
Howard Kleinhendler
Jocelyn Weinstein
885 Second Avenue
NewYork, NY 10017
P: 212-909-9500
F: 212-909-9430
kleinhendler@wmllp.com
jweinstein@wmllp.com