UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., | Case No.: 16 CIV. 00420 (JBW)(VMS) ECF Case |
| Plaintiff, | |
| -against- | |
| WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendant. | |

--------------------------------------------------------

X WESTCHESTER FIRE INSURANCE COMPANY,

        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party

        Defendants.

---------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS THIRD-PARTY COMPLAINT

PLEASE TAKE NOTICE that upon the Declaration of Joel S. Magolnick, Esq., sworn to November 29, 2017, and the exhibits annexed thereto, third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo will move this Court at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Jack B. Weinstein on January 15, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order dismissing the third-party complaint upon the ground that the claims are subject to a prior pending action in the Florida State Court and

therefore this Court should abstain from proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to prior scheduling agreed upon by Counsel, answering papers must be served on or before December 29, 2017.

DATED: MIAMI, FLORIDA
       NOVEMBER 29, 2017

Respectfully submitted,

MARKO & MAGOLNICK, P.A.

By: /s/Joel S. Magolnick
Joel S. Magolnick, Esq.
Attorneys for Third-Party Defendants
Ugo Colombo and Sara Jayne Kennedy Colombo
3001 S.W. 3rd Avenue
Miami, Florida  33129
Telephone:  305-285-2000
Facsimile:   305-285-5555
E-mail: magolnick@mm-pa.com

TO:    WACHTEL MISSRY LLP
Attorneys for Monadnock Construction, Inc.
885 Second Avenue
New York, New York 10017
Telephone: (212) 909-9500
Telefax:     (212) 371-0320

COZEN & O'CONNOR
Attorneys for Westchester Fire Insurance Company
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telefax:     (212) 986-0604

CINQUE & CINQUE, P. C.
Attorneys for Third-Party Defendant
Glasswall, LLC
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Telefax:     (212) 759-7737