UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC, | Case No.16-cv-00420 (JBW)(VMS) |
| Plaintiff, | |
| -against- | |
| WESTCHESTER FIRE INSURANCE CO., | |
| Defendant. | |
| WESTCHESTER FIRE INSURANCE COMPANY, ) | |
| ) | |
| Third-party Plaintiff, ) | |
| ) | |
| -against- ) | |
| ) | |
| GLASSWALL, LLC, UGO COLOMBO, and ) | |
| SARA JAYNE KENNEDY COLOMBO, ) | |
| ) | |
| Third-Party Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that opposition by Monadnock Construction, Inc. to the motions to dismiss the Amended Complaint filed by Glasswall, LLC and Ugo Colombo and Sarah Jayne Kennedy Colombo shall be served on or before January 9, 2018 and reply papers shall be served on or before January 31, 2018.

Dated:  New York, New York
        December 6, 2017

WACHTEL MISSRY LLP

By: /s/ Howard Kleinhendler
Howard Kleinhendler
Jocelyn Weinstein
885 Second Avenue, 47th Floor
New York, NY 10017
(212) 909-9500
*Attorneys for Plaintiffs*
*Monadnock Construction, Inc.*

R-/stip.motions-1

CINQUE & CINQUE, P.C.

*(signature)*
James P. Cinque
845 Third Avenue, Suite 1400
New York, NY 10022
(212) 759-5515
*Attorneys for Third-Party Defendant
Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

*(signature)*
Joel S. Magolnick
3001 S.W. 3rd Avenue
Miami, Florida 33129
(305) 285-5555
*Attorneys for Third-Party Defendants
Ugo Colombo and Sarah Jayne Kennedy Colombo*


SO ORDERED:

_____
Vera M. Scanlon, USMJ