UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> – against – <br><br> WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant. | ORDER <br><br> 16-CV-00420 |
| WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> – against – <br><br> GLASSWALL, LLC, UGO COLOMBO, and SARA JAYNE KENNEDY COLOMBO, <br><br> Third-Party Defendant. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 12 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo's motion to dismiss the third party complaint. Consistent with the court's prior order referring Westchester Fire Insurance Company's motion for partial summary judgement or other relief to the magistrate judge, the motion to dismiss the third party complaint is respectfully referred to the magistrate judge for a report and recommendation.

SO ORDERED.

/s/ Jack B. Weinstein

Jack B. Weinstein
Senior United States District Judge

Dated: December 11, 2017
       Brooklyn, New York