UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

       Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE
COMPANY,

       Defendant.
------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

       Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

       Third-Party Defendants.
------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that opposition by Westchester Fire Insurance Company to the motions to dismiss the Amended Complaint filed by Glasswall, LLC and Ugo Colombo and Sarah Jayne Kennedy Colombo shall be served on or before January 9, 2018, and reply papers shall be served on or before January 31, 2018.

Dated:  New York, New York
          December 13, 2017

                              COZEN O'CONNOR

                              By: ___/s/ John J. Sullivan___
                                  John J. Sullivan
                                  45 Broadway Atrium, Suite 1600
                                  New York, NY 10006

P: 212-453-3729
JSullivan@cozen.com

Robert McL. Boote*
*Admitted Pro Hac Vice
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
RBoote@cozen.com
Attorneys for Defendant
Westchester Fire Insurance Company

CINQUE & CINQUE, P.C.

By: ___/s/ James P. Cinque___
James P. Cinque
845 Third Avenue, Suite 1400
New York, NY 10022
P: 212-759-5515
Attorneys for Third-Party
Defendant Glasswall LLC
*Electronically signed with consent

WACHTEL MISSRY LLP

By: ___/s/ Howard Kleinhendler___
Howard Kleinhendler
Jocelyn Weinstein
885 Second Avenue, 47th Floor
New York, NY 10017
P: 212-909-9500
Attorneys for Plaintiff
Monadnock Construction, Inc.
*Electronically signed with consent

MARKO & MAGOLNICK, P.A.

By: ___/s/ Joel S. Magolnick___
Joel S. Magolnick
3001 S.W. 3rd Avenue
Miami, FL 33129
P: 305-285-5555
Attorneys for Third-Party Defendants
Ugo Colombo and Sarah Jayne Kennedy Colombo
*Electronically signed with consent

SO ORDERED:

_____
Vera M. Scanlon, USMJ