

Evan Weintraub
Partner

212 909-9519  DIRECT TEL
212 909-9422  DIRECT FAX

weintraub@wmllp.com

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

December 22, 2017

VIA ECF

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

Re:  Monadnock Construction, Inc. v. Westchester Fire Insurance Company, et al.
     Case No. 16-cv-00420 (JBW)(VMS)

Dear Judge Scanlon:

This firm represents plaintiff Monadnock Construction, Inc. ("Monadnock") in the above-referenced action. On November 14, 2017, Monadnock and third-party defendant Glasswall, LLC ("Glasswall") entered into a Stipulation and Order Confirming Arbitration Award (the "Stipulation and Order") pursuant to which the Arbitration Award rendered on August 30, 2017 in the American Arbitration Association proceeding *Monadnock Construction, Inc. v. Glasswall, LLC* (AAA Case No. 02-15-00002-8160) (the "Arbitration Award") was confirmed by this Court. The Stipulation and Order was "so-ordered" by the Hon. Jack B Weinstein on November 18, 2017 and filed with the Clerk of the Court on November 22, 2017. (A copy of the Stipulation and Order Confirming Arbitration Award is enclosed as Exhibit A).

Pursuant to the Arbitration Award, Monadnock was awarded certain sums against Glasswall. (A copy of the Arbitration Award is enclosed as Exhibit B). Accordingly, enclosed is a proposed Order and Judgment Confirming Arbitration Award, which we respectfully request that the Court confirm and present to the Clerk of the Court so that a Judgment can be entered in favor of Monadnock and against Glasswall pursuant to the Arbitration Award. (A copy of the Proposed Order and Judgment Confirming Arbitration Award is annexed hereto as Exhibit C).

Respectfully submitted,

Evan Weintraub

Enclosures
cc:  James P. Cinque, Esq. (via email and ECF)
     Robert Boote, Esq. (via email and ECF)
     Joel S. Magolnick, Esq. (via email and ECF)

047842-003/00110183-1