# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.

-----------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.

-----------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)(VMS)
ECF Case

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2017 ★
BROOKLYN OFFICE

## STIPULATION AND ORDER
## CONFIRMING ARBITRATION AWARD

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff Monadnock Construction, Inc. and third-party defendant Glasswall, LLC that the Arbitration Award rendered on August 30, 2017 by Arbitrators Thomas J. Rossi, Michael O. Renda and Susanna S. Fodor in the American Arbitration Association

proceeding Monadnock Construction, Inc. v. Glasswall, LLC (Case No.: 02-15-00002-8160) is hereby confirmed.

DATED: NEW YORK, NEW YORK
NOVEMBER 14, 2017

                    WACHTEL MISSRY, LLP

                    By: _____
                    Howard Kleinhendler
                    Attorneys for Plaintiff Monadnock
                    Construction, Inc.
                    885 Second Avenue
                    New York, New York 10017
                    Telephone: (212) 909-9500

                    CINQUE & CINQUE, P. C.

                    By: _____
                    James P. Cinque
                    Attorneys for Third-Party Defendant
                    Glasswall, LLC
                    845 Third Avenue, Suite 1400
                    New York, New York 10022
                    Telephone: (212) 759-7737

SO ORDERED:

_____
U. S. D. J.

11/18/17

2