# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC,<br><br>　　　　　　　　　　　　Plaintiff,<br>-against-<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Third-Party Plaintiff,<br><br>-against-<br><br>GLASSWALL, LLC, UGO COLOMBO and SARA JAYNE KENNEDY COLOMBO,<br><br>　　　　　　　　　　　　Third Party Defendants. | Case No.16-cv-00420 (JBW)(VMS)<br><br>**ORDER AND JUDGMENT<br>CONFIRMING<br>ARBITRATION AWARD** |

This matter having previously come before the Court by Wachtel Missry LLP, attorneys for Plaintiff Monadnock Construction, Inc., pursuant to a Stipulation and Order Confirming the Arbitration Award rendered on August 30, 2017 by arbitrators Thomas J. Rossi, Michael O. Renda and Susanna S. Fodor in the American Arbitration Association proceeding *Monadnock Construction, Inc. v. Glasswall, LLC* (AAA Case No. 02-15-00002-8160);

**WHEREAS**, the aforementioned Stipulation and Order Confirming Arbitration Award was So Ordered by this Court on November 18, 2017, it is

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff Monadnock Construction, Inc. shall have judgment against third-party defendant Glasswall, LLC, in the amount of the Arbitration Award, consisting of the principal sum of $1,280,003.25, with interest

at the rate of 5% per annum from March 5, 2015 to August 31, 2017 in the amount of $159,289.61 as set forth in the Arbitration Award, plus interest at the rate of 5% per annum ($175.34/day) from August 31, 2017 to December 22, 2017 in the amount of $19,813.75, plus interest at the rate of 5% per annum ($175.34/day) from December 22, 2017 to the date of this Judgment to be calculated by the Clerk of the Court in the amount of $_____, plus administrative fees of the American Arbitration Association and compensation and expenses of the arbitrators in the amount of $59,962.32 as set forth in the Arbitration Award, making a total sum in the amount of $_____. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

Dated:  New York, New York
        December ___, 2017

 

_____
Clerk of the Court

Monadnock Construction, Inc. v. Westchester Fire Insurance Company, et al.
Case No. 16-cv-00420 (JBW)(VMS)

**INTEREST CALCULATION**

| Principal Amt. | date from | date to | No. of days outstanding | Interest at 5% per annum | Interest per Day |
|---|---|---|---|---|---|
| $1,280,003.25 | 08/31/17 | 12/22/17 | 113 | $19,813.75 | $175.34 |