UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,         Case No.: 16 CIV 00420 (JBW)(VMS)
                 Plaintiff,         ECF Case

      -against-

WESTCHESTER FIRE INSURANCE            **THIRD-PARTY SUMMONS**
COMPANY,
                 Defendant.        Case No.  1:16-cv-420 (JBW) (VMS)
---------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,
               Third-Party Plaintiff,
      -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,
             Third-Party Defendants.
---------------------------------------------------------------X

TO:    Glasswall, LLC
         1550 Biscayne, Blvd, Suite 300
         Miami, Florida 33132

         Ugo Colombo
         5020 North Bay Road
         Miami, Florida 33140

         Sara Jayne Kennedy Colombo
         5020 North Bay Road
         Miami, Florida 33140

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff any answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on plaintiff or its attorney, whose name and address is:

2

        Howard Kleinhendler
        Wachtel Missry LLP
        885 Second Avenue
        New York, NY 10017
        (212) 909-9500
        kleinhenlder@wmllp.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **12/27/2017**

           /s/ *C. Barrett*
*Signature of Clerk or Deputy Clerk*