# Exhibit B

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 14-02090 CA 01

SARA JAYNE COLOMBO KENNEDY

    Plaintiffs,

vs.

GLASSWALL, LLC, WESTCHESTER
FIRE INSURANCE COMPANY,
MONADNOCK CONSTRUCTION, INC.,
HPS 50th AVENUE ASSOCIATES, LLC., and
HPS BORDEN AVENUE ASSOCIATES, LLC

    Defendants.
_____/

## AGREED ORDER ENTERED PURSUANT TO JOINT STIPULATION OF ALL PARTIES FOR STAY OF CASE

THIS CAUSE came before the Court upon the Joint Stipulation of all Parties for Stay of Case (the "Stipulation"). The Court, having reviewed the Stipulation, and the file, being advised of the agreement of the parties and being otherwise fully advised in the premises, it is:

ORDERED and ADJUDGED that:

1. All proceedings in this action are hereby stayed without prejudice to all parties' procedural and substantive rights;

2. All periods of time relating to any procedural or substantive right, defense, or procedure are tolled as of April 4, 2014;

3. The stay of the proceedings and tolling of the procedural and substantive rights of the parties addressed in subparts (1) and (2) above will automatically terminate thirty (30) days

following the filing with the Court of a notice by any party to this action stating that the HPS Contracts[1] have been completed or that a termination in accordance with the HPS Contracts has occurred.

    DONE and ORDERED in Miami-Dade County, Florida, this _____ day of May, 2014.

    DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 05/13/14.

_____
SARAH ZABEL
CIRCUIT COURT JUDGE

> No Further Judicial Action Required on THIS MOTION
> CLERK TO RECLOSE CASE IF POST JUDGMENT

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.
ZABEL
    CIRCUIT COURT JUDGE
Copies Furnished to All Counsel of Record

---

[1] All undefined capitalized terms here have the meaning assigned to them in the parties' Stipulation.

2

LEGAL\18813098\1