# Exhibit F

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2015-006405-CA-01; 2014-2090-CA-01; 2014-5447-CA-01
SECTION: CA 40

Sara Jayne Kennedy
    Plaintiff,
vs.

Monadnock Construction Inc
    Defendant.
_____/

## ORDER DENYING REQUEST TO LIFT STAY

**THIS MATTER** coming before the Court on a Notice of Expiration of Stay and Request for Status Conference, the same having been held on October 17, 2017, the Court having requested memoranda be filed by the parties identifying the issues remaining in these matters as a result of the arbitration award, what remained to be addressed in both the New York Federal and State cases, and the Court having reviewed the memoranda and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that in the interest of judicial economy, because the cases here in Florida and those in New York are either inextricably intertwined or interdependent or duplicative, the result in the alternate forum, whether arbitration, Federal or State, affects the actions here. Accordingly, the Court determines the stay should remain in place pending the outcome of those matters in both New York State and Federal courts.

The request to lift the stay is **DENIED**.

**DONE AND ORDERED** in chambers, at Miami-Dade County, Florida, this 30th day of November, 2017.



CA-01

JOHN W. THORNTON, JR.
CIRCUIT COURT JUDGE

**No Further Judicial Action Required on THIS MOTION.  CLERK TO RECLOSE CASE IF POST JUDGMENT.**

Electronic Service List:
Alvin Lodish <alodish@duanemorris.com>, <cmackey@duanemorris.com>
Jesse Dean-Kluger <jdk@jdkpa.com>
Jason B Giller <Jason@Gillerpa.com>, <File@Gillerpa.com>, <service2@gillerpa.com>
John Crabtree <jcrabtree@crabtreelaw.com>, <btackenberg@crabtreelaw.com>, <ecabrera@crabtreelaw.com>
G. Baise <gbaise@crabtreelaw.com>, <floridaservice@crabtreelaw.com>
M. Massarelli <mmassarelli@burr.com>
M. Pucko <marianne@gillerpa.com>
Jesse Dean-Kluger <jdk@jdkpa.com>, <jossie@jdkpa.com>
Jim Cinque <cinque845@aol.com>
Complex Business Litigation <cbl40@jud11.flcourts.org>
JOEL S MAGOLNICK <magolnick@mm-pa.com>, <sandy@mm-pa.com>, <file@mm-pa.com>
John Granville Crabtree <jcrabtree@crabtreelaw.com>, <floridaservice@crabtreelaw.com>, <ecabrera@crabtreelaw.com>
Jonathan Clayton Brown <flservice@burr.com>, <jbrown@burr.com>, <ergonzalez@burr.com>
Raquel M. Fernandez, Esq. <rfernandez@cozen.com>
Laurence S. Litow, Esq. <lslitow@burr.com>, <mmassarelli@burr.com>
Raquel M. Fernandez <rfernandez@cozen.com>, <oargote@cozen.com>, <raydunn@cozen.com>
Richard David Shane <rdshane@duanemorris.com>, <cmackey@duanemorris.com>

Mailing Service List:
Westchester Fire Insurance Company, PO Box 5018, Scranton, PA 18505