# Exhibit H

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

SARA JAYNE KENNEDY,

    Plaintiff,

v.

MONADNOCK CONSTRUCTION, INC., *et al.*,

    Defendants.

_____/

Complex Business Litigation Division

CASE NO.: 15-6405-CA-40
            14-2090-CA-40
            14-5447-CA-40

## ORDER ON REQUEST FOR SPECIAL SET STATUS CONFERENCE

**THIS MATTER** came before the Court on December 19, 2017 at 9:30 a.m. for hearing on Defendant/Cross-Plaintiff Glasswall, LLC's ("**Glasswall**") Request for Special Set Status Conference. Having reviewed the record, the relevant authorities, and considered the arguments of counsel during the hearing, it is

**ORDERED AND ADJUDGED** that the Parties will set a hearing in 90 days to revisit the ~~Stay order~~ Order Denying Request to Lift Stay dated November 30, 2017 and advise the Court of the status of the litigation in New York.

**DONE AND ORDERED** in chambers, at Miami-Dade County, Florida, this 19th day of December, 2017.

_____
JOHN W. THORNTON, JR.
CIRCUIT COURT JUDGE

JUDGE JOHN W. THORNTON JR.

Conformed Copy
DEC 19 2017
JOHN W. THORNTON, JR.
CIRCUIT COURT JUDGE

Copies furnished to: Counsel of Record