# Exhibit A



January 15, 2014

**Robert McL. Boote**
Direct Phone   215-665-4630
Direct Fax        215-701-2424
rboote@cozen.com

**VIA E-MAIL AND U.S. MAIL**

Judah D. Greenblatt
Greenblatt Lesser LLP
370 Lexington Avenue, Suite 505
New York, NY 10017

Re:   (a) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel A" ("Contract A") and, (b) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel B" ("Contract B")

Dear Mr. Greenblatt:

Westchester Fire Insurance Company asked that I acknowledge its receipt of the Performance Bond Section 3.2 Notice dated January 13, 2014 given by Monadnock Construction, Inc. under the above-referenced Westchester Performance Bonds.

Westchester has undertaken immediate consultations with Glasswall and its counsel to evaluate the situation and to prepare to meet with your clients to discuss with them an appropriate course of action. We would like to meet next week. I would appreciate your letting me know what days would be convenient for you and your clients.

The foregoing is written without prejudice to and reserving all of Westchester's rights, remedies and defenses under its bonds, the Contracts and all applicable legal principles.

Very truly yours,

COZEN O'CONNOR

By:   Robert McL. Boote

RMB/alc


cc:   James E. Frankel, Esquire




LEGAL\18059803\1