# Exhibit B



March 11, 2014

**Via Email and Fed Ex**
Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA 18505-0525
Henry Minissale, Vice President, Claims

Re: (a) Performance Bond No. K08840258 dated February 11, 2013 regarding the project known as HPS "Parcel B" 1-55 Borden Avenue, Long Island City, New York and (b) Performance Bond No. K08840295 dated February 12, 2013 regarding the project known as HPS "Parcel A" 1-50 50th Avenue, Long Island City, New York (collectively, the "Bonds")

### PERFORMANCE BONDS SECTION 6 EXTENSION NOTICE

Dear Mr. Minissale:

On March 7, 2014, Monadnock Construction, Inc. ("Monadnock") duly served a Section 6 Notice pursuant to the Bonds on Westchester Fire Insurance Company ("WFIC") and sent a copy of it to Glasswall, LLC ("Glasswall"). The Notice demanded that WFIC "perform its obligations" under the Bonds and choose a Section 5 course of action within 7 days thereof.

You have asked us to extend the deadline for WFIC to choose a Section 5 course of action to Friday, March 21, 2014. Please be advised that Monadnock consents to your request, and the deadline is hereby extended to March 21, 2014.

We reserve our rights under the Contracts and the Bonds. This letter is written without prejudice to and without waiver, estoppel or modification of any or all of Monadnock's common law, Contracts and/or Bonds rights, remedies and defenses, legal or equitable, whether expressly mentioned herein or not, all of which remain reserved.

Very truly yours,
Monadnock Construction Inc.

By: _____
Greg Bauso, Senior Vice President

cc: Ugo Colombo, Glasswall, LLC
    Frank Monterisi, HPS

155 3RD STREET, BROOKLYN, NY 11231   TEL: 718-875-8160   FAX: 718-802-1109   WWW.MONCON.COM