**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,                        Case No. 16 CIV 00420 (JBW)(VMS)

   -against-                            AFFIDAVIT OF SERVICE

WESTCHESTER FIRE INSURANCE COMPANY,

        Defendant.
----------------------------------------------------------------X
*And All Other Related Action(s)*
----------------------------------------------------------------X
STATE OF FLORIDA    )
                       S.S.
COUNTY OF BROWARD  )

        **JESUS GUERRA**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 18th day of January, 2018, at approximately the time of 3:45 pm, deponent served a true copy of the **THIRD-PARTY SUMMONS, AMENDED COMPLAINT, INDIVIDUAL MOTION PRACTICE OF JUDGE JACK B. WEINSTEIN, INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE VERA M. SCANLON, and ECF USER'S GUIDE** upon **UGO COLOMBO** at 5020 North Bay Road, Miami, FL 33140, by personally delivering and leaving the same with **BONIFACIO BUMANGLAG**, Co-Resident, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if **UGO COLOMBO** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **BONIFACIO BUMANGLAG** is a tan (Asian) male, approximately over 40 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 180 pounds with black hair.

_____
JESUS GUERRA

Sworn to before me this
24 day of January, 2018

_____
NOTARY PUBLIC



MURRAY DEAL
Notary Public   State of Florida
Commission # FF 949280
My Comm Expires Sep 13 2020
Bonded through National Notary Assn.

D.L.S., Inc.
101 Broadway
te. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE COMPANY,

        Defendant.
-------------------------------------------------------------X
*And All Other Related Action(s)*
-------------------------------------------------------------X

Case No. 16 CIV 00420 (JBW)(VMS)

AFFIDAVIT OF MAILING

STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK  )

       **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 18th day of January, 2018, deponent served a true copy of the **THIRD-PARTY SUMMONS, AMENDED COMPLAINT, INDIVIDUAL MOTION PRACTICE OF JUDGE JACK B. WEINSTEIN, INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE VERA M. SCANLON, and ECF USER'S GUIDE** upon **UGO COLOMBO** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Ugo Colombo
5020 North Bay Road
Miami, FL 33140

**SHIRLEY CHEN**

Sworn to before me this
19th day of January, 2018

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2018

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com