**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 1/31/2018

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Insurance</u>   Telephone Conf. @ 2:30 PM

Civ. A. <u>16-cv-00420-JBW-VMS</u>

**ECF Recording in 13A South:**   ☑ Telephone Conference   ☐ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

- ☐ Motions decided on the record — [39] granted on consent. Discovery stayed.
- ☐ Rule 26(a) disclosures, incl. supplements
- ☐ Document requests to be served
- ☐ Interrogatories to be served
- ☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
  - ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☑ By PMC letter — 2/9/18 for Briefing Schedule
- ☐ Joint status letter ☐ Stip of dismissal to be filed   Date: ___ Time: ___
- ☐ Status conference   To be organized by: ___
  - ☐ In person ☐ Telephone (718) 613-2300
- ☐ Specific depositions to be held
- ☐ Fact discovery closes
- ☐ Expert disclosures to be served
- ☐ Initial expert report(s) to be served
- ☐ Rebuttal expert report(s) to be served
- ☐ Expert discovery closes
- ☐ All discovery closes
- ☐ Joint letter confirming discovery is concluded
- ☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing
- ☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO
- ☐ Proposed confidentiality order to be filed
- ☐ Consent to Magistrate Judge to be filed
- ☐ Settlement Conference   Date: ___ Time: ___

1/2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock       Civ. A. 16-420.

Date: 1/31/2018

**Additional Orders:**

As discovery was recharged in the arbitration, counsel want to move for SJ and x-SJ at this stage. If the motion is denied, counsel may seek limited discovery.

On the motion at [79], Π consents to the stay, as does WFIC and the 3rd party. Discovery stay granted.

The newly served Third-party defendants intend to file dispositive motions which may affect the motion for collateral at [55].

The briefing schedules discussed during the conference are approved. By 2/9/18, counsel should file their respective briefing schedules by letter.

Page 2 of 2