UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> – against – <br><br> WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant. | ORDER <br><br> 16-CV-00420 |



| |
|---|
| WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> – against – <br><br> GLASSWALL, LLC, UGO COLOMBO, and SARA JAYNE KENNEDY COLOMBO, <br><br> Third-Party Defendant. |

**JACK B. WEINSTEIN, Senior United States District Judge:**

     Westchester Fire Insurance Company moves for summary judgement. Consistent with the court's prior orders referring related motions to the magistrate judge, this motion for summary judgment is respectfully referred to the magistrate judge for a report and recommendation. Any further related motions shall be addressed to the magistrate judge for consideration in conjunction with that report and recommendation.



SO ORDERED.

*[signature]*

Jack B. Weinstein
Senior United States District Judge

Dated: February 1, 2018
       Brooklyn, New York