UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONADNOCK CONSTRUCTION, INC,

                Plaintiff,

-against-

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

---

WESTCHESTER FIRE INSURANCE COMPANY,

                Third-Party Plaintiff,

-against-

GLASSWALL, LLC, UGO COLOMBO and SARA JAYNE KENNEDY COLOMBO,

                Third Party Defendants.

---

Case No.16-cv-00420 (JBW)(VMS)

**ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 2 2018 ★
BROOKLYN OFFICE

---

This matter having previously come before the Court by Wachtel Missry LLP, attorneys for Plaintiff Monadnock Construction, Inc., pursuant to a Stipulation and Order Confirming the Arbitration Award rendered on August 30, 2017 by arbitrators Thomas J. Rossi, Michael O. Renda and Susanna S. Fodor in the American Arbitration Association proceeding *Monadnock Construction, Inc. v. Glasswall, LLC* (AAA Case No. 02-15-00002-8160);

**WHEREAS**, the aforementioned Stipulation and Order Confirming Arbitration Award was So Ordered by this Court on November 18, 2017, it is

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff Monadnock Construction, Inc. shall have judgment against third-party defendant Glasswall, LLC, in the amount of the Arbitration Award, consisting of the principal sum of $1,280,003.25, with interest

at the rate of 5% per annum from March 5, 2015 to August 31, 2017 in the amount of $159,289.61 as set forth in the Arbitration Award, plus interest at the rate of 5% per annum ($175.34/day) from August 31, 2017 to December 22, 2017 in the amount of $19,813.75, plus interest at the rate of 5% per annum ($175.34/day) from December 22, 2017 to the date of this Judgment to be calculated by the Clerk of the Court in the amount of $7,188.94 plus administrative fees of the American Arbitration Association and compensation and expenses of the arbitrators in the amount of $59,962.32 as set forth in the Arbitration Award, making a total sum in the amount of $1,526,257.87 To be calculated by clerk of court. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

Dated: New York, New York
December __, 2017
Feb 1, 2018

_____
Clerk of the Court