

**WACHTEL** MISSRY

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

Howard Kleinhendler
Partner

212 909-9522   DIRECT TEL
212 909-9417   DIRECT FAX

hkleinhendler@wmllp.com

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

**Via ECF**                                                                                     February 9, 2018

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, NY 11201

Re: Monadnock Construction, Inc. v. Westchester Fire Ins. Co., et al.
   16-cv-00420 (JBW)(VMS)

Your Honor:

We represent plaintiff Monadnock Construction, Inc. ("Monadnock") in the above-captioned action. Pursuant to Your Honor's January 31, 2018 Order (Dkt. 101), we submit this joint letter with Robert Boote, Esq., counsel for defendant/third-party plaintiff Westchester Fire Insurance Company ("WFIC"), and Joel Magolnick, Esq., counsel for third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo, to advise of our briefing schedules for dispositive motions:

| | |
|---|---|
| Monadnock to oppose WFIC's motion for summary judgment and cross-move for summary judgment | February 28, 2018 |
| Ugo Colombo's motion to dismiss Monadnock's Amended Complaint | March 2, 2018 |
| WFIC's opposition to Monadnock's motion for summary judgment and reply to its motion for summary judgment | March 30, 2018 |
| Monadnock's opposition to Ugo Colombo's motion to dismiss Amended Complaint | March 30, 2018 |
| Monadnock's reply to its cross-motion for summary judgment and Ugo Colombo's reply to its motion to dismiss Amended Complaint | April 20, 2018 |

Respectfully submitted,

Howard Kleinhendler

cc: All Counsel (via ECF)

047842-002/00115623-1