UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| MONADNOCK CONSTRUCTION, INC., | Case No.: 16 CIV. 00420 (JBW)(VMS) |
| | ECF Case |
| Plaintiff, | |
| -against- | |
| WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendant. | |

----------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants.

----------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

      PLEASE TAKE NOTICE that upon the annexed Declaration of Joel S. Magolnick, Esq., sworn to March 2, 2018 and the exhibits annexed thereto, third-party defendant Ugo Colombo ("Colombo") will move this Court at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Magistrate Judge Vera A. Scanlon on a date and time to be designated by the Court for an Order dismissing Monadnock Construction, Inc.'s amended complaint against third-party


defendant Ugo Colombo upon the grounds that the fraudulent conveyance claims asserted agasint Colombo do not arise out of the transaction or occurrence that is the subject matter of plaintiff's claim against the third-party plaintiff and therefore is improper under Federal Rule of Civil Procedure 14(a)(3).

  PLEASE TAKE FURTHER NOTICE that, pursuant to Order dated February 13, 2018, answering papers must be served on or before March 30, 2018.

DATED: MARCH 2, 2018

        Respectfully submitted,

        MARKO & MAGOLNICK, P.A.

        By: */s/ Joel S. Magolnick*
          Joel S. Magolnick Esq.
        Attorneys for Third-Party Defendant
        Ugo Colombo and Sara Jayne Kennedy Colombo
        3001 S.W. 3rd Avenue
        Miami, Florida 33129
        Telephone:  305-285-2000
        Telefax: 305-285-5555
        E-mail: magolnick@mm-pa.com
        (Admitted *Pro Hac Vice*)

TO:     WACHTEL MISSRY LLP
Attorneys for Monadnock Construction, Inc.
885 Second Avenue
New York, New York 10017
Telephone: (212) 909-9500
Telefax:    (212) 371-0320

COZEN & O'CONNOR
Attorneys for Westchester Fire Insurance Company
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telefax:    (212) 986-0604

CINQUE & CINQUE, P. C. Attorneys for Third-Party Defendant Glasswall, LLC
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Telefax:    (212) 759-7737