UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.
-------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,
        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

        Third-Party Defendants.
-------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Robert McL Boote, sworn to on January 12, 2018, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and the accompanying Statement of Facts pursuant to Local Rule 56.1, and all of the prior pleadings and proceedings in this action, Defendant/Third-Party Plaintiff, Westchester Fire Insurance Company, through its undersigned counsel, will move this Court, before the Honorable Jack B. Weinstein, United States District Court Judge, at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza, East, Brooklyn, New York, on a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting Westchester Fire Insurance Company summary judgment and dismissing Plaintiff's Amended Complaint in its entirety.

Dated: New York, New York
January 12, 2018

COZEN O'CONNOR

By: /s/ John J. Sullivan
John J. Sullivan
Alexander Selarnick
45 Broadway Atrium, Suite 1600
New York, NY 10006
P: 212-453-3729
F: 646-461-2073
JSullivan@cozen.com
ASelarnick@cozen.com

Robert McL. Boote*
*Admitted Pro Hac Vice
Suite 400, 200 Four Falls Corporate Center
P.O. Box 800
West Conshohocken, PA 19428
P: 215-665-4630
F: 215-701-2424
RBoote@cozen.com

*Attorneys for Defendant*
*Westchester Fire Insurance Company*