# Exhibit C

## Boote, Robert McL.

| | |
|---|---|
| **From:** | Judah Greenblatt <jgreenblatt@greenblattlesser.com> |
| **Sent:** | Friday, March 21, 2014 11:11 AM |
| **To:** | Boote, Robert McL. |
| **Cc:** | 'Henry Minissale' |
| **Subject:** | RE: Section 6 letter extension |

As per your request and our telephone conference a few moments ago, the time for WFIC to respond to Monadnock's Section 6 Notice is extended to next Friday, March 28, 2014.

Judah D. Greenblatt
Greenblatt Lesser LLP

   New Jersey Office
New York Office
Two University Plaza, Suite 511           370
Lexington Avenue, Suite 505
   Hackensack, NJ 07601
New York, NY 10017
   Tel  (201) 342-6262
Tel  (212) 682-9832
   Fax (201) 342-8848
Fax (212) 867-9319


This e-mail message is intended only for the persons to whom it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

-----Original Message-----
From: Boote, Robert McL. [mailto:RBoote@cozen.com]
Sent: Friday, March 21, 2014 8:56 AM
To: Judah D. Greenblatt
Cc: Henry Minissale
Subject: Section 6 letter extension

Judah,

We are very close to wrapping this up; but we're going to need a few days more.  ACE would appreciate it in the interests of all in concluding this, if the obligees would issue, they did last time a further extension of the section 6 period from today to next Friday.

Bob

_____

1

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
_____

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.