# Exhibit D

**Boote, Robert McL.**

| | |
|---|---|
| **From:** | Minissale, Henry <Henry.Minissale@acegroup.com> |
| **Sent:** | Friday, March 28, 2014 4:42 PM |
| **To:** | 'jgreenblatt@greenblattlesser.com'; Boote, Robert McL. |
| **Cc:** | 'michael.trovini@related.com'; 'gbauso@moncon.com' |
| **Subject:** | Re: Section 6 Notice |

Thank you Judah, Mike and Greg.

---------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Judah Greenblatt [mailto:jgreenblatt@greenblattlesser.com]
**Sent:** Friday, March 28, 2014 04:27 PM Eastern Standard Time
**To:** 'Boote, Robert McL.' <RBoote@cozen.com>; Minissale, Henry
**Cc:** 'Trovini, Michael' <michael.trovini@related.com>; gbauso@moncon.com <gbauso@moncon.com>
**Subject:** Section 6 Notice

Bob: Pursuant to Hank's request to Mike, please be advised that the Section 6 Notice deadline for WFIC to chose a Performance Bond Section 5 course of action is hereby extended to next Friday, April 4th.

Judah D. Greenblatt
Greenblatt Lesser LLP

| New Jersey Office | New York Office |
|---|---|
| Two University Plaza, Suite 511 | 370 Lexington Avenue, Suite 505 |
| Hackensack, NJ 07601 | New York, NY 10017 |
| Tel (201) 342-6262 | Tel (212) 682-9832 |
| Fax (201) 342-8848 | Fax (212) 867-9319 |

This e-mail message is intended only for the persons to whom it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

---

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is

expressly disclaimed.

_____