UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,     Case No.: 16 CIV 00420 (JBW)(VMS)
                Plaintiff,     ECF Case
    -against-

WESTCHESTER FIRE INSURANCE
COMPANY,
                Defendant.
----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE     **NOTICE OF CROSS-MOTION**
COMPANY,     **FOR SUMMARY JUDGMENT**
                Third-Party Plaintiff,
    -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,
                Third-Party Defendants.
----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Howard Kleinhendler, sworn to on February 28, 2018, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and the accompanying Responses to Defendant's Statement of Undisputed Material Facts in Support of Defendant's Motion For Summary Judgment Pursuant to Local Rule 56.1 and Counterstatement of Material Facts in Support of Cross-Motion for Summary Judgment, and all of the prior pleadings and proceedings in this action, Plaintiff Monadnock Construction, Inc. ("Monadnock"), through its undersigned counsel, will move this Court, before the Honorable Jack B. Weinstein, United States District Judge, at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza, East, Brooklyn, New York, on a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting Monadnock's Cross-Motion for Summary Judgment and denying defendant Westchester Fire Insurance Company's Motion for Summary Judgment.

Dated: New York, New York
February 28, 2018

Respectfully submitted,

WACHTEL MISSRY LLP

By: */s/ Howard Kleinhendler*
Howard Kleinhendler, Esq.
Evan Weintraub, Esq.
Jocelyn Weinstein, Esq.
885 Second Avenue
New York, NY 10017
(212) 909-9500
hkleinhendler@wmllp.com
weintraub@wmllp.com
jweinstein@wmllp.com

*Attorneys for Plaintiff*
*Monadnock Construction, Inc.*

TO: John Joseph Sullivan, Esq.
Robert Mclaurin Boote, Esq.
Cozen & O'Connor
277 Park Avenue,
New York, NY 10172
*Attorneys for Defendant/Third-Party Plaintiff*
*Westchester Fire Insurance Company*

James P. Cinque
Cinque & Cinque, P.C.
845 Third Avenue, suite 1400
New York, NY 10022
*Attorneys for Third-Party Defendant*
*Glasswall, LLC*

Joel S. Magolnick
Marko & Magolnick, P.A.
3001 Sw 3rd Avenue
Miami, FL 33129
*Attorneys for Third-Party Defendants*
*Ugo Colombo and Sara Jayne Kennedy*
*Colombo*