# EXHIBIT 1

(Part 2 of 2)

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

## 28. LADDERS

*The purpose of this safety regulation is to outline the proper use and care of portable ladders on site. Scaffold ladders are addressed in the scaffolding procedure.*

### A.    Responsibility

Subcontractor is responsible for ensuring the portable ladders used by their employees are in good working condition.

### B.    General Requirements

1. Personnel using ladders will be responsible for inspecting them before use and reporting any defective ladders to their supervisor. These ladders will be taken out of service immediately and destroyed if repair is not feasible.

2. Subcontractor shall inspect ladders prior to use. The inspection will include the rungs, feet, lanyard (for extension ladders), side rails, and rivets.

3. Ladders with broken or missing steps, rungs or cleats, broken side rails or other faulty parts will not be used. A "DANGER, DO NOT USE" tag must be attached.

4. All personnel shall face the ladder while ascending or descending.

5. All personnel shall have their hands free of material while climbing ladders. Handlines shall be used to raise or lower materials as needed.

6. Fiberglass ladders will be used for electrical work or when there is danger of electrical shock.

7. Portable ladders shall be classified as:

    a. Portable Ladders: can be either straight (fixed heights, not taller than 12 feet), or extension (two sections or more combined to reach maximum height).
    b. Stepladders: scissors-type opening ladders that are self-supporting.

8. All portable ladders will be identified by Subcontractor name, properly stored at their assigned location when not in use, and kept in good, clean condition.

9. All ladders shall be equipped with safety feet and both feet of the extension ladder and the feet of a stepladder shall rest on solid support and be at the same level.

10. Ladders shall not be placed in front of doors unless the door is locked, roped off, or guarded.

11. Tops of ordinary types of stepladders shall not be used as steps or work platforms. All ladders shall be of sufficient length so that work can be performed while at or below the

**Confidential**                                                                                   MC_00014905

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

fourth rung of the ladder from the top or as recommended by the ladder manufacturer (as labeled on ladder).

12. All portable ladders, other than stepladders, will be placed on the ground or other support so that the distance from the base of the ladder to a line dropped vertically from the top support is approximately one-fourth of the length of the ladder. Example: A 16-foot ladder shall be placed so that the bottom is four feet away from the wall.

13. All portable ladders shall be secured before starting a job. Another employee shall hold the bottom of the extension ladder while the ladder is being tied off or secured.

14. All ladders used for access to another level shall be of sufficient length so that the top is at least 3 feet above the upper landing. And shall rest on solid support and the feet shall be level. Boxes, barrels or other unstable bases will not be used to obtain additional height.

15. Makeshift ladders are PROHIBITED.

16. Stepladders (folding ladders) shall not be used as straight ladders. When using a stepladder, make sure the spreader braces are locked to prevent collapse.

17. Only one employee shall be on a ladder at a time, except in extreme emergency. And ladder rungs shall be kept free of grease and oil.

18. Do not lean to outside with a shoulder being more than 12 inches beyond the side rail while on a ladder.

19. When it is necessary to do work requiring the release of both hands from an extension ladder, fall protection shall be used. Fall protection shall be secured to a structure of adequate strength for the purpose. Do not secure to the ladder. When ladders are used as a work platform (meaning not just for access/egress) they must meet the minimum requirements of 100% fall protection over six feet.

20. Tools shall not be used in a position that will transmit an extensive downward force to the ladder, causing rung or step failure.

21. Adjustment of extension ladders shall only be made by the user when standing at the base of the ladder.

22. At the end of the workday, ladders shall be moved from the work areas so as not to create a tripping or bumping hazard. Return the ladders to proper storage areas.

## C.     Job-Built Ladders

1.     Use other means such as stairways, scaffold stair towers, or extension ladders before building job ladder if at all possible.

**Confidential**

MC_00014906

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 29. SCAFFOLDING

*All scaffolds shall be inspected, erected and/or dismantled under the supervision of a competent person. No Subcontractor on this site shall allow any employee to erect or use as scaffold without being properly trained.*

*Subcontractors are required to comply with all requirements of OSHA regulations dealing with scaffold erection, inspection and training. The following provisions shall be used as guide only. Subcontractor shall maintain a comprehensive program on scaffold erection and use.*

### A.    Scope and Application

**The following rules are required during the erection and use of scaffolds by all Subcontractors:**

a)  All scaffolds are to be built under the supervision of a Competent Person.

   1. Scaffolds built over 75 feet in height must be designed be a registered professional engineer. All plans must be on site and copies given to MONADNOCK prior to scaffold being built.

b)  All rolling scaffolds shall have the wheels locked while the scaffold is in use.

c)  Tubular welded rolling scaffolds require a horizontal/diagonal brace.

d)  All rolling scaffolds shall be fully planked while in use and guardrails with toe boards in place when the scaffold reaches a height of 6 feet.

e)  Baker style scaffolds shall have proper guard rails with toe boards when next to shaft openings and/or windows at all times regardless of the scaffold platform height from the floor.

f)  Properly secured ladder access shall be provided for all scaffolds.

g)  Cross bracing shall not be used as a guardrail or a midrail.

h)  End rails shall be part of the guard rail system on all scaffolds.

i)  Scaffolds shall be secured to the structure when the scaffold height is four times the minimum base dimension and every 26 feet thereafter for scaffolds greater than 3 feet in width; a every 20 feet thereafter for scaffolds less than 3 feet in width.

j)  Independent life lines for each worker on a swing scaffold are required.  They shall be secured to a firm anchorage point separate from the scaffold anchorage.

**Confidential**                                                                           MC_00014907

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

k)  Scaffolds higher than four times its least base dimension shall be tied off to a structure or use outriggers.

l)  Scaffolds shall be constructed on a firm, stable base.  If scaffolds shall be constructed on soft ground, proper mud sills shall be used.

m)  Never erect a scaffold without a base using screw jacks and sole plate.  Never put an open pipe end directly on concrete, a wood support, asphalt paving or soil, as it may shift during use.

n)  Fall protection shall be provided at all heights above 6 foot regardless of the type of scaffold.

o)  Whomever removes a guardrail is responsible to replace it, if they do not they are subject to removal from the project.

For more information on scaffolds refer to the OSHA Standards CFR 1926.451.

B.   Scaffold Planking

All planking shall be 2" (nominal) selected for scaffold plank use as recognized by grading rules approved by American Lumber Standards for the species of wood used.  The maximum permissible spans for 2" x 10" (nominal) or 2" x 9" (rough) planks are as follows:

| WORKING LOAD lbs./SF | PERMISSIBLE SPAN feet |
|---|---|
| 25 | 10 |
| 50 | 8 |
| 75 | 6 |

a)   The maximum permissible span for 1-1/4" x 9" or wider plank of full thickness    is 4' with medium loading of 50 lbs. per sq. ft.

b)  Platform planks shall be laid with no openings more than 1" between adjacent planks or scaffold members.

c)  All planks or platforms in a continuous run shall be overlapped (minimum 12") or secured from movement.

d)  Wood scaffold planks, unless cleated or otherwise restrained at both ends, shall extend over their end supports not less than 6" or more than 12".

e)  The use of commercially available aluminum and wood walk boards with positive locking devices are recommended.

f)  Engineered scaffold systems may have plank lengths that exceed the above table.  Note: The table is taken from the non-mandatory Appendix of Subpart L.

**Confidential**

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

g) All metal frame supported scaffolds will have the level below the working level completely planked in addition to any other safety requirements for that particular scaffold.

**Confidential**

MC_00014909

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 30.    STEEL AND PRE-CAST CONCRETE ERECTION

This procedure provides guidelines for the steel and pre-cast concrete erection process and the protection of personnel during steel and pre-cast concrete erection. Steel and pre-cast concrete erecting contractor is required to submit a written fall protection plan for the different phases of erection. The plan shall be presented and discussed with the MONADNOCK before signing contract documents.

### A.    Planning

1.  The potential for serious injury is high for workers engaged in steel and pre-cast concrete erection.  Persons performing this type of work must be adequately trained concerning the procedures and hazards prior to beginning steel erection work.

2.  Thorough planning is essential and is required for all steel erection. The steel and pre-cast concrete erection contractor must submit a safety program that will, at the minimum, address the following factors:

    - Rigging hardware
    - Permit requirements
    - Training of personnel
    - Scheduling (identify responsibilities, procedures, timing, etc.)
    - Equipment (cranes, aerial lifts)
    - Erection sequence to decrease exposure
    - Barricades and warning signs for personnel and equipment protection
    - Availability and location of emergency equipment
    - Means of access, e.g. stairs, scaffolds, ladders
    - Tools appropriate for the task
    - Proper personal protective equipment for each worker
    - Detailed pre-lift meetings with specific safety instructions
    - Method of fall protection/arrest
    - Adjacent structures, high voltage lines, transformers

3.  An erection plan will be prepared by the erection contractor and reviewed with the Controlling Contractors Project Manager prior to the start of work.  The erection contractor shall have a qualified person prepare a site-specific safety erection plan prior to the start of erection.  This erection plan shall be provided to the Controlling Contractor Project Manager.

4.  An erection contractor qualified person shall approve all changes in the safety erection plan. A copy of the erection plan shall be maintained at the job site showing all approved changes.

5.  The implementation of the erection plan shall be under the supervision of a competent person.

### B.    Flooring

**Confidential**                    MC_00014910

1. Permanent floors shall be installed as the erection of the structural members progresses. At no time shall there be more than four floors or 48 feet of unfinished bolting or welding above the foundation or uppermost permanently secured floor. Where skeletal steel erection is being done, temporary and/or permanent flooring shall be maintained within two stories or 30 feet, whichever is less, below and directly under that portion of each tier of beams on which any work is being performed. Planking shall not be less than two inches thick, full size undressed, and shall be laid tight and secured against movement.

2. On buildings or structures not adaptable to temporary floors, and where scaffolds are not used, safety nets shall be installed and maintained wherever the potential fall distance exceeds two stories or 25 feet. The nets shall be hung with sufficient clearance to prevent contacts with the surface of structures below.

## C.   Floor Periphery

1. A guardrail system of two (2) ¼" nominal diameter wire rope cables shall be erected at approximately 42 inches from the floor deck and at the intermediate point immediately following the erection of beams and columns that are connected to provide adequate strength. All sequence breaks will require a two cable assembly. A wire rope top rail must be flagged at not more than six foot intervals with high-visibility material.

2. Vertical supports for wire rope guardrails are required at no greater than 8 feet spacing.

3. All connections should require a minimum of three wire rope clamps. Three wire rope clamps must be installed if the cable is to be used as an anchorage for a fall arrest system.

4. Turnbuckles will be installed at suitable intervals to maintain the tightness of the wire ropes, but in no instance less than one per perimeter side or 100 feet, whichever is shorter.

5. All anchorage for the wire rope cable will be capable of withstanding a minimum of 200 pounds force, if the wire rope is used as a guardrail system, or a minimum of 5000 pounds force per person attached, if the wire rope is used as an anchorage for a fall arrest system.

## D.   Bolting, Riveting, Fitting-up, and Plumbing-up

1. When connecting steel, do not release the hoisting line until the steel member is secured with no less than two bolts or the equivalent at each connection and drawn up wrench tight.

2. Containers shall be provided for storing and carrying rivets, bolts, and drift pins, and shall be secured against displacement while aloft. When bolts or drift pins are being knocked out, means shall be provided to keep them from falling. Impact wrenches shall be provided with a locking device for retaining the socket.

## E.   Personnel Protection

**Confidential**

MC_00014911

IN WITNESS WHEREOF, the Members have executed, or caused this Agreement to be executed as of the date set forth hereinabove.

MEMBERS:

_____
NICHOLAS LEMBO

_____
JENS PETER HANSEN

_____
GREGORY BAUSO

[Monadnock HPS GP LLC – Operating Agreement]

12

MC_00014912

Confidential

MC_00014913

1. In all structures, safety harnesses with shock absorbing lanyards with self locking hooks must be worn by all employees where exposed to a potential fall of greater than six (6) feet. Static lines shall be installed where needed.

2. Barricades or signs must be placed on lower levels where steel is being erected. All personnel are required to remain outside of the swing radius at all times during lifts. Tag lines shall be used to control all loads.

3. Ladders, stairways, scaffolds, or other means of safe access shall be provided as the work progresses. Climbing or sliding down columns is prohibited. Walking steel must be addressed prior to beginning work. Employees will use 100% fall protection during all phases of steel erection.

## F. Multiple Lifts (Christmas treeing)

1. Subcontractors wishing to make multiple lifts (Christmas treeing) shall follow rules for "multiple lift procedures". Specific requirements for this project are:

   - All pieces are to be of similar size
   - Pieces shall be spaced at least 7 feet apart
   - No more than 5 pieces may be lifted in a single lift
   - Each piece must be supported directly back to the crane hook
   - Each piece must have a tag line

## G.    Safe Work Practices

1. The following guidelines apply to this type of work and shall be part of all pre-job planning safety meetings:

   - Containers, buckets, bags, etc. shall be provided for storing or carrying bolts or rivets. When bolts drift pins or rivet heads are being removed, a means shall be provided to prevent accidental displacement.
   - Tools shall be secured in such a manner as to prevent accidental falling.
   - Tag lines shall be used to control loads
   - Do not overload bolt bags
   - Hoist bolt bags and tools with lines
   - When climbing ladders, keep both hands free
   - Keep hands and fingers clear of pinch points
   - Never work directly over personnel where possible. Where required, provide protection for workers below
   - Always inspect all equipment prior to use
   - Protect wire rope by using softeners
   - Perform no welding or burning operation on scaffolding or staging suspended by synthetic rope

**Confidential**

**MC_00014914**

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

- If working above reinforcing rods, employees must be protected from impalement hazards
- A safe means of access to the level being worked on shall be maintained. Climbing and sliding on columns and diagonals is not allowed.
- Lifeline attachments, dynamic fall restraints and other fall protection provisions shall be considered during shop drawing preparation, shall be incorporated in fabricated pieces, and shall have safety lines or devices anchored prior to erection whenever possible.
- For the protection of other crafts on the project, signs shall be posted in the erection area, "Danger – Men Working Above".
- When loads are being hoisted, all personnel are to be prevented from working under the lift.
- No one shall be permitted to ride a lifting load under any circumstances
- When setting structural steel, each piece shall be secured with not less than two bolts at each connection and drawn up tight before the load is released.
- Material shall not be hoisted to a structure unless it is ready to be put into place and secured.
- Bundles of sheets or small material shall be so secured as to prevent their falling from the rigging.
- The use of personal fall arrest systems shall be rigorously enforced during steel and precast concrete erection.
- All employees engaged in steel and precast concrete erection activities including connecting, bolting up, welding, or other activity that exposes them to a fall of six feet or greater shall be provided with and use 100% tie-off as the primary means of fall protection.  The exception contained within OSHA standard 1926.501.b.12 allowing for a written fall protection program in lieu of this requirement is not acceptable for steel erection on this project and is prohibited.

**Confidential**                                                                MC_00014915

## 31.   Concrete and Masonry

*Review the applicable OSHA standards under Subpart Q- Concrete and Masonry---1926.700, 701, 702, 703, 704, and 706.  OSHA lists the full standards; included below are reviews of selected text from the standards and the requirements for our program.*

### A.   General Requirements

1.   No construction loads shall be placed on a concrete structure or portion of a concrete structure unless the Subcontractor determines, based on information received from a person who is qualified in structural design, that the structure or portion of the structure is capable of supporting the loads.

2.   All protruding reinforcing steel, onto and into which employees could fall, shall be guarded to eliminate the hazard of impalement.

3.   No employee (except those essential to the post-tensioning operations) shall be permitted to be behind the jack during tensioning operations.

4.   Signs and barriers shall be erected to limit employee access to the post-tensioning area during tensioning operations.

5.   No employee shall be permitted to ride concrete buckets.

6.   No employee shall be permitted to work under concrete buckets while buckets are being elevated or lowered into position.

7.   To the extent practical, elevated concrete buckets shall be routed so that no employees, or the fewest number of employees, are exposed to the hazards associated with falling concrete buckets.

8.   No employee shall be permitted to apply a cement, sand, and water mixture through a pneumatic hose unless the employee is wearing protective head and face equipment.

9.   No employee shall be permitted to place or tie reinforcing steel more than six feet above any adjacent working surface unless the employee is protected by the use of a safety belt or equivalent fall protection.

**Confidential**                                                                MC_00014916

## B.    Equipment and Tools

1.    Concrete mixers with one cubic yard or larger loading skips shall be equipped with a mechanical device to clear the skip of materials; and guardrails installed on each side of the skip.

2.    Powered and rotating type concrete trowel machines that are manually guided shall be equipped with a control switch that will automatically shut off the power whenever the hands of the operator are removed from the equipment handles.

3.    Concrete buggy handles shall not extend beyond the wheels on either side of the buggy.  Concrete pumping systems using discharge pipes shall be provided with pipe supports designed for 100 percent overload.

4.    Compressed air hoses used on concrete pumping systems shall be provided with positive fail-safe joint connectors to prevent separation of sections when pressurized.

5.    Concrete buckets equipped with hydraulic or pneumatic gates shall have positive safety latches or similar safety devices installed to prevent premature or accidental dumping.

6.    Concrete buckets shall be designed to prevent concrete from hanging up on the top and the sides.

7.    Sections of tremies and similar concrete conveyances shall be secured with wire rope (or equivalent materials) in addition to the regular couplings or connections.

8.    Bull float handles, used where they might contact energized electrical conductors, shall be constructed of nonconductive material or insulated with a nonconductive sheath whose electrical and mechanical characteristics provide the equivalent protection of a handle constructed of nonconductive material.

9.    Masonry saws shall be guarded with a semicircular enclosure over the blade.

10.    No employee shall be permitted to perform maintenance or repair activity on equipment (such as compressors, mixers, screens or pumps used for concrete and masonry construction activities) where the inadvertent operation of the equipment could occur and cause injury, unless all potentially hazardous energy sources have been locked out and tagged.

**Confidential**                                                                 **MC_00014917**

## C.    Cast-In-Place Concrete

1.    Formwork shall be designed, fabricated, erected, supported, braced and maintained so that it will be capable of supporting without failure all vertical and lateral loads that may reasonably be anticipated to be applied to the formwork.

2.    Drawings or plans, including all revisions, for the jack layout, formwork (including shoring equipment), working decks, and scaffolds, shall be available at the job-site.

3.    All shoring equipment (including equipment used in reshoring operations) shall be inspected prior to erection to determine that the equipment meets the requirements specified in the formwork drawings.

4.    Shoring equipment that is found to be damaged or weakened after erection, such that its strength is reduced to less than that required, shall be immediately reinforced.

5.    The sills for shoring shall be sound, rigid and capable of carrying the maximum intended load.

6.    All base plates, shore heads, extension devices, and adjustment screws shall be in firm contact with the foundation and the form, and secured when necessary.

7.    Eccentric loads on shore heads and similar members shall be prohibited unless these members have been designed for such loading.

8.    Whenever single post shores are used one on top of another (tiered), the employer shall comply with the following specific requirements in addition to the general requirements for formwork:

- The design of the shoring shall be prepared by a qualified designer and the erected shoring shall be inspected by an engineer qualified in structural design.

- The single post shores shall be vertically aligned.

- The single post shores shall be spliced to prevent misalignment.

- The single post shores shall be adequately braced in two mutually perpendicular directions at the splice level.  Each tier shall also be diagonally braced in the same two directions.

- Adjustment of single post shores to raise formwork shall not be made after the placement of concrete.

- Reshoring shall be erected, as the original forms and shores are removed, whenever the concrete is required to support loads in excess of its capacity.

Confidential

MC_00014918

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

### D.     Vertical slip form

1.      The steel rods or pipes on which jacks climb or by which the forms are lifted shall be specifically designed for the purpose; and adequately braced where not encased concrete.

2.      Forms shall be designed to prevent excessive distortion of the structure during the jacking operation.

3.      All vertical slip forms shall be provided with scaffolds or work platforms where employees are required to work or pass.

4.      Jacks and vertical supports shall be positioned in such a manner that the loads do not exceed the rated capacity of the jacks.

5.      The jacks or other lifting devices shall be provided with mechanical dogs or other automatic holding devices to support the slip forms whenever failure of the power supply or lifting mechanism occurs.

6.      The form structure shall be maintained within all design tolerances specified for plumbness during the jacking operation.

7.      The predetermined safe rate of lift shall not be exceeded.

### E.     Reinforcing steel

1.      Reinforcing steel for walls, piers, columns, and similar vertical structures shall be adequately supported to prevent overturning and to prevent collapse.

2.      Sub Contractors shall take measures to prevent unrolled wire mesh from recoiling. Such measures may include, but are not limited to, securing each end of the roll or turning over the roll.

### F.     Removal of formwork

1.      Forms and shores (except those used for slabs on grade and slip forms) shall not be removed until the Controlling Contractor determines that the concrete has gained sufficient strength to support its weight and superimposed loads.  Such determination shall be based on compliance with one of the following:

- The plans and specifications stipulate conditions for removal of forms and shores, and such conditions have been followed, or

- The concrete has been properly tested with an appropriate ASTM standard test method designed to indicate the concrete compressive strength, and the test results indicate that the concrete has gained sufficient strength to support its weight and any superimposed loads.

**Confidential**

2.      Reshoring shall not be removed until the concrete being supported has attained adequate strength to support its weight and all loads in place upon it.

## G.    Pre-cast Concrete

1.      Pre-cast concrete wall units, structural framing, and tilt-up wall panels shall be adequately supported to prevent overturning and to prevent collapse until permanent connections are completed.

2.      Lifting inserts which are embedded or otherwise attached to tilt-up pre-cast concrete members shall be capable of supporting at least two times the maximum intended load applied or transmitted to them.

3.      Lifting inserts which are embedded or otherwise attached to pre-cast concrete members, other than the tilt-up members, shall be capable of supporting at least four times the maximum intended load applied or transmitted to them.

4.      Lifting hardware shall be capable of supporting at least five times the maximum intended load applied or transmitted to the lifting hardware.

5.      No employee shall be permitted under pre-cast concrete members being lifted or tilted into position except those employees required for the erection of those members.

6.      All employees engaged in precast concrete erection activities exposed to a fall of six feet or greater shall be provided with and use 100% tie-off as the primary means of fall protection. The exception contained within OSHA standard 1926.501.b.12 allowing for a written fall protection program in lieu of this requirement is not acceptable for this project and is prohibited.

## H.    Masonry Construction

1.      A limited access zone shall be established whenever a masonry wall is being constructed. The limited access zone shall conform to the following:

- The limited access zone shall be established prior to the start of construction of the wall.

- The limited access zone shall be equal to the height of the wall to be constructed plus four feet, and shall run the entire length of the wall.

- The limited access zone shall be established on the side of the wall which will be unscaffolded.

- The limited access zone shall be restricted to entry by employees actively engaged in constructing the wall. No other employees shall be permitted to enter the zone.

**Confidential**                                                                                          MC_00014920

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

- The limited access zone shall remain in place until the wall is adequately supported to prevent overturning and to prevent collapse unless the height of wall is over eight feet, in which case, the limited access zone shall remain in place.

- All masonry walls over eight feet in height shall be adequately braced to prevent overturning and to prevent collapse unless the wall is adequately supported so that it will not overturn or collapse. The bracing shall remain in place until permanent supporting elements of the structure are in place.

**Confidential**

MC_00014921

## 32. SPRAY ON FIREPROOFING

A.     Scope and Application

Spray-on Fireproofing Operations can create a number of safety, health, and environmental hazards if not carefully managed.

**The hazards from overspray and fall-out of spray-on fireproofing may be further aggravated by blowing wind.**

The following shall be required to keep potential hazards to a minimum:

1.  Subcontractors who spray and mix fireproofing material shall wear NIOSH approved respirators for toxic dusts.

2.  Other trades shall be kept out of the areas being sprayed.

3.  Floors shall be cleaned of spray fall-out as it accumulates and shall be placed in bags or in closed containers by the Subcontractor.

4.  When fireproofing is completed in an area or on a floor, the material shall be completely removed from the floor before the overspray protection is removed.

5.  All fireproofing material that has collected on or in the overspray protection shall be completely removed as the protection is removed.  No material shall be allowed to fall outside of the building or left on the floor.

6.  Dust created by dumping dried bagged material into the mixer shall be controlled.

7.  Empty bags shall be neatly stacked and tied.  No dried material shall be allowed to contaminate the area.

**To contain overspray, exteriors shall be enclosed.  To avoid disturbing fireproofing on exterior columns and spandrel beams, considerable care shall be taken when removing protection.  It is recommended that plastic tarpaulins be used as the spray fireproofing will not stick to this material.**

**Special care shall be taken to minimize overspray from the cementitous spray-on fireproofing on floors and platforms to avoid causing exceedingly slippery conditions.  The Subcontractor is solely responsible to keep the spray on fireproofing work area cleaned up on a continuous daily basis.**

**Confidential**                                                                                                    MC_00014922

## 33.   PORTABLE TOOLS AND EQUIPMENT

The purpose of this regulation is to provide procedures that will prevent injuries resulting from the use of hand tools. This procedure applies to all hand tools used on site by contractor personnel.

### A.      Responsibilities

1.   Subcontractor shall ensure only approved tools and equipment are used.

2.   All personnel using hand or portable power tools and equipment shall inspect them prior to use.

### B.      General Requirements

1.   Subcontractor is responsible for the safe conditions of tools and equipment including those furnished by employees.

2.   Compressed air shall not be used for cleaning purposes except when reduced to less than 30 PSI and then only with effective chip guarding and PPE.

3.   Tool handles shall be intact and securely attached.

4.   Cutting tools shall be kept sharp.

5.   Any worn or deformed tool shall be removed from service and repaired or discarded.

6.   Tools shall be secured in pouches, sheaths or scabbards to avoid self-inflicted cuts or dropping them on someone else.

7.   "Cheaters" shall not be used to increase leverage.

8.   Use the correct tool for the job.

9.   Use the tool properly.  Example:  When tightening a nut, make sure that the wrench is the proper size, brace yourself and pull on the wrench.  *__Always pull if at all possible.  Push only if absolutely necessary.__*

**Confidential**                                                                    MC_00014923

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## C.   Portable Power Tools

1. Circular saws shall have guards above and below the base plate or shoe.

   a. The guards shall cover the saw to the depth of the teeth.
   b. The lower guard shall automatically and instantly return to the covering position.

2. Switches: controls

   a. All hand held circular and chain saws and precision tools without accessory holding areas shall have constant pressure switches or controls that turn off when the pressure is released.

   b. Hand held power drills, toppers, fastener drivers, disc sanders, grinders, reciprocating saber, scroll and jig saws and other similarly operating tools may have a lock-on control provided that turnoff can be accomplished by a single motion of the same finger or fingers that turn it on.

   c. The operating control on hand held power tools shall be so located as to minimize the possibility of its accidental operation.

3. Grounding:  Electric tools shall meet all electrical safety requirements.

4. Pneumatic Tools:

   a. A tool retainer shall be installed on each piece of equipment where, without such, may eject a blade, bit, wheel or other tool.

   b. Air hoses and connections shall be designed for the pressure and service to which they are subjected.

5. Grinders - Portable, Bench and Post

   A. General

      i.      Safety glasses and face shields or safety goggles shall be worn when using grinders.  All bench grinders, post grinders, or portable grinders shall have a clean face shield available to this equipment.
              Face shields shall be cleaned and left at the piece of equipment immediately after use.

      ii.     Wheels and drivers must show their rated RPM.  The RPM rating of the wheel must be equal to or in excess of the RPM rating of the driver on which it is used.

**Confidential**

MC_00014924

iii.     Do not side grind on a wheel unless it is specifically designed for that purpose.  Cup grinding wheels and nylon-reinforced wheels are designed for side grinding.  Side grinding on a nylon reinforced wheel shall be light.

iv.     Newly mounted wheels must be run at operating speed for at least one minute with the guard in place before beginning grinding.  Do not stand in front of the wheel at this time.

v.     Grinders and buffers shall be kept in good, safe working condition.  All grinders shall be inspected prior to use.  Face shields shall be checked for cleanliness and availability.

vi.     Only a qualified employee shall install abrasive wheels on grinders.

vii.     Always check to see that grinding wheels, saw blades, sanding and grinding discs are designed to operate at or within intended rotating speed limits.

viii.     Ensure that protective covers and guards are installed, intact and operational.

ix.     Check all blades, bits and wheels before every use to insure they are:

- Not cracked (includes ring test for grinding wheels).
- Not out of round.
- Not excessively worn.
- Not dull, pitted or caked with clinging bits of material from a previous job.

B.  Portable Grinders

a.  Portable grinders shall be equipped with an operating trigger or handle that automatically stops the power to the wheel when the operator removes his hand.

b.  Grinding wheels 2" or more in diameter shall be equipped with a safety guard exposing a maximum of 180 degrees of the grinding wheel.  Guards shall not be removed except to change the grinding wheel.

c.  Portable welding shields shall be used where portable grinders are in service when the work area is accessible to other people who might be hit by flying sparks, particles, etc.

d.  Nylon reinforced wheels shall be limited to a maximum 8 inch diameter.

C.  Bench and Post Grinders

**Confidential**                                                                                                    MC_00014925

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

    a. Grinder wheels shall be equipped with wheel guards exposing a maximum of 90 degrees of the grinding wheel. Each grinder shall have an operating light illuminating the grinding wheel work surface.

    b. Bench and post grinders shall not be used for grinding aluminum unless specifically designated for this purpose.

    c. Work rests shall be rigid and adjusted within 1/8 inch of the grinding wheel. The tongue guard gap may not exceed 1/4 inch. No adjustment shall be made while the wheel is in motion.

