# EXHIBIT 6

## (Part 2 of 2)

**MONADNOCK CONSTRUCTION, INC.**

**Hunters Point - Parcel A Drawings List**

| PARCEL A - ARCHITECTURAL DRAWINGS | |
|---|---|
| Description | Date |
| A-170 - 34C-37C - 35M-38M FLOORS ENLARGED PLANS.pdf | 9/10/2012 |
| A-171 - 12TH FLOOR LAUNDRY- AMENITIES ENLARGED PLAN.pdf | 9/10/2012 |
| A-172 - 39C - 39M ROOF ENLARGED PLAN.pdf | 9/10/2012 |
| A-173 - 3RD FLOOR PARKING ENLARGED PLAN.pdf | 9/10/2012 |
| A-174 - 4TH FLOOR PARKING ENLARGED PLAN.pdf | 9/10/2012 |
| A-180 - SLAB EDGE - 1ST FLOOR.pdf | 9/10/2012 |
| A-181 - SLAB EDGE - 2ND FLOOR.pdf | 9/10/2012 |
| A-182 - SLAB EDGE - 3RD FLOOR.pdf | 9/10/2012 |
| A-183 - SLAB EDGE - 4TH FLOOR.pdf | 9/10/2012 |
| A-184 - SLAB EDGE - 5TH FLOOR.pdf | 9/10/2012 |
| A-185 - SLAB EDGE - 6TH FLOOR.pdf | 9/10/2012 |
| A-186 - SLAB EDGE - 7TH FLOOR.pdf | 9/10/2012 |
| A-187 - SLAB EDGE - 8TH TO 12TH FLOOR.pdf | 9/10/2012 |
| A-188 - SLAB EDGE - 13C - 14M FLOOR.pdf | 9/10/2012 |
| A-189 - SLAB EDGE - 14C - 15M & 15C- 33C - 16M-34M FLOOR.pdf | 9/10/2012 |
| A-190 - SLAB EDGE - 34C - 35M & 35C - 38M FLOOR.pdf | 9/10/2012 |
| A-191 - SLAB EDGE MAIN ROOF & BULKHEAD.pdf | 9/10/2012 |
| A-201 - BUILDING ELEVATIONS NORTH-SOUTH.pdf | 9/10/2012 |
| A-202 - BUILDING ELEVATIONS EAST-WEST AND COUTYARDS.pdf | 9/10/2012 |
| A-205 - ENVELOPE FINISHES.pdf | 9/10/2012 |
| A-206 - ENVELOPE FINISHES.pdf | 9/10/2012 |
| A-210 - FACADE TYPE BLOCK 1 TYPICAL ELEVATION (BASE -TREES).pdf | 9/10/2012 |
| A-211 - FACADE TYPE BLOCK 2 TYPICAL ELEVATION (BASE - FINS+FRIT).pdf | 9/10/2012 |
| A-212 - FACADE TYPE BLOCK 3 TYPICAL ELEVATION (BASE - FRIT ONLY).pdf | 9/10/2012 |
| A-213 - FACADE TYPE BLOCK 4 TYPICAL ELEVATION (TOWER).pdf | 9/10/2012 |
| A-214 - FACADE TYPE BLOCK 5 TYPICAL ELEVATION (TOWER TOP + FINS).pdf | 9/10/2012 |
| A-215 - RETAIL LEVEL NORTH PLAN - ELEVATION.pdf | 9/10/2012 |
| A-216 - RETAIL LEVEL WEST PLAN - ELEVATION.pdf | 9/10/2012 |
| A-217 - RETAIL LEVEL SOUTH PLAN - ELEVATION.pdf | 9/10/2012 |
| A-218 - RETAIL LEVEL EAST PLAN - ELEVATION.pdf | 9/10/2012 |
| A-220 - BULKHEAD ELEVATIONS.pdf | 9/10/2012 |
| A-301 - BUILDING SECTION 1.pdf | 9/10/2012 |
| A-302 - BUILDING SECTION 2.pdf | 9/10/2012 |
| A-303 - BUILDING SECTION 3.pdf | 9/10/2012 |
| A-304 - PARKING SECTIONS.pdf | 9/10/2012 |
| A-330 - EXTERIOR WALL SECTION @ WEST.pdf | 9/10/2012 |
| A-331 - EXTERIOR WALL SECTION @ NORTH.pdf | 9/10/2012 |
| A-332 - EXTERIOR WALL SECTION @ NORTH.pdf | 9/10/2012 |
| A-333 - EXTERIOR WALL SECTION @ EAST.pdf | 9/10/2012 |
| A-334 - EXTERIOR WALL SECTION @ EAST.pdf | 9/10/2012 |
| A-335 - EXTERIOR WALL SECTION @ SOUTH.pdf | 9/10/2012 |
| A-336 - EXTERIOR WALL SECTION @ SOUTH.pdf | 9/10/2012 |
| A-346 - EXTERIOR PLAN AND SECTION DETAILS.pdf | 9/10/2012 |
| A-350 - BULKHEAD ENLARGED SECTIONS.pdf | 9/10/2012 |
| A-420 - STAIR PLANS - SCISSOR STAIRS A & B.pdf | 9/10/2012 |
| A-421 - STAIR SECTIONS - SCISSOR STAIR -A & B.pdf | 9/10/2012 |
| A-423 - STAIR PLANS -STAIR C & D.pdf | 9/10/2012 |
| A-424 - STAIR SECTIONS - STAIR -C & D-.pdf | 9/10/2012 |
| A-425 - STAIR PLANS - STAIR E & F.pdf | 9/10/2012 |
| A-426 - STAIR SECTION - STAIR -E & F-.pdf | 9/10/2012 |
| A-427 - STAIR DETAILS.pdf | 9/10/2012 |
| A-430 - ELEVATOR PLANS, SECTIONS @ ELEVATOR RAIL DATA.pdf | 9/10/2012 |
| A-431 - ELEVATOR PLANS, SECTIONS AND DETAILS @ ELEVATOR.pdf | 9/10/2012 |
| A-435.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @WEST.pdf | 9/10/2012 |
| A-436.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @WEST.pdf | 9/10/2012 |
| A-437.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @NORTH.pdf | 9/10/2012 |
| A-438.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @NORTH.pdf | 9/10/2012 |
| A-439.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @EAST.pdf | 9/10/2012 |