D. Cut-Off Saws

    a. The automatic raising mechanism shall be in good working order before using a cut-off saw.

    b. A hood, which encloses the top half of the cutting wheel, shall be in place before using a cut-off saw.

## D.   Table Saws

1. All table saws shall be equipped with appropriate blade guards, spreaders and anti-kickback fingers. All other saws shall be equipped with appropriate blade guards. The accessories must be in service while saws are in operation.

2. Only qualified personnel are allowed to operate power saws.

3. Under no circumstances shall adjustments of any kind be made to power saws while in operation.

4. Hand feeding of material near the cutting blade is prohibited. When this work action is required, a push stick must be used.

5. A table saw's cutting blade shall be set no higher than is necessary to cut through the stock.

6. Cutting blades shall be kept sharp and in good repair.

7. Saw tables and work areas shall be kept clear of scrap and waste.

## E. Drill Presses

1. Each drill press must have an approved table work vise on clamps. When the vise is being used, it must be secured to the table with tie-down bolts.

2. The wearing of cloth gloves is prohibited when using this machine.

**Confidential**        MC_00014926

## F.  Radial Arm Saws

1.  Each radial arm saw shall be provided with an effective device to return the saw automatically to the back of the table when released.  This device shall be checked for proper operation before the saw is used.

2.  The front end of a radial arm saw shall be installed slightly higher than the back in order to facilitate the cutting head returning to its starting position when released by the operator.

## G.  Tool Bit Safety

1.  Always check to see that grinding wheels, saw blades, sanding and grinding discs are designed to operate at or within intended rotating speed limits.

2.  Be sure protective covers and guards are installed, intact and operational.

3.  Check that tool rests and tongue guards are the following distances from the grinding sheet, etc.
    a.    Tool rest gap may not exceed 1/8".
    b.    Tongue guard gap may not exceed 1/4".

## H.  Training

1.  Subcontractor is responsible for training employees on proper use of tools, required personal protective equipment and safe work practices that apply to the task/operation to be performed.

2.  Training shall be conducted prior to the use of tools upon initial assignment, when there are changes in associated tooling or previous hazards, and when there is reason to believe the employee does not possess or demonstrate the knowledge or skills required to safely operate or work with a specific tool.

## I.  Recordkeeping

Inspection and training records shall be maintained by each Subcontractor and shall be available on site.

**Confidential**

MC_00014927

## 34. Powder Actuated Fastening Tools

### A.    Scope and Application

To reduce the possibility of injuries, only *LOW VELOCITY POWDER ACTUATED FASTENING TOOLS* shall be used on this project. The stud, pin, or fastener of these tools shall be caused to have a velocity not to exceed 300 feet per second when measured 6-1/2 feet from the muzzle by accepted ballistic test methods.

Subcontractor Superintendents shall enforce compliance with Federal OSHA regulations governing the use of the tools along with the contents of this bulletin.

The use of Powder Actuated Fastening Tools shall be governed by the following rules:

1. Tools shall meet requirements of the latest edition of ANSI A10.3.

2. Only Subcontractor employees qualified by instructions of the manufacturer's qualified representative and/or licensed by the state or local authorities shall be assigned to use a Powder Actuated Fastening Tool. All qualified employees shall carry proof of training by way of a training identification card at all times.

3. Only cartridges and fasteners supplied by the manufacturer of the tool shall be used.

4. Powder Actuated Fastening Tools shall be handled with the same care as firearms. Horseplay by any Subcontractor employee (i.e. pointing an armed or unarmed tool at anything other than the work, target practice, making safety devices inoperative, or other unsafe acts, etc.) will be grounds for immediate and permanent removal from the job site.

5. All safety devices incorporated in the tool by the manufacturer shall be used at all times. A sign, minimum 8" x 10" with 1" letters, stating "Powder Actuated Tool in Use" or equivalent shall be posted by the Subcontractor in area of use. (ANSI A10.3)

6. Powder Actuated Fastening Tools approved for use on this project:
    a) Piston Tool - A Low Velocity type utilizing a piston activated by the power of a blank cartridge furnished by the Tool Manufacturer to drive a stud, pin, or fastener into a work surface.

    b) Powder Assisted Hammer Drive Tool - A Low Velocity type utilizing a captive piston activated by a blow from a 4 lb. hammer supplemented by the power of a blank cartridge furnished by the Tool Manufacturer to drive a stud, pin, or fastener into a work surface.

7. All used and unspent cartridges shall properly be disposed of per manufacturer recommendations.

**Confidential**

MC_00014928

## 35. REBAR PROTECTION

### A.    Scope and Application

During the construction of reinforced concrete buildings, Subcontractors erect forms or perform other duties over exposed vertical or upturned reinforcing bars, bolts, or other protrusions (i.e., conduits/pipes). Serious injuries and deaths have resulted from falls on these protrusions. Also, floor slab reinforcing that extends beyond a section of slab in place can be an Incident hazard.

Subcontractors are not be permitted to work above vertical protruding reinforcing steel unless it has been protected to eliminate the hazard of impalement.

Several approved methods to protect against this hazard are:

1. Empty steel drums placed over the dowels until the column reinforcing is placed. The drums are then moved forward as the work progresses.
2. Shallow boxes made from scrap lumber used in the same manner as No. 1 above.
3. Plank covers for rows of bond bars.
4. "Barguard": (produced by the American All Safe Company, Inc., Buffalo, New York) placed over each bar. (check local or state regulations)
5. 4" x 4" x 4" wood blocks drilled to bar size and used as No. 4 above.
6. Continuous 2"x4" wood rail secured to avoid displacement.

Wire mesh or reinforcing bars extending beyond a section of slab in place shall be bent down and secured to eliminate a tripping hazard. Otherwise, Subcontractors shall be prohibited from walking over the area.

**Confidential**                                                                                    MC_00014929

## 36.    Material Handling and Storage

*Review the applicable OSHA standards under Subpart H-Material and storage; 1926, 250, 251. OSHA lists the full standards; included below are reviews of selected text from the standards and the requirements for our program. The proper storage and handling of materials will provide for control of material and equipment, increase productivity, and reduce the number of material handling accidents and injuries usually associated with this function.*

### A.    Requirements for Storage (General)

1.    All materials must be blocked, stacked, racked, or otherwise secured to prevent sliding, falling, or collapse.

2.    Do not exceed maximum safe loading (pounds per foot) on any elevated floor.

3.    In areas of material handling, maintain good access for employees and equipment.

4.    Materials stored inside of buildings must not be closer than 6 feet to any floor opening.

5.    Materials shall not be stored on scaffolds in excess of supplies needed for immediate use.

### B.    Bricks

1.    Brick stacks shall not be more than 7 feet in height.

2.    When a loose brick stack reaches a height of 4 feet, taper it back 2 inches in every additional foot.

3.    When masonry blocks are stacked higher than 6 feet, the stack shall be tapered back one-half block per tier above 6 feet.

### C.    Lumber

1.    Used lumber shall have the nails withdrawn before stacking.

2.    Lumber shall be stacked on level and supported sills and so stacked as to be wholly stable.

3.    Lumber piles shall not exceed 20 feet in height.

### D.    Pipe, Steel

**Confidential**

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

    1.    Structural steel, poles, pipes, must be racked or stacked and blocked to prevent spreading or falling.

## E.    Disposal of Waste Materials

    1.    Whenever materials are dropped more than 20 feet to any point lying outside the exterior walls of the building, an enclosed (all sides) chute shall be used.

    2.    When debris is dropped inside of a building without a chute, a barricade at least 42 inches high and not closer than 6 feet from the projected edge of the opening must be used. Signs warning of falling material must be posted at each level. Removal of waste material must wait until above operations cease. All scrap lumber, waste material, and rubbish shall be removed from the immediate work area as the work progresses.

**Confidential**        MC_00014931

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 37.   PERSONAL PROTECTIVE EQUIPMENT (PPE)

*Subcontractors are required to utilize appropriate engineering and administrative controls to protect their employees from all recognizable hazards on this project. When implementation of these controls are not feasible, contractors shall issue appropriate personal protective equipment for their employees such as hard hats, eye protection, gloves, body harnesses, and respirators.*

*Each Subcontractor is responsible for assuring that their employees are properly trained on each type of personal protective equipment (PPE) used.*

*Subcontractor are responsible for ensuring that their vendors and visitors abide by all project safety rules.*

### A.   Head Protection

Hard hats must be in good condition, meet ANSI Z89.1 standards, and shall be worn at all times on the jobsite, with the exception of the office trailers.

### B.   Eyes and Face

1. Approved safety glasses with rigid side shields that meet ANSI Z87.1 standards, must be worn by employees in work areas per OSHA requirements.  Office areas are excluded.

2. Additional eye and/or face protection shall be worn in the following situations:

3. Goggles or a full-face shield shall be worn for chipping, overhead work, and drilling above shoulder height.

4. Full-face shields shall be worn for grinding and abrasive wheel operations, circular saw use or any other tool/equipment that discharges solid material, and when transferring chemicals between two containers.

5. Burning goggles with a minimum shade of 4 shall be worn for all gas welding and burning.

6. Welding hoods will cover all exposed areas of the face and have a minimum shade 10-filter lens.

7. A face-shield and splash-proof goggles must be worn when using a chemical that could splash into the face and/or eyes.

**Confidential**

MC_00014932

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

## C.    Hearing Protection

1. Hearing protection must be worn in all posted areas and around any high noise level producing machines, tools, equipment or operations.

2. High noise areas are defined as areas where employee noise exposure may exceed 90 dBA for an 8-hour Time Weighted Average. And Subcontractors are required to initiate a Hearing Conservation Program for their employees exposed to noise levels beyond 85 dBA.

3. When employees are subject to sound levels exceeding those specified in OSHA table D-2, ear protective devices must be provided and used.

4. When employees are subject to sound levels exceeding those listed in table D-2, feasible administrative or engineering controls shall be utilized. If such controls fail to reduce sound levels within the levels of the table, then personal protective equipment shall be provided and used to reduce the sound levels

**Table D-2**

| Duration per day, hours | Sound Levels DBA |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |
| 3 | 97 |
| 2 | 100 |
| 1 ½ | 102 |
| 1 | 105 |
| ½ | 110 |
| ¼ or less | 115 |

**Confidential**                                                                    MC_00014933

When the daily noise levels of exposure are composed of different levels, their combined effect should be considered, rather than the individual effect. Each project varies as to the actual noise level that is generated; included are examples of sound levels for some equipment:

| | | |
|---|---|---|
| 60 lb. Jackhammer | @ 10 ft. | 104-108 DBA |
| 15 lb. Chipping Hammer @ 10 ft. | | 92-96 DBA |
| Concrete Saw | @ 10 ft. | 101-103 DBA |
| Steel Grinder | @ 10 ft. | 94-98 DBA |
| Circular Saw | @ 10 ft. | 95-100 DBA |

By checking Table D-2, you can see that these operations would have to include either hearing protection or a limited time of use to prevent overexposure. Use these as guides, and if in doubt, have employees use hearing protection. For specific site *"noise level testing"*, contact your safety representative for further information.

## D.    Fingers and Hands

1. Gloves suitable for the job being performed shall be worn unless the use of the gloves creates or increases the hazard.

2. Use the appropriate glove for the task performed (e.g. rubber coated gloves for solvents or chemically treated material; leather gloves for handling rough or sharp material).

3. Do not use gloves around rotating equipment.

4. Electricians shall wear specially designed rubber gloves meeting ANSI standards when working on high voltage.

5. Cut resistant gloves are required on the free hand when using knives or similar type cutters.

6. Keep hands and fingers away from all pinch points.

7. Use tool holders to keep hands out of strike zones.

8. Rings are not to be worn in the work area at any time.

**Confidential**

### E.   Toes, Feet and Legs

1.  Sturdy leather work-boots are required on all projects.

2.  Steel-toed boots that cover the ankle are strongly suggested and may be required on some projects.

3.  Sneakers, sandals, or any other shoe of similar kinds are not allowed to be worn on site.

4.  Additional foot protection (foot guards) must be worn when using jackhammers or tampers.

5.  Rubber non-slip boots must be worn in slippery areas or in areas where a chemical exposure is possible.

6.  Guards, chaps, etc. shall be worn while using equipment such as chainsaws or in areas where snake bites are possible.

### F.   Fall Protection – Body Harnesses

Fall protection devices include body harnesses, shock-absorbing lanyards, and other equipment that prevent or arrest falls from heights.  When exposed to a fall of greater than six (6) feet and not protected by standard handrails or other acceptable methods, or working under guidelines of an approved Fall Protection Plan, all personnel shall use a body harness.  A fall arresting device is required in the following situations:

1.  Sloping roofs.

2.  Flat roofs without handrails within six feet of roof edge or floor opening.

3.  Elevated work areas greater than six feet unless employees are protected from falling by standard handrails.

4.  Scaffolding that has components missing (e.g. handrails, mid-rails)

5.  Steel erection, including leading edge and connection work.

6.  Every employee issued a fall arresting device shall be properly trained on proper use, care, and inspection prior to use.

7.  Safety belts shall not be used for fall arresting purposes.  They shall only be used as a secondary means of fall protection.

8.  100% fall protection is required in all situations where employees are required to move while in elevated areas.

**Confidential**                                                                                 MC_00014935

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

9. Harnesses shall be equipped with shock absorbing lanyards, or as required by additional project rules.

10. Any lifeline, safety harness, or lanyard actually subjected to fall loading shall be removed from service.

## G.    Respiratory Protection

1. The Subcontractor shall provide respirators where employees' exposure to fumes, dusts, gases or other respiratory hazards are present or reasonably expected.

2. Each affected Subcontractor must have a respiratory protection program in writing that meets or exceeds all OSHA standards.

3. Employees who use respirators must be clean-shaven at the time of use.

4. Respirators must be selected to protect against the appropriate hazard.

5. Respiratory protective equipment shall be regularly inspected and maintained in good condition.

6. Respirators shall be stored in a convenient, clean, and sanitary location.

7. Employees shall not be assigned to tasks requiring a respirator until it has been determined that they are physically able to perform the work and use the equipment.

8. The local physician shall determine what health and physical conditions are pertinent.

9. Subcontractor shall fit test their employees before allowing them to use respirator.

10. Subcontractor shall maintain all fit test records on the jobsite.

**Confidential**                                                                    MC_00014936

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 38.   SAFETY ORIENTATION

### A.   GENERAL REQUIREMENTS

The Subcontractors shall ensure that their employees receive the safety orientation prior to starting work on this project.

The Subcontractor shall maintain, and make available for inspection, records of such safety orientation and training.

The orientation shall consist of the written format specified on the attachment on the next page in addition to any job specific information.

Each Subcontractor will perform the safety orientations and will ensure that each employee receives a copy of this orientation and signs the acknowledgement page at the end.

### B.   ON-SITE SAFETY ORIENTATION

It is our intention to provide and maintain a totally safe site. Your commitment to safety is a condition for continuous employment on this project.

After you have reviewed these guidelines, sign the last page where indicated and return that page to your superintendent or foreman.

### C.   EVACUATION

In the event of a fire or any time project evacuation is required, all personnel onsite will be informed via a radio signal, or other method as designated by the Controlling Contractor.

YOU SHALL IMMEDIATELY:

Cease all work and shut off all electrical equipment, including welding machines, air compressors, etc.

Close valves on gas cylinders.

Walk! (DO NOT RUN OR JUMP FROM ELEVATED POSITIONS) to the designated assembly points.  Remain at the assembly point until the all clear signal is sounded.  Be prepared to follow the directions from your supervisor.

**Confidential**                                                                                    MC_00014937

## D.    FIRST AID

All injuries are to be reported to the Controlling Contractor's representative immediately.  DO NOT LEAVE THE SITE WITHOUT REPORTING AN INJURY, REGARDLESS HOW MINOR YOU MAY THINK IT IS.

Injuries requiring a doctor's care will require a medical authorization form from your supervisor.

If we have an employee injured on our job we want the best medical care possible.  However, if we have an injury that we suspect is fraudulent we will spare no expense investigating and prosecuting.

## E.    PROTECTIVE EQUIPMENT

HEAD PROTECTION

> Hard hat must be worn at all times (with the bill to the front) once entering the work area.   Areas of exception are offices, equipment with fully enclosed cabs, lunch and break periods provided no work is going on in the immediate area.

EYE AND FACE PROTECTION

> Appropriate eye protection (ANSI Z87) with side shields are required to be worn in the work area per OSHA regulations.  Prescription glasses must be approved safety glasses, approved glasses and frames, or approved eye protection.

> When grinding or buffing, a face shield with approved safety glasses will be required.

> When cutting or burning, goggles will be required.

> When welding, a welding hood and lens with an appropriate number filter.

> Chemical goggles are required to be worn when working with corrosive or toxic material.

RESPIRATORY AND HEARING PROTECTION

> Respiratory and/or hearing protection is required in designated areas and or when performing specific tasks.

> Employees must be clean-shaven prior to using a respirator.

**Confidential**                                                                MC_00014938

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## F.     BARRICADES

Barricade tape is not to be used in lieu of physical barricades for floor, hole, wall openings or when permanent handrails have been removed.

Yellow barricade tape indicates to use caution when approaching or entering the area.

Red barricade tape requires authorization to enter area.   Anyone entering area without authorization is subject to disciplinary action.

## G.     FALL PROTECTION/TIE-OFF

1. A 100% tie-off policy is in effect anytime you are exposed to a potential of falling more than 6 feet to a lower level.
2. An approved fall arrest system will be worn when working from unprotected elevations greater then 6 feet and when working in powered man-lifts.
3. Approved fall arrest system consists of a full body harness, two shock absorbing lanyards, each with double action or positive locking snap hooks.
4. Any lifeline, safety harness, or lanyard actually subjected to fall loading shall be removed from service.

## H.     LOCKOUT/TAGOUT

You must Lockout/Tagout the power source prior to making adjustments or repairs to any equipment. DO NOT DEPEND on the control switch on drills, grinders etc. UNPLUG THEM.

## I.     ELECTRICAL TOOLS, CORDS

1. Tools are to be visually inspected by the employee prior to use.  Any tool or cord found to be defective shall be taken out of service immediately.
2. Approved ground fault circuit interrupters shall be used for all temporary wiring that are not part of the permanent wiring of the building or structure.
3. When using existing building power that is not protected by ground fault circuit interrupters, the Subcontractor shall supply and utilize in-line (pigtail) ground fault circuit interrupters.
4. An Assured Grounding Conductor Program shall be used in tandem with all ground fault circuit interrupters.
5. Check the RPM rating of grinding wheels or discs. The RPM rating must be greater than that of the driver.
6. Tools and guards are not to be altered.
7. Where practical electrical cords and welding leads will be maintained at a 7 foot level, avoiding pinch points and creating trip hazards.
8. Do not tie electric cords to metal rods or nails.

**Confidential**

MC_00014939

**Monadnock Construction, Inc.**
*Safety Procedures Manual*

**J.     LADDERS**

1.  Ladders must be free from defects.
2.  Place the ladder so that its base is out 1/4 the distance of the height.
3.  Ladders shall be tied at the top or secured at the base.
4.  No extension ladder shall extend its full length; overlap at least 3 rungs.
5.  Stepladders shall not be used as extension ladders.
6.  Stepladders shall be fully extended and locked in position.
7.  Only one employee, at a time, shall work off a stepladder.
8.  Do not stand or sit on the top or top two rungs of a stepladder.

**K.     SCAFFOLDS**

All scaffolds, platforms, and staging must be completely decked, with decking secured, and shall be built with standard handrails and toeboards on open sides and ends.

The footing for scaffolds shall be sound and capable of carrying the maximum intended load.

No scaffold shall be erected, moved, dismantled or altered except under the supervision of a competent person.

**L.     EXPLOSIVE ACTUATED TOOLS**

Employees must be trained/certified before they may use these tools.

**M.     CLOTHING**

All employees shall wear sturdy work-boots while on the project. Some tasks may require additional foot protection. Long pants or coveralls are required.

**N.     JEWELRY**

Good judgment shall be used as to what type of jewelry will not constitute hazard.  For instance, earrings or chains that could get caught in machinery are not allowed.

**O.     COMPRESSED GAS CYLINDERS**

1.  Compressed gas cylinders will be capped, tied-off, or otherwise properly stored when not in use.
2.  Cylinders must remain in the upright position at all times.
3.  Keep protective caps in place.
4.  No oil or grease is to be used on valves or gauges.
5.  Oxygen cylinders in storage must be separated from fuel-gas cylinders by at least 20 feet, or by a 5-foot wall with a 30-minute fire rating.

**P.     LIFT CAREFULLY**

**Confidential**                                                                                   MC_00014940

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

1. Like everything else, the right way to lift is easier and safer.
2. GET HELP if the load is too heavy.
3. Do not lift with your back, bend your knees.

**Q.   LIFTING AND/OR SWINGING LOADS**

1. Do not walk under a suspended load or permit others to do so.
2. Barricade the lift area to control access into the area.
3. Never pick up a load in excess of the capacity of the equipment
4. Only one person at a time will give hand signals to operator.
5. Tag lines will be used to control loads.
6. Never leave a suspended load unattended.
7. Never ride on a load, crane hook, headache ball, or forks of a lift truck.

**R.   RIGGING**

1. Never use hands or feet to guide cable or line onto a drum or hoist.  Use a bar as a guide.
2. When it is necessary to stretch cables or lines across roads or walks, block the road or walk if the cable or line is lower then 14 feet above roads or less than 7 feet above walks.
3. Seat chain links into a hook by hand pressure only.  Never hammer a chain link onto a hook.
4. Use approved method to fasten hoisting equipment together.
5. The manufacturer's recommendations shall be followed in determining the safe working loads of hooks. All hooks for which no applicable manufacturer's recommendations are available shall be tested to twice the intended safe working load before they are initially put into use.

**S.   CHAIN BLOCKS**

1. When using chain blocks, inspect and check for proper operation using a test load before making a critical lift.
2. Know how much you are lifting and the chain block limitations.
3. No more than one person at a time shall pull on the chain of a block.
4. Never use a load chain as a sling for lifting.
5. Chains shall not be used for rigging purposes, with the exception of chain falls with the capacity plate intact.
6. Straighten chains and make every link seat before lifting. Never jerk or put any strain on a kinked chain.
7. Use appropriate or rated material to suspend or anchor chain blocks.

**Confidential**                                                                                                    MC_00014941

**T.    EQUIPMENT OPERATIONS**

1. Operators must be trained for the type of equipment being operated.  The Subcontractor shall provide proof of competency for all individuals operating heavy equipment.

2. Passengers are not allowed to ride on equipment with operators.

**U.    ACCESS**

Climbing, sliding down columns or diagonal bracing is not permitted.  Walking elevated beams and pipe without being tied off is not permitted.

**V.    PERMITS**

1. There are various permits required on the project.  It is the responsibility of each Subcontractor to obtain any and all permits needed for their work.  Commonly used permits include:

2. HOT WORK - Any work, tool, or equipment (welding, burning, grinding, vehicles, portable welders, etc.) which might provide a source of ignition in areas where combustibles are present.

3. CONFINED SPACE - The authorization required to enter any vessel, pipe, confined space, excavation etc., for any reason.

4. LOCK AND TAG – Prevents operation of a valve, switch or piece of equipment when injury or property damage could result from the operation.

5. EXCAVATION – Authorization to excavate anywhere on the site.  An excavation permit shall not be issued until a Dig-Safe number is issued and active.

6. SCAFFOLD – Permission to use a scaffold that has been erected. Permission shall be secured by each new Subcontractor that seeks to use a scaffold, following a review of their proposed operation.

7. Failure to follow instructions on a tag or permit will constitute grounds for removing the employee from the site. If you see a tag that you do not understand, ask your supervisor.

**W.    HAZARD COMMUNICATION**

1. Handling and storage are the two most common causes of accidents with chemicals. There are several ways that the information is relayed to the employee, these being:

2. Container labeling - labels give you information about immediate hazards associated with the chemical.

3. Material Safety Data Sheets (MSDS) give you detailed information about the chemical - physical and health hazards, First Aid, fire fighting, protective equipment, etc.

4. Know what you are handling, read the label, and if there is any doubt, consult the Material Safety Data Sheet.

**X.    PARKING AND MOTOR VEHICLES**

**Confidential**                                                                                        MC_00014942

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

1. Employees shall park personal vehicles in designated areas only.

2. Posted regulations governing the use of the parking lot shall be followed.

3. All vehicles on Monadnock's premises will be at the risk of the vehicle owner and the MONADNOCK accepts no responsibility for damage to or theft of or from such vehicles.

## Y. GENERAL

1. Drink water only from approved drinking water containers or dispensers.
2. Proper housekeeping is essential and will be part of every job.
3. Clean up all spills or leaks promptly. The contractor is responsible for containing and cleaning up all spills caused by its workforce.
4. Obey all posted speed limit signs.
5. Pedestrians will have the right-of-way.
6. Yield right-of-way to emergency vehicles.
7. Smoking is permitted in designated areas only.
8. No firearms or weapons are allowed on the job site.
9. Riding on any equipment that is not designed for personnel transport is prohibited.
10. Ride in vehicles with seats firmly attached.
11. Employees must obey all danger and caution signs.
12. Correct all unsafe conditions when possible. Report all unsafe conditions to your immediate supervisor or safety personnel.
13. No running is permitted on the job site.
14. All material raised and lowered from any height must be done by rope (No dropping or throwing).
15. No horseplay will be tolerated.
16. No fighting. All involved will be subject to being removed from the site.

**Confidential**

MC_00014943

## Z.   SUBSTANCE ABUSE POLICY

1. Drugs, alcohol, and any form of non-prescription (defined as a medication that can have a material effect on a person's ability to carry out their regular job duties) or accepting any form of illegal drugs or alcohol on the job site will be terminated.

2. Any employee/worker, who is using prescribed medication, must report to their supervisor before starting work for the day. The Supervisor must determine, in consultation with the employee's physician or other medical consultants, if it is safe for the employee/worker to perform his or her regular duties while taking the medication in question.  If not, the employee/worker will be directed to perform other duties (if available) or will be directed not to report to work, until it is determined that it is safe to do so.

3. An employee who is involved in an accident in the course of job duties which involves use of vehicles, heavy equipment, power tools or other dangerous instruments or under working conditions which result in a lost time injury or substantial property damage (generally in-excess of $1,000) may be tested for reasonable cause in cases which the designated Contractor safety representative concludes that:

   a.  the accident was caused by human error or could have been avoided by reasonably alert action; or

   b.  the employee to be tested was an active participant in the accident circumstance; or substance use cannot be discounted as a contributing factor.

**Confidential**

MC_00014944

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 39. ACKNOWLEDGEMENT

This is to acknowledge that I have received and/or read the Monadnock Construction, Inc. "Safety Procedures Manual. The rules in the safety orientation section of the manual are not intended to cover all possible situations.

I understand that I shall not engage in any activity that could create a safety hazard.

I agree to abide by the site safety rules including the drug screening procedures.

I further understand that any violation of the site safety rules and regulations may be grounds for dismissal from the project.

Print full name:_____

Signed:_____

Date:_____

Craft :_____

Company :_____

Please return this page to your supervisor.

**Confidential**                                                                        MC_00014945

*Monadnock Construction, Inc.*
*Safety Procedures Manual*

## 40. FORMS

**Confidential**

MC_00014946

**Monadnock Construction, Inc.**
**Safety Procedures Manual**

# 1. PROJECT START-UP

### Project Start-Up Checklist

The following checklist is a tool for Superintendents to use prior to the start of a project. Based upon review of the project scope of work and / or contract specifications, check all applicable items. Contact your Safety Representative for assistance and or needed signs.