Initial

Subcontractor

Contractor

Contractor

Subcontractor

Parcel A Excavation/Foundations Piles Drawings List Page 3 of 9

**Confidential**

## MONADNOCK CONSTRUCTION INC.    Hunters Point – Parcel A Drawings List

| PARCEL A - ARCHITECTURAL DRAWINGS | |
|---|---|
| **Description** | **Date** |
| A-440.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @SOUTH.pdf | 6/18/2012 |
| A-441.00 - EXTERIOR WALL TYPICAL SECTION DETAILS @ BULKHEAD.pdf | 9/10/2012 |
| A-445.00 - STOREFRONT PLAN DETAILS AT NORTH WALL.pdf | 9/10/2012 |
| A-446.00 - STOREFRONT PLAN DETAILS AT NORTH WALL.pdf | 9/10/2012 |
| A-447.00 - STOREFRONT PLAN DETAILS AT EAST AND SOUTH WALLS.pdf | 9/10/2012 |
| A-448.00 - STOREFRONT PLAN DETAILS AT SOUTH WALL.pdf | 9/10/2012 |
| A-449.00 - STOREFRONT PLAN DETAILS AT WEST WALL.pdf | 9/10/2012 |
| A-450 - ENLARGED PLAN, ELEVATION @ LOBBY ENTRY.pdf | 9/10/2012 |
| A-451 - TYPICAL WALL SECTION DETAILS @ LOBBY ENTRY.pdf | 9/10/2012 |
| A-452 - TYPICAL WALL SECTION DETAILS @ STOREFRONT.pdf | 9/10/2012 |
| A-453 - TYPICAL WALL SECTION DETAILS @ STOREFRONT.pdf | 9/10/2012 |
| A-454 - TYPICAL WALL SECTION DETAILS @ PARKING GARAGE.pdf | 9/10/2012 |
| A-455 - TYPICAL WALL SECTION DETAILS @ BULKHEAD.pdf | 9/10/2012 |
| A-460.00 - CANOPY DETAILS.pdf | 9/10/2012 |
| A-461.00 - CANOPY DETAILS.pdf | 9/10/2012 |
| A-462.00 - MISCELLANEOUS DETAILS.pdf | 9/10/2012 |
| A-510 - FACADE BLOCK 1 WALL SECTIONS.pdf | 9/10/2012 |
| A-511 - FACADE BLOCK 2 WALL SECTIONS.pdf | 9/10/2012 |
| A-512 - FACADE BLOCK 3 AND 4 WALL SECTIONS.pdf | 9/10/2012 |
| A-513 - FACADE BLOCK 5 WALL SECTIONS.pdf | 9/10/2012 |
| A-514 - FACADE DETAILS BLOCK 1, 2, AND 5 - TREES AND FINS.pdf | 9/10/2012 |
| A-515 - FACADE DETAILS BLOCK 3 AND 4.pdf | 9/10/2012 |
| A-516 - EXTERIOR WALL TYPICAL PLAN DETAILS 01.pdf | 9/10/2012 |
| A-523-00 - EXTERIOR WALL TYPICAL PLAN DETAILS - 3 Layout1.(1).pdf | 6/18/2012 |
| A-524 - EXTERIOR WALL TYPICAL PLAN DETAILS 03.pdf | 9/10/2012 |
| A-525 - TYPICAL CORNER DETAILS.pdf | 9/10/2012 |
| A-526 - EXTERIOR WALL PARAPET.pdf | 9/10/2012 |
| A-527 - ATYPICAL FACADE DETAILS.pdf | 9/10/2012 |
| A-530.01 - TYPICAL TERRACE DIVIDERS A530.pdf | 6/18/2012 |
| A-531 EXTERIOR WALL TYPICAL SECTION DETAIL.pdf | 9/10/2012 |
| A-580 - TYPICAL ROOF DETAILS.pdf | 9/10/2012 |
| A-581 - TYPICAL DETAILS @ BULKHEAD.pdf | 9/10/2012 |
| A-582 - TYPICAL DETAILS @ BULKHEAD.pdf | 9/10/2012 |
| A-601 - 1ST FLOOR R-C-P-.pdf | 9/10/2012 |
| A-602 - 2ND-3RD FLOOR R-C-P-.pdf | 9/10/2012 |
| A-603 - 4TH FLOOR (TRANSFER) R-C-P-.pdf | 9/10/2012 |
| A-604 - 5TH FLOOR R-C-P-.pdf | 9/10/2012 |
| A-605 - 6TH FLOOR (TRANSFER) R-C-P-.pdf | 9/10/2012 |
| A-606 - 7TH-11TH FLOOR R-C-P-.pdf | 9/10/2012 |
| A-607 - 12TH FLOOR (TRANSFER) R-C-P-.pdf | 9/10/2012 |
| A-608 - 13C - 14M FLOOR R-C-P-.pdf | 9/10/2012 |
| A-609 - 14C - 15M FLOOR R-C-P-.pdf | 9/10/2012 |
| A-610 - 15C - 16M FLOOR R-C-P-.pdf | 9/10/2012 |
| A-611 - 33C - 34M FLOOR (TRANSFER) R-C-P-.pdf | 9/10/2012 |
| A-612 - 34C-36C - 35M-37M FLOOR R-C-P-.pdf | 9/10/2012 |
| A-613 - 37C - 38M FLOOR (TRANSFER) R-C-P-.pdf | 9/10/2012 |
| A-614 - MAIN ROOF, ELEVATOR MACHINE ROOM & BULKHEAD R-C-P-.pdf | 9/10/2012 |
| A-700-00 - KITCHEN PLANS & ELEVATIONS K1-A.pdf | 9/10/2012 |
| A-701-00 - KITCHEN PLANS & ELEVATIONS K1-B.pdf | 9/10/2012 |
| A-702-00 - KITCHEN PLANS & ELEVATIONS K1-C.pdf | 9/10/2012 |
| A-703-00 - KITCHEN PLANS & ELEVATIONS K1-D.pdf | 9/10/2012 |
| A-704 - KITCHEN PLANS & ELEVATIONS K1-E.pdf | 9/10/2012 |
| A-705-00 - KITCHEN PLANS & ELEVATIONS K1-F.pdf | 9/10/2012 |
| A-706 - KITCHEN PLANS & ELEVATIONS K1-F1.pdf | 9/10/2012 |
| A-707 - KITCHEN PLANS & ELEVATIONS K1-F1.pdf | 9/10/2012 |
| A-709-00 - KITCHEN PLAN & ELEVATIONS K1-H.pdf | 9/10/2012 |
| A-710-00 - KITCHEN PLAN & ELEVATIONS K1-K.pdf | 9/10/2012 |
| A-711 - KITCHEN PLANS & ELEVATIONS K2-A.pdf | 9/10/2012 |

Parcel A Excavation/Foundations Piles Drawings List Page 4 of 9

Initial ___ Subcontractor ___ Contractor ___ Contractor ___ Initial ___ Subcontractor ___

**Confidential**

MC_00000037

## MONADNOCK CONSTRUCTION INC.   Hunters Point – Parcel A Drawings List

### PARCEL A – ARCHITECTURAL DRAWINGS

| Description | Date |
|---|---|
| A-712-00 - KITCHEN PLAN & ELEVATIONS K2-B.pdf | 9/10/2012 |
| A-713-00 - KITCHEN PLANS & ELEVATIONS K2-C.pdf | 9/10/2012 |
| A-715 - KITCHEN PLANS & ELEVATIONS K3-A.pdf | 9/10/2012 |
| A-716 - KITCHEN PLANS & ELEVATIONS K4-A.pdf | 9/10/2012 |
| A-717 - KITCHEN PLANS & ELEVATIONS K4-B.pdf | 9/10/2012 |
| A-718-00 - KITCHEN PLAN & ELEVATIONS K4-C.pdf | 9/10/2012 |
| A-719-00 - KITCHEN PLAN & ELEVATIONS K4-D.pdf | 9/10/2012 |
| A-721-00 - KITCHEN PLAN & ELEVATIONS K1-L.pdf | 9/10/2012 |
| A-724-00 - TYPICAL KITCHEN DETAILS - PLANS.pdf | 9/10/2012 |
| A-725-00 - TYPICAL KITCHEN DETAILS - ELEVATIONS.pdf | 9/10/2012 |
| A-726-00 - TYPICAL KITCHEN DETAILS - SECTIONS.pdf | 9/10/2012 |
| A-730 - BATHROOM PLAN & ELEVATIONS-TYPE B1.pdf | 9/10/2012 |
| A-731 - BATHROOM PLAN & ELEVATIONS- TYPE B2.pdf | 9/10/2012 |
| A-732 - BATHROOM PLAN & ELEVATIONS- TYPE B3.pdf | 9/10/2012 |
| A-733 - BATHROOM PLAN & ELEVATIONS- TYPE B4.pdf | 9/10/2012 |
| A-734 - BATHROOM PLAN & ELEVATIONS - TYPE B5.pdf | 9/10/2012 |
| A-735 - BATHROOM PLAN & ELEVATIONS- TYPE B6.pdf | 9/10/2012 |
| A-740-00 - BATHROOM DETAILS 1 (A).pdf | 9/10/2012 |
| A-741-00 - BATHROOM DETAILS 2 (A).pdf | 9/10/2012 |
| A-742-00 - BATHROOM DETAILS 3 (A).pdf | 9/10/2012 |
| A-743-00 - BATHROOM DETAILS 4 (A).pdf | 9/10/2012 |
| A-746 - KITCHEN FLOOR PATTERN PLANS 1.pdf | 9/10/2012 |
| A-747 - KITCHEN FLOOR PATTERN PLANS 2.pdf | 9/10/2012 |
| A-748 - KITCHEN FLOOR PATTERN PLANS 3.pdf | 9/10/2012 |
| A-750-00 - BATHROOM MOCK-UP (A).pdf | 9/10/2012 |
| A-751-00 - KITCHEN MOCK UP (A).pdf | 9/10/2012 |