Project:_____     Project Manager: _____

Superintendent: _____     Project #: : ___ ___ _____

**I.  REQUIRED POSTINGS**
OSHA 300 Form on-site
OSHA Poster (2203) or 5 in 1 Poster
Emergency phone numbers (hospital, etc.)
Emergency map to local hospital
Equal Employment Statement
Sexual Harassment Statement
Equal Employment Opportunity
Family and Medical Leave Act
Working on Federal for Federally Financed
Construction Project.
Notice to Employees Working on Government
Contracts
State Minimum Wage
Unemployment Compensation Coverage
Minor Labor Laws
Job Safety and Health Protection
Employee Polygraph Protection Act
Federal Minimum Wage

**II.  SIGNS**
CAUTION Safety Glasses & Hardhats Required
DANGER Confined Space
NOTICE Hot Work Permit Required
CAUTION Man Working
NOTICE Fall Protection Required
NOTICE Fire Extinguisher
DANGER High Voltage
DANGER Lock Out / Tag Out
DANGER Flammables – No Smoking
CAUTION Overhead Work

**III.  ON-SITE DOUCMENTATION**
Site Specific Safety Procedures Manual
Contractor Safety Procedures Manual
CPR / First Aid Certificates
Asbestos Worker Certification

Competent Person For
- Fall protection,       - Heavy Equipment
- Scaffolds,              - Demolition
- Excavation             - Confined Space
Utility Clearance
Crane Inspection Records

**VI. ARRANGED SERVICES**
Asbestos / Lead Abatement Contractor
Medical Clinic for injuries/ exams.
Refuse Collection for Worksite
Portable Toilet Facilities
Other:

**V.  SPECIAL / EQUIPMENT**
Personal Arrest Systems
Approved Scaffolding
Trench Box or Equivalent (sloping, shoring)
Air Sampling Pumps
Air Monitoring Devices
(PID/LEL/DUST)meters
Employee Rescue Retrieval System
Ventilation / Purging Device
Decontamination showers
SCBA / Supplied Air Systems

**VI. MATERIAL / SUPPLIES**
Visitor Safety Glasses
Visitor Hardhats
First Aid Kit Stocked
Currently Tagged Fire Extinguishers
Drinking Water Cooler
Handwashing Container
Eye Wash Station
Wind stock / Weather Station

September 2004 version

125                                    Safety Procedures Manual

Confidential

Monadnock Construction, Inc.
Safety Procedures Manual

## 2. CONSTRUCTION INSPECTION

**Construction site safety checklist**

| Trailer/site | Personal protective equipment | Cranes |
|---|---|---|
| First aid | Respirator program | Condition |
| Posting requirements (OSHA, WC, EEOC, wages, etc.) | Ear protection | Load charts |
| Program review | Eye protection | Annual inspection |
| Fire extinguishers | Footwear | Frequent inspection/operator |
| ERTW program | Gloves | Swing radius |
| Site emergency plan | Hard hats | Other |
| Site security plan | Proper clothing | **Ladders** |
| Environmental -- any special situations | Other | Condition |
| Potable water and toilet facilities | **Electrical** | Extends at least three-feet above |
| Other | GFCI | Secured |
| **Public protection** | Grounding | Other |
| Barricades | No exposed live parts | **Heavy equipment/tools** |
| Flagging | Hard usage three-wire cords | Forklift |
| Traffic controls | Overhead lines | Aerial lifts |
| Other | Other | Skid steer |
| **Fire protection** | **Fall protection** | Generators/compressors |
| Fire protection plan | Site fall protection plan | Heaters |
| Gas cylinders storage | Floor holes | Other |
| Storage of flammable liquids | Wall openings | **Scaffolds** |
| Welding equipment | Guard rails | Competent person |
| Safety cans | Stair rails | Daily inspections |
| Other | Perimeter rails | Mobile scaffold requirements |
| **Housekeeping** | Harness and lanyards | Fabricated frame scaffold requirements |
| Daily debris removal | Other | Other |
| Clear access to exits and stairs | **Excavation/trenches** | **Misc./other** |
| Site areas clean | Competent person | |
| Cords in walkways | Access/egress | |
| Adequate lighting | Cave-in protection (slope or box) | |
| Other | Daily inspections | |
| | Soil testing | |
| | Spoil pile | |
| | Other | |

*-- This list is not all-inclusive --*

Confidential

MC_00014948

Monadnock Construction, Inc.
Safety Procedures Manual

## 3.   VISITOR'S RELEASE

### Visitors Release

IN CONSIDERATION OF PERMISSION GRANTED TO THE UNDERSIGNED TO ENTER AND INSPECT THE PREMISES OWNED BY: _____

SITUATED ON THE PROPERTY OF: _____

AT: _____

WHEREON A STRUCTURE KNOWN AS: _____

IS BEING CONSTRUCTED, WHICH PERMISSION IS GIVEN FOR MY (OUR) BENEFIT ONLY AND AS A COURTESY TO ME (US). I (WE) HEREBY AGREE FOR MYSELF (OURSELVES) AND MY (OUR) HEIRS, EXECUTORS AND ADMINISTRATORS THAT I (WE) WILL AND DO RELEASE FROM LIABILITY, HOLD HARMLESS, INDEMNIFY AND FOREVER DISCHARGE : _____ , AND/OR: _____ , AND/OR THE CONTRACTORS OR SUBCONTRACTORS WHO MAY BE PERFORMING WORK ON THE SAID PREMISES FROM ALL MANNER OF CLAIMS, ACTIONS OR CAUSES OF ACTION WHICH I (WE) NOW HAVE OR WHICH I (WE) OR MY (OUR) HEIRS, EXECUTORS OR ADMINISTRATORS HEREAFTER CAN, SHALL OR MAY HAVE BECAUSE OF BODILY INJURY OR DAMAGE TO PROPERTY, WHICH I (WE) MAY SUFFER WHILE ON THE SAID PREMISES.

IT IS UNDERSTOOD THAT I (WE) ACCEPT FULL RESPONSIBILITY FOR THE ABOVE MENTIONED RISK.

I WITNESS WHEREOF, I (WE) HAVE HEREUNTO SET MY (OUR) HAND

THIS _____ DAY OF _____ , 2001

NAME                                    COMPANY OR AFFILIATION

(PRINT) _____            _____
(SIGNATURE) _____        _____

September 2004 version

Confidential                                              MC_00014949

Monadnock Construction, Inc.
Safety Procedures Manual

4.    HOT WORK PERMIT

## HOT WORK PERMIT

**REQUEST**

Contractor: _____ Date: _____
Building:_____Floor_____

Work to Be Done:_____

**REVIEW**

Before authorizing this job to be done, the Site Superintendent or his designated Safety Coordinator shall inspect the work area and confirm that the following precautions have been taken to prevent fire.  Check applicable items:

**General:**
    Sprinklers in service.
    Hot work equipment in good repair.
    Fire Department notified.

**Within 35 Feet of Work:**
    Dust, lint, and oily deposits removed.
    Floors swept clean of combustibles.
    Combustible floors wet down, covered with damp sand, metal or other shields.
    Flammable liquids removed; other combustibles protected with fireproof tarpaulins, metal shields, or covers.
    All wall and floor openings covered.
    Noncombustible tarpaulins suspended beneath work.
    Explosive atmosphere in area eliminated.

**Work on Enclosed Equipment:**
    Equipment cleaned of all combustibles.
    Containers purged of flammable liquids.

**Fire Watch:**
    Fire watch will be provided during work, and continue for one hour after work, including any breaks.
    Supplied with extinguishers and small hose.
    Trained in the use of this equipment, in sounding alarm, and taking proper emergency action.
    Monitor Area for up to four hours after job is completed.

**Other Precautions Taken:**_____
_____

**APPROVAL**
Permit Expires _____ Signed _____
            *(Date)*                     *(Superintendent)*

**FINAL CHECKUP**

Work area and all adjacent areas to which sparks and heat might have spread (including floors above and below and opposite side of walls) were inspected on hour after the work was completed

Signed_____

Confidential

Monadnock Construction, Inc.
Safety Procedures Manual

## 5. Job Hazard Analysis

| Job: | Department: | Section/Group: | | Title of Task Performer: | | Date: |
|---|---|---|---|---|---|---|
| Supervisor: | Analysis Conducted By: | Analysis Reviewed By | | Analysis Approved By - Contracting Contractor/OCIP Mgr. Risk Control Services: | | |
| Required Personal Protective Equipment and/or Safety Equipment: | | | | | | |

| Basic Job Steps in Sequence | Potential Hazard or Incidents | Recommended Safe Work Practice/Procedure |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

September 2004 version

129

Safety Procedures Manual

Confidential

Confidential

MC_00014952

Confidential

MC_00014953

**EXHIBIT "G"**
**LEED SUBMITTAL REQUIREMENTS**

[To Be Inserted]

DM1\3586256.3

EXHIBIT G

Scope of Work for All Trades                                           Updated: September 20, 2012

## Green Building Scope of Work Language for All Trades

*This document shall be used in conjunction with Divisions; 00, 01 and the Trade Specific Sections of the Project Specifications.  In the case where a conflict exists the greater standard (or most LEED points) shall govern.*

**A.   GREEN BUILDING REQUIREMENTS**

Contractor shall comply with all green building requirements as detailed in the Specifications and this Scope of Work.

1.   **Third party Green Building Certification Goals**

This project is pursuing Enterprise Green Communities and LEED Silver certification.

2.   **Green Materials Criteria**

1.   Concrete shall contain 25-35% fly ash or 35- 50% slag, unless otherwise permitted and specified by the Structural Engineer or Architect.

2.   Rebar shall contain at least 80% recycled content, as typical to electric arc furnace mill production.

3.   Sheet metal shall contain at least 25% recycled content, as typical to basic oxygen or electric arc furnace mill production.

4.   Structural "shapes" steel shall contain recycled content, when available from the industry.

5.   Releasing Agents:  Shall be compatible with material or finish to be subsequently applied and free of deleterious effects on final surfaces. Use environmentally preferable, non-petroleum product, which shall be submitted for approval by the structural engineer. Sample products include:  Enviroform and Aquastrip by Conspec (R), Crete-Lease 20-VOC by Cresset Chemical Company, Asphalt Release by Franmar Chemical Inc, Greenplus Form Release Agent ES by Greenland Corporation, Bio-Form by Leahy-Wolf Company, Soy Form Away and Natural Form Oil by Natural Soy LLC, SOYsolv Concrete Form Release Agent by SOYsolv (R), Formshield WB by Tamms industries, SealTight Duogard II by W.R. Meadows Inc.

6.   Waterstops:  Unless otherwise noted, waterstops shall be bentonite or butyl rubber and not polyvinylchloride.

3.   **Green Materials Documentation**

The contractor or subcontractor shall submit the following Green Materials documentation <u>within one month</u> of receiving approval to use the product or system.

1.   A completed Green Materials Certification Form (sample form is provided at the end

Page 1

of this section and an electronic copy should be requested from the Owner or Construction Manager.) Information to be supplied for this form includes:

   i.   Material cost(s) for the building materials included in the contractor's or subcontractor's work. The material costs shall not include costs associated with contractors or subcontractors' labor or equipment.

   ii.   The amount of post consumer and/or post industrial recycled content in the supplied products

   iii.   The location of origin and location of manufacturer for the supplied products

2.   Product cut sheet or letter of certification from the product manufacturer on the manufacturer's letterhead verifying the information supplied on the Green Materials Certification Form.

Failure to provide complete and accurate Green Materials documentation in a timely manner could jeopardize the project's LEED certification and become the basis for a contractor's delay of payment.

4.   **Construction Activity Pollution Prevention**

   1.   Construction Activity Pollution Prevention Plan

      i.   Prior to beginning work, Contractor shall develop and submit for approval a Construction Activity Pollution Prevention Plan that conforms to the requirements of the 2003 EPA Construction General Permit OR local standards and codes, whichever is more stringent.  Instructions for developing a Construction Activity Pollution Prevention Plan have been provided at the end of this section.

      ii.   An approved CAPPP is required before work can begin on the site.  A copy of the approved CAPPP must be maintained on site.

   2.   CAPPP Implementation and Documentation

      i.   Contractor shall implement the CAPPP over the duration of the contractor's work.

      ii.   Once every two weeks and after major rainstorms (1/2" of rain fall), Contractor shall inspect the CAPPP control measures and complete an inspection checklist.

      iii.   Contractor shall take date-stamped photographs of the control measures periodically and submit them to the Construction Manager for LEED documentation purposes.

This plan is a prerequisite for LEED certification, so any infraction could jeopardize the project's LEED certification.

5.   **Idling Restrictions and Signage:**

Contractor is aware that New York City Administrative Code 24-163 prohibits vehicles from idling for longer than three (3) minutes unless necessary to the purpose of the vehicle or equipment, as stated in the manufacturer's Operating Manual. Idling for the

Confidential

MC_00014956

Scope of Work for All Trades                                        Updated: September 20, 2012

purpose of heating or cooling the cab is prohibited, as is idling during loading and offloading and while queuing outside the site to offload. Contractor shall provide and post visible signage to remind employees and subcontractors, "Unnecessary idling prohibited. Shut off your engine whenever possible" or equivalent.

6.   **Diesel Emissions Reduction**

All diesel burning equipment shall comply with U.S. EPA tier II emission standards. Contractor shall only use ultra low sulfur diesel fuel with a sulfur content at or below 30 ppm.

7.   **Construction Waste Management**

The Owner intends to divert at least 85% of construction and demolition debris (measured by volume) from landfills and incineration on this project. Contractors shall also recycle their own recyclable office waste. The following requirements exceed those of LEED and align with New York City's proposed new construction waste management regulations.

1.   Waste Recycling and Salvage Requirements

i.   Contractor shall recycle or salvage for reuse all of the following materials to the greatest extent practical: reinforcing and structural steel, miscellaneous metal, concrete and CMU, asphalt, large-dimension lumber, wood, new gypsum wallboard scrap, brick, elevators, glass and windows, mechanical system components, carpet product, ceiling tile and existing furniture and furniture systems.

ii.   Wherever feasible, material with reuse value, such as large-dimension lumber and functional furniture shall be directed to entities that will reuse or resale the material, as this is a preferable use for the material than recycling or landfill. This material shall not be cut except as necessary for removal and stored in a dry location separate from other waste until transported offsite.   [Projects of less than 1,000 SF are exempt from this requirement.]

iii.   Contractor shall also collect and recycle recyclable office waste generated on site, including, but not limited to paper products, cardboard and beverage containers.

2.   Construction Waste Management Plan

Prior to undertaking any discreet demolition or waste removal activity on the Project, the Contractor shall submit a Construction Waste Management (CWP) Plan to the Owner for approval. An approved CWM Plan is required before waste is removed from the site. A copy of the approved plan must be maintained on site.

The CWM plan shall address the following items:

i.   A complete inventory of all material types, and approximate quantities of waste to be removed or generated through the work. Include field office waste.

Confidential                                                                                       MC_00014957

Scope of Work for All Trades                            Updated: September 20, 2012

ii.  A description of how each material will be collected, sorted, transported, and delivered to a facility for reuse, recycling or landfill disposal.  Contractor recognizes that certain materials such as carpet product, ceiling tiles and lamps must be removed from a building before demolition to be effectively recycled.  Similarly, new gypsum wall board scrap must be kept segregated from other waste streams during construction to maximize recycling.  Include field office recycling.

iii.  A description of procedures for compliance with state or federal laws regarding disposal of any material containing mercury, lead, asbestos or any polychlorinated biphenyl.

iv.  A list of corporate names and addresses for any organization responsible for transportation, reuse, recycling or landfill disposal.  Include field office waste.

v.  Description or sample of documentation each party will provide and maintain to verify that material has been diverted from landfill in accordance with this scope of work.

3.  Construction Waste Management Reporting

While waste is removed from the project site, the Contractor shall submit monthly summaries of the waste removal to the Owner.  For each load, the summaries shall indicate each material removed as a fraction of the total load by volume and weight, the total volume and weight of the load, the destination for each material type, and the diversion rate.  The Owner reserves the right to request additional information such as records of processing, disposal, sale or donation as required by third party certification bodies such as the Green Building Certification Institute for LEED certification.

Page 4

Confidential                                                        MC_00014958

Instructions for Contractors on Developing a CAPPP                    Updated: September 20, 2012

## Instructions for Contractors on developing
## Construction Activity Pollution Prevention Plans for LEED (SSp1)

### Intent

The intent of a Construction Activity Pollution Prevention Plan (CAPPP) is to prevent:

- unintentional soil removal from the site by stormwater runoff and wind

- deposits of soil and other waste originating from the site into drains and water catchments

- air pollution from dust and emissions

All projects pursuing LEED certification are required to develop and follow a CAPPP that meets the requirements of a Construction General Permit.

The flow chart at right scripts the Construction General Permit process for developing a CAPPP. This document provides a simpler approach that is adequate for projects redeveloping urban sites with little to no top soil and slope. Projects with top soil or slope and thus greater erosion and sedimentation potential should refer to the EPA's "Storm Water Management for Construction Activities" (EPA 832-R-92-005) document, as well as state and local requirements.



**SITE EVALUATION AND DESIGN DEVELOPMENT**
- Collect site information
- Develop site plan
- Prepare pollution prevention site map

**ASSESSMENT**
- Measure the site area
- Determine the drainage areas
- Calculate the runoff coefficient

**CONTROL SELECTION/PLAN DESIGN**
- Select erosion and sediment controls
- Select other controls
- Select storm water management controls
- Indicate the location of controls on the site map
- Prepare an inspection and maintenance plan
- Coordinate controls with construction activity
- Prepare sequence of major activities
- Incorporate State or local requirements

**CONSTRUCTION/IMPLEMENTATION**
- Implement controls
- Inspect and maintain controls
- Update/change the plan
- Report releases of reportable quantities

**FINAL STABILIZATION/TERMINATION**
- Final stabilization
- Notice of Termination

### What's a CAPPP?

The simplest CAPPP is a logistics plan that shows (1) measures that will be employed during construction to control stormwater runoff from the site, minimize fugitive dust and protect surrounding drains from construction activity-related pollution and (2) the site runoff coefficient. **See the last page of this document for an example.** The CAPPP must be accompanied by an inspection checklist, through which the Contractor will ensure and document compliance with the plan.

Confidential                                                                    MC_00014959

Instructions for Contractors on Developing a CAPPP                    Updated: September 20, 2012

**Step by Step Guide to Developing a CAPPP**

1. Take the project's Logistics plan and rename it Construction Activity Pollution Prevention Plan (CAPPP).

2. Remove any notes and details on the plan that are irrelevant to construction activity pollution prevention.  Keep items relating to pollution-generating activities, like concrete truck wash off.

3. Using the list of control measures below for ideas, add a text box to the CAPPP and list all the measures that will be implemented on your project.  Then show through pictures and symbols on the plan where they will be implemented.  A CAPPP is like a Logistics Plan for managing construction activity impacts and pollution.

4. Calculate and insert the site's runoff coefficient.  Directions for calculating the runoff coefficient are provided at the end of this document.

5. Add a paragraph like the following to the CAPPP, and develop a corresponding checklist for use during construction:

6. A copy of this CAPPP must be maintained on site.  Once a week and after major rainstorms, the contractor will inspect the control measures and complete the inspection checklist that has been developed to support the implementation of this CAPPP.  The contractor will also take pictures and submit them to the Construction Manager as documentation.

7. Once you've completed the CAPPP and inspection checklist, submit them to the Construction Manager and Owner for approval.  **Work shall not begin without an approved CAPPP, as doing so will jeopardize the project's LEED certification.**

**Control Measures**

Apply any of the below control measures that are applicable to your site.  List and show them on the CAPPP.  This is just a suggested list; you may edit these control measures and add your own.

- To minimize and settle fugitive dust, the site will be wetted as needed and gravel will be laid in areas of high truck traffic.  Wet saws and misting will be used to control dust generated by specific construction activities.

- To keep roads around the site clean of dirt, construction vehicles will drive through a wheel wash before leaving the site.  Loads of dirt and debris will be covered with a secured tarp.
  - The wheel wash will use rainwater collected in an open drum.  The water will be filtered and drained as required to keep it from stagnating.
  - Roads around the site will be swept regularly at the Contractor's expense.

- To minimize wind erosion and noise pollution, the site will be enclosed with a [define] fence.

Confidential                                                                                    MC_00014960

Instructions for Contractors on Developing a CAPPP          Updated: September 20, 2012

- Cover loads of debris and demolition waste with the potential of emanating dust during transportation with a secured tarp during transport to and from the site.
- In accordance with NYC law, waste water resulting from the rinsing of concrete mixer trucks will be captured and returned to the concrete plant with the truck.  Other concrete wash off water will be held in prefabricated open tanks until the water evaporates and the concrete can be removed and recycled.
- In accordance with NYC law, rainwater that puddles on the site will be pumped through a [define] filter before it is rejected to the storm sewer.
- Storm drains around the site will be protected from dirt and other construction waste with filter fabric tents and hay bales.  The hay bales will be replaced whenever saturated.
- To limit air pollution, non-road construction equipment larger than 50 HP will use Ultra Low Sulfur Diesel (ULSD) or bio-fuel and have diesel emissions filters.
- In accordance with NYC law, vehicles will be prohibiting from idling longer than 3 minutes. The contractor will post signage around the site to remind drivers and equipment operators.

**Calculating the Site Runoff Coefficient**

A site runoff coefficient is an indicator of a site's ability to absorb rainwater.  LEED requires the coefficient on the CAPPP.  It serves no real function.

To calculate the site's runoff coefficient:

1. On a plan of the existing (pre-development) site, quantify the area of the different surfaces in SF,
2. Assign the appropriate runoff coefficient for each surface type.  Choose from the below or extrapolate:

| Land Use | Runoff coefficient (C) |
|---|---|
| Grass lawn on sandy soil | 0.10 (more infiltration, less runoff) |
| Crumbled demo remains on thick soil | 0.20 |
| Asphalt, broken up | 0.70 |
| Concrete slab, aged | 0.80 |
| New asphalt | 0.90 (less infiltration, more runoff) |

Confidential

MC_00014961

Instructions for Contractors on Developing a CAPPP                    Updated: September 20, 2012

3. Multiply the area of each surface type by its runoff coefficient.  Add all of these values together and divide by the total area of the site.  The resulting number, which should be less than 1, is the site runoff coefficient.

4. Add this value to the plan.

## Inspection Checklist

The inspection checklist can be as simple as a list of the measures implemented on site with three tick boxes for Good, Needs maintenance, and Replace.  Include an area for the inspector to elaborate on any work required.  Anyone on site can be assigned the job of inspector, so long as they are responsible and will complete the job and take pictures.

Confidential

MC_00014962



Confidential

MC_00014963

Scope of Work for All Trades                                    Updated: September 20, 2012

# Windows

**A.   GREEN BUILDING REQUIREMENTS**

Contractor shall comply with all green building requirements as detailed in the Specifications and this Scope of Work.

**1.   Third party Green Building Certification Goals**

This project is pursuing Enterprise Green Communities and LEED Silver certification.

**2.   Green Materials Criteria:**

1.   Refer to the Specifications.

**3.   Green Materials Documentation**

In accordance with the Specifications, Contractor shall submit the following Green Materials documentation <u>within one month</u> of receiving approval to use the product or system.

1.   Completed Green Materials Certification Forms (sample forms provided at the end of this section and an electronic copy should be requested from the Owner or Construction Manager.) Information to be supplied for this form includes:

   i.   Material cost(s) for the building materials included in the contractor's or subcontractor's work. The material costs shall not include costs associated with contractors or subcontractors' labor or equipment.

   ii.   The amount of post consumer and/or post industrial recycled content in the supplied products

   iii.   The location of origin and location of manufacturer for the supplied products

   iv.   FSC certification status of wood products

   v.   VOC content of applicable products

2.   Product cut sheet <u>or</u> letter of certification from the product manufacturer on the manufacturer's letterhead verifying the information supplied in the Green Materials Certification Forms.

Failure to provide complete and accurate Green Materials documentation in a timely manner could jeopardize the project's LEED certification and become the basis for a contractor's delay of payment.

**5.   Idling Restrictions and Signage:**

Contractor is aware that New York City Administrative Code 24-163 prohibits vehicles from idling for longer than three (3) minutes unless necessary to the purpose of the

Page 10

vehicle or equipment, as stated in the manufacturer's Operating Manual.  Idling for the purpose of heating or cooling the cab is prohibited, as is idling during loading and offloading and while queuing outside the site to offload.  Contractor shall provide and post visible signage to remind employees and subcontractors, "Unnecessary idling prohibited.  Shut off your engine whenever possible" or equivalent.

6. **Diesel Emissions Reduction**

   All diesel burning equipment shall comply with U.S. EPA tier II emission standards. Contractor shall only use ultra low sulfur diesel fuel with a sulfur content at or below 30 ppm.

7. **Construction Waste Management**

   The Owner has contracted with a construction and demolition waste hauler and intends to divert at least 85% of construction and demolition debris from landfills and incineration on this project.  All contractors shall cooperate with the project's Construction Waste Management Plan and activities and ensure their own field office waste is recycled.

8. **Construction IAQ Management**

   Contractor performing work inside the building during, or following, substantial enclosure shall comply with the project's Construction IAQ Management Plan, included herein as Exhibit X.

Confidential                                                                 MC_00014965

Scope of Work for All Trades                           Updated: September 20, 2012

## HVAC

### 1. Fundamental Commissioning of the Building Energy Systems

1. Subcontractor is aware the Owner has hired a third party Commissioning Authority (CxA) to verify the installation and performance of mechanical systems and associated controls, among other systems. Subcontractor shall comply with the Commissioning Authority's Specifications and Commissioning Plan. These documents will require the Subcontractor to perform the following tasks, at a minimum:

   i. Assist the CxA perform equipment inspections. Subcontractor shall provide all required start-up personnel, technicians, and manufacturer's representatives without exception for the initial start-up and trouble shooting of any equipment or system supplied by this Contractor. Contractor shall include stand-by labor for the start-up of equipment supplied by others but requiring this Contractor's jurisdictional labor during installation.

   ii. Complete & submit a Pre-functional checklist for each piece of commissioned equipment

   iii. Complete & submit a Start Up checklist for each piece of commissioned equipment

   iv. Address the CxA's list of mechanical deficiencies from each site visit, in a timely manner

   v. Complete the Final Punch list in a timely manner.

2. Subcontractor is aware that the CxA, as well as the Design Engineer, will be reviewing this Subcontractor's mechanical submittals. All equipment submittals must be approved by both parties before equipment is released and installed.

Confidential                                                    MC_00014966

Scope of Work for All Trades                                    Updated: September 20, 2012

3. Subcontractor will be required to provide documentation to support the Commissioning process and evaluation.  Documentation is likely to include:

    i.    Submittals and Shop Drawings for approval

    ii.   Fabrication, preparation and material handling procedures

    iii.  Physical samples

    iv.   Operation and Maintenance manuals and data sheets

    v.    As-built drawings generated according to the engineer specifications and field-verified with the Construction Manager or Owner's Agent (e.g. Commissioning Authority.)

    vi.   Cleaning and flushing records

    vii.  Factory data sheets

    viii. Certificate of warranty

4. Subcontractor to include extended warranties for all equipment in use during the construction period, while testing and commissioning is on-going.  Equipment warranties shall begin the date of written acceptance by the Owner and Commissioning Authority.

5. Subcontractor is responsible for all necessary protection of their equipment, until such time the equipment is incorporated into the work (100%). This includes any touch-up painting or repair of any equipment not protected.

## 2. ASHRAE 90.1 2004 Compliance and Building Energy Performance

Subcontractor is aware that as a LEED Project, the building must comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) and the prescriptive requirements (Sections 5.5, 6.5, 7.5 and 9.5) or performance requirements (Section 11) of AHSRE/IESNA Standard 90.1-2004 (without amendments) achieve a minimum of 2 LEED v2.2 EAc1 Optimize Energy Performance points.  To achieve these points, the Project must be at least 14% more energy efficient than an ASHRAE 90.1- 2004 base building.  The Project's mechanical, electrical and plumbing design is predicated on this or a greater level of energy performance, confirmed by a whole building computer simulation.  This Subcontractor's Value Engineering proposals must maintain or improve the building's energy performance relative to its current design.

Confidential                                                                    MC_00014967

Scope of Work for All Trades                              Updated: September 20, 2012

### 3. HVAC Refrigerants

1. Subcontractor is aware that this Project may pursue the LEEDv2.2 EAc4 Enhanced Refrigerant Management credit.  This Subcontractor shall submit manufacturer's performance and refrigerant data for HVAC & R equipment in an expeditious manner for the Design engineer to complete the necessary calculations to confirm this credit.  Subcontractor shall submit this data for the specified equipment and any alternative this Subcontractor proposes.

### 4. ASHRAE 62.1 – 2004 Compliance

1. Subcontractor is aware that this Project is pursuing LEEDv2.2 Certification.  To achieve this certification, the building's ventilation design must comply with the minimum requirements of ASHRAE 62.1 – 2004, Sections 4 through 7, *Ventilation for Acceptable Indoor Air Quality*.

### 5. Construction IAQ Management Plan, during Construction

1. In accordance with Exhibit A - Construction IAQ Management Plan, this Subcontractor shall perform the following:
    I.   Protect all HVAC equipment, ductwork, dampers, and open piping from collecting dust and debris, by the following means:

**Confidential**                                                                                    MC_00014968

1. Deliver ventilation system components wrapped and sealed: Components of the supply and return air systems (which includes heat pumps and fan coil units) shall be transported and delivered to the job sealed with plastic (or another air tight covering, such as sheet metal). If the manufacturer cannot seal the items before shipping them, the items must arrive to the site clean and the Subcontractor must seal them immediately. Items that are visibly dirty or dusty shall be refused and returned to the manufacturer, or cleaned at the Subcontractor's expense to the satisfaction of the Construction Manager or Owner's Agent (e.g. Commissioning Authority).

2. Store ductwork on pallets: Supply and return air system components shall be stored on a dry surface, standing vertical and sealed at both ends with plastic. If the area is vulnerable to water ponding, the components shall be stored in the same fashion, but elevated above the floor. HVAC components shall not sit in standing water.

ii. Keep outlets to the supply and return air system covered: Keep all temporary and permanent openings to the supply and return side of the HVAC system (including, but not limited to, AC and HVAC units, heat pumps, open ductwork, outlets, diffusers, and VAV boxes) sealed with 6 millimeter thick plastic and duct tape or sheet metal to prevent water, dust or debris from entering the item. HVAC units and components shall be sealed upon installation.

iii. Subcontractor is responsible for covering the openings in a fashion that is durable and resistant to air flow through the duct system and light knocks by equipment and materials.

## 6. Clean Exhaust Risers:

1. The HVAC Subcontractor shall keep the exhaust riser and trunks clean of water and debris by keeping the top of the open riser (during its construction) sealed with plastic and tape, and covered with a piece of plywood or hard material.

2. The HVAC Subcontractor shall use best efforts to keep the exhaust riser trunks free of debris, particularly as he makes cut outs.

3. After the riser is finished, this Subcontractor shall cut out the bottom of the exhaust riser to empty it of any collected trash or material. This Subcontractor will be required to vacuum the system if the Construction Manager considers the collection of debris

Confidential

MC_00014969

in the system to be significant and indicative of inadequate protection and care by the Subcontractor. Debris in the exhaust riser can damage the exhaust fan or foster mold growth.