### PARCEL A – STRUCTURAL DRAWINGS

| Description | Date |
|---|---|
| S-001-General Notes Drawings Index And Design Criteria-Loads.pdf | 9/10/2012 |
| FO-101 Foundation Plan.pdf | 9/10/2012 |
| FO-111 Foundation Sections And Details.pdf | 9/10/2012 |
| FO-112 Foundation Sections And Details.pdf | 9/10/2012 |
| FO-113 Foundation Shear Wall Caisson Cap Key Plans.pdf | 6/19/2012 |
| FO-114 Foundation Sections And Details.pdf | 6/19/2012 |
| FO-115 Foundation Sections And Details.pdf | 6/19/2012 |
| S-201 1st Floor Layout Plan.pdf | 6/19/2012 |
| S-202 2nd Floor Layout Plan.pdf | 6/19/2012 |
| S-203 3rd Floor Layout Plan.pdf | 9/10/2012 |
| S-204 4th Floor Layout Plan.pdf | 9/10/2012 |
| S-205 5th Floor Layout Plan.pdf | 9/10/2012 |
| S-206 6th Floor Layout Plan.pdf | 9/10/2012 |
| S-207 7th Floor Layout Plan.pdf | 9/10/2012 |
| S-208 8th-12th Floor Layout Plan.pdf | 9/10/2012 |
| S-213 13th Floor Layout Plan.pdf | 9/10/2012 |
| S-214 14th And 15th Floor Layout Plan.pdf | 9/10/2012 |
| S-218 16th-34th Floor Layout Plan.pdf | 9/10/2012 |
| S-235 35th-37th Floor Main Roof Layout Plan.pdf | 9/10/2012 |
| S-301 1st Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-302 2nd Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-303 3rd Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-304 4th Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-305 5th Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-306 6th Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-307 7th Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-308 8th-12th Floor Reinforcing Plan.pdf | 9/10/2012 |
| S-313 13th Floor Reinforcement Plan.pdf | 9/10/2012 |
| S-314 14th And 15th Floor Reinforcement Plan.pdf | 9/10/2012 |

Parcel A Excavation/Foundations Piles Drawings List Page 5 of 9

Initial

Subcontractor

Contractor          Subcontractor

**MONADNOCK**
**CONSTRUCTION INC.**

**Hunters Point - Parcel A Drawings List**

| PARCEL A - STRUCTURAL DRAWINGS | |
|---|---|
| **Description** | **Date** |
| S-316 16th-33rd & 34th Floor Reinforcment Plan.pdf | 9/10/2012 |
| S-335 35th-37th Floor Main Roof-EMR Floor & EMR Roof Reinforcmenj Plan.pdf | 9/10/2012 |
| S-401 Column Schedule.pdf | 9/10/2012 |
| S-402 Column Schedule.pdf | 9/10/2012 |
| S-403 Column Sections And Details.pdf | 9/10/2012 |
| S-411 Shear Wall Plans.pdf | 9/10/2012 |
| S-412 Shear Wall Plans.pdf | 9/10/2012 |
| S-413 Shear Wall Plans.pdf | 9/10/2012 |
| S-414 Shear Wall Plans.pdf | 9/10/2012 |
| S-415 Shear Wall Plans.pdf | 9/10/2012 |
| S-416 Shear Wall Plans.pdf | 9/10/2012 |
| S-421 Shear Wall Details & Link BM Schedules.pdf | 9/10/2012 |
| S-422 Shear Wall Details & Link BM Schedule.pdf | 9/10/2012 |
| S-501 Typical Concrete Details.pdf | 9/10/2012 |
| S-502 Typical Concrete Details.pdf | 9/10/2012 |
| S-503 Typical Concrete Details.pdf | 9/10/2012 |
| S-504 Concrete Sections And Details.pdf | 9/10/2012 |
| S-505 Concrete Sections And Details.pdf | 9/10/2012 |
| S-601 Concrete Sections And Details.pdf | 9/10/2012 |
| S-701 Sttel Sections And Details.pdf | 9/10/2012 |

| PARCEL A - HVAC DRAWINGS | |
|---|---|
| **Description** | **Date** |
| M-001-HVAC-Symbols, Schedules & Notes.pdf | 9/10/2012 |
| M-002-HVAC-Schedules.pdf | 9/10/2012 |
| M-003-HVAC-Schedules.pdf | 9/10/2012 |
| M-101-HVAC-1 Flr Plan.pdf | 9/10/2012 |
| M-102-HVAC-2 Flr Plan.pdf | 9/10/2012 |
| M-103-HVAC-3 Flr Plan.pdf | 9/10/2012 |
| M-104-HVAC-4 Flr Plan.pdf | 9/10/2012 |
| M-105-HVAC-5 Flr Plan.pdf | 9/10/2012 |
| M-106-HVAC-6 Flr Plan.pdf | 9/10/2012 |
| M-107-HVAC-7 Flr Plan.pdf | 9/10/2012 |
| M-108-HVAC-8-11 Flr Plans.pdf | 9/10/2012 |
| M-109-HVAC-12 Flr Plan.pdf | 9/10/2012 |
| M-110-HVAC-13 Flr Plan.pdf | 9/10/2012 |
| M-111-HVAC-14 Flr Plan.pdf | 9/10/2012 |
| M-112-HVAC-15 - 32 Flr Plans.pdf | 9/10/2012 |
| M-113-HVAC-33 Flr Plan.pdf | 9/10/2012 |
| M-114-HVAC-34 - 37 Flrs.pdf | 9/10/2012 |
| M-115-HVAC-Roof, EMR & Bulkhead Flr Plans.pdf | 9/10/2012 |
| M-200-HVAC-Ventilation Riser Dia.pdf | 9/10/2012 |
| M-201-HVAC-Ventilation Riser Dia.pdf | 9/10/2012 |
| M-202-HVAC-Ventilation Riser Dia.pdf | 9/10/2012 |
| M-301-HVAC-Heating Riser Diagram.pdf | 9/10/2012 |
| M-401-HVAC-Boiler Room Part Plan.pdf | 9/10/2012 |
| M-402-HVAC-Boiler Piping Schematic.pdf | 9/10/2012 |
| M-403-HVAC-CoGen Piping Schematic.pdf | 9/10/2012 |
| M-501-HVAC-Details.pdf | 9/10/2012 |

| PARCEL A - PLUMBING DRAWINGS | |
|---|---|
| **Description** | **Date** |
| P-001-PLUMBING SYMBOLS, NOTES, LEGEND AND SCHEDULE.pdf | 9/10/2012 |
| P-100-PLUMBING UNDERGROUND FLOOR PLAN.pdf | 9/10/2012 |
| P-101-PLUMBING 1ST FLOOR PLAN.pdf | 9/10/2012 |
| P-102-PLUMBING 2ND FLOOR PLAN.pdf | 9/10/2012 |
| P-103-PLUMBING 3RD FLOOR PLAN.pdf | 9/10/2012 |
| P-104-PLUMBING 4TH FLOOR PLAN.pdf | 9/10/2012 |

| Initial | |
|---|---|
| Subcontractor | Contractor |
| Contractor | Initial Subcontractor |

Parcel A Excavation/Foundations Piles Drawings List Page 6 of 9

**MONADNOCK CONSTRUCTION INC.**

**Hunters Point - Parcel A Drawings List**

| PARCEL A - PLUMBING DRAWINGS | |
| --- | --- |
| **Description** | **Date** |
| P-105-PLUMBING 5TH FLOOR PLAN.pdf | 9/10/2012 |
| P-106-PLUMBING 6TH FLOOR PLAN.pdf | 9/10/2012 |
| P-107-PLUMBING 7TH FLOOR PLAN.pdf | 9/10/2012 |
| P-108-PLUMBING 8TH-11TH FLOOR PLAN.pdf | 9/10/2012 |
| P-109-PLUMBING 12TH FLOOR PLAN.pdf | 9/10/2012 |
| P-110-PLUMBING 13TH FLOOR PLAN.pdf | 9/10/2012 |
| P-111-PLUMBING 14TH FLOOR PLAN.pdf | 9/10/2012 |
| P-112-PLUMBING 15TH-32ND FLOOR PLAN.pdf | 9/10/2012 |
| P-113-PLUMBING 33RD FLOOR PLAN.pdf | 9/10/2012 |
| P-114-PLUMBING 34TH-37TH FLOOR PLAN.pdf | 9/10/2012 |
| P-115-PLUMBING ROOF FLOOR PLAN.pdf | 9/10/2012 |
| P-200-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-201-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-202-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-203-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-204-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-205-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-206-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-207-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-208-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-209-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-210-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-211-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-212-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-213-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-214-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-215-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-216-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-217-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-218-PLUMBING RISER DIAGRAM.pdf | 9/10/2012 |
| P-219-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-220-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-221-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-222-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-223-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-224-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-225-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-226-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-227-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-228-PLUMBING GAS RISER DIAGRAM.pdf | 9/10/2012 |
| P-229-PLUMBING STORM WATER RISER DIAGRAM.pdf | 9/10/2012 |
| P-230-PLUMBING STORM WATER RISER DIAGRAM.pdf | 9/10/2012 |
| P-231-PLUMBING WATER RISER DIAGRAM.pdf | 9/10/2012 |
| P-300-PLUMBING DETAIL.pdf | 9/10/2012 |
| P-400-PLUMBING BACKFLOW PREVENTER DETAIL AND NOTES.pdf | 9/10/2012 |
| P-500-PLUMBING RAIN HARVESTING DIAGRAM.pdf | 9/10/2012 |

| PARCEL A - SPRINKLERS DRAWINGS | |
| --- | --- |
| **Description** | **Date** |
| SP-100-SPRINKLER SYMBOLS, NOTES, LEGEND & SCHEDULE.pdf | 9/10/2012 |
| SP-101-SPRINKLER 1ST FLOOR PLAN.pdf | 9/10/2012 |
| SP-102-SPRINKLER 2ND FLOOR PLAN.pdf | 9/10/2012 |
| SP-103-SPRINKLER 3RD FLOOR PLAN.pdf | 9/10/2012 |
| SP-104-SPRINKLER 4TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-105-SPRINKLER 5TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-106-SPRINKLER 6TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-107-SPRINKLER 7TH FLOOR PLAN.pdf | 9/10/2012 |

| Initial | |
| --- | --- |
| Subcontractor | Contractor |
| Contractor | Subcontractor |