4. If the Construction Manager requires the HVAC system to be operated while construction is still ongoing in the building, the Subcontractor shall perform the following:

   i. Temporary filtration media:

      a. Fit temporary filtration media of Minimum Efficiency Reporting Value (MERV) 8 on all return system openings in or adjacent to the construction. The filters will be affixed with tacks or tape to the actual ductwork aperture in the room.

      b. MERV 8 corresponds to a dust spot efficiency of 30%. The HVAC subcontractor shall inspect the filters routinely during this operation and perform any filter maintenance or replacement required.

   ii. Damper off areas: Damper off areas that do not need supply air, heating, or cooling, provided the temporary imbalance of the return air system does not create a greater problem.

5. Once construction is completed in a space, the Construction Manager will inspect HVAC equipment, ductwork, dampers and open piping for visible moisture, dust, and debris deposits. If the initial flush of the system will not eliminate the risk of air pollution or mold in the system, the HVAC Subcontractor shall have the items cleaned to the satisfaction of Construction Manager.

## 7. Subcontractor shall provide filters for all HVAC units, including, but not limited to: AHU, AC, heat pumps and incremental units.

1. Subcontractor shall furnish and install two (2) sets of design filters per unit, and furnish a third (3rd) design set, as spare, to the building management. The first set shall be installed with the unit and the second set shall be installed just prior to commissioning to replace the first set. If the first set is not dirtied during construction, the Construction Manager may ask the Subcontractor to replace them just prior to equipment turnover instead of just before Commissioning. Subcontractor shall furnish the spare set only after the Construction Manager has located a proper location for filter storage.

2. Filter log and cut sheets: The HVAC Subcontractor shall provide the Construction Manager with a log of filter installation, maintenance and replacement, if applicable. The log shall indicate the filtration media type, manufacturer, model number, and

Confidential                                                          MC_00014970

Scope of Work for All Trades                              Updated: September 20, 2012

MERV.  The Subcontractor shall also submit cut sheets for all these filters, or the equipment with which they come.

3.  The Construction Manager shall be maintaining a weekly checklist, documenting Subcontractor compliance with the Construction IAQ Management Plan. Subcontractor shall resolve identified issues in a timely manner.

Confidential

MC_00014971

Scope of Work for All Trades                    Updated: September 20, 2012

## **ELECTRICAL**

1.   **Fundamental Commissioning of the Building Energy Systems**

    1.   Subcontractor is aware the Owner has hired a third party Commissioning Authority (CxA) to verify the installation and performance of mechanical systems and associated controls, among other systems.  Subcontractor shall comply with the Commissioning Authority's Specifications and Commissioning Plan.   These documents will require the Subcontractor to perform the following tasks, at a minimum:

        i.   Assist the CxA perform equipment inspections.   Subcontractor shall provide all required start-up personnel, technicians, and manufacturer's representatives without exception for the initial start-up and trouble shooting of any equipment or system supplied by this Contractor. Contractor shall include stand-by labor for the start-up of equipment supplied by others but requiring this Contractor's jurisdictional labor during installation.

        ii.   Complete & submit a Pre-functional checklist for each piece of commissioned equipment

        iii.   Complete & submit a Start Up checklist for each piece of commissioned equipment

        iv.   Address the CxA's list of mechanical deficiencies from each site visit, in a timely manner

        v.   Complete the Final Punch list in a timely manner.

    2.   Subcontractor is aware that the CxA, as well as the Design Engineer, will be reviewing this Subcontractor's mechanical submittals.  All equipment submittals must be approved by both parties before equipment is released and installed.

    3.   Subcontractor will be required to provide documentation to support the Commissioning process and evaluation.  Documentation is likely to include:

        i.   Submittals and Shop Drawings for approval

        ii.   Fabrication, preparation and material handling procedures

        iii.   Physical samples

        iv.   Operation and Maintenance manuals and data sheets

        v.   As-built drawings generated according to the engineer specifications and field-verified with the Construction Manager or Owner's Agent (e.g. Commissioning Authority.)

**Confidential**                                                          MC_00014972

Scope of Work for All Trades                                        Updated: September 20, 2012

    vi.      Cleaning and flushing records

    vii.     Factory data sheets

    viii.    Certificate of warranty

4.  Subcontractor to include extended warranties for all equipment in use during the construction period, while testing and commissioning is on-going. Equipment warranties shall begin the date of written acceptance by the Owner and Commissioning Authority.

5.  Subcontractor is responsible for all necessary protection of their equipment, until such time the equipment is incorporated into the work (100%). This includes any touch-up painting or repair of any equipment not protected.

## 2.    ASHRAE 90.1 2004 Compliance and Building Energy Performance

1.  Subcontractor is aware that as a LEED Project, the building must comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) and the prescriptive requirements (Sections 5.5, 6.5, 7.5 and 9.5) or performance requirements (Section 11) of AHSRE/IESNA Standard 90.1-2004 (without amendments) achieve a minimum of 2 LEED v2.2 EAc1 Optimize Energy Performance points. To achieve these points, the Project must be at least 14% more energy efficient than an ASHRAE 90.1- 2004 base building. The Project's mechanical, electrical and plumbing design is predicated on this level of energy performance, confirmed by a whole building computer simulation. This Subcontractor's Value Engineering proposals must maintain or improve the building's energy performance relative to its current design.

## 3. Temporary Lighting

1.  All lamps operated during construction for this project shall be fluorescent or lighting technology of equal or greater efficiency and lighting quality. This includes, but is not limited to: floors, stairwells, elevator shafts, shanties, field offices, storage rooms and sidewalk bridge lighting. The only exceptions are (a) lamps in areas with demolition work ongoing, including the stripping of formwork for concrete superstructure operations, and (b) lamps that will be removed or moved to a different floor within one (1) week of installation. These lamps may be incandescent.

2.  Fluorescent lamps used for temporary lighting shall be "low mercury" when available for the receiving fixture.

**Confidential**
                                        **MC_00014973**

Updated: September 20, 2012

3. Lighting that is not explicitly required for after-hours egress shall be circuited and switched separate from egress lighting, so it can be shut off after hours (nights and weekend), or in the case of sidewalk bridging, during sunny days. Each floor's non-egress lighting shall be switched at the floor or ganged to a central location on the ground floor, as directed by the Construction Manager. Switches for non-egress lighting shall be accessible, clearly visible and signed, for ready access by the Fire Department in the case of a fire during off-hours.

    i. In the circumstance that a Union Electrician will not turn out the lights at the end of every work day, lighting that is not explicitly required for egress shall be controlled automatically by timers (set for no later than 7pm), motion detectors or photo sensors ("daylight" sensors), as directed by the Construction Manager. A manual override shall be provided at the switch location for occasions in which the building is occupied after hours.

4. This scope includes the safe removal and replacement of lamps that burn out during construction. Fluorescent lamps shall be recycled by a NYS-certified fluorescent lamp recycler. This scope includes all handling, packaging, pick up, transportation, recycling and documentation fees and costs associated with recycling spent lamps. New, used and burned out lamps stored on site shall be packaged to preclude breakage. Trade contractor cannot store burned out lamps anywhere on site outside of this Trade contractor's own shanty.

5. This scope includes the protection of lamps from theft and breakage. Lamps shall be caged or otherwise protected wherever feasible, to deter theft and breakage.

6. This scope includes the safe removal of temporary lighting from the job site at the direction of the Construction Manager. Trade contractor may take the lamps for Trade contractor's own use. Lamps that cannot or will not be reused shall be recycled by a NYS-certified fluorescent lamp recycler. Trade contractor shall submit documentation to the Construction Manager confirming fluorescent lamps were reused or recycled and not disposed of in a landfill. This scope includes all handling, packaging, pick up, transportation, recycling and documentation fees and costs associated with the above three disposal strategies.

7. This scope includes an Allowance to replace up to twenty (20) percent of the lamps, lost or broken due to causes this Trade contractor could not have prevented by better protection. Lamps that are inadequately protected shall be replaced at this Trade contractor's expense.

    i. Lamps broken on site shall be cleaned up by the Construction Manager's labor.

Confidential                                                                 MC_00014974

Scope of Work for All Trades                    Updated: September 20, 2012

## CARPENTRY

1.   **Environmentally-Preferable Product Criteria**

   1.   Composite wood used for permanent installation shall not contain added urea formaldehyde.  Any use of composite wood manufactured with urea formaldehyde-based resins will disqualify the Project from a LEED credit it is pursuing.

   2.   In addition to the paper backing, gypsum wallboard shall contain pre-consumer recycled content ("synthetic gypsum") or post-consumer recycled content (ground up clean gypsum scrap).

   3.   Acoustical ceiling tiles shall contain a minimum of 25% combined pre-consumer and post-consumer recycled content.

   4.   Acoustical ceiling suspension systems shall contain a minimum of 10% combined pre-consumer and post-consumer recycled content.

   5.   Mineral fiber blanket insulation shall contain a minimum of 50% combined pre-consumer and post-consumer recycled content.

   6.   Fiberglass blanket insulation shall contain a minimum of 15% combined pre-consumer and post-consumer recycled content.

   7.   Composite wood products installed within the building for permanent use shall comply with the following formaldehyde limits. Compliance shall be demonstrated with documentation of testing by a third-party certification organization using the protocols of ASTM E 1333-96.
      i.   Composite wood products include, but are not limited to the following: MDF, particle board, plywood, veneered paneling, screens, ceilings and engineered flooring (assuming composite wood backing), veneered and P-lam cabinets and vanities, solid core doors and closet shelving.

Confidential

MC_00014975

Scope of Work for All Trades                                    Updated: September 20, 2012

8. Maximum formaldehyde emissions in parts per million:

| Product | Maximum formaldehyde emissions in ppm – Allowable (Consistent with CARB P1) | Maximum formaldehyde emissions in ppm – Preferred (Consistent with CARB P2) |
|---|---|---|
| Hardwood Plywood Veneer Core | 0.05 | 0 |
| Hardwood Plywood Composite Core | 0.08 | 0.05 |
| Particleboard | 0.18 | 0.09 |
| Medium or High Density Fiberboard | 0.21 | 0.11 |
| Thin Medium Density Fiberboard (max. thickness 8 mm) | 0.21 | 0.13 |

## 2.   Construction IAQ Management

1. In accordance with Exhibit X - Construction IAQ Management Plan, GWB stored on site shall be elevated off the ground and covered top to bottom with a loosely tied or taped plastic sheet.  The sheet shall be affixed such that it protects the board from rain and drink spills and does not slide off.  The plastic should not be so tight as to create a warm moist environment for mold growth.

Confidential                                                    MC_00014976

Scope of Work for All Trades                    Updated: September 20, 2012

## Construction Waste Management

1.  Subcontractor is aware that this Project will be segregating clean gypsum wall board from other construction waste for recycling into new gypsum wall board product or other best use.  To be recycled, the gypsum wall board must remain clean and dry. Subcontractor shall assist the Construction Manager's labor and waste hauler in keeping this waste segregated and protected.

2.  Hauler shall submit a Construction Waste Management Plan prior to starting work in accordance with specification Section 01 74 19 Construction Waste Management and provide monthly documentation of waste removal as specified.

Confidential                                           MC_00014977

Scope of Work for All Trades                          Updated: September 20, 2012

## ELEVATORS

1. **Environmentally-Preferable Product Criteria**

   1. Composite wood used for permanent installation shall not contain added urea formaldehyde. Any use of composite wood manufactured with urea formaldehyde-based resins will disqualify the Project from a LEED credit it is pursuing.

      i. Composite wood products include, but are not limited to the following: MDF, particle board, plywood, veneered paneling, screens, ceilings and engineered flooring (assuming composite wood backing), veneered and P-lam cabinets and vanities, solid core doors and closet shelving

   2. Maximum formaldehyde emissions in parts per million:

| Product | Maximum formaldehyde emissions in ppm – Allowable (Consistent with CARB P1) | Maximum formaldehyde emissions in ppm – Preferred (Consistent with CARB P2) |
|---|---|---|
| Hardwood Plywood Veneer Core | 0.05 | 0 |
| Hardwood Plywood Composite Core | 0.08 | 0.05 |
| Particleboard | 0.18 | 0.09 |
| Medium or High Density Fiberboard | 0.21 | 0.11 |
| Thin Medium Density Fiberboard (max. thickness 8 mm) | 0.21 | 0.13 |

2. **ASHRAE 90.1 2004 Compliance and Building Energy Performance**

   1. Subcontractor is aware that as a LEED Project, the building must comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) and the prescriptive requirements (Sections 5.5, 6.5, 7.5 and 9.5) or performance requirements (Section 11) of AHSRE/IESNA Standard 90.1-2004 (without amendments) achieve a minimum of 2 LEED v2.2 EAc1 Optimize Energy Performance

Page 24

Scope of Work for All Trades                                  Updated: September 20, 2012

points.  To achieve these points, the Project must be at least 14% more energy efficient than an ASHRAE 90.1- 2004 base building.  The Project's mechanical, electrical and plumbing design is predicated on this level of energy performance, confirmed by a whole building computer simulation.  This Subcontractor's Value Engineering proposals must maintain or improve the building's energy performance relative to its current design.

## PLUMBING

1.  **Fundamental Commissioning of the Building Energy Systems**

    1.  Subcontractor is aware the Owner has hired a third party Commissioning Authority (CxA) to verify the installation and performance of mechanical systems and associated controls, among other systems.  Subcontractor shall comply with the Commissioning Authority's Specifications and Commissioning Plan.  These documents will require the Subcontractor to perform the following tasks, at a minimum:

        i.  Assist the CxA perform equipment inspections.  Subcontractor shall provide all required start-up personnel, technicians, and manufacturer's representatives without exception for the initial start-up and trouble shooting of any equipment or system supplied by this Contractor. Contractor shall include stand-by labor for the start-up of equipment supplied by others but requiring this Contractor's jurisdictional labor during installation.

        ii.  Complete & submit a Pre-functional checklist for each piece of commissioned equipment

        iii.  Complete & submit a Start Up checklist for each piece of commissioned equipment

        iv.  Address the CxA's list of mechanical deficiencies from each site visit, in a timely manner

        v.  Complete the Final Punch list in a timely manner.

    2.  Subcontractor is aware that the CxA, as well as the Design Engineer, will be reviewing this Subcontractor's mechanical submittals.  All equipment submittals must be approved by both parties before equipment is released and installed.

    3.  Subcontractor will be required to provide documentation to support the Commissioning process and evaluation.  Documentation is likely to include:

        i.  Submittals and Shop Drawings for approval

Page 25

Scope of Work for All Trades                              Updated: September 20, 2012

  ii.  Fabrication, preparation and material handling procedures

  iii.  Physical samples

  iv.  Operation and Maintenance manuals and data sheets

  v.  As-built drawings generated according to the engineer specifications and field-verified with the Construction Manager or Owner's Agent (e.g. Commissioning Authority.)

  vi.  Cleaning and flushing records

  vii.  Factory data sheets

  viii.  Certificate of warranty

1. Subcontractor to include extended warranties for all equipment in use during the construction period, while testing and commissioning is on-going. Equipment warranties shall begin the date of written acceptance by the Owner and Commissioning Authority.

2. Subcontractor is responsible for all necessary protection of their equipment, until such time the equipment is incorporated into the work (100%). This includes any touch-up painting or repair of any equipment not protected.

## 2. ASHRAE 90.1 2004 Compliance and Building Energy Performance

1. Subcontractor is aware that as a LEED Project, the building must comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) and the prescriptive requirements (Sections 5.5, 6.5, 7.5 and 9.5) or performance requirements (Section 11) of AHSRE/IESNA Standard 90.1-2004 (without amendments) achieve a minimum of 2 LEED v2.2 EAc1 Optimize Energy Performance points. To achieve these points, the Project must be at least 14% more energy efficient than an ASHRAE 90.1- 2004 base building. The Project's mechanical, electrical and plumbing design is predicated on this level of energy performance, confirmed by a whole building computer simulation. This Subcontractor's Value Engineering proposals must maintain or improve the building's energy performance relative to its current design.

**Confidential**
                        **MC_00014980**

Scope of Work for All Trades                           Updated: September 20, 2012

## ROOFER:

**1.    Environmentally-Preferable Product Criteria**

    1.   Unless otherwise specified, roof ballast and exposed roof membrane shall have a Solar Reflectance Index (SRI) value of 78.

    2.   Products used in the installation of a "temporary roof" inside the building structure shall comply with contract Exhibit A - Volatile Organic Compound (VOC) Limits.  This includes, but is not limited to, Bituthene primer.

## MILLWORK AND WOOD DOORS:

    1.   Composite wood used for permanent installation shall not contain added urea formaldehyde.  Any use of composite wood manufactured with urea formaldehyde-based resins will disqualify the Project from a LEED credit it is pursuing.

        i.   Composite wood products include, but are not limited to the following: MDF, particle board, plywood, veneered paneling, screens, ceilings and engineered flooring (assuming composite wood backing), veneered and P-lam cabinets and vanities, solid core doors and closet shelving

    2.   Maximum formaldehyde emissions in parts per million:

| Product | Maximum formaldehyde emissions in ppm – Allowable (Consistent with CARB P1) | Maximum formaldehyde emissions in ppm – Preferred (Consistent with CARB P2) |
|---|---|---|
| Hardwood Plywood Veneer Core | 0.05 | 0 |
| Hardwood Plywood Composite Core | 0.08 | 0.05 |
| Particleboard | 0.18 | 0.09 |
| Medium or High Density Fiberboard | 0.21 | 0.11 |
| Thin Medium Density Fiberboard | 0.21 | 0.13 |

**Confidential**
MC_00014981

Scope of Work for All Trades                    Updated: September 20, 2012

| (max. thickness 8 mm) | | |
|---|---|---|

## ARCHITECTURAL MILLWORK

## WOOD FLOORING:

1. Composite wood used for permanent installation shall not contain added urea formaldehyde.  Any use of composite wood manufactured with urea formaldehyde-based resins will disqualify the Project from a LEED credit it is pursuing.

   i.  Composite wood products include, but are not limited to the following: MDF, particle board, plywood, veneered paneling, screens, ceilings and engineered flooring (assuming composite wood backing), veneered and P-lam cabinets and vanities, solid core doors and closet shelving

2. Maximum formaldehyde emissions in parts per million:

| Product | Maximum formaldehyde emissions in ppm – Allowable<br><br>(Consistent with CARB P1) | Maximum formaldehyde emissions in ppm – Preferred<br><br>(Consistent with CARB P2) |
|---|---|---|
| Hardwood Plywood Veneer Core | 0.05 | 0 |
| Hardwood Plywood Composite Core | 0.08 | 0.05 |
| Particleboard | 0.18 | 0.09 |
| Medium or High Density Fiberboard | 0.21 | 0.11 |
| Thin Medium Density Fiberboard<br>(max. thickness 8 mm) | 0.21 | 0.13 |

**Confidential**

MC_00014982

Scope of Work for All Trades                                    Updated: September 20, 2012

## CARPETING:

**1.    Environmentally-Preferable Product Criteria**

    1.   All carpeting shall meet the testing and product requirements of the Carpet and Rug Institute's Green Label Plus Progam.

    2.   All carpet cushion shall meet the testing and product requirements of the Carpet and Rug Institute's Green Label Program.

**Confidential**

MC_00014983

Scope of Work for All Trades                    Updated: September 20, 2012

# ∎RELATED

### WOOD-FREE Green Material Certification Form
*To be completed for ALL products Divisions 2 through 10 and fixed furniture EXCLUDING THOSE CONTAINING WOOD.*

Project Name: _____ Project Location: _____ Trade: _____ Submittal #: _____ Spec Sections: _____

Contact for form: Name: _____ Company: _____ Phone #: _____ Email: _____

| Manufacturer and Product Name | Material Cost ($) | Recycled Content: Post-Consumer (%) | Recycled Content: Pre-Consumer (%) | Manufacturing/Assembly Location | | Raw Material Origin | | Supporting Document: Indicate Type(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | City, State | Miles from Site | City, State | Miles from Site | |
| | | | | | | | | ☐ MSDS or Cut Sheet ☐ Manufacturer Letter ☐ Other |
| | | | | | | | | ☐ MSDS or Cut Sheet ☐ Manufacturer Letter ☐ Other |
| | | | | | | | | ☐ MSDS or Cut Sheet ☐ Manufacturer Letter ☐ Other |
| | | | | | | | | ☐ MSDS or Cut Sheet ☐ Manufacturer Letter ☐ Other |
| | | | | | | | | ☐ MSDS or Cut Sheet ☐ Manufacturer Letter ☐ Other |

**Material Cost ($):** The cost of the product/material to the project including any markup from the contractor for handling. Note: Material cost does not include labor or equipment costs associated with installation.

**Post-Consumer Recycled Content (%):** Portion (by weight) of the product/material derived from discarded consumer waste that has been repurposed as raw material in the new product/material.

**Pre-Consumer (also called Post-Industrial) Recycled Content (%):** Portion (by weight) of product/material derived from recovered manufacturing scrap or industrial by-products (e.g. fly ash) and repurposed as raw material in a new and different product/material.

**Manufacturing Location (City, State):** Location of product's final assembly before it was delivered to the job site.

**Raw Material Origin (City, State):** Origin of product's constituent materials one step prior to assembly. Refer to supporting documents (that must be attached) if list is too long for table.

**Supporting Document:** Documentation from the product manufacturer that validates the information provide in the form EXCEPT for cost. Acceptable documents include Material Safety Data Sheet (MSDS), Cut Sheet, or letter from the manufacturer on the manufacturer's letterhead. Contractors do not need to show proof of the cost information they provide on this form, as it is the Contractor's own charge to the project.

Signature of individual completing form that attests to the accuracy and honesty of the information provided herein:

_____     Date: ___/____/___

Page 30

Confidential                    MC_00014984

Scope of Work for All Trades                    Updated: September 20, 2012

# ◢RELATED

## WOOD PRODUCT Green Material Certification Form
*To be completed for ALL products within the building's weather barrier THAT CONTAIN WOOD.*

Project Name: _____ Project Location: _____ Trade: _____ Submittal #: _____ Spec Sections: _____

Contact for form: Name: _____ Company: _____ Phone #: _____ Email: _____

| Manufacturer and Product Name | Material Cost ($) | Recycled Content: Post-Consumer (%) | Recycled Content: Pre-Consumer (%) | Manufacturing/ Assembly Location | | Raw Material Origin | | No Added UF? | FSC Certified | | Supporting Document: Indicate Type(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | City, State | Miles from Site | City, State | Miles from Site | | % | COC # and Type (Pure, Mixed Credit or Mixed %) | |
| | | | | | | | | | | | ☐ MSDS or Cut Sheet<br>☐ Manufacturer Letter<br>☐ Other |
| | | | | | | | | | | | ☐ MSDS or Cut Sheet<br>☐ Manufacturer Letter<br>☐ Other |
| | | | | | | | | | | | ☐ MSDS or Cut Sheet<br>☐ Manufacturer Letter<br>☐ Other |
| | | | | | | | | | | | ☐ MSDS or Cut Sheet<br>☐ Manufacturer Letter<br>☐ Other |
| | | | | | | | | | | | ☐ MSDS or Cut Sheet<br>☐ Manufacturer Letter<br>☐ Other |

**Material Cost ($):** The cost of the product/material to the project including any markup from the contractor for handling. <u>Note:</u> Material cost does not include labor or equipment costs associated with installation.

**Post-Consumer Recycled Content (%):** Portion (by weight) of the product/material derived from discarded consumer waste that has been repurposed as raw material in the new product/material.

**Pre-Consumer** (also called Post-industrial) **Recycled Content (%):** Portion (by weight) of product/material derived from recovered manufacturing scrap or industrial by-products (e.g. fly ash) and repurposed as raw material in a new and <u>different</u> product/material.

**Manufacturing Location (City, State):** Location of product's final assembly before it was delivered to job site.

**Raw Material Origin (City, State):** Origin of product's constituent materials one step prior to assembly. Refer to supporting documents (that must be attached) if list is too long for table.

**No Added Urea Formaldehyde:** Indicate whether composite wood or agrifiber product (e.g. particleboard, MDF, plywood, panel substrates, wood doors, and bamboo flooring) was pressed with glues/resins containing urea-formaldehyde.

**FSC Certified (%, COC#):** Portion (by weight) of product comprised of wood certified by the Forest Stewardship Council (FSC). Product must have a Chain of Custody (COC) certificate. Provide the COC number (COC#) and type (FSC Pure, FSC Mixed Credit or FSC Mixed %). Note: "Controlled wood COC#" are not acceptable.

**Supporting Document:** Documentation from the product manufacturer that validates the information provided in this form EXCEPT COST. Acceptable documentation includes Material Safety Data Sheet (MSDS), Cut Sheet, or letter from product manufacturer on manufacturer's letterhead. No proof required for cost, as this is Contractor's charge to the project.

Signature of individual completing form that attests to the accuracy and honesty of the information provided herein:

_____   Date: ____/____/_____

**Confidential**

MC_00014985

Scope of Work for All Trades                    Updated: September 20, 2012

# ▪RELATED

## SUPPLEMENTAL Green Material Certification Form – VOC Content

*Complete this form in addition to the Green Materials Certification Form for Adhesives, Sealants, Paints, Coatings, Carpet and Flooring products.*

Project Name: _____  Project Location: _____  Trade: _____  Submittal #: _____  Spec Sections: _____

Contact for form: Name: _____  Company: _____  Phone #: _____  Email: _____

| Manufacturer and Product Name | Estimated Quantity Used (specify units) | Adhesives / Sealants / Paints / Coatings | | | | Carpet | Carpet Cushion | Non-Carpet Flooring | Supporting Documents: Indicate Type(s) |
|---|---|---|---|---|---|---|---|---|---|
| | | Product Type | Applicable VOC Limit (see tables) | Product VOC Content (g/L) | | CRI Green Label Plus compliant? | CRI Green Label compliant? | FloorScore compliant? | |
| | | | | | | | | | □ MSDS or Cut Sheet<br>□ Manufacturer Letter<br>□ Other |
| | | | | | | | | | □ MSDS or Cut Sheet<br>□ Manufacturer Letter<br>□ Other |
| | | | | | | | | | □ MSDS or Cut Sheet<br>□ Manufacturer Letter<br>□ Other |
| | | | | | | | | | □ MSDS or Cut Sheet<br>□ Manufacturer Letter<br>□ Other |

CRI: Carpet and Rug Institute. For more information www.carpet-rug.com.

FloorScore™: Third party certification of compliance with California (and LEED adopted) indoor air quality emission requirements.