Parcel A Excavation/Foundations Piles Drawings List Page 7 of 9

**MONADNOCK CONSTRUCTION INC.**

### Hunters Point - Parcel A Drawings List

| PARCEL A - SPRINKLERS DRAWINGS | |
| --- | --- |
| **Description** | **Date** |
| SP-108-SPRINKLER 8TH-11TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-109-SPRINKLER 12TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-110-SPRINKLER 13TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-111-SPRINKLER 14TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-112-SPRINKLER 15TH-32ND FLOOR PLAN.pdf | 9/10/2012 |
| SP-113-SPRINKLER 33RD FLOOR PLAN.pdf | 9/10/2012 |
| SP-114-SPRINKLER 34TH-36TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-115-SPRINKLER 37TH FLOOR PLAN.pdf | 9/10/2012 |
| SP-116-SPRINKLER ROOF FLOOR PLAN.pdf | 9/10/2012 |
| SP-200-SPRINKLER RISER DIAGRAM.pdf | 9/10/2012 |
| SP-300-SPRINKLER DETAILS.pdf | 9/10/2012 |
| SP-400-DRY FIRE STANDPIPE RISER DIAGRAM WITH AIR PRESSURIZED ALARM.pdf | 9/10/2012 |

| PARCEL A - FIRE ALARM DRAWINGS | |
| --- | --- |
| **Description** | **Date** |
| FA-101-FIRE ALARM 1ST FLOOR PLAN.pdf | 9/10/2012 |
| FA-102-FIRE ALARM 2ND FLOOR PLAN.pdf | 9/10/2012 |
| FA-103-FIRE ALARM 3RD FLOOR PLAN.pdf | 9/10/2012 |
| FA-104-FIRE ALARM 4TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-105-FIRE ALARM 5TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-106-FIRE ALARM 6TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-107-FIRE ALARM 7TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-108-FIRE ALARM 8TH-11TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-109-FIRE ALARM 12TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-110-FIRE ALARM 13TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-111-FIRE ALARM 14TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-112-FIRE ALARM 15TH-33RD FLOOR PLAN.pdf | 9/10/2012 |
| FA-113-FIRE ALARM 34TH-37TH FLOOR PLAN.pdf | 9/10/2012 |
| FA-114-FIRE ALARM ROOF, EMR AND BULKHEAD FLOORS.pdf | 9/10/2012 |
| FA-200-FIRE ALARM RISER DIAGRAM.pdf | 9/10/2012 |

| PARCEL A - ELECTRICAL DRAWINGS | |
| --- | --- |
| **Description** | **Date** |
| E-001-ELECTRICAL SYMBOL LIST & GENERAL NOTES.pdf | 9/10/2012 |
| E-100-ELECTRICAL UNDERGROUND FLOOR PLAN.pdf | 9/10/2012 |
| E-101-ELECTRICAL 1ST FLOOR PLAN.pdf | 9/10/2012 |
| E-102-ELECTRICAL 2ND FLOOR PLAN.pdf | 9/10/2012 |
| E-103-ELECTRICAL 3RD FLOOR PLAN.pdf | 9/10/2012 |
| E-104-ELECTRICAL 4TH FLOOR PLAN.pdf | 9/10/2012 |
| E-105-ELECTRICAL 5TH FLOOR PLAN.pdf | 9/10/2012 |
| E-106-ELECTRICAL 6TH FLOOR PLAN.pdf | 9/10/2012 |
| E-107-ELECTRICAL 7TH FLOOR PLAN.pdf | 9/10/2012 |
| E-108-ELECTRICAL 8TH-11TH FLOOR PLAN.pdf | 9/10/2012 |
| E-109-ELECTRICAL 12TH FLOOR PLAN.pdf | 9/10/2012 |
| E-110-ELECTRICAL 13TH FLOOR PLAN.pdf | 9/10/2012 |
| E-111-ELECTRICAL 14TH FLOOR PLAN.pdf | 9/10/2012 |
| E-112-ELECTRICAL 15TH-32ND FLOOR PLAN.pdf | 9/10/2012 |
| E-113-ELECTRICAL 33RD FLOOR PLAN.pdf | 9/10/2012 |
| E-114-ELECTRICAL 34TH-36TH FLOOR PLAN.pdf | 9/10/2012 |
| E-115-ELECTRICAL 37TH FLOOR PLAN.pdf | 9/10/2012 |
| E-116-ELECTRICAL ROOF, EMR AND BULKHEAD FLOORS.pdf | 9/10/2012 |
| E-200-ELECTRICAL POWER RISER DIAGRAM.pdf | 9/10/2012 |
| E-201-ELECTRICAL TELECOM RISER DIAGRAM.pdf | 9/10/2012 |
| E-202-ELECTRICAL LIGHTNING PROTECTION PLAN.pdf | 9/10/2012 |
| E-300-ELECTRICAL PANEL SCHEDULES.pdf | 9/10/2012 |
| E-301-ELECTRICAL PANEL SCHEDULES.pdf | 9/10/2012 |
| E-302-ELECTRICAL APARTMENT PANEL LOAD SCHEDULES.pdf | 9/10/2012 |

Initial
Subcontractor
Contractor

Contractor
Initial
Subcontractor

Parcel A Excavation/Foundations Piles Drawings List Page 8 of 9



**Hunters Point - Parcel A Drawings List**

| PARCEL A - ELECTRICAL DRAWINGS | |
| --- | --- |
| Description | Date |
| E-303-ELECTRICAL APARTMENT PANEL SCHEDULES.pdf | 9/10/2012 |
| E-304-ELECTRICAL APARTMENT PANEL LOAD SCHEDULES.pdf | 9/10/2012 |
| E-400-ELECTRICAL MISCELLANEOUS DETAILS.pdf | 9/10/2012 |

| Initial | |
| --- | --- |
| Subcontractor | Contractor |
| Contractor | Subcontractor |

Parcel A Excavation/Foundations Piles Drawings List Page 9 of 9

Confidential

September 27, 2012

<u>RIDER #5: SCOPE OF WORK</u>

**Monadnock Construction, Inc.**
**155 Third Street, Brooklyn, NY**

**Hunters Point South Parcel A**
**1-50 50th Ave.**
**Queens, NY 11101**

<u>TRADE:</u>  08110 Furnish Structurally Glazed Window Wall, Storefronts & Doors

AS PER PLANS AND SPECS, INCLUDING AND NOT LIMITED TO:

Furnish all materials to perform the work of this section as shown on the drawings and/or as specified herein. In general, the work shall include but not be limited to the following:

1.  Furnish all apartment and 1st floor-glazed openings on floors; Ground through 37th floor.

2.  Glazed openings shall consist of all window openings, glazed window wall installations, spandrel glazing and slab edge coverings.  All quantities are to be taken from the contract drawings, and manufacturer represents that all areas are included in final price. All thermally broken unitized storefront system including aluminum framed glass doors, louver/ signage band, sloped and standard glazing and "picture frames", two (2) single swing doors, two (2) sets of retail double entry doors at West retail space, Four (4) sets of sliders at East retail.(Excludes revolving door and lobby swing door). ~~Prepare~~ opening in storefronts for HM doors and frames at service corridors. *A SHOP PREPARE*

3.  Window wall shall consist of deck slab to deck ceiling framing members with sill attached slab covers by manufacturer, as shown in Architectural drawings. This Contractor includes furnishing of insulated panel wall to be integrated with the window wall at all parapet location as shown on the drawings.  Parapet wall assembly to be constructed as single length curtain wall type assemblies from base of top floor and to include all anchorage, flashing, insulation, copings, and closure pieces as required. Copings in matching colors on top of panels are to be furnished for installation by roofers.