Supporting Document: Documentation from the product manufacturer that validates the information provided in this form EXCEPT COST. Acceptable documentation includes Material Safety Data Sheet (MSDS), Cut Sheet, or letter from product manufacturer on manufacturer's letterhead. No proof required for cost, as this is Contractor's charge to the project.

| Adhesives - Architectural | Limit (g/L) |
|---|---|
| Indoor Carpet Adhesives | 50 |
| Carpet Pad Adhesives | 50 |
| Wood Flooring Adhesives | 100 |
| Rubber Floor Adhesives | 60 |
| Subfloor Adhesives | 50 |
| Ceramic Tile Adhesives | 65 |
| VCT & Asphalt Adhesives | 50 |
| Drywall & Panel Adhesives | 50 |
| Cove Base Adhesives | 50 |
| Multipurpose Construction Adhesives | 70 |
| Structural Glazing Adhesives | 100 |

| Adhesives – Specialty Applications | Limit (g/L) |
|---|---|
| PVC Welding | 510 |
| CPVC Welding | 490 |
| ABS Welding | 325 |
| Plastic Cement Welding | 250 |
| Adhesive Primer for Plastic | 550 |
| Contact Adhesive | 80 |
| Special Purpose Contact Adhesive | 250 |
| Structural Wood Member Adhesive | 140 |
| Sheet Applied Rubber Lining Operations | 850 |
| Top & Trim Adhesive | 580 |

| Adhesives - Substrate Specific Applications | Limit (g/L) |
|---|---|
| Metal to Metal | 30 |
| Plastic Foam | 50 |
| Porous Material (except wood) | 50 |
| Wood | 30 |
| Fiberglass | 80 |

| Aerosol Adhesives | % |
|---|---|
| General Purpose Mist Spray | 65% |
| General Purpose Web Spray | 55% |
| Special Purpose Aerosol Adhesives (all types) | 70% |

| Sealants | Limit (g/L) |
|---|---|
| Architectural (caulk) | 250 |
| Single Ply Roof Material | 450 |
| Non-membrane Roof | 300 |
| Other (including duct) | 420 |

| Sealant Primers | Limit (g/L) |
|---|---|
| Architectural – Nonporous | 250 |
| Architectural - Porous | 775 |
| Modified Bituminous | 500 |
| Other | 750 |

| Paints & Coatings | Limit (g/L) |
|---|---|
| Primer | 200 |
| Flat Finishes | 50 |
| Non-Flat Finishes (i.e. satin, gloss) | 150 |
| Anti-Corrosive Paint Finishes | 250 |
| Clear Wood Finish: Varnish | 350 |
| Clear Wood Finish: Lacquer | 550 |
| Stains | 250 |
| Floor Coatings | 100 |
| Waterproofing Sealers | 250 |
| Sanding Sealers | 350 |
| All Other Sealers | 400 |
| Shellac: Clear | 730 |
| Shellac: Pigmented | 550 |

Signature of individual completing form that attests to the accuracy and honesty of the information provided herein:

_____  Date: ___/___/___

Page 32

Confidential                                                                MC_00014986

Confidential

MC_00014987

**EXHIBIT "H"**
**SITE LOGISTICS PLAN**


[To Be Inserted]

Confidential

MC_00014988

# SITE SAFETY LOGISTICS PLAN

## FOR

## NEW 37 STORY RESIDENTIAL BLDG

## AT

## 1-50 50 AVENUE
## QUEENS, NY 11101
## (PARCEL 'A')

**B.E.S.T. SQUAD FILING SET**
DATE: APRIL 24, 2012

**DRAWING LIST:**

| | |
|---|---|
| SSP-000.00 | COVER SHEET |
| SSP-001.00 | GENERAL INFORMATION AND TYPICAL SAFETY NOTES |
| SSP-002.00 | TYPICAL SAFETY DETAILS |
| SSP-003.00 | EGRESS PLAN |
| SSP-100.00 | EXCAVATION PHASE SITE SAFETY PLAN |
| SSP-101.00 | FOUNDATION PHASE SITE SAFETY PLAN |
| SSP-102.00 | SUPERSTRUCTURE PHASE SITE SAFETY PLAN |
| SSP-103.00 | FACADE CONSTRUCTION PHASE SITE SAFETY PLAN |
| SSP-300.00 | NORTH & EAST FACADE ELEVATIONS |
| SSP-301.00 | SOUTH & WEST FACADE ELEVATION |

**NEW BUILDING**

**ADDRESS:** 1-50 50 AVENUE
QUEENS, NY 11101
**BLOCK:** 6
**LOT:** 80
**BIN#:** 4541370
**ZONING DISTRICT:** R9X,C2-5
**MAP:** 8D
**COMMUNITY BOARD:** 402
**HEIGHT:** 37 STORIES @ 350'-0"
**NB JOB #:** 420602182

**PLANS PREPARED BY:**

226 EAST MERRICK ROAD
VALLEY STREAM, NY 11580
(516) 256 0317
CONTACT: MATT CARUSO

**OWNER**
HPS ASSOCIATES, L.L.C.
C/O RELATED
60 COLUMBUS CIRCLE, 19TH FLOOR
NEW YORK, NY 10023
(212) 801-1000
CONTACT: JULIANN BERGANO

**CONTRACTOR**
MONADNOCK CONSTRUCTION INC.
155 3RD STREET
BROOKLYN, NY 11231
(718) 875-6160
CONTACT: MICHAEL IANNIELLO



Confidential

## OWNER INFO

NAME: HPS ASSOCIATES, LLC.
ADDRESS: c/o RELATED, 60 COLUMBUS CIRCLE, 19TH FLOOR
NEW YORK, NY 10023
PHONE: (212) 801-1000
CONTACT: JUANN BERGANO

## CONTRACTOR INFO

NAME: MONADNOCK CONSTRUCTION INC.
ADDRESS: 155 3RD STREET
BROOKLYN, NY 11231
PHONE: (718) 875-4160
CONTACT: MICHAEL IANNIELLO
TRACKING #: 3427

## SITE SAFETY MANAGER

NAME: TBD
COMPANY: CRSG
ADDRESS: 225 EAST MERRICK ROAD
VALLEY STREAM, NY 11580
PHONE:
LICENSE:

## LOCATION MAP

(Location map showing CENTER BLVD, BORDEN AVENUE, 2ND STREET, 5TH STREET, 51ST AVENUE, 50TH AVENUE)

## EMERGENCY PHONE NUMBERS

NYC DEPT OF BUILDING
BUILDING EMERGENCY (212) 566-0019
DEPT OF TRANSPORTATION
SAFETY TEAM (B.E.S.T.)
DEPT OF TRANSPORTATION (212) 839-6975
EMERGENCY 911

LOCAL POLICE PRECINCT:
108TH PRECINCT
5-47 50 AVENUE
(718) 784-5411

LOCAL FIRM HOUSE:
ENGINE 258/LADDER 115
10-40 47 AVE.
(212) 473-0258

LOCAL EMS STATION:
25-40 30TH AVENUE
(718) 224-0162

## GENERAL SITE SAFETY NOTES

(General site safety notes — numbered list, illegible at this resolution)

## DRAWING LIST

(Drawing list with index of sheets — illegible at this resolution)

## 1.50 Avenue
### Hunters Point South – Parcel A
New 37 Story Residential Bldg

# Site Safety Plan

### GENERAL INFORMATION & SAFETY NOTES

SSP-001.00

Confidential

MC_00014990



1-50
50 Avenue
Hunter's Point South - Parcel A
New 37 Story Residential Bldg
Site Safety Plan
CONCRETE COLUMN
CROSBY CLAMPS (TYP.)
CAMPBELL DROP FORGED ¾" TURNBUCKLE (TYP.)
SAFETY NETTING
120LB. CABLE TIES 2'-0" O.C. ON 60", 21", AND 0.0 CABLE
EXTERIOR
INTERIOR
COIL INSERT (TYP.) EMBEDDED IN CONCRETE
SAFETY NETTING SECURED TO CABLES BY FASTENING 120LB. CABLE TIES 2'-0" O.C.
½" CABLE 7x19
SECTION A-A
1.1 60" VERTICAL NETTING DETAIL
1.2 DOUBLE HEIGHT VERTICAL NETTING DETAIL
BUILDING FACADE
OUTRIGGER BEAMS
HORIZONTAL NETTING
NETTING SHOES AT FLOOR BELOW
1.3 HORIZONTAL NETTING DETAIL
⅝" PLYWOOD COVER
MARK "HOLE" IN SPRAY PAINT
HOLE
AT LEAST (2) BOLTS TACK HOLE PROTECTION DOWN
1.4 HOLE PROTECTION DETAIL
2X4 POSTS @ 6'-0" O.C.
2X4 HANDRAIL AT 42" AND 24"
1X6 TOEBOARD
1.5 GUARDRAIL DETAIL
2" X 6" ORANGE & WHITE CROSS HATCH
FLASHING STROBE LIGHT (OPTIONAL)
NETTING
12" X 12" TIMBER ORANGE & WHITE CROSS HATCH
1.6 TIMBER BARRICADE DETAIL
3" MIN LETTERING
TO ANONYMOUSLY REPORT UNSAFE CONDITIONS AT THIS WORK SITE CALL 311
PARA REPORTAR CONDICIONES PELIGROSAS EN UN SITIO DE TRABJO LLAME 311 NO TIENE QUE DAR SU NOMBRE
NOTES:
1. INFORMATION MUST BE DISPLAYED IN BOTH ENGLISH AND SPANISH.
2. SIGN MUST BE PLACED NO MORE THAN 12' ABOVE STREET ON EACH SIDE OF SITE.
What's Going On Here?
BLUE BOX WITH 1½" ARIAL TEXT IN WHITE
ORANGE BOX WITH 1½" ARIAL TEXT IN WHITE
SIGN MATERIAL MUST BE DURABLE SUCH AS VINYL, PLASTIC, OR ALUMINUM WITH A WHITE BACKGROUND
3" ARIAL TEXT IN BLACK
GREEN BOX WITH 1½" ARIAL TEXT IN WHITE
1" ARIAL TEXT IN BLACK
BLACK BOX WITH 1½" ARIAL TEXT IN WHITE
½" ARIAL TEXT IN BLACK
NOTES:
1. SIGNS SHALL BE PLACED NO LOWER THAN 2 FEET ABOVE GROUND WITH THE HEIGHT BEING NO HIGHER THAN 8 FEET ABOVE GROUND.
2. NEW/MAJOR RENOVATION OF BUILDINGS: SIGNS MUST BE PLACED ON CONSTRUCTION FENCE OR BUILDING EASILY READABLE BY PEDESTRIANS FRONTING ALL STREET SEGMENTS AFFECTED BY CONSTRUCTION OR AS OTHERWISE AGREED TO BY THE COMMISSIONER.
3. AT ALL MAJOR ROADWAY/ BRIDGE RECONSTRUCTION SITES SIGNS SHALL BE POSTED AT BOTH THE BEGINNING AND END OF THE WORK AREA, EASILY VISIBLE AND READABLE BY PEDESTRIANS UNLESS OTHERWISE DIRECTED BY THE COMMISSIONER.
1.7 REQUIRED CONSTRUCTION SIGNAGE
OWNER
HPS Associates, L.L.C.
c/o Related
60 Columbus Circle, 10th Floor
New York, NY 10023
(212) 801-1000
ENGINEER / DESIGNER
225 East Merrick Road
Valley Stream, NY 11580
(516) 256-0317
CONTRACTOR
Monadnock Construction
155 3rd Street
Brooklyn, NY 11231
(718) 875-8160
REVISIONS
LOCATION INFO
North
CENTER BLVD
50TH AVENUE
51ST AVENUE
2ND STREET
BORDEN AVENUE
PROJECT
NEW CONSTRUCTION
37 STORY RESIDENTIAL BLDG
1-50 50 AVE
QUEENS, NY 11101
DRAWING NAME
TYPICAL SAFETY DETAILS
SEAL
MAY 24 2012
24 APR 12
KP
N.T.S.
SSP-002.00



Confidential



1-50 50 Avenue
Hunter's Point South - Parcel A
New 37 Story Residential Bldg
Site Safety Plan
50TH AVENUE
51ST AVENUE
CENTER BLVD
2ND STREET
1-50 50 AVE
LOT: 80
NEW 37 STORY RESIDENTIAL BLDG
EXCAVATION DEPTH: LESS THAN 5'-0"
(ALL EXCAVATION TO BE SLOPED 1:4 OR GREATER)
LANE CLOSED FOR MATERIAL STORAGE & LOADING
SIDEWALK CLOSED
TRAILER
30'-0" SLIDING GATE
20'-0" SWINGING GATE
TRANSFORMER VAULTS
Material Storage Area
LEGEND
CONSTRUCTION FENCE
D.O.T. APPROVED BARRIERS
FLAGMAN
FIRE HYDRANT
STREET LIGHT
PROPERTY LINE
PROPOSED BUILDING LINE
STRIPED BUFFER AS PER STREET RESTRIPING PLAN
BIKE LANE SYMBOL AS PER STREET RESTRIPING PLAN
PROPOSED SIGNAGE
REQUIRED CONSTRUCTION SIGNAGE (DETAIL 1.7)
SIDEWALK CLOSED PLEASE USE WALKWAY
LANE CLOSED AHEAD
NO PARKING ANYTIME TEMPORARY CONSTRUCTION AREA
EXISTING SIGNAGE
STOP SIGN
NO STANDING ANYTIME
Equipment
Excavators
Dump Trucks
Skid Steers
NOTES
1. 2 VIABLE MEANS OF EGRESS TO BE MAINTAINED AT ALL TIMES.
2. ALL EXCAVATION TO BE LESS THEN 5'-0" FROM GRADE & ALL EXCAVATION WILL BE SLOPED 1:4 OR GREATER. (NO SHORING, UNDERPINNING OR GUARDRAILS NEEDED).
OWNER
HPS Associates, L.L.C.
c/o Related
60 Columbus Circle, 19th Floor
New York, NY 10023
ENGINEER / DESIGNER
226 East Merrick Road
Valley Stream, NY 11580
CONTRACTOR
Monadnock Construction
155 3rd Street
Brooklyn, NY 11231
REVISIONS
LOCATION INFO
PROJECT
NEW CONSTRUCTION
37 STORY RESIDENTIAL BLDG
1-50 50 AVE
QUEENS, NY 11101
DRAWING NAME
EXCAVATION PHASE SITE SAFETY PLAN
24 APR 12
SSP-100.00



1-50
50 Avenue
Hunter's Point South - Parcel A
New 37 Story Residential Bldg
Site Safety Plan
50TH AVENUE
51ST AVENUE
CENTER BLVD
2ND STREET
1-50 50 AVE
LOT: 80
NEW 37 STORY RESIDENTIAL BLDG
EXCAVATION DEPTH: LESS THAN 5'-0"
(ALL EXCAVATION TO BE SLOPED 1:4 OR GREATER)
TRAILER
PILE DRIVING RIG
CRANE PAD 15' x 15'
HOIST PAD 15' x 25'
HOIST PAD 15' x 15'
CONCRETE PUMP TRUCK
CONCRETE TRUCK
LANE CLOSED FOR MATERIAL STORAGE & LOADING
SIDEWALK CLOSED
20'-0" SWINGING GATE
30'-0" SLIDING GATE
TRANSFORMER VAULTS
LEGEND
CONSTRUCTION FENCE
D.O.T. APPROVED BARRIERS
FLAGMAN
FIRE HYDRANT
STREET LIGHT
PROPERTY LINE
PROPOSED BUILDING LINE
STRIPED BUFFER AS PER STREET RESTRIPING PLAN
BIKE LANE SYMBOL AS PER STREET RESTRIPING PLAN
CONCRETE EQUIPMENT PAD
OWNER
HPS Associates, L.L.C.
c/o Related
60 Columbus Circle, 19th Floor
New York, NY 10023
(212) 801-1000
ENGINEER / DESIGNER
225 East Merrick Road
Valley Stream, NY 11580
(516) 256-0317
CONTRACTOR
Monadnock Construction
155 3rd Street
Brooklyn, NY 11231
(718) 875-8160
PROPOSED SIGNAGE
REQUIRED CONSTRUCTION SIGNAGE (DETAIL 1.7)
SIDEWALK CLOSED PLEASE USE WALKWAY
LANE CLOSED AHEAD
NO PARKING ANYTIME TEMPORARY CONSTRUCTION AREA
REVISIONS
EXISTING SIGNAGE
STOP SIGN
NO STANDING ANYTIME
LOCATION INFO
North
BORDEN AVENUE
NOTES
1. 2 VIABLE MEANS OF EGRESS TO BE MAINTAINED AT ALL TIMES
2. ALL EXCAVATION TO BE LESS THEN 5'-0" FROM GRADE & ALL EXCAVATION, , INCLUDING ELEVATOR PITS, WILL BE SLOPED 1:4 OR GREATER. (NO SHORING, UNDERPINNING OR GUARDRAILS NEEDED).
3. FOUNDATION SYSTEM IS A DRIVEN & DRILLED PILE SYSTEM.
4. THERE WILL BE A MINIMUM OF 3 DRILLING RIGS ON SITE AT ANY ONE TIME.
5. PIPE DRILLING WILL BE DONE WITH WATER.
6. ALL WATER TO BE CONTAINED ON SITE.
7. WATER ON SITE WITH BE CONTAINED AND REUSED.
8. AT THE END OF DRILLING OPERATION WATER WILL BE DISPOSED OF IN ACCORDANCE WITH D.E.P. REGULATIONS.
PROJECT
NEW CONSTRUCTION
37 STORY RESIDENTIAL BLDG
1-50 50 AVE
QUEENS, NY 11101
DRAWING NAME
FOUNDATION PHASE SITE SAFETY PLAN
SEAL
MAY 3 4 2012
NIRMALA ABEYSINGH
24 APR 12
KP
SSP-101.00



CENTER BLVD
50TH AVENUE
51ST AVENUE
2ND STREET
NEW 37 STORY RESIDENTIAL BLDG
MATERIAL HANDLING NOTES
NOTES
LEGEND
PROPOSED SIGNAGE
EXISTING SIGNAGE
1-50 50 Avenue
Hunter's Point South - Parcel A
New 37 Story Residential Bldg
Site Safety Plan
SUPERSTRUCTURE PHASE SITE SAFETY PLAN
SSP-102.00



50TH AVENUE
51ST AVENUE
CENTER BLVD
2ND STREET
1-50 50 AVE
LOT: 80
NEW 37 STORY RESIDENTIAL BLDG
HEIGHT: 350'-0"
SIDEWALK CLOSED
LANE CLOSED FOR MATERIAL STORAGE & LOADING
TRUCK
TRAILER
TRIPLE CAR HOIST
DUAL CAR HOIST
30'-0" SLIDING GATE
25'-0" SWINGING GATE
TRANSFORMER VAULTS
PERSONNEL WALKWAY AT 5TH FLOOR TERRACE
MAIN ROOF EL +357'-1"
E.M.R. BULKHEAD EL +366'-1"
7TH FLOOR TERRACE
34TH FLOOR TERRACE
5TH FLOOR TERRACE
12TH FLOOR ROOF
1-50
50 Avenue
Hunter's Point South - Parcel A
New 37 Story Residential Bldg
Site Safety Plan
LEGEND
CONSTRUCTION FENCE
SIDEWALK SHED
LOADING DOCK W/OVERHEAD PROTECTION
D.O.T. APPROVED BARRIERS
FLAGMAN
FIRE HYDRANT
STREET LIGHT
PROPERTY LINE
STRIPED BUFFER AS PER STREET RESTRIPING PLAN
BIKE LANE SYMBOL AS PER STREET RESTRIPING PLAN
SIAMESE CONNECTION WITH RED LIGHT
STANDPIPE RISER
FDNY CHAIN
OWNER
HPS Associates, L.L.C.
c/o Related
60 Columbus Circle, 19th Floor
New York, NY 10023
(212) 801-1000
ENGINEER / DESIGNER
228 East Merrick Road
Valley Stream, NY 11580
(516) 256-0317
CONTRACTOR
Monadnock Construction
155 3rd Street
Brooklyn, NY 11231
(718) 875-8160
REVISIONS
PROPOSED SIGNAGE
REQUIRED CONSTRUCTION SIGNAGE (DETAIL 1.7)
SIDEWALK CLOSED PLEASE USE WALKWAY
LANE CLOSED AHEAD
NO PARKING ANYTIME TEMPORARY CONSTRUCTION AREA
SIAMESE CONNECTION WITH RED LIGHT NO OBSTRUCTION ANY TIME
EXISTING SIGNAGE
STOP SIGN
NO STANDING ANYTIME
LOCATION INFO
North
50TH AVENUE
51ST AVENUE
BORDEN AVENUE
CENTER BLVD
2ND STREET
PROJECT
NEW CONSTRUCTION
37 STORY RESIDENTIAL BLDG
1-50 50 AVE
QUEENS, NY 11101
DRAWING NAME
FACADE CONSTRUCTION PHASE SITE SAFETY PLAN
NOTES
1. 2 VIABLE MEANS OF EGRESS TO BE MAINTAINED AT ALL TIMES
SEAL
APPROVED
MAY 24 2012
24 APR 12
KP
SSP-103.00



Confidential

MC_00014997



## SOUTH FACADE ELEVATION

## WEST FACADE ELEVATION

# 1-50 50 Avenue

Hunter's Point South - Parcel A

New 37 Story Residential Bldg

**Site Safety Plan**

## LEGEND

HORIZONTAL NETTING (DETAIL 1.3)

**OWNER**
HPS Associates, L.L.C.
c/o Related
60 Columbus Circle, 19th Floor
New York, NY 10023
(212) 801-1000

**ENGINEER / DESIGNER**
225 East Merrick Road
Valley Stream, NY 11580
(516) 256-0317

**CONTRACTOR**
Monadnock Construction
155 3rd Street
Brooklyn, NY 11231
(718) 875-8160

**REVISIONS**

## NETTING JUMP SCHEDULE

| LOCATION OF HORIZONTAL NETTING | PROTECTED, STRIPPED FLOORS |
|---|---|
| 6TH | 7TH & 8TH |
| 8TH | 9TH & 10TH |
| 10TH | 11TH & 12TH |
| 12TH | 13TH & 14TH |
| 14TH | 15TH & 16TH |
| 16TH | 17TH & 18TH |
| 18TH | 19TH & 20TH |
| 20TH | 21ST & 22ND |
| 22ND | 23RD & 24TH |
| 24TH | 25TH & 26TH |
| 26TH | 27TH & 28TH |
| 28TH | 29TH & 30TH |
| 30TH | 31ST & 32ND |
| 32ND | 33RD & 34TH |
| 34TH | 35TH & 36TH |
| 36TH | 37TH & ROOF |

**LOCATION INFO**
D.O.B. Address: 1-50 50 Ave, Queens, NY 11101
Block: 6
Lot: 50
Zoning District: R6X, C2-5
Map: 9D
BIN #: 4541370
Height: 37 stories @ 330'-0"

## NOTES

1. VERTICAL NETTING TO BE INSTALLED AS PER NYC BC3308.1.1, WHICH STATES 'WHEN IN THE COURSE OF CONSTRUCTION THE BUILDING REACHES A HEIGHT OF 4 STORIES OR 40 FEET, VERTICAL SAFETY NETTING SHALL BE MAINTAINED AT EACH STORY EXCEPT AT THE STORY AT GRADE, THE STORY IMMEDIATELY ABOVE THE SIDEWALK SHED AND THE ROOF LEVEL WHERE A PARAPET IS INSTALLED.
2. VERTICAL NETTING SHALL MEET ALL REQUIREMENTS OF THE NYC BUILDING CODE, AS OUTLINED IN NYC BC 3308.3

**PROJECT**
NEW CONSTRUCTION
37 STORY RESIDENTIAL BLDG
1-50 50 AVE
QUEENS, NY 11101

**DRAWING NAME**
SOUTH & WEST FACADE ELEVATION

**SEAL**
APPROVED
MAY 24 2012
NIRMALA ABEYSINGHE

DATE: 24 APR 12
DRAWN BY: KP
SCALE: 1/16" = 1'-0"
SSP-301.00

Confidential

MC_00014999

**EXHIBIT "I"**
**PROJECT STAFF**

[To Be Inserted]

**Confidential**

MC_00015000



HUNTER'S POINT STAFFING

**Confidential**

MC_00015001

**EXHIBIT "J"**
**COMPLIANCE WITH AFFIRMATIVE ACTION, EEO AND MWBE REQUIREMENTS**

[To Be Inserted]

DMI\3586256.3

**Exhibit J**

**Compliance With Affirmative Action, EEO and MWBE Requirements**

<u>Industrial and Commercial Abatement Program Compliance</u>
As required for each Parcel, Construction Manager ("CM") will comply with all relevant requirements of the Industrial and Commercial Abatement Program ("ICAP") including, but not limited to, timely submission of M/WBE Compliance Reports, Employment Reports and cause all required submissions by Subcontractors and Suppliers.  CM will meet with the NYC Department of Small Business Services ("SBS") if required to confirm compliance.

<u>New York City Department of Housing, Preservation and Development ("HPD") Compliance</u>
CM will timely submit to HPD all required Equal Opportunity documentation and cause to be submitted by Subcontractors and Suppliers all required Equal Opportunity documentation.

MC_00015003

**EXHIBIT "K"**
**LENDER'S CONSENT LETTER**

[To Be Inserted]

DM1\3586256.3

Confidential

CONSENT AND AGREEMENT
OF
TRADE CONTRACTOR

      The undersigned, as _____ ("**Trade Contractor**") under the _____ dated as of _____ __, 20__ (as amended, supplemented or modified from time to time, the "**Agreement**") between Monadnock Construction, Inc. ("**Construction Manager**") and Trade Contractor, hereby acknowledges and consents to the collateral assignment of the Agreement to _____ as administrative agent for the benefit of certain lenders (together with its successors and assigns, "**Administrative Agent**") Consent and Agreement, made by Construction Manager in favor of Administrative Agent pursuant to which Consent and Agreement Construction Manager acknowledged and consented to the collateral assignment of the Construction Management Agreement dated as of DATE, 2012 between Construction Manager and OWNER, a New York limited liability company ("**Assignor**") to Administrative Agent as security for the repayment of a credit facility (the "**Credit Facility**") being made by certain lenders (the "**Lenders**") to Assignor.  Trade Contractor agrees that, upon receipt of notice from Administrative Agent, that a default exists under the Credit Facility and that Administrative Agent desires for Trade Contractor to perform under the Agreement for the benefit of Administrative Agent or its designee, Trade Contractor will perform all of its obligations, covenants, conditions and agreements under the Agreement for the benefit of Administrative Agent or its designee, regardless of any default by Construction Manager under the Agreement, as long as all payments due Trade Contractor prior to and after such default are made.  Neither this Consent and Agreement, nor any document now or hereafter executed by Assignor or any guarantor of the Credit Facility or any portion thereof evidencing, guarantying, securing or otherwise pertaining to the Credit Facility (collectively, the "**Credit Facility Documents**"), renders Administrative Agent or any of the Lenders liable to Trade Contractor for any duties or obligations of Construction Manager to Trade Contractor arising prior to the date of such notice, except with respect to payments due Trade Contractor pursuant to the Agreement if Administrative Agent elects to have Trade Contractor perform under the Agreement for the benefit of Administrative Agent or its designee.  Notwithstanding the foregoing, Administrative Agent has the right after an "Event of Default" under the Credit Facility Documents, but not the obligation, to exercise its rights under the Credit Facility Documents to foreclose on the collateral assignment of the Agreement and elect to have Trade Contractor perform under the Agreement for the benefit of Administrative Agent or its designee.

      Trade Contractor hereby represents and warrants to Administrative Agent and the Lenders that (i) a true and complete copy of the Agreement is attached hereto as Schedule I, (ii) the Agreement has not been amended and/or supplemented, (iii) the Agreement is in full force and effect, (iv) no event of default or event which with notice or the passage of time or both would constitute such an event of default is existing under the Agreement on the part of either Trade Contractor or Construction Manager and (v) Trade Contractor is duly licensed under the law of the State of New York to the extent required by the law of the State of New York.

**Confidential**

Trade Contractor covenants to Administrative Agent and the Lenders that effective as of the date hereof:

(a) Trade Contractor shall not materially amend and/or supplement the Agreement without the prior written consent of Administrative Agent;

(b) Trade Contractor shall not terminate or surrender the Agreement without the prior written consent of Administrative Agent and shall promptly notify Administrative Agent in writing of any attempted termination or surrender of the Agreement by Construction Manager;

(c) Trade Contractor will send Administrative Agent a copy of each notice of default that Trade Contractor sends to Construction Manager and any other material notice Trade Contractor sends to Construction Manager;

(d) In the event any proceeds of the bonds or Credit Facility are disbursed directly to Trade Contractor, Trade Contractor shall receive the same as a trust fund for the purpose of paying the costs of the construction work under the Agreement and shall apply the same to such payment.

(e) In the event of a breach by Construction Manager of any of the terms and conditions of the Agreement, Trade Contractor shall give Administrative Agent written notice of such breach and the opportunity to remedy or cure such breach within sixty (60) days thereafter, except that Trade Contractor agrees that no such breach shall be deemed to have occurred if curing such breach cannot by its nature be accomplished in such sixty (60) day period so long as Administrative Agent shall have commenced curing the same within such sixty (60) day period and thereafter shall diligently and continuously prosecute the same to completion.

Trade Contractor acknowledges and agrees that Administrative Agent and the Lenders are obligated under the Credit Facility Documents only to Assignor and to no other person or entity, including, without limitation, Trade Contractor, Construction Manager or any contractor or subcontractor, materialman, supplier or laborer. No party other than Assignor shall have or enjoy any third party beneficiary or other rights under the Credit Facility Documents.

All notices, demands or requests which are required or permitted to be given or served upon Trade Contractor or Administrative Agent shall be deemed to have been properly given for all purposes as of the date (a) when hand delivered, (b) three (3) days after being sent by United States registered or certified mail, postage prepaid, return receipt requested or (c) one (1) day after being sent by reputable overnight courier service, addressed as follows:

If to Trade Contractor:

_____

_____

_____

Attention: _____

Telecopier No.: _____

If to Administrative Agent:

With copies to:

   and

   and


  Trade Contractor and Administrative Agent shall have the right to specify, from time to time, as its address or addresses for purposes of this Consent and Agreement, any other address or addresses upon giving notice thereof to the other party then entitled to receive notices or other instruments hereunder at least fifteen (15) days before such change of address is to become effective.

  This Consent and Agreement shall be governed by, and construed in accordance with, the laws of the State of New York, without regard to conflict of laws principles.


    By: _____

      Name:
      Title:

<u>SCHEDULE I</u>

Subcontract

Confidential

Confidential

**EXHIBIT "L"**
**CHANGE ORDER FORM**

[To Be Inserted]

Confidential

# ᴬ𝐈𝐀® Document G701/CMa™ – 1992

## Change Order - Construction Manager-Adviser Edition

| | |
|---|---|
| **PROJECT** *(Name and address):*<br>SAMPLES | **CHANGE ORDER NUMBER:** 001<br>**INITIATION DATE:** |
| **TO CONTRACTOR** *(Name and address):* | **PROJECT NUMBERS:** /<br>**CONTRACT DATE:**<br>**CONTRACT FOR:** General<br>Construction |

OWNER: ☐
CONSTRUCTION MANAGER: ☐
ARCHITECT: ☐
CONTRACTOR: ☐
FIELD: ☐
OTHER: ☐

**THE CONTRACT IS CHANGED AS FOLLOWS:**

| | | |
|---|---|---|
| The original Contract Sum was | $ | 0.00 |
| Net change by previously authorized Change Orders | $ | 0.00 |
| The Contract Sum prior to this Change Order was | $ | 0.00 |
| The Contract Sum will be increased by this Change Order in the amount of | $ | 0.00 |
| The new Contract Sum including this Change Order will be | $ | 0.00 |

The Contract Time will be increased by Zero (0) days.
The date of Substantial Completion as of the date of this Change Order therefore is     .