4.  All window and window wall shall be engineered and tested to sustain specified requirements as per specifications and drawings. Where cladding pressures are defined as exceeding the minimum test results, this Manufacturer shall either structurally

1 of 16

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor | Subcontractor

reinforce the mullions and / or by stamped structural calculations identify those units which need to sustain the higher pressures.

5. The Manufacturer explicitly represents that they have thoroughly reviewed the project specification and that all aspects of the product will be in full compliance with all requirements of the spec unless specifically noted otherwise in this Scope of Work.

*SUPERVISION OF*

6. In addition, this Manufacturer must fully comply with the Owner and Construction Manager requirements for "on Site Air and Water Testing", per project specifications. If additional metal to metal caulking is required to satisfy actual project testing and infiltration of water (if required by manufacturer), this contractor will provide material and coordinate delivery and locations of any and all caulking with installer at no additional cost to project. 

7. Off-site performance mock-up testing will be required and it shall be conducted at a facility approved by the Owner and Construction Manager and all costs for testing are to be the responsibility of this Manufacturer.

    a. It should be noted that the mock up section of wall, being tested, does not have to be painted in the final approved project color.

    b. This Manufacturer to schedule the performance mock-up testing at contract award and to be completed no later than 16 weeks after award (January 24th, 2013). Performance mock to be built as per A-590's IFC (issued for construction set for Parcel B).This drawing indicates a combined mock-up for both A & B parcels.

    c. This manufacturer to comply with the following performance criteria as per spec section 084413 and Window Schedule (A-40):
    *Water penetration:* 12 PSF static and 12 PSF dynamic
    *Air infiltration:* 0.6 cfm/sf at wall and .25 at vent at 6.24 test pressure
    *U value at vision glazing:* .45 btu/sf
    *U value at spandrel:* .74 per spec
    *U value at slab edge:* .25
    *SHGC:* .31 at vision areas
    (Note: Window schedule calls for different coefficients for individual units)

8. Provide visual mock up for visual review by the Architect. Visual mock up to be erected to sizes and containing materials and colors as per SHOP's sketches for visual mock ups dated 09/18/12 combined with glass specifications as per Window Schedule (A-040) and Envelope Finishes (A-205). Visual mock to be ready to later than 10 weeks after anticipated contract award (November 30th 2012). This mock-up to be built at manufacturer's factory. *JANUARY 28TH 2012*

9. Furnish all combination window louver/frame units in sizes and locations as per architectural drawings as an integral part of the window wall system. It is agreed that this Manufacturer will provide any louver that is within the Window & Door System as

Confidential

MC_00000044

part of the contractual scope of work. All louvers whether used or blanked off at all areas of the façade are by this Manufacture. Any mechanical louvers (louvers not interconnected to the window wall) are not part of this Manufacturers scope of work. The Bulkhead stair louvers and elevator venting louvers will be part of the Bulkhead Cladding work; if Alternate NO. 1 is executed.

10. Furnish all interior caps at intersection of Glazed Wall and Ceilings and sill extensions at gas lines. This Manufacturer to coordinate lengths and delivery dates with installer. The approximate size of the cap to be 2" x 2" clipped to the window wall as a comeback installation. Sill extensions and gas lines to match interior window system color and finish. Installation to comply with CM's project schedule.

11. Window Wall System shall include all factory fabricated mullions, gutter and weep systems, splices, closures, head closure trim, panels, trim, reveals, supporting and bracket assemblies and accessories, limit stops, jointing, sealing, glass and glazing, fastening, and any other item or accessory necessary for a complete installation as per final drawings and specifications. All anchor components at wet areas to be 300 series stainless steel or aluminum as per spec section 084413.

12. This Manufacturer to supply all inserts required for the installation of this product to the concrete superstructure contractor, in sufficient quantities to keep up with the pour schedule. Remedial costs of any missing inserts not available on site at the time of the pour are to be the responsibility of the Manufacturer. Manufacturer is also to provide layouts to the concrete contractor and be available to answer any questions regarding same. Remedial costs of any inserts that are not properly set due to incorrect layout drawings are to be the responsibility of the Manufacturer. Manufacturer to provide supervisory personnel to visit site as many times as necessary to monitor installation and make corrections required for Glasswall to guarantee system has been installed correctly and to Manufacturers standards.

*ADVISE AS* ⟵ *AC*

13. This Manufacturer to provide all bolts, anchors, and other required fasteners to window wall installer (shims to be provided by the installer) in a timely fashion and in sufficient quantity to expedite the installation at a pace of no less than two floors per week. Coordination of all deliveries with installer is the responsibility of the Manufacturer.

14. This Manufacturer shall be aware and take into consideration that this is a reinforced concrete structure. Window wall system to include anchorage that accommodates dimensional tolerances of building frame. The structural tolerance to accommodate variation in location of surrounding and supporting work up to +/- 1¼". (This supersedes spec 084413 dated 05/14/12).

15. Include all reveals and returns of window wall into other adjoining or existing material, including without limitation, extrusions, framing, metal panels, coping fillers, glass, glazing, sealants, caulking, closures and any other item or accessory necessary for a complete installation as per drawings and as required.

S:\Monadnock\project management\Hunter's Point\A - LORA 09 27 2012 LOI Furnish Windows Scope of Work A.doc

Contractor   Subcontractor

Confidential

MC_00000045

16. Include providing all necessary submittals for approval to the architect, including without limitation, the following:

    a.) A complete set of engineered shop drawings showing all details signed and sealed by a P.E. licensed in New York State.
    b.) Calculations supplied and stamped by a P.E. licensed in New York State.
    c.) Samples of materials to be used.
    d.) Factory cuts (i.e., Hardware, etc.)
    e.) Material Certifications.
    f.) Other data required by the AOR/EOR.
    g.) Instructions on Glass and hardware replacements

17. This Manufacturer shall submit a schedule (s) conforming to the CM's schedule, indicating the estimated time required for all items and phases of work including but not limited to: shop drawings, purchasing and fabrication. At periodic intervals and, as requested by the Construction Manager, these schedules shall be updated and resubmitted to the Construction Manager.

The following schedule for this project shall be as listed below:

    a. Performance Mock-up testing to occur no later than ~~January 24th~~, 2013. *MARCH 18TH* In order for this to occur, this Manufacturer must commence with mock up shop drawings immediately and make arrangements for a test chamber as soon as possible.

    b. Windows and doors for building A must be on site and ready for installation by June 25th, 2013.

    c. Note: Wall units will be left out for the complete vertical run of the hoists and should not be delivered until requested by the Construction Manager.

    d. Submittals, Shop Drawing & Sample and fabrication schedule:
        1. Shop drawings; catalogue cuts and calculations must be ready to be submitted no later than six (6) weeks from award of contract.
        2. All windows & doors are to be fabricated and stored off site as necessary to allow for timely and continuous installation of windows in conformance with Construction Managers requirements.
        3. This Manufacturer will be provided with AUTO CAD contract documents.

18. This Manufacturer understands the fact that the various interface conditions between the exterior wall components may not be fully detailed and may not be constructible exactly as detailed. Manufacturer therefore must anticipate modifications of details to occur through the coordination and shop drawings process, without adjustment to the Contract Price as long as the intent of the design is met.

Contractor   Subcontractor   S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Confidential

MC_00000046

19. It is the intent of this Contract that final design be the total responsibility of this Manufacturer for establishing structural soundness and performance in accordance with plans and specifications. Shop drawings and structural calculations will be submitted for review and approval and shall be signed and sealed by a Professional Engineer licensed in the State of New York.

20. This Manufacturer scope of work shall be to furnish in accordance with the intent of the drawings and specifications prepared by the Architect and or Engineers for the project as applicable. Any deviation from said drawings and specifications shall require written approval from the Owner, Architect and/or Engineers and Construction Manager. Any corrective work required as a result of unapproved deviations shall be charged to this Manufacturer.

21. A complete Aluminum Windows & Door wall system is to be designed, tested and fabricated to obtain the required performance criteria. All doors to come complete with saddles and hardware. Additionally, all windows and doors to be manufactured with concealed reinforcing as required by code as well as engineering requirements.

22. All Windows & Door frames and associated sections and metal accessories to be painted with a "Paint"- two (2) coat Kynar in-lieu-of three (3) coat Kynar as specified in drawings and specifications) selected by the Architect as per construction documents. This Manufacturer to provide a ten (10) year warrantee from date of substantial completion. Manufacturer agrees to repair finishes or replace aluminum that shows evidence of deterioration of factory applied finishes within specifies warranty period. Color for all Window and doorframe metal is to be selected.