**NOTE:** This summary does not reflect changes in the Contract Sum, Contract Time or Guaranteed Maximum Price which have been authorized by Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE OWNER, CONSTRUCTION MANAGER, ARCHITECT AND CONTRACTOR.**

| **CONSTRUCTION MANAGER** *(Firm name)* | **ARCHITECT** *(Firm name)* |
|---|---|
| ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* |
| *(Typed name)*          DATE: | *(Typed name)*          DATE: |
| **CONTRACTOR** *(Firm name)* | **OWNER** *(Firm name)* |
| ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* |
| *(Typed name)*          DATE: | *(Typed name)*          DATE: |

**AIA Document G701/CMa™ – 1992.** Copyright © 1992 by The American Institute of Architects. All rights reserved. **WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 17:13:08 on 12/18/2012 under Order No.6732828170_1 which expires on 05/20/2013, and is not for resale.
User Notes:                                                                 (1800225390)

1

EXHIBIT "M"
**GENERAL CONDITIONS BUDGET**

[To Be Inserted]

**Confidential**

Monadnock Construction, Inc.
**General Conditions Budget**
Hunters Point South - Parcel A
November 6, 2012
Version = VI

| Job#Name> | Job#Name |
|---|---|
| GSF> | 633,350 |

| | | Quantity | Unit | Unit Cost | Amount | Category Total | Cost per SF |
|---|---|---|---|---|---|---|---|
| | **Special Tracking** | | | | | 0 | 0.00 |
| 01-010 | Professional Fees, Engineering | 1 | ls | 0 | 0 | | |
| | | | | | | | |
| | **Pre-Construction** | | | | | 400,000 | 0.63 |
| 01-241 | Preconstruction cost - prorated | 1 | ls | 400,000 | 400,000 | | |
| 01-393 | Senior Estimator | | | | | | |
| 01-393 | Estimator | | | | | | |
| 01-242 | Preconstruction Survey | | | | | | |
| | | | | | | | |
| | **Project Management** | | | | | 1,805,348 | 2.85 |
| 01-300 | Principal | 0 | ls | 50,000 | | | |
| 01-395 | Project Exec, VP | 2.25 | yrs | 183,480 | 412,830 | | |
| 01-301 | Senior Project Manager | 2.25 | yrs | 154,290 | 347,153 | | |
| 01-316 | Asst PM - dedicated to this bldg | 2.25 | yrs | 215,450 | 484,763 | | |
| 01-318 | Asst PM - exterior wall | 2 | yrs | 95,910 | 191,820 | | |
| | Asst PM - structural | 1.75 | yrs | 91,740 | 160,545 | | |
| 01-392 | Project Accountant | 2.25 | yrs | 30,000 | 67,500 | | |
| 01-391 | Admin - on site | 2.25 | yrs | 62,550 | 140,738 | | |
| | | | | | | | |
| | **Field Supervision** | | | | | 1,557,843 | 2.46 |
| 01-312 | Superintendent | 2.25 | yrs | 191,820 | 431,595 | | |
| 01-319 | Asst Super - dedicated to this bldg | 2 | yrs | 173,750 | 347,500 | | |
| 01-319 | MEP Super | 2.25 | yr | 145,950 | 328,388 | | |
| 01-341 | Asst MEP Super | 2 | yr | 100,080 | 200,160 | | |
| 01-322 | Finish Superintendent - dedicated to this bldg | 1.5 | yr | 166,800 | 250,200 | | |
| | | | | | | | |
| | **Field Labor** | | | | | 5,182,592 | 8.18 |
| 01-313 | Laborers | | | | | | |
| | Labor Foreman | 110 | wk | 2,550 | 280,500 | | |
| | Shop Stew | 104 | wk | 2,340 | 243,360 | | |
| | Laborer - company | 98 | wk | 2,340 | 229,320 | | |
| | Laborer - company/coalition, PLA rate | 94 | wk | 1,900 | 178,600 | | |
| | Laborer - apprentice (ave rate) | 94 | wk | 1,560 | 146,640 | | |
| | Laborer - union, PLA rate | 94 | wk | 1,900 | 178,600 | | |
| | Laborer - company | 94 | wk | 2,340 | 219,960 | | |
| | Laborer - union, PLA rate | 94 | wk | 1,900 | 178,600 | | |
| | Laborer - company, PLA rate | 94 | wk | 1,900 | 178,600 | | |
| | Laborer - apprentice (ave rate) | 94 | wk | 1,560 | 146,640 | | |
| | Laborer - union, PLA rate | 94 | wk | 1,900 | 178,600 | | |
| | Laborer - company, PLA rate | 78 | wk | 1,900 | 148,200 | | |
| | Laborer - union, PLA rate | 54 | wk | 1,900 | 102,600 | | |
| | Laborer - company, PLA rate | 54 | wk | 1,900 | 102,600 | | |
| 01-313 | Laborers - Punch list/L79 | 44 | wk | 2,340 | 102,960 | | |
| 01-313 | Laborer - Overtime | 5600 | hrs | 105 | 588,000 | | |
| 01-313 | | | | | | | |
| 01-317 | | | | wk | | | |
| 01-388 | Laborers - L10 | | | | | | |
| | Master Mechanic | 80 | wk | 3,800 | 304,000 | | |
| 01-388 | Operating Engineer - Hoist #1 | 76 | wk | 3,200 | 243,200 | | |
| | Operating Engineer - Hoist #2 | 76 | wk | 3,200 | 243,200 | | |
| | Operating Engineer - Hoist #3 | 76 | wk | 3,200 | 243,200 | | |
| | Operating Engineer - Hoist #4 | 43 | wk | 3,200 | 137,600 | | |
| 01-388 | Operating Engineer - Hoist #4 | 43 | wk | 3,200 | 137,600 | | |
| 01-389 | OE - Overtime | 3500 | hrs | 155 | 542,500 | | |
| 01-389 | Elevator Operators | | hrs | | | | |
| | EO - Overtime | | hrs | | | | |
| 01-385 | Teamster Foreman | 32 | wk | 2,991 | 95,712 | | |
| 01-388 | Teamster Foreman / Master Mechanic  office | 8 | mo | 300 | 2,400 | | |
| 01-388 | Teamster - Overtime | 300 | hrs | 98 | 29,400 | | |
| | | | | | | | |
| | **Security** | | | | | 691,360 | 1.09 |
| 01-471 | Day Guard | 0 | wk | 1,900 | | | |
| 01-471 | Watchmen Service | 320.00 | wk | 1,900 | 608,000 | | |
| 01-471 | Holiday coverage, overtime | 4 | ls | 12,000 | 48,000 | | |
| 01-471 | Guard Houses | 4 | ls | 5,200 | 20,800 | | |
| 01-471 | Time Clocks | 4 | ls | 3,640 | 14,560 | | |
| | | | | | | | |
| | **Punch List** | | | | | 50,000 | 0.08 |
| 01-315 | Misc. supplies and items for completion | 1 | ls | 50,000 | 50,000 | | |
| | Labor - see Field Labor | | | | | | |
| | | | | | | | |
| | **Expediting** | | | | | 75,000 | 0.12 |
| 01-398 | Expediting - General (DOT, Saturday Permits, etc.) | 1 | ls | 75,000 | 75,000 | | |
| 01-316 | Expediting - C. of O. BY OWNER | 1 | ls | - | - | | |
| | Filings (Crane, Sprinkler, Standpipe, BPP, Fire Alarm, Ansul System, etc.) Crane by others | 1 | ls | | 0 | | |
| | | | | | | | |
| | **Permits/Fines - DOB, DOT, etc.** | | | | | 191,500 | 0.30 |
| 01-331 | DOB Permit(s) | 1 | ls | - | 0 | | |
| | *New buildings (>3-fam ) $0.26/sf   Alterations (>3-fam ) $55 . +$20/1000 from $5000-$50000 (total cost), plus $10/1000* | | | | | | |
| 01-331 | Renewals - DOB | 1 | ls | 1,500 | 1,500 | | |
| | Crane Permits - by others | | | | | | |

**Confidential**

| Code | Description | Qty | Unit | Unit Cost | Total | Subtotal | % |
|---|---|---|---|---|---|---|---|
| 01-332 | DOT Permits | 1 | ls | 75,000 | 75,000 | | |
| 01-339 | Violations | 1 | ls | 115,000 | 115,000 | | |
| | **Progress Documents** | | | | | 15,000 | 0.02 |
| 01-329 | Progress Photos | 1 | ls | 12,000 | 12,000 | | |
| 01-329 | Final Photos | 1 | ls | 3,000 | 3,000 | | |
| 01-339 | Scheduling | | | | | | |
| | **Bonds (Subs)** | | | | | 0 | 0.00 |
| 01-342 | Subcontractors' Bonds | 1 | ls | 0 | 0 | | |
| | *NB: ls cost records this is carried in each trade, not this cost here.* | | | | | | |
| | **Blueprinting** | | | | | 45,000 | 0.07 |
| 01-351 | Blueprinting | 1 | ls | 45,000 | 45,000 | | |
| | **Postage, FedX, Etc.** | | | | | 25,000 | 0.04 |
| 01-352 | Postage, FedX, Etc. | 1 | ls | 25,000 | 25,000 | | |
| | **Controlled Inspections** | | | | | 0 | 0.00 |
| 01-451 | Controlled Inspections | 1 | ls | | 0 | | |
| | BY OWNER | | | | | | |
| | **Testing** | | | | | 25,000 | 0.04 |
| 01-452 | Concrete Testing | 1 | ls | | 0 | | |
| 01-452 | Sidewalk Cores | 1 | ls | 25,000 | 25,000 | | |
| 01-452 | Vibration Monitoring | 1 | ls | | 0 | | |
| | **Surveys** | | | | | 240,000 | 0.38 |
| 01-453 | Stakeout, axis lines, etc. | 1 | ls | 225,000 | 225,000 | | |
| 01-453 | Final survey | 1 | ls | 15,000 | 15,000 | | |
| | **Safety** | | | | | 537,600 | 0.85 |
| 01-458 | Site Safety Plan | 1 | ls | 20,000 | 20,000 | | |
| 01-458 | Consulting | 1 | ls | 15,000 | 15,000 | | |
| 01-457 | Site Safety Manager/Coordinator | 102 | wk | 3,800 | 387,600 | | |
| 01-458 | Safety Director/weekly inspections | 1 | ls | 75,000 | 75,000 | | |
| 01-458 | Maintenance | 1 | ls | 40,000 | 40,000 | | |
| 01-459 | Violations (see Permits/Fines above) | | | | | | |
| | **Temp Water** | | | | | 125,000 | 0.20 |
| 01-510 | Temp Water Meter & Charges | 1 | ls | 125,000 | 125,000 | | |
| | *NB: S/C, no info available.* | | | | | | |
| 01-510 | Temp Water Maintenance | | | | | | |
| | **Temp Electric** | | | | | 510,500 | 0.81 |
| 01-516 | Temp Electric Service (Con Edison installation cost) | 1 | ls | 75,000 | 75,000 | | |
| 01-511 | Temp Electric Current Usage | 670 | lssf | 650 | 435,500 | | |
| | *NB: S/C, voltes ~$0.50/sf (B/3, Grand St.) to $2 (Parkview), $0.60/sf (4thR), $1.00/sf (Cabrini St.).* | | | | | | |
| 01-517 | Temp Light Maintenance | | | | | | |
| 01-517 | Standby Electrician for OT | | | | | | |
| | **Temp Heat** | | | | | 500,000 | 0.79 |
| 01-512 | Temp Heat (misc. only) | 1 | ls | 125,000 | 125,000 | | |
| 01-591 | L70 fire watch - 2nd, 3rd shift only (1st shift in Field Labor) | 0 | week | | | | |
| 01-591 | Plumbers - 1 man 24/7 | 0 | week | | | | |
| 01-303 | Steamfitters (assume PLA, NA) | 0 | week | 14,000 | | | |
| 01-304 | Handling and Rental | 1 | ls | 100,000 | 100,000 | | |
| 01-305 | Gas Usage | 1 | ls | 275,000 | 275,000 | | |
| | **Temp Toilets** | | | | | 36,000 | 0.06 |
| 01-514 | Temp Toilets | 24 | mo | 1,500 | 36,000 | | |
| | **Temp.Barriers & Enclosures, Equipment** | | | | | 249,700 | 0.39 |
| 01-660 | Temp Fences & Gates | 1 | ls | 165,000 | 165,000 | | |
| 01-660 | Temp Fences & Gates - Rental | | | | | | |
| 01-660 | Fence Maintenance | 1 | ls | 45,000 | 45,000 | | |
| 01-660 | Fence removal | | | | | | |
| 01-660 | Special Walks | | | | | | |
| 01-660 | Protection, Barricades, Rails | 1 | ls | 35,000 | 35,000 | | |
| 01-660 | Netting | | | | | | |
| 01-660 | Chutes | | ls | | | | |
| 01-660 | Storage Containers | 22 | mon | 100 | 2,200 | | |
| 01-693 | Equipment - Bobcat, etc. | | | | | | |
| 01-693 | Pumps | 1 | ls | 1,500 | 1,500 | | |
| | **Sidewalk Bridges** | | | | | 0 | 0.00 |
| 01-692 | Sidewalk Bridges, installation and removal, standard, 10' w X 10' Ht. - Union | 0 | lf | 320 | | | |
| 01-693 | Sidewalk Bridges, installation and removal, standard, 10' w X 10' Ht. - Non-Union | | lf | | | | |
| 01-693 | Rental past 3 months - $6 / XXXXX ft / mon | 0 | mon | 5,750 | | | |

**Confidential**

| Code | Description | Qty | Unit | Unit Price | Total | Subtotal | % |
|---|---|---|---|---|---|---|---|
| 01-652 | Bridge Lighting | 0 | ls | 5,000 | | | |
| | **Hoists** | | | | | 2,281,000 | 3.60 |
| 01-622 | Pad, Loading Dock, Equipment Fence | 1 | lf | 70,000 | 70,000 | | |
| 01-622 | Doors at Floors | 142 | ea | 500 | 71,000 | | |
| 01-622 | Bridges at Floors Installation | | lf | | | | |
| 01-622 | Bridges at Floors Rentals, w/Tax $ 27 per - lf / mon | | mon | | | | |
| 01-622 | Erect & Dismantle (includes Tax) | 1300 | Vert Ft | 860 | 1,118,000 | | |
| 01-622 | Rental | 20 | Mon | 34,000 | 680,000 | | |
| | NB: 460 Budget: $ 13,000 /mo single, $ 17,200 / mo double wfar | | | | | | |
| 01-622 | Jumps | 45 | ea | 7,600 | 342,000 | | |
| | Hoist Foundations ( part of foundation subcontract) | | | | | | |
| | **Site Office and Furniture** | | | | | 43,500 | 0.07 |
| 01-620 | Trailer and/or Built Office | 1 | ls | 25,000 | 25,000 | | |
| 01-620 | Furniture | 1 | ls | 5,000 | 5,000 | | |
| 01-620 | Copy Machine | 1 | ls | 4,500 | 4,500 | | |
| 01-620 | Computers | 1 | ls | 6,500 | 6,500 | | |
| 01-620 | Misc. Stationary & Supplies | 1 | ls | 2,500 | 2,500 | | |
| | **Phones** | | | | | 20,760 | 0.03 |
| 01-613 | Field office / equipment | 1 | ls | 4,000 | 4,000 | | |
| 01-613 | Field office / monthly cost | 24 | mon | 240 | 5,760 | | |
| 01-613 | Internet/network connection | 24 | mon | 120 | 2,880 | | |
| 01-613 | Line installation/maintenance/repairs | 1 | ls | 1,200 | 1,200 | | |
| 01-613 | Nextels / phone plus radio (3x14 months) | 24 | mon | 80 | 1,920 | | |
| 01-613 | Radio only | 1 | ls | 5,000 | 5,000 | | |
| | **Signs** | | | | | 10,000 | 0.02 |
| 01-650 | DOB Sign (Per street frontage) | 1 | ls | 5,000 | 5,000 | | |
| 01-650 | Misc. Signs (Per street frontage) | 1 | ls | 5,000 | 5,000 | | |
| | **Exterminating** | | | | | 15,000 | 0.02 |
| 01-740 | Exterminating | 1 | ls | 15,000 | 15,000 | | |
| | **Rubbish** | | | | | 616,200 | 0.97 |
| 01-741 | Rubbish - building | 672 | msf | 850 | 571,200 | | |
| 01-742 | Rubbish - site | 1 | ls | 45,000.00 | 45,000 | | |
| | **Cleaning Supplies** | | | | | 75,000 | 0.12 |
| 01-740 | Cleaning Supplies | 1 | ls | 75,000 | 75,000 | | |
| | **Small Tools & Hardware** | | | | | 80,000 | 0.13 |
| 01-641 | Small Tools & Hardware | 1 | ls | 80,000 | 80,000 | | |
| | **Final Cleaning** | | | | | 357,750 | 0.56 |
| 01-743 | Final Cleaning - other areas | 1 | ls | 50,000 | 50,000 | | |
| 01-743 | Final Cleaning, per du | 631 | du | 250 | 157,750 | | |
| 01-743 | Add for windows | 1 | ls | 150,000 | 150,000 | | |
| 01-743 | Misc. supplies & comebacks | | | | | | |
| | **Closeout Submittals, Training** | | | | | 12,500 | 0.02 |
| 01-789 | As-built drawings | 1 | ls | 5,000 | 5,000 | | |
| 01-789 | M&O manuals, assembly, copying | 1 | ls | 2,500 | 2,500 | | |
| 01-780 | MEP walk-thru Video | 1 | ls | 5,000 | 5,000 | | |
| | **Commissioning** | | | | | 0 | 0.00 |
| 01-810 | | 1 | ls | | - | | |
| | **Misc.** | | | | | 65,500 | 0.10 |
| 01-658 | Travel (see petty cash below) | | | | | | |
| 01-668 | Parking | 1 | ls | 40,000 | 40,000 | | |
| 01-658 | Office clerical costs | | | | | | |
| 01-658 | Topping Out Party | 0 | ls | | | | |
| 01-658 | Christmas Party(s) | 1 | ls | 2,500 | 2,500 | | |
| 01-658 | Owner's Event(s) | 1 | ls | 5,000 | 5,000 | | |
| 01-658 | Job Petty Cash | 18 | mo | 1,000 | 18,000 | | |
| | **Indirect Costs** | | | | | 0 | 0.00 |
| 01-390 | | 1 | ls | | 0 | | |

**SUBTOTAL, Before Insurance, Bond, & Contingency**   15,838,652

| | Contingency | | | | 500,000 | 500,000 | 0.79 |
|---|---|---|---|---|---|---|---|

**TOTAL, With Contingency, Before Insurance & Bond**   16,338,652

Confidential

**EXHIBIT "N"**

**PROJECT DOCUMENTS**

[To Be Inserted]

Confidential

MC_00015016

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**
**01/31/2013 (Updated Date)**

**INDIVIDUAL DRAWINGS**

| A-000 - Cover Sheets Vol I & II and A-001, A-002 Drawing List (PARCEL A) - 100% CD Set | | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | 00 COVER- VOLUME I -- ADDENDUM-01 01-24-13 | 01/24/2013 |
| >>>> | 00 COVER- VOLUME II -- ADDENDUM-01 01-24-13 | 01/24/2013 |
| >>>> | 00 DRAWING LIST VOL I ARCH_STRUCT | 01/24/2013 |
| >>>> | 00 DRAWING LIST VOL II MEP | 01/24/2013 |

| Architectural (Drawings#s, ID Drawings - (PARCEL A) | | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | ID 000 COVER SHEET - VOLUME III | 09/10/2012 |
| >>>> | ID 001 DRAWING LIST - VOLUME III.pdf | 09/10/2012 |
| >>>> | ID 100_1ST FL KEY PLAN ID-100 (1).pdf | 09/10/2012 |
| >>>> | ID 101_12TH FL KEY PLAN ID-101 (1).pdf | 09/10/2012 |
| >>>> | ID 102_13TH FL KEY PLAN ID-102 (1).pdf | 09/10/2012 |
| >>>> | ID 110_Ground Floor Construction Plan 1 ID-110 (1).pdf | 09/10/2012 |
| >>>> | ID 111_Ground Floor Construction Plan 2 ID-111 (1).pdf | 09/10/2012 |
| >>>> | ID 112_First Floor RCP 1 ID-112 (1).pdf | 09/10/2012 |
| >>>> | ID 113_First Floor RCP 2 ID-113 (1).pdf | 09/10/2012 |
| >>>> | ID 114_First Floor Finishes Plan 1 ID-114 (1).pdf | 09/10/2012 |
| >>>> | ID 115_First Floor Finishes Plan 2 ID-115 (1).pdf | 09/10/2012 |
| >>>> | ID 116_First Floor Power & Furniture Plan 1 ID-116 (1).pdf | 09/10/2012 |
| >>>> | ID 117_First Floor Power & Furniture Plan 2 ID-117 (1).pdf | 09/10/2012 |
| >>>> | ID 120_12TH FL CONST RCP FURN FIN POWER PLAN ID-120 (1).pdf | 09/10/2012 |
| >>>> | ID 130_13TH FL CONST RCP FURN FIN POWER PLAN ID-130 (1).pdf | 09/10/2012 |
| >>>> | ID-201_1st FLR_LOBBY RECEPTION MBOXES-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-202_1st FLR MAILBOXES-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-203 1st Flr Mailboxes.pdf | 09/10/2012 |
| >>>> | ID-204_1st FLR ELEVATOR ALCOVE ELEV-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-205_1st FLR ELEV. ALCOVE, MGMT, FILE STO ELEV-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-206-1st FLR Mgmt Offices-24 x 36.pdf | 09/10/2012 |
| >>>> | ID-207_1st FLR_OFFICE TOILET, PANTRY & VALET RM-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-208_1st FLR_PACKAGE RM & TOILET ELEV-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-209_1st FLR AMENITIES CORR-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-210_1st FLR GYM-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-211_YOGA RM, TOILET & KIDS RM-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-212_KIDS RM & KIT.-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-213_1st Flr KIDS RM-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-214_1st Flr DOG CITY & WASH AREA-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-215_1st Flr STAFF BREAKRM & WOMEN'S LOCKER-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-216_1st Flr STAFF MEN'S LOCKER RM, PKING ATT OFFICE & TOILET-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-217_1st Flr Parking Att Toilet & Leasing Offices-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-218_1st Flr Leasing Office-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-230_12TH FLR MEDIA & LAUNDRY RM ELEVATIONS-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-231_12TH FLR_AMENITIES, LAUNDRY & TOILET ELEV.-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-240_13C_14M Flr Residents Lounge & Party Rm dwg-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-241_13C & 14M Flr. Corridor-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-242_13C_14M Flr TOILET-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-250_Transfer Floor Corridor-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-251_Typical Floors Corridor-36 x 48.pdf | 09/10/2012 |
| >>>> | ID-500 1st Fl_Lobby Mailboxes 1_Details.pdf | 09/10/2012 |
| >>>> | ID-501 1st Fl_Lobby Mailboxes 2_Details.pdf | 09/10/2012 |
| >>>> | ID-502 1st Fl_Lobby Mailboxes 3_Details.pdf | 09/10/2012 |
| >>>> | ID-503 1st Fl_Lobby Mailboxes 4_Details.pdf | 09/10/2012 |
| >>>> | ID-504 1st Fl_Cart-Mailboxes 5 & 6 Details.pdf | 09/10/2012 |
| >>>> | ID-505 1st Fl_ Lobby Mailboxes 7 Details.pdf | 09/10/2012 |
| >>>> | ID-506 1st Fl_ Lobby Reception Desk Det_.pdf | 09/10/2012 |
| >>>> | ID-507 1st Fl_ Lobby Feature Wall Panels & Reception Desk Det_.pdf | 09/10/2012 |
| >>>> | ID-508 1st Fl_ Lobby Column Details.pdf | 09/10/2012 |
| >>>> | ID-509 1st Fl_ Kids Rm Pocket Doors & Panel Details.pdf | 09/10/2012 |
| >>>> | ID-510 13C_14M POCKET DOOR DET_ AT PARTY RM.pdf | 09/10/2012 |
| >>>> | ID-511 1st FL_Metal Wood Panel @ Elevator Lobby.pdf | 09/10/2012 |
| >>>> | ID-512 1st Fl_ Atm @ Corridor.pdf | 09/10/2012 |
| >>>> | ID-513_1ST FL_Kitchen_Kids Play Room-ID-513.pdf | 09/10/2012 |
| >>>> | ID-514_1ST FLR_ Kitchen_Staff Break Room-ID-514.pdf | 09/10/2012 |
| >>>> | ID-515_1st Floor Staff Locker Rm Plumb.Fixt.Det.-ID-515.pdf | 09/10/2012 |
| >>>> | ID-516_Amenities Sink_Det-ID-516.pdf | 09/10/2012 |

Confidential

MC_00015017

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
Queens, New York
01/31/2013 (Updated Date)

INDIVIDUAL DRAWINGS

| Spec# | Description | Date |
|---|---|---|
| >>>> | ID-517_1st Fl_ Kitchen_Pantry Room-ID-517.pdf | 09/10/2012 |
| >>>> | ID-518 1st Fl_ Valet Counter.pdf | 09/10/2012 |
| >>>> | ID-519 Elevator 1_Interior Wall Details.pdf | 09/10/2012 |
| >>>> | ID-520 Elevator Control Box.pdf | 09/10/2012 |
| >>>> | ID-521 Enlarged Elevator Control Box.pdf | 09/10/2012 |
| >>>> | ID-522 Elevator 2_Int_Elevations.pdf | 09/10/2012 |
| >>>> | ID-523 Elevator 3 Int_Elevations.pdf | 09/10/2012 |
| >>>> | ID-524 1st Fl_ Feature Artwork & Main Lobby.pdf | 09/10/2012 |
| >>>> | ID-525_Kids Rm Barn Door & Furn.Det.-ID-525.pdf | 09/10/2012 |
| >>>> | ID-526_1st Fl_Kids Rm Shelves & Glass Panels Det-ID-526.pdf | 09/10/2012 |
| >>>> | ID-527_1st Fl_Gym Feature Walls-ID-527.pdf | 09/10/2012 |
| >>>> | ID-540_Details_12th & 13C_14M Fl_TV_Media_Party_Lounge Rm-TV Details.pdf | 09/10/2012 |
| >>>> | ID-541_Details_12th Fl_Laundry Table & Media PC Station-ID-541.pdf | 09/10/2012 |
| >>>> | ID-550_13C_14M_FL_Kitchen_Party Room Plans-36 X 48.pdf | 09/10/2012 |
| >>>> | ID-551_13TH FL_Table_Party Room-Table Details.pdf | 09/10/2012 |

| Architectural (Drawings#s, EG-001 - EG-012) - (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | EG-001-00 - OCCUPANT LOAD & EGRESS ANALYSIS 1ST FLOOR.pdf | 01/24/2013 |
| >>>> | EG-002-00 - OCCUPANT LOAD & EGRESS ANALYSIS 2ND - 4TH FLOORS.pdf | 01/24/2013 |
| >>>> | EG-003-00 - OCCUPANT LOAD & EGRESS ANALYSIS 3RD & 4TH FL PARKING.pdf | 01/24/2013 |
| >>>> | EG-004-00 - OCCUPANT LOAD & EGRESS ANALYSIS 5TH FLOOR.pdf | 01/24/2013 |
| >>>> | EG-005-00 - OCCUPANT LOAD & EGRESS ANALYSIS 6TH FLOOR.pdf | 01/24/2013 |
| >>>> | EG-006-00 - OCCUPANT LOAD & EGRESS ANALYSIS 7TH FLOOR.pdf | 01/24/2013 |
| >>>> | EG-007-00 - OCCUPANT LOAD & EGRESS ANALYSIS 8TH-12TH FLOORS.pdf | 01/24/2013 |
| >>>> | EG-008-00 - OCCUPANT LOAD & EGRESS ANALYSIS 13C - 14M FLOOR.pdf | 01/24/2013 |
| >>>> | EG-009-00 - OCCUPANT LOAD & EGRESS ANALYSIS 14C - 15M FLOOR.pdf | 01/24/2013 |
| >>>> | EG-010-00 - OCCUPANT LOAD & EGRESS ANALYSIS 15C-33C - 16M-34M FLOORS.pdf | 01/24/2013 |
| >>>> | EG-011-00 - OCCUPANT LOAD & EGRESS ANAYSIS 34C-37C - 35M-38M FLOORS.pdf | 01/24/2013 |
| >>>> | EG-012-00 - OCCUPANT LOAD & EGRESS ANALYSIS 12TH FL LAUNDRY- AMMENITIES.pdf | 01/24/2013 |

| General - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | G-001-00 - GENERAL NOTES & CALCULATIONS.pdf | 01/24/2013 |
| >>>> | G-004-00 - ADA ADAPTABILITY REQUIREMENTS FOR NYC-1.pdf | 01/24/2013 |
| >>>> | G-005-00 - ADA ADAPTABILITY REQUIREMENTS FOR NYC-2.pdf | 01/24/2013 |
| >>>> | G-006-00 - ADA ADAPTABILITY REQUIREMENTS FOR NYC-3.pdf | 01/24/2013 |
| >>>> | G-007-00 - ADA ADAPTABILITY REQUIREMENTS FOR NYC-4.pdf | 01/24/2013 |
| >>>> | G-008-00 - FHA GUIDELINES-1.pdf | 01/24/2013 |
| >>>> | G-009-00 - FHA GUIDELINES-2.pdf | 01/24/2013 |
| >>>> | G-010-00 - ABBREVEATIONS & SYMBOLS.pdf | 01/24/2013 |
| >>>> | G-011-00 - ENERGY COMPLIANCE REPORTS.pdf | 01/24/2013 |

| Architectural Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | A-001-00 - PARTITION TYPES-1.pdf | 01/24/2013 |
| >>>> | A-002-00 - PARTITION TYPES-2.pdf | 01/24/2013 |
| >>>> | A-003-00 - PARTITION TYPES-3.pdf | 01/24/2013 |
| >>>> | A-010-00 - MISC- DETAILS-1.pdf | 01/24/2013 |
| >>>> | A-011-00 - MISC- DETAILS-2.pdf | 01/24/2013 |
| >>>> | A-012-00 - MISC- DETAILS-3.pdf | 01/24/2013 |
| >>>> | A-013-00 - MISC- DETAILS-4.pdf | 01/24/2013 |
| >>>> | A-014-00 - MISC- DETAILS-5.pdf | 01/24/2013 |
| >>>> | A-015-00 - TYPICAL CLOSETS DETAILS & MOUNTING HEIGHTS.pdf | 01/24/2013 |
| >>>> | A-020-00 - TYPICAL ROOF DETAILS.pdf | 01/24/2013 |
| >>>> | A-021-00 - TYPICAL ROOF DETAILS-2.pdf | 01/24/2013 |
| >>>> | A-030-00 - DOOR SCHEDULE & DOOR TYPES.pdf | 01/24/2013 |
| >>>> | A-031-00 - DOOR JAMB & HEAD DETAILS.pdf | 01/24/2013 |
| >>>> | A-032-00 - DOOR JAMB & HEAD DETAILS 1.pdf | 01/24/2013 |
| >>>> | A-033-00 - DOOR THRESHOLD - SADDLE DETAILS.pdf | 01/24/2013 |
| >>>> | A-035-00 - PANELIZATION DIAGRAM - ELEVATION NORTH.pdf | 01/24/2013 |
| >>>> | A-036.00 - PANELIZATION DIAGRAM - ELEVATION EAST.pdf | 01/24/2013 |
| >>>> | A-037-00 - PANELIZATION DIAGRAM - ELEVATION SOUTH COURTYARDS.pdf | 01/24/2013 |
| >>>> | A-038-00 - PANELIZATION DIAGRAM - ELEVATION WEST.pdf | 01/24/2013 |