23. Manufacturer to warrant glass for ten (10) full years with a full ten (10) year warranty on operable parts. Manufacturer to provide tempered glass where required as per code. All tempered glass to be heat soaked as per specifications. All glass that is not required by code to be tempered must be heat strengthened.

24. All operable windows to be in swing casement type with New York Department of Health approved limit stops with a key operation mechanism. Limit stops to swing to a 4" clearance from inside face of mullion. If operable window mullions depth is such that limit stop cannot be reached due to depth of mullion, then such a mechanism must be customized at no additional cost to the owner. This manufacturer will be required to submit the hardware and engineered specifications to the appropriate NYC agency for approval in advance of installation. All costs associated with this approval to be paid by this manufacturer. This Manufacturer to provide details and instructions describing how to disengage limit stops.

25. This Manufacturer shall furnish forty-two (42) locksets for balcony doors. All keys are to be turned over to the Construction Manager and are not to be distributed to various trades in the field. Construction Manager may request a certain amount of keys during window installation work for their own use.

| Contractor | Subcontractor |
|---|---|

S:\monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Confidential

MC_00000047

26. All windows to contain an approved equivalent of 1" thick clear insulated heat strengthened radiant Low E Insulating Glass (Viracon 1" VRE-54/Crystal Gray Inboard Insulating). Made up as follows: ¼" VRE-54 /T 2, ½" (13.2mm) airspace, ¼" (6mm) Crystal Gray. The insulated Spandrel glass will have a ceramic frit on the 2nd surface.

27. At non-operable spandrel glass windows as per ILA's proposed sketches B-SKA-21 and B-SKA-22 Demising Wall Between Apartment @ Spandrel to have a minimum of 3" rigid thick mineral fiber insulation pass the air cavity in between mullions at regular spandrels, and taped to metal panels at recessed spandrels, followed by a 1-1/2" thick continuous mineral fiber inboard of mullions with foil facing. The system shall include galvanized metal back-pan vapor barrier within the exterior portion of the façade as per drawings. This Manufacturer understands his responsibility for the design and supply of a window system that meets the thermal performance as per spec section 084413 and that thermal performance must be achieved without the use of batt insulation at the interior partition. This Manufacturer understands that the thermal design is not limited to the above listed sketches and ultimately must conform to the specification.  If the Manufacturer wishes to propose a different assembly than what shown in the sketches and contract drawings, the alternate must be submitted with thermal analysis calculations and dew point analysis to demonstrate conformance with specifications.

28. Furnish all Terrace/Patio swing doors for this job.  The terrace doors will be will be out- swing heavy duty closure type door. The current count is forty-two (42) pieces of terrace type units. Hardware to be determined and furnished by this Manufacturer as an integral part of door assembly. Terrace door shall be rated AW-50 per AAMA. The structural resistance to corner racking shall be tested by the Dual Movement Load Test as per spec division 084413-31. The door hardware shall be this manufactures standard hardware with a lever to match the window and can be locked from the inside, with a keyed outside. Provide heavy duty closers on doors. The door weathering shall be a dense, semi-rigid polymeric material. The door bottom rail will be weathered with an EPDM blade gasket sweep strip applied with concealed fasteners.

29. Operable Sash hardware. Sash and frame corner shall be reinforced and joined mechanically or by welding. Casement windows: Operating devices to be Sobinco Handel Series No 4000-217 or approved equal, mounted to the interior of the sash without exposed fasteners, or approved equal as used with performance mock up test. Operating hardware shall be heavy duty butt hinges (minimum 2 per vent), combined lever handle and cam latch, and concealed multi-point operated by a single lever handle. Hardware shall prevent window movement due to wind and must comply with NYC Building code opening force requirements as per section 28.2-1008.1.2.3.

30. Manufacturer will provide hinges of sufficient strength and lifting blocks as required to assure air tight performance of the operable casements for all sizes of casements indicated on the contract drawings for the full usable live of the system per specifications.

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09-27-2012 LOI Furnish Windows Scope of Work A .doc

Confidential

MC_00000048

31. Furnish three (3) individual storefront type doors at the 5th floor terrace and the 15th floor east and west terraces (farm terrace and common terrace). Hardware to be determined and furnished by this Manufacturer as an integral part of door assembly. Doors to have deadlocks mortised maximum security type, solid stainless steel lever handles, surface mounted exit device, keyed cylinders, thumb-turn inside cylinders of cast aluminum alloy.

32. Furnish all doors fully weather stripped with hardware containing handles and locking mechanisms, crash chains (must be provided) and limit stops. The door sash and frame is to be adequately reinforced to accept limit stops, magnetic lock mechanisms (at new residential doors) and crash chains as required. Include sills/thresholds and saddles at all terrace and balcony doors.

33. This Manufacturer to furnish all interior threshold transition metal work required in order to complete a smooth transition of the wood floor to the door saddle. This Manufacturer is to furnish all necessary architectural metal work required that (except customized components) to cover exposed fasteners, clips, etc. at glazed window wall to floor installations.

34. This Manufacturer includes all structural shapes, miscellaneous metals, clips, angles, girts and subgirts, etc. required for the attachment and support of his work to the concrete Superstructure Contractors scope of work. Anchors and inserts shall be furnished and delivered to the Concrete Superstructure Contractor for installation based on complete engineering and layout drawings prepared by this Manufacturer and approved by the Architect/Engineer. Failure to provide such items or information at such time, as required so as not to delay the progress of the concrete superstructure work will not relieve this Manufacturer of the responsibility of the proper installation of his work. This Manufacturer to spot-check the confirmed locations of imbedded items prior to the pouring of concrete. All slab edge details to be mutually designed and agreed upon. All details indicate window anchors; however, there are some cases where the window frame is a considerable distance from the structure. This Manufacturer is responsible to furnish a complete anchorage system for all project conditions. All engineering for this system is to be included in the contract price.

35. Furnish two (2) combination fixed window louver units for each roof bulkhead.

36. This Manufacturer to make provisions on the window wall system to receive marketing banners as shown in A-561 dated 07/26/12 for Parcel B. Provision to be made for up to 24 banners.

37. It is understood that Building "A" will lag approximately 1 month behind Building "B", but that both buildings will be constructed concurrently. Manufacturer agrees to provide sufficient material to jobsite for both floors to be erected at a pace of two floors per week or as requested by Construction Manager.

Contractor   Subcontractor

S:\Monadnock\project management\Hunter's Point\A - LOIA 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Confidential

MC_00000049

38. This Manufacturer has agreed to manufacture a sufficient amount of overrun extrusions for all types of windows in the event that damages occur during the construction of the project. If new glazed window sections are required, manufacturing time will be reduced since the material is at hand. This manufacturer is responsible to provide and maintain adequate and available amount of material to repair and or replace units during the course of the project.

39. Furnish fifty-two (52) additional hardware sets/packages for all window units. Include six (6) additional sets of window gasketing for each type of window application.

40. Furnish up to twelve (12) dozen cans of spray touch up paint for all aluminum window frame installations.

41. This Manufacturer includes all costs for off site storage and staging. The Construction Manager has noted that all materials should be fabricated well in advance of installation. Any off-site storage costs are included in the contract sum. ~~UP TO 3 MONTHS~~ *Pt stamps*

42. Immediately upon notice of award, this Manufacturer is to furnish the following for approval:
    a. Provide a detailed progress schedule, including a projected cash flow schedule.
    b. Provide a proposed list of shop drawings and submittals indicating submittal dates and quantity of shop drawings anticipated.
    c. List of proposed subcontractors and vendors (preliminary list to be submitted during Scope meeting)
    d. Production & delivery schedules for all items and equipment as well as identification of long lead items.
    e. Trade payment breakdown
    f. ~~Performance and Payment Bonds, Fabrication Bond~~ MATERIAL SUPPLY BOND
    g. Name and resume of Manufacturers key personnel and project manager that will be assigned to the project.

43. All frames at the "Center Blvd." elevation will be fabricated to accept the segmented arc installation. This type of fabrication will also occur at all areas where 90 degree angles are exceeded. Vertical mullions must be cut at the appropriate angle to ensure a snug fit.