1/31/2013

2/11

**Confidential**

MC_00015018

# MONADNOCK
CONSTRUCTION, INC.

**Hunters Point – Parcel A**
Queens, New York
01/31/2013 (Updated Date)

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | A-040-00 - WINDOW SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-041-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-042-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-043-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-044-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-045-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-046-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-047-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-048-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-049-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-050-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-051-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-052-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-053-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-054-00 - WINDOW TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-060.00 AMENITIES.pdf | 01/24/2013 |
| >>>> | A-061 SCHEDULES A061 (1).pdf | 01/24/2013 |
| >>>> | A-061.1 SCHEDULES A061.pdf | 01/24/2013 |
| >>>> | A-061.2 - AMENITIES & LOBBY & BOH FINISHES SCHEDULE (3).pdf | 01/24/2013 |
| >>>> | A-062 SCHEDULES A062 (1).pdf | 01/24/2013 |
| >>>> | A-062.1 SCHEDULES A062 (2) (1).pdf | 01/24/2013 |
| >>>> | A-062.2 SCHEDULES A062 (3) (1).pdf | 01/24/2013 |
| >>>> | A-063 SCHEDULES A063 (1).pdf | 01/24/2013 |
| >>>> | A-064 SCHEDULES A064 (1).pdf | 01/24/2013 |
| >>>> | A-065 SCHEDULES A065 (1).pdf | 01/24/2013 |
| >>>> | A-066 SCHEDULES A066 (1).pdf | 01/24/2013 |
| >>>> | A-067 SCHEDULES A067 (1).pdf | 01/24/2013 |
| >>>> | A-068 SCHEDULES A068 (1).pdf | 01/24/2013 |
| >>>> | A-069 SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-072-00 - APARTMENTS LIGHTING SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-073-00 - KITCHEN & BATHROOM TYPE SCHEDULE.pdf | 01/24/2013 |
| >>>> | A-100-00 - SITE SURVEY.pdf | 01/24/2013 |
| >>>> | A-101-00 - SITE PLAN.pdf | 01/24/2013 |
| >>>> | A-102-00 - PROJECT WORKING POINT- COORDINATES.pdf | 01/24/2013 |
| >>>> | A-105-00 - 1ST FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-106-00 - 2ND - 4TH FLOOR RESIDENTIAL & 2ND FLOOR PARKING PLAN.pdf | 01/24/2013 |
| >>>> | A-107-00 - 3RD FLOOR PARKING PLAN.pdf | 01/24/2013 |
| >>>> | A-108-00 - 4TH FLOOR PARKING PLAN.pdf | 01/24/2013 |
| >>>> | A-109-00 - 5TH FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-110-00 - 6TH FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-111-00 - 7TH FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-112-00 - 8TH-11TH FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-113-00 - 12TH FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-114-00 - 13C - 14M FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-115-00 - 14C - 15M FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-116-00 - 15C-33C - 16M-34M FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-117-00 - 34C-37C - 35M-38M FLOOR PLAN.pdf | 01/24/2013 |
| >>>> | A-118-00 - MAIN ROOF, ELEVATOR MACHINE ROOM & BULKHEAD PLANS.pdf | 01/24/2013 |
| >>>> | A-119-00 - ROOF PLAN.pdf | 01/24/2013 |
| >>>> | A-120-00 - 1ST FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-121-00 - 2ND-4TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-122-00 - 5TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-123-00 - 6TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-124-00 - 7TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-125-00 - 8TH-12TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-126-00 - 13TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-127-00 - 14TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-128-00 - 15TH-33RD FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-129-00 - 34TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-130-00 - 35TH-37TH FLOOR PERIMETER PLAN.pdf | 01/24/2013 |
| >>>> | A-140-00 - 1ST FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-141-00 - 1ST FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-142-00 - 1ST FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-143-00 - 1ST FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-144-00 - 2ND-4TH FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-145-00 - 2ND-4TH FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-146-00 - 2ND-4TH FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |

1/31/2013

3/11

Confidential

MC_00015019

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**
**01/31/2013 (Updated Date)**

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | A-147-00 - 2ND-4TH FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-148-00 - 5TH FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-149-00 - 5TH FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-150-00 - 5TH FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-151-00 - 5TH FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-152-00 - 6TH FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-153-00 - 6TH FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-154-00 - 6TH FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-155-00 - 6TH FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-156-00 - 7TH FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-157-00 - 7TH FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-158-00 - 7TH FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-159-00 - 7TH FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-160-00 - 8TH-12TH FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-161-00 - 8TH-11TH FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-162-00 - 8TH-12TH FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-163-00 - 8TH-12TH FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-164-00 - 13C - 14M FLOOR PARTIAL PLAN A.pdf | 01/24/2013 |
| >>>> | A-165-00 - 13C - 14M FLOOR PARTIAL PLAN B.pdf | 01/24/2013 |
| >>>> | A-166-00 - 13C - 14M FLOOR PARTIAL PLAN C.pdf | 01/24/2013 |
| >>>> | A-167-00 - 13C - 14M FLOOR PARTIAL PLAN D.pdf | 01/24/2013 |
| >>>> | A-168-00 - 14C - 15M FLOOR ENLARGED PLAN.pdf | 01/24/2013 |
| >>>> | A-169-00 - 15C-33C - 16M-34M FLOORS ENLARGED PLANS.pdf | 01/24/2013 |
| >>>> | A-170-00 - 34C-37C - 35M-38M FLOORS ENLARGED PLANS.pdf | 01/24/2013 |
| >>>> | A-171-00 - 12TH FLOOR LAUNDRY- AMENITIES ENLARGED PLAN.pdf | 01/24/2013 |
| >>>> | A-172-00 - 38C - 39M ROOF ENLARGED PLAN.pdf | 01/24/2013 |
| >>>> | A-173-00 - 3RD FLOOR PARKING ENLARGED PLAN.pdf | 01/24/2013 |
| >>>> | A-174-00 - 4TH FLOOR PARKING ENLARGED PLAN.pdf | 01/24/2013 |
| >>>> | A-180-00 - SLAB EDGE - 1ST FLOOR.pdf | 01/24/2013 |
| >>>> | A-181-00 - SLAB EDGE - 2ND FLOOR.pdf | 01/24/2013 |
| >>>> | A-182-00 - SLAB EDGE - 3RD FLOOR.pdf | 01/24/2013 |
| >>>> | A-183-00 - SLAB EDGE - 4TH FLOOR.pdf | 01/24/2013 |
| >>>> | A-184-00 - SLAB EDGE - 5TH FLOOR.pdf | 01/24/2013 |
| >>>> | A-185-00 - SLAB EDGE - 6TH FLOOR.pdf | 01/24/2013 |
| >>>> | A-186-00 - SLAB EDGE - 7TH FLOOR.pdf | 01/24/2013 |
| >>>> | A-187-00 - SLAB EDGE - 8TH TO 12TH FLOOR.pdf | 01/24/2013 |
| >>>> | A-188-00 - SLAB EDGE - 13C - 14M FLOOR.pdf | 01/24/2013 |
| >>>> | A-189-00 - SLAB EDGE - 14C – 15M & 15C- 33C - 16M-34M FLOOR.pdf | 01/24/2013 |
| >>>> | A-190-00 - SLAB EDGE - 34C – 35M & 35C - 36M FLOOR.pdf | 01/24/2013 |
| >>>> | A-191-00 - SLAB EDGE MAIN ROOF & BULKHEAD.pdf | 01/24/2013 |
| >>>> | A-201-00 - BUILDING ELEVATIONS NORTH-SOUTH.pdf | 01/24/2013 |
| >>>> | A-202-00 - BUILDING ELEVATIONS EAST-WEST AND COUTYARDS.pdf | 01/24/2013 |
| >>>> | A-205-00 - ENVELOPE FINISHES.pdf | 01/24/2013 |
| >>>> | A-206-00 - ENVELOPE FINISHES.pdf | 01/24/2013 |
| >>>> | A-210-00 – FACADE TYPE BLOCK 1 TYPICAL ELEVATION (BASE -TREES).pdf | 01/24/2013 |
| >>>> | A-211-00 – FACADE TYPE BLOCK 2 TYPICAL ELEVATION (BASE - FINS+FRIT).pdf | 01/24/2013 |
| >>>> | A-212-00 – FACADE TYPE BLOCK 3 TYPICAL ELEVATION (BASE - FRIT ONLY).pdf | 01/24/2013 |
| >>>> | A-213-00 – FACADE TYPE BLOCK 4 TYPICAL ELEVATION (TOWER).pdf | 01/24/2013 |
| >>>> | A-214-00 – FACADE TYPE BLOCK 5 TYPICAL ELEVATION (TOWER TOP + FINS).pdf | 01/24/2013 |
| >>>> | A-215-00 - RETAIL LEVEL NORTH PLAN - ELEVATION.pdf | 01/24/2013 |
| >>>> | A-216-00 - RETAIL LEVEL WEST PLAN - ELEVATION.pdf | 01/24/2013 |
| >>>> | A-217-00 - RETAIL LEVEL SOUTH PLAN - ELEVATION.pdf | 01/24/2013 |
| >>>> | A-218-00 - RETAIL LEVEL EAST PLAN - ELEVATION.pdf | 01/24/2013 |
| >>>> | A-220-00 - BULKHEAD ELEVATIONS.pdf | 01/24/2013 |
| >>>> | A-221 - 5TH AND 13TH FLOOR BULKHEAD ELEVATIONS.pdf | 01/24/2013 |
| >>>> | A-301-00 - BUILDING SECTION 1.pdf | 01/24/2013 |
| >>>> | A-302-00 - BUILDING SECTION 2.pdf | 01/24/2013 |
| >>>> | A-303-00 - BUILDING SECTION 3.pdf | 01/24/2013 |
| >>>> | A-304-00 - PARKING SECTIONS.pdf | 01/24/2013 |
| >>>> | A-330 - EXTERIOR WALL SECTION @ WEST.pdf | 01/24/2013 |
| >>>> | A-331 - EXTERIOR WALL SECTION @ NORTH.pdf | 01/24/2013 |
| >>>> | A-332 - EXTERIOR WALL SECTION @ NORTH.pdf | 01/24/2013 |
| >>>> | A-333 - EXTERIOR WALL SECTION @ EAST.pdf | 01/24/2013 |
| >>>> | A-334 - EXTERIOR WALL SECTION @ EAST.pdf | 01/24/2013 |
| >>>> | A-335 - EXTERIOR WALL SECTION @ SOUTH.pdf | 01/24/2013 |
| >>>> | A-336 - EXTERIOR WALL SECTION @ SOUTH.pdf | 01/24/2013 |
| >>>> | A-346-00 - EXTERIOR PLAN AND SECTION DETAILS.pdf | 01/24/2013 |

Confidential

MC_00015020

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**
**01/31/2013 (Updated Date)**

**INDIVIDUAL DRAWINGS**

| | | |
|---|---|---|
| >>>> | A-350-00 - BULKHEAD ENLARGED SECTIONS.pdf | 01/24/2013 |
| >>>> | A-420-00 - STAIR PLANS - SCISSOR STAIRS A & B.pdf | 01/24/2013 |
| >>>> | A-421-00 - STAIR SECTIONS - SCISSOR STAIR -A & B-.pdf | 01/24/2013 |
| >>>> | A-423-00 - STAIR PLANS -STAIR C & D.pdf | 01/24/2013 |
| >>>> | A-424-00 - STAIR SECTIONS - STAIR -C & D-.pdf | 01/24/2013 |
| >>>> | A-425-00 - STAIR PLANS - STAIR E & F.pdf | 01/24/2013 |
| >>>> | A-426-00 - STAIR SECTION - STAIR -E & F-.pdf | 01/24/2013 |
| >>>> | A-427-00 - STAIR DETAILS.pdf | 01/24/2013 |
| >>>> | A-430-00 - ELEVATOR PLANS, SECTIONS @ ELEVATOR RAIL DATA.pdf | 01/24/2013 |
| >>>> | A-431-00 - ELEVATOR PLANS, SECTIONS AND DETAILS @ ELEVATOR.pdf | 01/24/2013 |
| >>>> | A-435-00 - EXTERIOR WALL TYPICAL SECTION DETAILS @WEST.pdf | 01/24/2013 |
| >>>> | A-436.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @WEST.pdf | 01/24/2013 |
| >>>> | A-437.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @NORTH.pdf | 01/24/2013 |
| >>>> | A-438.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @NORTH.pdf | 01/24/2013 |
| >>>> | A-439.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @EAST.pdf | 01/24/2013 |
| >>>> | A-440.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @SOUTH.pdf | 01/24/2013 |
| >>>> | A-441.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @ BULKHEAD.pdf | 01/24/2013 |
| >>>> | A-445.00 - STOREFRONT PLAN DETAILS AT NORTH WALL.pdf | 01/24/2013 |
| >>>> | A-446.00 - STOREFRONT PLAN DETAILS AT NORTH WALL.pdf | 01/24/2013 |
| >>>> | A-447.00 - STOREFRONT PLAN DETAILS AT EAST AND SOUTH WALLS.pdf | 01/24/2013 |
| >>>> | A-448.00 - STOREFRONT PLAN DETAILS AT SOUTH WALL.pdf | 01/24/2013 |
| >>>> | A-449.00 - STOREFRONT PLAN DETAILS AT WEST WALL.pdf | 01/24/2013 |
| >>>> | A-450-00 - ENLARGED PLAN, ELEVATION @ LOBBY ENTRY.pdf | 01/24/2013 |
| >>>> | A-451-00 - TYPICAL WALL SECTION DETAILS @ LOBBY ENTRY.pdf | 01/24/2013 |
| >>>> | A-452-00 - TYPICAL WALL SECTION DETAILS @ STOREFRONT.pdf | 01/24/2013 |
| >>>> | A-453-00 - TYPICAL WALL SECTION DETAILS @ STOREFRONT.pdf | 01/24/2013 |
| >>>> | A-454-00 - TYPICAL WALL SECTION DETAILS @ PARKING GARAGE.pdf | 01/24/2013 |
| >>>> | A-455-00 - TYPICAL WALL SECTION DETAILS @ BULKHEAD.pdf | 01/24/2013 |
| >>>> | A-460.00 - CANOPY DETAILS.pdf | 01/24/2013 |
| >>>> | A-461.00 - CANOPY DETAILS.pdf | 01/24/2013 |
| >>>> | A-462.00 - MISCELLANEOUS DETAILS.pdf | 01/24/2013 |
| >>>> | A-510-00 - FACADE BLOCK 1 WALL SECTIONS.pdf | 01/24/2013 |
| >>>> | A-511-00 - FACADE BLOCK 2 WALL SECTIONS.pdf | 01/24/2013 |
| >>>> | A-512-00 - FACADE BLOCK 3 AND 4 WALL SECTIONS.pdf | 01/24/2013 |
| >>>> | A-513-00 - FACADE BLOCK 5 WALL SECTIONS.pdf | 01/24/2013 |
| >>>> | A-514-00 - FACADE DETAILS BLOCK 1, 2, AND 5 - TREES AND FINS.pdf | 01/24/2013 |
| >>>> | A-515-00 - FACADE DETAILS BLOCK 3 AND 4.pdf | 01/24/2013 |
| >>>> | A-516-00 - EXTERIOR WALL TYPICAL PLAN DETAILS 01.pdf | 01/24/2013 |
| >>>> | A-520-00 - WINDOW WALL DETAILS.pdf | 01/24/2013 |
| >>>> | A-523-00 - EXTERIOR WALL TYPICAL PLAN DETAILS - 3 Layout1 (1).pdf | 01/24/2013 |
| >>>> | A-524-00 - EXTERIOR WALL TYPICAL PLAN DETAILS 03.pdf | 01/24/2013 |
| >>>> | A-525-00 - TYPICAL CORNER DETAILS.pdf | 01/24/2013 |
| >>>> | A-526-00 - EXTERIOR WALL PARAPET.pdf | 01/24/2013 |
| >>>> | A-527-00 - ATYPICAL FAÇADE DETAILS.pdf | 01/24/2013 |
| >>>> | A-530-00 - TYPICAL TERRACE DIVIDERS.pdf | 01/24/2013 |
| >>>> | A-531-00 - EXTERIOR WALL TYPICAL SECTION DETAIL.pdf | 01/24/2013 |
| >>>> | A-601-00 - 1ST FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-602-00 - 2ND-3RD FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-603-00 - 4TH FLOOR (TRANSFER) R-C-P-.pdf | 01/24/2013 |
| >>>> | A-604-00 - 5TH FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-605-00 - 6TH FLOOR (TRANSFER) R-C-P-.pdf | 01/24/2013 |
| >>>> | A-606-00 - 7TH-11TH FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-607-00 - 12TH FLOOR (TRANSFER) R-C-P-.pdf | 01/24/2013 |
| >>>> | A-608-00 - 13C - 14M FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-609-00 - 14C - 15M FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-610-00 - 15C - 16M FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-611-00 - 33C - 34M FLOOR (TRANSFER) R-C-P-.pdf | 01/24/2013 |
| >>>> | A-612-00 - 34C-36C - 35M-37M FLOOR R-C-P-.pdf | 01/24/2013 |
| >>>> | A-613-00 - 37C - 38M FLOOR (TRANSFER) R-C-P-.pdf | 01/24/2013 |
| >>>> | A-614-00 - MAIN ROOF, ELEVATOR MACHINE ROOM & BULKHEAD R-C-P-.pdf | 01/24/2013 |
| >>>> | A-700-00 - KITCHEN PLANS & ELEVATIONS K1-A.pdf | 01/24/2013 |
| >>>> | A-701-00 - KITCHEN PLANS & ELEVATIONS K1-B.pdf | 01/24/2013 |
| >>>> | A-702-00 - KITCHEN PLANS & ELEVATIONS K1-C.pdf | 01/24/2013 |
| >>>> | A-703-00 - KITCHEN PLANS & ELEVATIONS K1-D.pdf | 01/24/2013 |
| >>>> | A-704-00 - KITCHEN PLANS & ELEVATIONS K1-E.pdf | 01/24/2013 |
| >>>> | A-705-00 - KITCHEN PLANS & ELEVATIONS K1-F.pdf | 01/24/2013 |
| >>>> | A-706-00 - KITCHEN PLANS & ELEVATIONS K1-E1.pdf | 01/24/2013 |

1/31/2013

**Confidential**

MC_00015021

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
Queens, New York
01/31/2013 (Updated Date)

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | A-707-00 - KITCHEN PLANS & ELEVATIONS K1-F1.pdf | 01/24/2013 |
| >>>> | A-709-00 - KITCHEN PLAN & ELEVATIONS K1-H.pdf | 01/24/2013 |
| >>>> | A-710-00 - KITCHEN PLAN & ELEVATIONS K1-K.pdf | 01/24/2013 |
| >>>> | A-711-00 - KITCHEN PLANS K2-A.pdf | 01/24/2013 |
| >>>> | A-712-00 - KITCHEN PLAN & ELEVATIONS K2-B.pdf | 01/24/2013 |
| >>>> | A-713-00 - KITCHEN PLAN & ELEVATIONS K2-C.pdf | 01/24/2013 |
| >>>> | A-715-00 - KITCHEN PLANS & ELEVATIONS K3-A.pdf | 01/24/2013 |
| >>>> | A-716-00 - KITCHEN PLANS & ELEVATIONS K4-A.pdf | 01/24/2013 |
| >>>> | A-717-00 - KITCHEN PLANS & ELEVATIONS K4-B.pdf | 01/24/2013 |
| >>>> | A-718-00 - KITCHEN PLAN & ELEVATIONS K4-C.pdf | 01/24/2013 |
| >>>> | A-719-00 - KITCHEN PLAN & ELEVATIONS K4-D.pdf | 01/24/2013 |
| >>>> | A-721-00 - KITCHEN PLAN & ELEVATIONS K1-L.pdf | 01/24/2013 |
| >>>> | A-724-00 - (A) TYPICAL KITCHEN DETAILS - PLANS.pdf | 01/24/2013 |
| >>>> | A-725-00 - (A) TYPICAL KITCHEN DETAILS - ELEVATIONS.pdf | 01/24/2013 |
| >>>> | A-726-00 - (A) TYPICAL KITCHEN DETAILS - SECTIONS.pdf | 01/24/2013 |
| >>>> | A-730-00 - BATHROOM PLAN & ELEVATIONS-TYPE B1.pdf | 01/24/2013 |
| >>>> | A-731-00 - BATHROOM PLAN & ELEVATIONS- TYPE B2.pdf | 01/24/2013 |
| >>>> | A-732-00 - BATHROOM PLAN & ELEVATIONS- TYPE B3.pdf | 01/24/2013 |
| >>>> | A-733-00 - BATHROOM PLAN & ELEVATIONS- TYPE B4.pdf | 01/24/2013 |
| >>>> | A-734-00 - BATHROOM PLAN & ELEVATIONS - TYPE B5.pdf | 01/24/2013 |
| >>>> | A-735-00 - BATHROOM PLAN & ELEVATIONS- TYPE B6.pdf | 01/24/2013 |
| >>>> | A-740-00 - BATHROOM DETAILS 1 (A).pdf | 01/24/2013 |
| >>>> | A-741-00 - BATHROOM DETAILS 2 (A).pdf | 01/24/2013 |
| >>>> | A-742-00 - BATHROOM DETAILS 3 (A).pdf | 01/24/2013 |
| >>>> | A-743-00 - BATHROOM DETAILS 4 (A).pdf | 01/24/2013 |
| >>>> | A-746 - KITCHEN FLOOR PATTERN PLANS 1.pdf | 01/24/2013 |
| >>>> | A-747 - KITCHEN FLOOR PATTERN PLANS 2.pdf | 01/24/2013 |
| >>>> | A-748 - KITCHEN FLOOR PATTERN PLANS 3.pdf | 01/24/2013 |
| >>>> | A-750-00 - BATHROOM MOCK-UP (A).pdf | 01/24/2013 |
| >>>> | A-751-00 - KITCHEN MOCK UP (A).pdf | 01/24/2013 |
| >>>> | A-760_1st FLR_OFFICE TOILET A-760 (1).pdf | 01/24/2013 |
| >>>> | A-761_1st FLR_PACKAGE RM TOILET A-761 (1).pdf | 01/24/2013 |
| >>>> | A-762_GYM TOILETS A-762 (1).pdf | 01/24/2013 |
| >>>> | A-763_1st Flr KIDS RM TOILET A-763 (1).pdf | 01/24/2013 |
| >>>> | A-764_1st Flr STAFF WOMEN'S LOCKER A-764 (1).pdf | 01/24/2013 |
| >>>> | A-765_1st Flr STAFF WOMEN & MEN'S LOCKERS A-765 (1).pdf | 01/24/2013 |
| >>>> | A-766_1st Flr STAFF MEN'S LOCKER RM A-766 (1).pdf | 01/24/2013 |
| >>>> | A-767_1st Flr STAFF PARKING ATT.pdf | 01/24/2013 |
| >>>> | A-768_12TH FLR TOILET A-768 (1).pdf | 01/24/2013 |
| >>>> | A-769_13C_14M Flr TOILET A-769 (1).pdf | 01/24/2013 |

| Zoning - Drawings (Z001 - Z017) - (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | Z-001-00 - SITE SURVEY.pdf | 01/24/2013 |
| >>>> | Z-002-00 - ZONING SITEPLAN.pdf | 01/24/2013 |
| >>>> | Z-003-00 - ZONING CALCULATIONS.pdf | 01/24/2013 |
| >>>> | Z-004-00 - STREET WALL- HEIGHTS AND SETBACKS.pdf | 01/24/2013 |
| >>>> | Z-005-00 - TOWER REGULATION.pdf | 01/24/2013 |
| >>>> | Z-006-00 - HEIGHTS AND SETBACKS DIAGRAMS.pdf | 01/24/2013 |
| >>>> | Z-007-00 - PARKING REGULATION & STREET PLANTING.pdf | 01/24/2013 |
| >>>> | Z-008-00 - 1ST FLOOR USE & TRANSPERANCY.pdf | 01/24/2013 |
| >>>> | Z-009-00 - 1ST FLOOR TRANSPARENCY.pdf | 01/24/2013 |
| >>>> | Z-010-00 - 2ND-4TH FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-011-00 - 5TH FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-012-00 - 6TH FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-013-00 - 7TH FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-014-00 - 8TH-12TH FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-015-00 - 13C - 14M & 14C - 15M FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-016-00 - 15C-33C - 16M-34M & 34C-38C - 35M-39M FL MECHANICAL DEDUCT-.pdf | 01/24/2013 |
| >>>> | Z-017-00 - 1ST FL MECHANICAL DEDUCTIONS.pdf | 01/24/2013 |
| >>>> | Z-018-00 - FLOOD IMPACT ANALYSIS.pdf | 01/24/2013 |

| Structural Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | 5515-001-S-001-GENERAL NOTES, DRAWING INDEX AND DESIGN CRITERIA LOADS.pdf | 01/24/2013 |

Confidential                                                         MC_00015022

# MONADNOCK
# CONSTRUCTION, INC.

**Hunters Point – Parcel A**
Queens, New York
01/31/2013 (Updated Date)

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | 5515-002-FO-101-FOUNDATION PLAN.pdf | 01/24/2013 |
| >>>> | 5515-003-FO-111-FOUNDATION SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-004-FO-112-FOUNATIONS SECTION AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-005-FO-113-FOUNDATION SHEAR WALL CAISSON CAP KEY PLANS.pdf | 01/24/2013 |
| >>>> | 5515-006-FO-114-FOUNDATION SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-007-FO-115-FOUNDATION SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-008-FO-116-FOUNDATION SECTION AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-009-201-1ST FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-010-202-2ND FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-011-203-3RD FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-012-204-4TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-013-205-5TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-014-206-6TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-015-207-7TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-016-208-8TH-12TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-017-213-13TH FLOOR LAYOUT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-018-214-14TH AND 15TH FLOOR LAYOUT PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-019-216-16TH-34TH FLOOR LAYOUT PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-020-235-35TH-37TH FLOOR LAYOUT PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-021-301-1ST FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-022-302-2ND FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-023-303-3RD FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-024-304-4TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-025-305-5TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-026-306-6TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-027-307-7TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-028-308-8TH-12TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-029-313-13TH FLOOR REINFORCEMENT PLAN.pdf | 01/24/2013 |
| >>>> | 5515-S-030-314-14TH AND 15TH FLOOR REINFORCEMENT PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-031-316-16TH-33RD & 34TH FLOOR REINFORCEMENT PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-032-335-35TH-37TH FLOOR, MAIN ROOF, EMR FLOOR & EMR ROOF REINF. | 01/24/2013 |
| >>>> | 5515-S-033-401-COLUMN SCHEDULE.pdf | 01/24/2013 |
| >>>> | 5515-S-034-402-COLUMN SCHEDULE.pdf | 01/24/2013 |
| >>>> | 5515-S-035-403-COLUMN SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-036-411-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-037-412-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-038-413-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-039-414-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-040-415-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-041-416-SHEAR WALL PLANS.pdf | 01/24/2013 |
| >>>> | 5515-S-042-421-SHEAR WALL DETAILS & LINK BM SCHEDULES.pdf | 01/24/2013 |
| >>>> | 5515-S-043-422-SHEAR WALL DETAILS & LINK BM SCHEDULES.pdf | 01/24/2013 |
| >>>> | 5515-S-044-501-TYPICAL CONCRETE DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-045-502-TYPICAL CONCRETE DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-046-503-TYPICAL REBAR DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-047-504-CONCRETE SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-048-505-CONCRETE SECTIONS AND DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-049-601-TYPICAL MASONARY DETAILS.pdf | 01/24/2013 |
| >>>> | 5515-S-050-701-STEEL SECTIONS AND DETAILS.pdf | 01/24/2013 |

| ESCC Low Voltage Individual - Drawings (PARCEL A) | | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | HPS A ESCC Low Voltage Drawings 09-10-12 | 09/10/2012 |

| Lighting Bold - Individual - Drawings (PARCEL A) | | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_01A.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_01B.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_02A.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_02B.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_03A.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Lobby Gym)-L1_03B.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 12th Floor (Laundry Business)-L1_11.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 12th Floor (Laundry Business)-L1_12.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 12th Floor (Laundry Business)-L1_13.pdf | 09/10/2012 |

1/31/2013

Confidential

MC_00015023

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
Queens, New York
01/31/2013 (Updated Date)