44. This Manufacturer shall submit a schedule (s) conforming to the Construction Managers schedule, indicating the estimated time required for all items and phases of work including but not limited to: shop drawings, purchasing, and fabrication. At periodic intervals and, as requested by the Construction Manager, these schedules shall be updated and resubmitted to the Construction Manager.
    a. Superstructure Concrete to commence on or about the 2nd quarter of 2013.
    b. This Manufacturer to be 6 floors below the Superstructure Contractor.
    c. Project completion 4th quarter of 2014 to 1st quarter of 2015

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor   Subcontractor

Confidential

MC_00000050

45. This Manufacturer will commence with shop drawings for the performance and visual mock up. Preparation of drawings is expected to take no longer than six (6) weeks for performance mock up and no longer than four (4) weeks for visual mock up from the date of this contract award.

46. This Manufacturers Bid shall include all insurance Values in the Bid Price. Manufacturer to also include a break out value to be deducted if the job becomes a Wrap up CCIP Project. (Deduct Alternate NO.1). This bid must include Insurance in the proposal number.

47. If this job becomes a CCIP project; this Manufacturer must enroll immediately in the program and follow the guidelines detailed in the CCIP Manual.

48. The scope of work for this contract shall also include all notes, scope questions and answers from scope meeting conducted on June, 2012 and Contract Buy in September 2012.

49. This Manufacturer must refer to all contract documents in order to determine and ascertain the full scope of work.

50. This Manufacturer includes in its Contract price all trucking to and from the site in a manner that is compatible with the Teamsters Union requirements.

51. Proposal and Window system must comply with the design intent of the drawings and meet the performance specifications that are given. However; we will consider alternate details, materials, and methods of fabrication provided that the design is achieved and the proposal complies with project scope terms. Include a description of any alternate details where they are the basis of your proposal.

52. Price should be for furnishing only to job site in New York, including all fees and transportation.

53. This Manufacturer to provide a factory installed metal "clip", ground or locations in frame to attach to all inactive/blank-off louvers. Clip/ground to be around the perimeter of the louver panels in order to receive gypsum board, installation of board by others.

54. This manufacturer understands and acknowledges that this project has a PTAC unit attaching to their window system. This manufacturer will furnish a 2" insulated metal panel sandwich with the appropriate size sleeve cut out factory made. The metal panel will have a closure piece on 4 sides and at the sill a factory installed drip sill to assure proper drainage of the PTAC condensate to the exterior of the window/louver system. This manufacturer will provide a neoprene of other watertight gasket system attached to the flange that will serve as a vibration isolator. Manufacturer acknowledges that while sleeve and equipment within will be supported by framing installed by others, there will

Confidential

be some weight placed on the panel/window assembly by the PTAC and entire assembly and gaskets must be designed to withstand that weight. This manufacturer to provide coordinated shop drawings.

55. This manufacturer understands and acknowledges that this project has a horizontal exhaust system attaching to their window system. This manufacturer will also furnish at the TX louver location a 2" insulated metal panel sandwich similar to PTAC louver location. The fabricator will cross reference the coordinates of the approved duct work shop drawings for the exact locations of the metal panel cut out. Currently it is anticipated that this fabrication will provide a square or round hole size TBD. The criteria for weather and noise proofing in this location will be the same as at the PTAC units describe in #54.

56. This Manufacturer is responsible to coordinate with the window Installer on all materials, inspections, and engineering required for a complete window wall system per the design drawings intent. Manufacturer represents that they have reviewed the proposed Scope of Work for the Installer and that all items required for a complete installation are covered. Any and all components of the system that are required for a complete installation are the responsibility of both the manufacturer and installer and will be provided at no additional cost to the owner.

57. The Manufacturer acknowledges that they will review and coordinate means and methods and quality control of Installer, and will perform on-site inspections periodically and as needed to assure quality control. If any performance issues with the system arise during the specified warrantee period manufacturer will work with installer to jointly provide a timely solution and repair at no additional cost to the Owner, regardless of whether the issue is caused by a fabrication or installation defect.

58. This Manufacturer to furnish architectural fins in sizes, shapes, colors, and quantities as shown on drawings. Fins to be fabricated as part of the window assembly, shipped separately. Manufacturer to provide a watertight seal at fin penetrations and engineering calculations for attachments that demonstrate compliance with wind loads per RWDI study.

59. This Manufacturer to provide an Add Alternate (NO.2) to furnish and engineer the aluminum "trees" as shown on the Architectural drawings form the ground floor to the 7th floor including all engineering of supports to meet the design intent. The attachments must be coordinated with the operable vents and window framing. This Manufacturer shall coordinate with the installer of the "trees" for installation sequence, delivery and required materials for installation.

60. If Construction Manager elects not to accept Add Alt NO.2, Manufacturer includes in contract price all details and modifications required for a watertight penetration for the tree anchorages. Manufacturer will also include structural calculations as required if any part of the tree assembly is anchored to the window system.

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor   Subcontractor

Confidential

MC_00000052

61. The Manufacturer will hold harmless the Owner, Construction Manager and all related entities from any future or present copyright or patent infringement or similar claims relating to the product to be installed on this project. In the event that a restraining order or any similar legal notice from another manufacturer is received, this Manufacturer will proceed with fabrication and delivery without any delay and will assume any and all resulting legal costs to the Owner, CM and related entities.

62. This Manufacturer is responsible for all goods until such time they are delivered and under the care, custody and control of the Owner and Contractor.

63. This contract is based upon the attached drawings list dated 09/20/12.


## ALTERNATES

### ADD ALTERNATES
Add Alternate NO.1
Furnish Metal Cladding System for Bulkhead and a louver system for the water tank.

Add $ _TBD_

Add Alternate NO.2
Cost to furnish and engineer the aluminum "trees" from the ground floor to the 7th floor as shown on Architectural drawings.

Add $ 1,183,000 $^{00}$

Add Alternate NO. 3
Furnish glass and metal railings

Add $ _TBD_

#### Items Discussed at the Window Buy Meeting on 09/21/12

1. Performance mock-up will be part of Contract and built in Florida for all to view. Glasswall has included $5,000.00 dollars to fly people to Miami for this. If the mock-up has to be sent to New York there will be additional costs for trucking and reinstallation in New York. A location needs to be arranged by the owner.

2. Slab Edge clearance will change from 3" inches currently on the drawings to 5". This fabricator acknowledges that the columns are not moving. They can/will make their system work in approximately 2 to 3 inches of clear space which will now be the clearance in Parcel A and 5 inches in Parcel B.

3. Shop Drawing and Meeting Field Visits: There will be a minimum of three (3) New York City shop drawing working sessions. Further the fabricator acknowledges that they will attend job meetings and make field visits to check on insert locations as well as job installation progress. There will be no set number of visits rather the requirement to do whatever is required for a successful installation.

11 of 16

S:\Mohadnoo\project management\Hunter's Point\A - LODA 09 27 2012 LOI Furnish Windows Scope of Work A .doc

| Contractor | Subcontractor |

4. Structural Issues: Fabricator has all mullion reinforcing required to make window system work as per all testing/model requirements. Additionally the fabricator has all hardware, bolts, etc. (except shims) required to install this product.

5. All window insulation is included as per ILA's sketches B-SKA-21 and B-SKA-22SK Demising Wall Between Apartment @ Spandrel and discussed at 9/21/12 meeting.

6. This fabricator has all window hardware included, include additional sets. Further they warrant they have all NYC Department of Health approvals for their limit shop hardware as per the guidelines and requirements of that department.

7. Interior: This fabricator includes all interior head and sill window trim. Further the window trim at the sill to cover the gas line is adjustable +/- ½.

8. This fabricator understands and acknowledges that the owner does not want the ground floor window system installed and wants to start on the second floor. The fabricator has agreed that they can provide a revised system to make this happen in like to current system at no additional cost.

9. This fabricator has acknowledged that they will provide fastening point locations for field installed drywall metal framing to attach to. After which the CM will submit a drawing complying with the manufactures fastening locations and proceed with installation based on manufactures approval.

10. Trees: The current contract does not include the furnish and install of the trees but it does include engineering of the tree system as well as any and all reinforcing of the current window mullion system required in order to make tree attachment possible.

11. Storage and delivery issues were discussed and this manufacture believes there will not be any issues and they will comply if required with any Union delivery protocol.

12. Comebacks where acknowledged as complete panels. At the crane tie back arms the fabricator suggest trying to install the back steel above the slab in order to allow the window panel to be installed. The CM will try to make this happen but repeated that there is no guarantee we will be allowed to do so.

13. Additional Material: Fabricator acknowledges that they will order sufficient extrusion metals, louvers, etc. so as not to cause shortages or delays to the fabrication and delivery schedule of this job. This also includes all glass in various types and sizes. Further at the end of the Project the fabricator will turn over to the owner all glass that has been ordered for the job and not used. At that time the owner/CM will determine if the glass is wanted and if not, the fabricator will dispose of same.