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | BOLD Parcel A Interior (Details)-L-1_14.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Interior (Details)-L-1_15.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Lounge)-L1_21.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Lounge)-L1_22.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Lounge)-L1_23.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 20th to 28th Floor (Typical Corridor)-L1_31.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Exterior (Details)-L-2_24.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Exterior Lighting)-L-2_02A.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Exterior Lighting)-L-2_02B.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Exterior Lighting)-L-2_03A.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Ground Floor (Exterior Lighting)-L-2_03B.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Exterior (Details)-L-2_04.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A Exterior (Details)-L-2_05.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 5th Floor (Terrace)-L2_11.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 5th Floor (Terrace)-L2_13.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Terrace Garden)-L2_21 (B).pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Terrace Garden)-L2_21.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Terrace Garden)-L2_22.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Terrace Garden)-L2_23.pdf | 09/10/2012 |
| >>>> | BOLD Parcel A 13th Floor (Terrace Garden)-L2_23 (B).pdf | 09/10/2012 |

| Mechanical Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | M-001-HVAC-Symbols, Schedules & Notes.pdf | 01/04/2013 |
| >>>> | M-002-HVAC-Schedules.pdf | 01/04/2013 |
| >>>> | M-003-HVAC-Schedules.pdf | 01/04/2013 |
| >>>> | M-101-HVAC-1 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-102-HVAC-2 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-103-HVAC-3 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-104-HVAC-4 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-105-HVAC-5 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-106-HVAC-6 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-107-HVAC-7 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-108-HVAC-8-11 Flr Plans.pdf | 01/04/2013 |
| >>>> | M-109-HVAC-12 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-110-HVAC-13 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-111-HVAC-14 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-112-HVAC-15 - 32 Flr Plans.pdf | 01/04/2013 |
| >>>> | M-113-HVAC-33 Flr Plan.pdf | 01/04/2013 |
| >>>> | M-114-HVAC-34 - 37 Flrs.pdf | 01/04/2013 |
| >>>> | M-115-HVAC-Roof, EMR & Bulkhead Flr Plans.pdf | 01/04/2013 |
| >>>> | M-200-HVAC-Ventilation Riser Dia.pdf | 01/04/2013 |
| >>>> | M-201-HVAC-Ventilation Riser Dia.pdf | 01/04/2013 |
| >>>> | M-202-HVAC-Ventilation Riser Dia.pdf | 01/04/2013 |
| >>>> | M-301-HVAC-Heating Riser Diagram.pdf | 01/04/2013 |
| >>>> | M-401-HVAC-Boiler Room Part Plan.pdf | 01/04/2013 |
| >>>> | M-402-HVAC-Boiler Piping Schematic.pdf | 01/04/2013 |
| >>>> | M-501-HVAC-Details.pdf | 01/04/2013 |

| Mechanical Complaince Reports - Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | EN-001-MECHANICAL COMPLIANCE REPORT | 09/10/2012 |
| >>>> | EN-002-MECHANICAL COMPLIANCE REPORT | 09/10/2012 |

| Plumbing Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | P-001-PLUMBING SYMBOLS, NOTES, LEGEND AND SCHEDULE.pdf | 01/04/2013 |
| >>>> | P-100-PLUMBING UNDERGROUND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-101-PLUMBING 1ST FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-102-PLUMBING 2ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-103-PLUMBING 3RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-104-PLUMBING 4TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-105-PLUMBING 5TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-106-PLUMBING 6TH FLOOR PLAN.pdf | 01/04/2013 |

1/31/2013

8/11

# MONADNOCK
# CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**
**01/31/2013 (Updated Date)**

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | P-107-PLUMBING 7TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-108-PLUMBING 8TH-11TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-109-PLUMBING 12TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-110-PLUMBING 13TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-111-PLUMBING 14TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-112-PLUMBING 15TH-32ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-113-PLUMBING 33RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-114-PLUMBING 34TH-37TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-115-PLUMBING ROOF FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | P-200-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-201-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-202-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-203-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-204-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-205-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-206-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-207-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-208-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-209-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-210-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-211-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-212-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-213-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-214-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-215-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-216-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-217-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-218-PLUMBING RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-219-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-220-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-221-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-222-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-223-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-224-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-225-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-226-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-227-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-228-PLUMBING GAS RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-229-PLUMBING STORM WATER RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-230-PLUMBING STORM WATER RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-231-PLUMBING WATER RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | P-300-PLUMBING DETAIL.pdf | 01/04/2013 |
| >>>> | P-400-PLUMBING BACKFLOW PREVENTER DETAIL AND NOTES.pdf | 01/04/2013 |
| >>>> | P-500-PLUMBING RAIN HARVESTING DIAGRAM.pdf | 01/04/2013 |

| Sprinklers Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | SP-100-SPRINKLER SYMBOLS, NOTES, LEGEND & SCHEDULE.pdf | 01/04/2013 |
| >>>> | SP-101-SPRINKLER 1ST FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-102-SPRINKLER 2ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-103-SPRINKLER 3RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-104-SPRINKLER 4TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-105-SPRINKLER 5TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-106-SPRINKLER 6TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-107-SPRINKLER 7TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-108-SPRINKLER 8TH-11TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-109-SPRINKLER 12TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-110-SPRINKLER 13TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-111-SPRINKLER 14TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-112-SPRINKLER 15TH-32ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-113-SPRINKLER 33RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-114-SPRINKLER 34TH-36TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-115-SPRINKLER 37TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-116-SPRINKLER ROOF FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | SP-200-SPRINKLER RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | SP-300-SPRINKLER DETAILS.pdf | 01/04/2013 |

Confidential

MC_00015025

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
Queens, New York
01/31/2013 (Updated Date)

**INDIVIDUAL DRAWINGS**

| | | |
|---|---|---|
| >>>> | SP-400-DRY FIRE STANDPIPE RISER DIAGRAM WITH AIR PRESSURIZED ALARM.pdf | 01/04/2013 |

| Fire Alarm Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | FA-101-FIRE ALARM 1ST FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-102-FIRE ALARM 2ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-103-FIRE ALARM 3RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-104-FIRE ALARM 4TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-105-FIRE ALARM 5TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-106-FIRE ALARM 6TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-107-FIRE ALARM 7TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-108-FIRE ALARM 8TH-11TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-109-FIRE ALARM 12TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-110-FIRE ALARM 13TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-111-FIRE ALARM 14TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-112-FIRE ALARM 15TH-33RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-113-FIRE ALARM 34TH-37TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | FA-114-FIRE ALARM ROOF, EMR AND BULKHEAD FLOORS.pdf | 01/04/2013 |
| >>>> | FA-200-FIRE ALARM RISER DIAGRAM.pdf | 01/04/2013 |

| Electrical Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | E-001-ELECTRICAL SYMBOL LIST & GENERAL NOTES.pdf | 01/04/2013 |
| >>>> | E-100-ELECTRICAL UNDERGROUND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-101-ELECTRICAL 1ST FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-102-ELECTRICAL 2ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-103-ELECTRICAL 3RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-104-ELECTRICAL 4TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-105-ELECTRICAL 5TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-106-ELECTRICAL 6TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-107-ELECTRICAL 7TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-108-ELECTRICAL 8TH-11TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-109-ELECTRICAL 12TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-110-ELECTRICAL 13TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-111-ELECTRICAL 14TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-112-ELECTRICAL 15TH-32ND FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-113-ELECTRICAL 33RD FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-114-ELECTRICAL 34TH-36TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-115-ELECTRICAL 37TH FLOOR PLAN.pdf | 01/04/2013 |
| >>>> | E-116-ELECTRICAL ROOF, EMR AND BULKHEAD FLOORS.pdf | 01/04/2013 |
| >>>> | E-200-ELECTRICAL POWER RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | E-201-ELECTRICAL TELECOM RISER DIAGRAM.pdf | 01/04/2013 |
| >>>> | E-202-ELECTRICAL LIGHTNING PROTECTION PLAN.pdf | 01/04/2013 |
| >>>> | E-300-ELECTRICAL PANEL SCHEDULES.pdf | 01/04/2013 |
| >>>> | E-301-ELECTRICAL PANEL SCHEDULES.pdf | 01/04/2013 |
| >>>> | E-302-ELECTRICAL APARTMENT PANEL LOAD SCHEDULES.pdf | 01/04/2013 |
| >>>> | E-303-ELECTRICAL APARTMENT PANEL SCHEDULES.pdf | 01/04/2013 |
| >>>> | E-304-ELECTRICAL APARTMENT PANEL LOAD SCHEDULES.pdf | 01/04/2013 |
| >>>> | E-400-ELECTRICAL MISCELLANEOUS DETAILS.pdf | 01/04/2013 |

| Landscaping Individual - Drawings (PARCEL A) | | |
|---|---|---|
| **Spec#** | **Description** | **Date** |
| >>>> | Parcel A LS-000-Title Sheet Drawing List And General Notes.pdf | 09/10/2012 |
| >>>> | Parcel A LS-100-5th Floor Terrace Material And Furnishings Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-101-5th Floor Terrace-Layout And Grading Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-102-5th Floor Terrace -Irrigation Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-110-13th Floor West Terrace-Materials Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-111-13th Floor West Terrace-Layout And Grading Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-112-13th Floor West Terrace-Irrigation Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-113-13th Floor West Terrace-Furnishings Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-120-13th Floor Terrace-Irrigation Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-121- 13th Floor East Terrace-Layout And Grading Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-122-13th Floor East Terrace-Irrigation Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-200-5th Floor Terrace-Planting Plan.pdf | 09/10/2012 |

1/31/2013

10/11

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**
**01/31/2013 (Updated Date)**

INDIVIDUAL DRAWINGS

| | | |
|---|---|---|
| >>>> | Parcel A LS-201-13th Floor West Terrace-Planting Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-202-13th Floor East Terrace-Planting Plan.pdf | 09/10/2012 |
| >>>> | Parcel A LS-300-5th Floor East Terrace-Landscape Section.pdf | 09/10/2012 |
| >>>> | Parcel A LS-301-13th Floor West Terrace-Landscape Section.pdf | 09/10/2012 |
| >>>> | Parcel A LS-302 -13th Floor West Terrace-Landscape Section.pdf | 09/10/2012 |
| >>>> | Parcel A LS-303-13th Floor East Terrace-Landscape Section.pdf | 09/10/2012 |
| >>>> | Parcel A LS-400-Landscape Details-1.pdf | 09/10/2012 |
| >>>> | Parcel A LS-401-Landscape Details-2.pdf | 09/10/2012 |
| >>>> | Parcel A LS-402-Landscape Details -3.pdf | 09/10/2012 |
| >>>> | Parcel A LS-403-Landscape Details-4.pdf | 09/10/2012 |
| >>>> | Parcel A LS-404-13th Floor West Terrace-Landscape Details-5.pdf | 09/10/2012 |
| >>>> | Parcel A LS-405-Landscape Details -6.pdf | 09/10/2012 |
| >>>> | Parcel A LS-406-Landscaping Details-7 Planting.pdf | 09/10/2012 |

## ADDENDUMS

| Addendums - Parcel A | | |
|---|---|---|
| **Dwg.#** | **Description** | **Date** |
| >>>> | ADDENDUM #1 | 01/24/2013 |
| >>>> | | |

********** End **********

1/31/2013

Confidential                                                                 MC_00015027

Drawings and Specs.

# MONADNOCK
## CONSTRUCTION, INC.

**Hunters Point - Parcel A**
**Queens, New York**

**01/10/2013**

**SPECIFICATIONS**

| | SPECIFICATIONS - VOLUME 1 | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | 000000-Cover Page Volume 1.pdf | 09/10/2012 |
| >>>> | 000001-Table Of Contents.pdf | 09/10/2012 |
| >>>> | 002113-Instructions To Bidders.pdf | 09/10/2012 |
| >>>> | 007200-General Conditions.pdf | 09/10/2012 |
| >>>> | 007300-Supplementary Conditions.pdf | 09/10/2012 |
| >>>> | 011100-Summary Of Work .Pdf | 09/10/2012 |
| >>>> | 012100-Allowances.pdf | 09/10/2012 |
| >>>> | 012200-Unit Prices.pdf | 09/10/2012 |
| >>>> | 012300-Alternates.pdf | 09/10/2012 |
| >>>> | 012513-Substitution Request Form.pdf | 09/10/2012 |
| >>>> | 013100-Project Management And Coordination .Pdf | 09/10/2012 |
| >>>> | 013200-Construction Progress Documentation .Pdf | 09/10/2012 |
| >>>> | 013300-Submittal Procedures.pdf | 09/10/2012 |
| >>>> | 014200-References .Pdf | 09/10/2012 |
| >>>> | 014339-Mock-Ups .Pdf | 09/10/2012 |
| >>>> | 014500-Quality Control.pdf | 09/10/2012 |
| >>>> | 015000-Temporary Facilities And Controls.pdf | 09/10/2012 |
| >>>> | 015711-Construction Activity Pollution Prevention Plan.pdf | 09/10/2012 |
| >>>> | 016000-Product Requirements.pdf | 09/10/2012 |
| >>>> | 017300-Execution.pdf | 09/10/2012 |
| >>>> | 017419-Construction Waste Management And Disposal.pdf | 09/10/2012 |
| >>>> | 017700-Closeout Procedures.pdf | 09/10/2012 |
| >>>> | 017823-Operation And Maintenance Data .Pdf | 09/10/2012 |
| >>>> | 017839-Project Record Documents .Pdf | 09/10/2012 |
| >>>> | 017900-Demonstration And Training .Pdf | 09/10/2012 |
| >>>> | 018121-Construction IAQ Management .Pdf | 09/10/2012 |
| >>>> | 018817-Integrated Pest Management.pdf | 09/10/2012 |
| >>>> | 033000-Cast In Place Concrete.pdf | 09/10/2012 |
| >>>> | 042000-Unit Masonry.pdf | 09/10/2012 |
| >>>> | 044200-Exterior Stone Cladding.pdf | 09/10/2012 |
| >>>> | 054000-Cold-Formed Metal Framing.pdf | 09/10/2012 |
| >>>> | 055000-Metal Fabrications.pdf | 09/10/2012 |
| >>>> | 055100-Metal Stairs.pdf | 09/10/2012 |
| >>>> | 055213-Pipe And Tube Railings .Pdf | 09/10/2012 |
| >>>> | 055215-Custom Metal Guardrail .Pdf | 09/10/2012 |
| >>>> | 055216-Custom Metal Pergola .Pdf | 09/10/2012 |
| >>>> | 055300-Metal Gratings.pdf | 09/10/2012 |
| >>>> | 055800-Formed Metal Fabrications .Pdf | 09/10/2012 |
| >>>> | 055900-Custom Metal Planter.pdf | 09/10/2012 |
| >>>> | 057000-Decorative Metal.pdf | 09/10/2012 |
| >>>> | 057300-Decorative Metal Railings.pdf | 09/10/2012 |
| >>>> | 061000-Rough Carpentry .Pdf | 09/10/2012 |
| >>>> | 061500-Wood Decking - Steps .Pdf | 09/10/2012 |
| >>>> | 062000-Finish Carpentry.pdf | 09/10/2012 |
| >>>> | 062013-Recycled Plastic Planters.pdf | 09/10/2012 |
| >>>> | 064023-Interior Architectural Woodwork.pdf | 09/10/2012 |
| >>>> | 064915-Wood Screens.pdf | 09/10/2012 |
| >>>> | 071300-Foundation Waterproofing .Pdf | 09/10/2012 |
| >>>> | 071616-Crystalline Waterproofing .Pdf | 09/10/2012 |
| >>>> | 071813-Pedestrian Traffic Coatings .Pdf | 09/10/2012 |
| >>>> | 071816-Vehicular Traffic Coatings .Pdf | 09/10/2012 |
| >>>> | 072100-Thermal Insulation.pdf | 09/10/2012 |
| >>>> | 072726-Fluid Applied Air Barriers.pdf | 09/10/2012 |

2/5/2013 4:40 PM

Drawings and Specs.                    http://www.monconlinks.com/hps/dwgsIndivdualSets-New-Bldg-A-1011...

| | | |
|---|---|---|
| >>>> | 073363-Green Roof Planting Assemblies .Pdf | 09/10/2012 |
| >>>> | 073364-Green Roof Pavement Assemblies .Pdf | 09/10/2012 |
| >>>> | 075600-Fluid Applied Roofing.pdf | 09/10/2012 |
| >>>> | 076000-Flashing And Sheet Metal.pdf | 09/10/2012 |
| >>>> | 077200-Roof Accessories .Pdf | 09/10/2012 |
| >>>> | 078100-Applied Fireproofing .Pdf | 09/10/2012 |
| >>>> | 078400-Firestopping.pdf | 09/10/2012 |
| >>>> | 079200-Joint Sealants.pdf | 09/10/2012 |
| >>>> | 079500-Expansion Control.pdf | 09/10/2012 |
| >>>> | 081100-Metal Doors And Frames.pdf | 09/10/2012 |
| >>>> | 081400-Wood Doors.pdf | 09/10/2012 |
| >>>> | 083100-Access Doors And Panels.pdf | 09/10/2012 |
| >>>> | 083323-Overhead Coiling Doors.pdf | 09/10/2012 |
| >>>> | 084113-Aluminum Entrances And Storefronts.pdf | 09/10/2012 |
| >>>> | 084229-Automatic Entrances.pdf | 09/10/2012 |
| >>>> | 084233-Revolving Door Entrances.pdf | 09/10/2012 |
| >>>> | 084413-Glazed Aluminum Exterior Walls.pdf | 09/10/2012 |
| >>>> | 087100-Door Hardware .Pdf | 09/10/2012 |
| >>>> | 088100-Glass And Glazing .Pdf | 09/10/2012 |
| >>>> | 089000-Louvers And Vents.pdf | 09/10/2012 |
| >>>> | 092116-Gypsum Board Assemblies.pdf | 09/10/2012 |
| >>>> | 092117-Gypsum Board Shaft Wall Assemblies.pdf | 09/10/2012 |
| >>>> | 093013-Ceramic Tiling .Pdf | 09/10/2012 |
| >>>> | 095100-Acoustical Ceilings .Pdf | 09/10/2012 |
| >>>> | 096400-Wood Flooring .Pdf | 09/10/2012 |
| >>>> | 096500-Resilient Flooring .Pdf | 09/10/2012 |
| >>>> | 096816-Sheet Carpeting .Pdf | 09/10/2012 |
| >>>> | 097200-Wall Coverings .Pdf | 09/10/2012 |
| >>>> | 099100-Painting.pdf | 09/10/2012 |
| >>>> | 099723-Concrete Coatings.pdf | 09/10/2012 |
| >>>> | 101411-Life Safety Signage .Pdf | 09/10/2012 |
| >>>> | 102213-Wire Mesh Partitions .Pdf | 09/10/2012 |
| >>>> | 102613-Corner Guards.pdf | 09/10/2012 |
| >>>> | 102800-Toilet Bath And Laundry Accessories.pdf | 09/10/2012 |
| >>>> | 104400-Fire Protection Specialties.pdf | 09/10/2012 |
| >>>> | 105115-Maintenance Lockers.pdf | 09/10/2012 |
| >>>> | 105500-Postal Specialties.pdf | 09/10/2012 |
| >>>> | 113100-Residential Appliances.pdf | 09/10/2012 |
| >>>> | 118226-Waste Compactors.pdf | 09/10/2012 |
| >>>> | 123200-Manufactured Wood Casework.pdf | 09/10/2012 |
| >>>> | 123600-Countertops.pdf | 09/10/2012 |
| >>>> | 124813-Entrance Floor Mats And Frames.pdf | 09/10/2012 |
| >>>> | 129343-Custom Wood Site Bench.pdf | 09/10/2012 |
| >>>> | 142123-Traction Elevators.pdf | 09/10/2012 |
| >>>> | 149182-Trash Chutes.pdf | 09/10/2012 |

| SPECIFICATIONS VOLUME 2 | | |
|---|---|---|
| Spec# | Description | Date |
| >>>> | 000000-Cover Page Volume 2.pdf | 09/10/2012 |
| >>>> | 000002-Table Of Contents.pdf | 09/10/2012 |
| >>>> | 210500 - COMMON WORK RESULTS FOR FIRE SUPPRESSION.pdf | 09/10/2012 |
| >>>> | 210513 - COMMON MOTOR REQUIREMENTS FOR FIRE SUPPRESSION EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 210533 - HEAT TRACING FOR FIRE SUPPRESSION PIPING.pdf | 09/10/2012 |
| >>>> | 210548 - VIBRATION AND SEISMIC CONTROLS FOR FIRE SUPPRESSION PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 211100 - FACILITY FIRE-SUPPRESSION WATER-SERVICE PIPING.pdf | 09/10/2012 |
| >>>> | 211200 - FIRE-SUPPRESSION STANDPIPES.pdf | 09/10/2012 |
| >>>> | 211313 - WET-PIPE SPRINKLER SYSTEMS.pdf | 09/10/2012 |
| >>>> | 213113 - ELECTRIC-DRIVE, CENTRIFUGAL FIRE PUMPS.pdf | 09/10/2012 |
| >>>> | 213400 - PRESSURE-MAINTENANCE PUMPS.pdf | 09/10/2012 |
| >>>> | 213900 - CONTROLLERS FOR FIRE-PUMP DRIVERS.pdf | 09/10/2012 |
| >>>> | 220500 - COMMON WORK RESULTS FOR PLUMBING.pdf | 09/10/2012 |
| >>>> | 220513 - COMMON MOTOR REQUIREMENTS FOR PLUMBING EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 220516 - EXPANSION FITTINGS AND LOOPS FOR PLUMBING PIPING.pdf | 09/10/2012 |
| >>>> | 220519 - METERS AND GAGES FOR PLUMBING PIPING.pdf | 09/10/2012 |
| >>>> | 220523 - GENERAL DUTY VALVES FOR PLUMBING PIPING.pdf | 09/10/2012 |

2/5/2013 4:40 PM

Confidential

MC_00015029

Drawings and Specs.                                    http://www.monconlinks.com/hps/dwgsIndivdualSets-New-Bldg-A-1011...

| | | |
|---|---|---|
| >>>> | 220529 - HANGERS AND SUPPORTS FOR PLUMBING PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 220533 - HEAT TRACING FOR PLUMBING PIPING.pdf | 09/10/2012 |
| >>>> | 220548 - VIBRATION AND SEISMIC CONTROLS FOR PLUMBING PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 220553 - IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 220700 - PLUMBING INSULATION.pdf | 09/10/2012 |
| >>>> | 221113 - FACILITY WATER DISTRIBUTION PIPING.pdf | 09/10/2012 |
| >>>> | 221116 - DOMESTIC WATER PIPING.pdf | 09/10/2012 |
| >>>> | 221119 - DOMESTIC WATER PIPING SPECIALTIES.pdf | 09/10/2012 |
| >>>> | 221123.13 - DOMESTIC-WATER PACKAGED BOOSTER PUMPS.pdf | 09/10/2012 |
| >>>> | 221316 - SANITARY WASTE AND VENT PIPING.pdf | 09/10/2012 |
| >>>> | 221319 - SANITARY WASTE PIPING SPECIALTIES.pdf | 09/10/2012 |
| >>>> | 221329 - SANITARY SEWERAGE PUMPS.pdf | 09/10/2012 |
| >>>> | 221413 - FACILITY STORM DRAINAGE PIPING.pdf | 09/10/2012 |
| >>>> | 221423 - STORM DRAINAGE PIPING SPECIALTIES.pdf | 09/10/2012 |
| >>>> | 221429 - SUMP PUMPS.pdf | 09/10/2012 |
| >>>> | 224000 - PLUMBING FIXTURES.pdf | 09/10/2012 |
| >>>> | 230500 - COMMON WORK RESULTS FOR HVAC.pdf | 09/10/2012 |
| >>>> | 230513 - COMMON MOTOR REQUIREMENTS FOR HVAC EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 230516 - EXPANSION FITTINGS AND LOOPS FOR HVAC PIPING.pdf | 09/10/2012 |
| >>>> | 230519 - METERS AND GAGES FOR HVAC PIPING.pdf | 09/10/2012 |
| >>>> | 230523 - GENERAL-DUTY VALVES FOR HVAC PIPING.pdf | 09/10/2012 |
| >>>> | 230529 - HANGERS AND SUPPORTS FOR HVAC PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 230533 - HEAT TRACING FOR HVAC PIPING.pdf | 09/10/2012 |
| >>>> | 230548 - VIBRATION AND SEISMIC CONTROLS FOR HVAC PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 230553 - IDENTIFICATION FOR HVAC PIPING AND EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 230593 - TESTING, ADJUSTING AND BALANCING FOR HVAC.pdf | 09/10/2012 |
| >>>> | 230700 - HVAC INSULATION.pdf | 09/10/2012 |
| >>>> | 230800 - LEED COMMISSIONING REQUIREMENTS.pdf | 09/10/2012 |
| >>>> | 230900 - INSTRUMENTATION AND CONTROL FOR HVAC.pdf | 09/10/2012 |
| >>>> | 230993 - SEQUENCE OF OPERATIONS FOR HVAC CONTROLS.pdf | 09/10/2012 |
| >>>> | 232113 - HYDRONIC PIPING.pdf | 09/10/2012 |
| >>>> | 232123 - HYDRONIC PUMPS.pdf | 09/10/2012 |
| >>>> | 232300 - REFRIGERANT PIPING.pdf | 09/10/2012 |
| >>>> | 232500 - HVAC WATER TREATMENT.pdf | 09/10/2012 |
| >>>> | 233113 - METAL DUCTS.pdf | 09/10/2012 |
| >>>> | 233300 - AIR DUCT ACCESSORIES.pdf | 09/10/2012 |
| >>>> | 233423 - HVAC POWER VENTILATORS.pdf | 09/10/2012 |
| >>>> | 233713 - DIFFUSERS, REGISTERS, AND GRILLES.pdf | 09/10/2012 |
| >>>> | 235100 - BREECHINGS, CHIMNEYS, AND STACKS.pdf | 09/10/2012 |
| >>>> | 235233 - FIRE-TUBE BOILERS.pdf | 09/10/2012 |
| >>>> | 235700 - HEAT EXCHANGERS FOR HVAC.pdf | 09/10/2012 |
| >>>> | 237200 - AIR-TO-AIR ENERGY RECOVERY EQUIPMENT.pdf | 09/10/2012 |
| >>>> | 237413 - PACKAGED, OUTDOOR, CENTRAL-STATION AIR-HANDLING UNITS.pdf | 09/10/2012 |
| >>>> | 238113 - PACKAGED TERMINAL AIR-CONDITIONERS.pdf | 09/10/2012 |
| >>>> | 238126 - SPLIT-SYSTEM AIR-CONDITIONERS.pdf | 09/10/2012 |
| >>>> | 238233 - CONVECTORS.pdf | 09/10/2012 |
| >>>> | 238239 - UNIT HEATERS.pdf | 09/10/2012 |
| >>>> | 260500 - COMMON WORK RESULTS FOR ELECTRICAL.pdf | 09/10/2012 |
| >>>> | 260519 - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES.pdf | 09/10/2012 |
| >>>> | 260526 - GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS.pdf | 09/10/2012 |
| >>>> | 260529 - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS.pdf | 09/10/2012 |
| >>>> | 260533 - RACEWAYS AND BOXES FOR ELECTRICAL SYSTEMS.pdf | 09/10/2012 |
| >>>> | 260543 - UNDERGROUND DUCTS AND RACEWAYS FOR ELECTRICAL SYSTEMS.pdf | 09/10/2012 |
| >>>> | 260548 - Vibration And Seismic Controls For Electrical Systems | 01/2013 |
| >>>> | 260553 - IDENTIFICATION FOR ELECTRICAL SYSTEMS.pdf | 09/10/2012 |
| >>>> | 260923 - LIGHTING CONTROL DEVICES.pdf | 09/10/2012 |
| >>>> | 262413 - SWITCHBOARDS.pdf | 09/10/2012 |
| >>>> | 262416 - PANELBOARDS.pdf | 09/10/2012 |
| >>>> | 262726 - WIRING DEVICES.pdf | 09/10/2012 |
| >>>> | 262813 - FUSES.pdf | 09/10/2012 |
| >>>> | 262913 - ENCLOSED CONTROLLERS.pdf | 09/10/2012 |
| >>>> | 263313 - NATURAL GAS-POWERED ENGINE-GENERATOR.pdf | 09/10/2012 |
| >>>> | 265100 - INTERIOR LIGHTING.pdf | 09/10/2012 |
| >>>> | 266100 - LIGHTNING PROTECTION SYSTEM.pdf | 09/10/2012 |
| >>>> | 270500 - COMMON WORK RESULTS FOR COMMUNICATIONS.pdf | 09/10/2012 |
| >>>> | 271000-Communications Horizontal Cabling .Pdf | 09/10/2012 |
| >>>> | 271100 - COMMUNICATIONS EQUIPMENT ROOM FITTINGS.pdf | 09/10/2012 |
| >>>> | 271300 - COMMUNICATIONS BACKBONE CABLING.pdf | 09/10/2012 |

2/5/2013 4:40 PM

Confidential                                                                                          MC_00015030

Drawings and Specs.                                  http://www.monconlinks.com/hps/dwgsIndivdualSets-New-Bldg-A-1011...

| | | |
|---|---|---|
| >>>> | 271500 - COMMUNICATIONS HORIZONTAL CABLING.pdf | 09/10/2012 |
| >>>> | 273100-Communications Back Of House .Pdf | 09/10/2012 |
| >>>> | 275124-Intercom.pdf | 09/10/2012 |
| >>>> | 281300-Security Access Control.pdf | 09/10/2012 |
| >>>> | 323113-Chain Link Fencing.pdf | 09/10/2012 |
| >>>> | 328400-IRRIGATION.pdf | 09/10/2012 |
| >>>> | 329300- PLANTS.pdf | 09/10/2012 |

********** End of Specifications **********

Confidential                                              MC_00015031