Contractor   Subcontractor   S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Confidential

MC_00000054

14. Firesafing this system currently needs to be fire smoke sealed from the top. This causes the sequence to be smoke sealed and then install next window panel thus possibly creating same coordination issues at the time the mock-up is tested all parties agree that further investigation will be coordinated to see if there are alternate methods available to accomplish the same end result.

15. Final adjustments will be made in the factory to all operable systems minor adjustment in the field will be accomplished in the field. This manufacturer agrees to train and show our people how to make minor field adjustments.

16. Final Acceptance Warranty: Glasswall will issue all warranties in like or better than the current IBA required warranty. Additionally paper copies will be provided for all owner required agencies. Further to this is Glasswall's guarantee that they will be onsite to ensure the installer installs the Glasswall System to their current high standards so as to avoid finger pointing issues later on.

**ADDITIONAL SCOPE ITEMS:**

1   The items described <u>below</u> are specific safety items. This Contractor shall also follow Contract Rider #1 Article 4.3 Safety Precautions and Procedures as it pertains to this job.

    a.  ~~Contractor to remove and reinstall any temporary fencing, barricades etc. required for the installation the installation of their work.~~

    b.  ~~This Contractor shall provide safe pedestrian passage at all times during the performance of the Contractor's work.~~ 

    c.  ~~This Contractors workers will be required to wear body harnesses and to tie off when working on the perimeter of the building.~~

    d.  ~~This Contractor shall observe all NYC site safety rules, OSHA requirements, Chapter 33 Local Law 5, and all necessary bylaws, DOT Regulations and NYC Building Code. Any violation of these laws caused by the contractor shall be remedied immediately. Construction Manager shall notify contractor in writing of safety violations. If this Contractor does not take corrective action within 24 hours the Construction Manager shall remedy the violations at the Contractor's expense. This Contractor shall start no earlier than 7:00am. If there are any fines, penalties or assessments incurred by the Construction Manager or owner due to the Contractor, then the Contractor shall bear all costs, fines and penalties.~~ 

2   This Contractor includes in its Contract price all trucking to and from the site in a manner that is compatible with the Teamsters Union.

3   ~~The Construction Manager reserves the right to request the dismisal of any representative or worker of this Contractor, who by the Construction Managers determination is detrimental to the project.~~

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor   Subcontractor

Confidential

MC_00000055

*[Handwritten note, left margin:]* THIS STAYS IN AS WE HAVE CRANE TIE BACK → ARMS! HOIST OPENING!

4   This Contractor shall not perform any extra or unit price work without prior notification and written approval from the Construction Manager. Any extra work performed without such notification and written approval shall not be reimbursed.

5   ~~This Contractor will include performing "out-of-sequence" work required by Construction Manager to permit coordination of Construction Manager's work with others.~~ *[circled, marked TB]*

6   If this Contractor is required or chooses to work overtime to maintain the project schedule due to delays caused by this Contractor, any and all costs relating to personnel required by union jurisdiction (i.e. standby electricians, plumbers, laborers, etc.) will be charged back to this Contractors contract amount. This Contractor shall, at no additional cost to the Construction Manager or owner, immediately commence to whatever additional overtime and/or weekend (subject to CM obtaining weekend permits) work required to bring its work back on the schedule approved by the Construction Manager.

7   ~~This Contractor has visited the site and is aware of the existing conditions and accepts it "as is". Work involving adjacent properties must be closely coordinated with the Construction Manager. Storage of materials, location of shanties, workman breaks, etc., shall be limited only to the construction area. Parking of vehicles on job site or in roadways fronting the site will not be permitted.~~ *[marked TB]*

8   This Contractor scope of work shall be furnished in accordance with the drawings and specifications prepared by the Architect and or Engineers for the project. Any deviation from said drawings and specifications shall require written approval from the Owner, Architect and / or Engineers and Construction Manager. Any corrective work required as a result of unapproved deviations shall be charged to this Contractor.

9   ~~Construction Manager and owner will not be responsible for loss or damages to any of this Contractor's tools, equipment or stored materials by any cause.~~ *[marked TB]*

10   ~~Should a question of union jurisdiction arise, this Contractor will immediately take steps to settle such disputes and will provide labor as may be determined to have jurisdiction. This Contractor will be responsible for any delays and resulting damages to the Owner and / or the Construction Manager caused by union jurisdiction disputes and will advise the Construction Manager immediately of any disputes experienced or anticipated. This Contractor shall perform all work with union personnel having jurisdiction including composite crews of workers from different unions if required.~~ *[marked TB]*

11   ~~This Contractor is to notify the Construction Manager three (3) working days in advance if he is unable to commence work because of interference of other trades or due to designated areas that are not acceptable and require that Construction Manager to correct the situation or deficiencies before this trade commences work.~~ *[marked TB]*

12   ~~This Contractor includes all costs for offsite storage and staging, if necessary.~~

13   ~~This Contractor shall be responsible for damage caused by its own personnel (or any of his subcontractor's, vendors, etc.) to the adjacent areas of construction, properties or utilities. Any disturbance or impairment resulting directly or indirectly from this Contractors work shall be immediately restored, repaired or replaced to the satisfaction of the Construction Manager and without additional cost to the Construction Manager or Owner. Refusal by this Contractor to correct the damaged work within three days after notice from the Construction Manager will necessitate correction by others with all related costs charged to this Contractor.~~ *[marked TB]*

*[Handwritten note, left margin:]* MANUFACTURER WILL STORE MATERIAL IN THEIR FACTORY AT NO COST TO OWNER OR CM

F:\monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor    Subcontractor

Confidential

14 This Contractor is responsible for keeping his field personnel supplied with up to date design drawings and the latest copies of shop drawings approved by the Design Team.

15 This Contractor shall correct, repair or replace, as deemed necessary by the Construction Manager and/or Design Team, any items, defects, damages or faults in the work performed by this Contractor, and make good any damage to other work caused by the correction of such defects, at this Contractor's own cost and expense.

16 All deliveries of material shall be coordinated with the Construction Manager giving at least 48 hours advance notice.

## GENERAL NOTES:

A   All shop drawings, samples submittals, affidavits etc. as required. This Contractor will provide six (6) copies of required shop drawings, samples, Specifications and any other requirements for submittals of any materials and equipment provided and installed for the completion of this contract.

B   All inspections, signoffs, permits, and fees during the course of the contract are the responsibility of this Manufacturer. This Manufacturer to supply Construction Manager with all necessary certificates of Approval required for Certificate of Occupancy.

C   This Contractor price includes all escalation costs for labor and material for the duration of this project.

D   ~~This Contractor shall perform any other services not otherwise included in this agreement, without additional cost to the Contract sum, if reasonably required in the Construction Manager's judgment and or inferred from the Contract Documents, to fully complete the work in accordance with the plans and specifications for the project~~   *B/C

E   ~~This Contractor will submit in writing to the Construction Manager's field office, no later than 12:00 p.m. (noon) of each workday, an accurate manpower count. In addition, this Contractor will include a brief description of the work and where it is being performed.~~   *B M

F.   ~~This Manufacturer shall be responsible for the damage caused by its own personnel any of this Manufacturers, Sub-Subcontractors, suppliers, vendors, etc.) to existing construction, equipment, fixtures, finishes, finish surfaces, adjacent areas of construction, utilities, or adjoining properties,~~   *B/C

G.   All controlled testing and inspection requirements, required by the Contract Documents, Owner code, law, regulations or agencies will be arranged for and paid for by the Owner. This Manufacturer is to cooperate with the testing agencies for all inspections required to be performed whether in the shop and or plant. This Manufacturer shall notify the Construction Manager in advance of items being

S:\Monadnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Contractor   Subcontractor

Confidential

MC_00000057

ready to be inspected and shall schedule inspections as required. If this does occur this Manufacturer will be responsible for any and all costs associated with a different means of testing procedures that may be utilized to ensure proper construction procedures.

H.   All materials permanently installed in the project are New York State Sales Tax Exempt.

End of Rider

S:\Mcmddnock\project management\Hunter's Point\A - LOI\A 09 27 2012 LOI Furnish Windows Scope of Work A .doc

Confidential

**Monadnock Construction, Inc.**
**Subcontract Rider 6, Compliance Requirements**

Subcontractors of every tier may be required to provide compliance documents if and when such documents are requested by the General Contractor, Owner and/or any Federal, City or State Agency.



Confidential

MC_00000059