# EXHIBIT 9

# HUNTER'S POINT SOUTH
## 1-50 50th Avenue Queens, NY

# PARCEL "A"
### MONADNOCK CONSTRUCTION, INC.
### 03/14/2013

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| | **HUNTERS POINT SOUTH - PARCEL A** | 601 | Feb-01-13 A | Jun-01-15 | Feb-01-13 | |
| | **EXCAVATION/FOUNDATION** | 112 | Feb-01-13 A | Jul-10-13 | Feb-01-13 | |
| A1 | Project Start | 0 | Feb-01-13 A | | Feb-01-13 | |
| A12 | Start Excavation/Foundation/Piles | 0 | Feb-01-13 A | | | |
| A120 | Jet Drive - Drive Index Piles | 1 | Feb-01-13 A | Feb-01-13 A | Feb-01-13 | Feb-01-13 |
| A125 | Drilling Reaction Piles | 3 | Feb-05-13 A | Feb-08-13 A | Feb-05-13 | Feb-08-13 |
| A2 | Excavation & Removal | 28 | Feb-05-13 A | Mar-12-13 | Feb-05-13 | |
| A130 | Grout Test Pile #1 | 1 | Feb-08-13 A | Feb-08-13 A | Feb-08-13 | Feb-08-13 |
| A175 | Drilling Piles | 20 | Feb-11-13 A | Mar-06-13 A | Feb-11-13 | Mar-06-13 |
| A140 | Mounting Load Frame TP#1/Drilling Production | 3 | Feb-11-13 A | Feb-13-13 A | Feb-11-13 | Feb-13-13 |
| A1302 | Grout Test Pile #2 | 1 | Feb-12-13 A | Feb-12-13 A | Feb-12-13 | Feb-12-13 |
| A1304 | Grout Test Pile #3 | 1 | Feb-13-13 A | Feb-13-13 A | Feb-13-13 | Feb-13-13 |
| A145 | Test Pile #1 | 1 | Feb-15-13 A | Feb-15-13 A | Feb-15-13 | Feb-15-13 |
| A150 | Dismantle/Mounting Load Frame TP#2/Drilling Production | 4 | Feb-18-13 A | Feb-21-13 A | Feb-18-13 | Feb-21-13 |
| A155 | Test Pile #2 | 1 | Feb-22-13 A | Feb-22-13 A | Feb-22-13 | Feb-22-13 |
| A160 | Dismantle/Mounting Load Frame TP#3/Drilling Production | 4 | Feb-25-13 A | Feb-28-13 A | Feb-25-13 | Feb-28-13 |
| A165 | Test Pile #3 | 1 | Feb-26-13 A | Feb-28-13 A | Feb-26-13 | Feb-28-13 |
| A170 | Jet Drive - Driving Production Piles | 15 | Mar-01-13 A | Mar-21-13 | Mar-01-13 | |
| A241 | Cores and Pits | 25 | Mar-04-13* | Apr-05-13 | | |
| A22 | Concrete Pile Caps | 28 | Mar-18-13* | Apr-24-13 | | |
| A24 | Concrete Grade Beams | 28 | Apr-15-13 | May-22-13 | | |
| A3 | Underground Plumbing | 20 | May-20-13 | Jun-17-13 | | |
| A4 | Underground Electric | 20 | May-20-13 | Jun-17-13 | | |
| A44 | Install Vapor Barrier | 20 | May-23-13 | Jun-20-13 | | |
| A5 | Slab on Grade | 30 | May-29-13 | Jul-10-13 | | |
| A6 | Erect Tower Crane | 10 | Jun-26-13 | Jul-10-13 | | |
| A65 | Foundations Complete | 0 | | Jul-01-13* | | |
| | **CONCRETE SUPERSTRUCTURE** | 134 | Jul-08-13 | Jan-15-14 | | |
| A17 | Start Superstructure | 0 | Jul-08-13* | | | |
| | **FLOORS 2 TO 5** | 28 | Jul-08-13 | Aug-14-13 | | |
| A701 | 2nd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 10 | Jul-08-13* | Jul-19-13 | | |
| A711 | 3rd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 10 | Jul-17-13 | Jul-30-13 | | |
| A721 | 4th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 10 | Jul-26-13 | Aug-08-13 | | |
| A722 | 5th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 7 | Aug-06-13 | Aug-14-13 | | |
| | **FLOORS 6 TO 12** | 27 | Aug-15-13 | Sep-23-13 | | |
| A81 | 6th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 5 | Aug-15-13 | Aug-21-13 | | |
| A811 | 7th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 5 | Aug-22-13 | Aug-28-13 | | |
| A812 | 8th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 4 | Aug-29-13 | Sep-04-13 | | |
| A813 | 9th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 4 | Sep-05-13 | Sep-10-13 | | |
| A814 | 10th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Sep-11-13 | Sep-13-13 | | |
| A815 | 11th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Sep-16-13 | Sep-18-13 | | |
| A9 | 12th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Sep-19-13 | Sep-23-13 | | |
| | **FLOORS 13 TO 14** | 8 | Sep-24-13 | Oct-03-13 | | |
| AA91 | 13th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 5 | Sep-24-13 | Sep-30-13 | | |
| AA92 | 14th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Oct-01-13 | Oct-03-13 | | |
| | **FLOORS 15 TO 37** | 52 | Oct-04-13 | Dec-18-13 | | |
| AA11 | 15th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Oct-04-13 | Oct-07-13 | | |
| AA112 | 16th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-08-13 | Oct-09-13 | | |
| AA113 | 17th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-10-13 | Oct-11-13 | | |
| AA114 | 18th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-14-13 | Oct-15-13 | | |
| AA115 | 19th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-16-13 | Oct-17-13 | | |
| AA116 | 20th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-18-13 | Oct-21-13 | | |
| AA117 | 21st Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-22-13 | Oct-23-13 | | |
| AA118 | 22nd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Oct-24-13 | Oct-25-13 | | |
| AA119 | 23rd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-28-13 | Oct-29-13 | | |
| AA120 | 24th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Oct-30-13 | Oct-31-13 | | |
| AA121 | 25th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-01-13 | Nov-04-13 | | |
| AA122 | 26th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-05-13 | Nov-06-13 | | |
| AA123 | 27th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-07-13 | Nov-08-13 | | |
| AA124 | 28th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-11-13 | Nov-12-13 | | |
| AA125 | 29th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-13-13 | Nov-14-13 | | |
| AA126 | 30th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-15-13 | Nov-18-13 | | |
| AA127 | 31th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Nov-19-13 | Nov-20-13 | | |
| AA128 | 32nd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Nov-21-13 | Nov-22-13 | | |
| AA129 | 33rd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Nov-25-13 | Nov-27-13 | | |
| AA130 | 34th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 5 | Dec-02-13 | Dec-06-13 | | |
| AA131 | 35th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Dec-09-13 | Dec-11-13 | | |
| AA132 | 36th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Dec-12-13 | Dec-16-13 | | |
| AA93 | 37th Floor | 2 | Dec-17-13 | Dec-18-13 | | |
| | **ROOF & BULKHEAD** | 19 | Dec-19-13 | Jan-15-14 | | |
| AA12 | Roof Deck | 3 | Dec-19-13 | Dec-23-13 | | |
| AA13 | Bulkhead Structure | 3 | Dec-24-13 | Dec-27-13 | | |

Legend: Secondary Baseline — Actual Work — Remaining Work — Critical Remaining Work ◆ Milestone ▽ Summary

Page 1 of 4

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| AA1305 | Clean Up & Removals | 3 | Dec-30-13 | Jan-01-14 | | |
| AA133 | Crane Removal | 10 | Jan-02-14 | Jan-15-14 | | |
| AA139 | Finish Superstructure | 0 | | Jan-15-14 | | |
| **WINDOWS** | | **260** | **Aug-29-13** | **Sep-02-14** | | |
| W201 | 2nd Floor Ship/Deliver | 6 | Aug-29-13* | Sep-06-13 | | |
| W2011 | 3rd Floor Ship/Deliver | 6 | Sep-09-13 | Sep-16-13 | | |
| W206 | 4th Floor Ship/Deliver | 6 | Sep-17-13 | Sep-24-13 | | |
| W202 | 2nd Floor Install | 7 | Sep-24-13* | Oct-02-13 | | |
| W208 | 5th Floor Ship/Deliver | 6 | Sep-25-13 | Oct-02-13 | | |
| W205 | 3rd Floor Install | 7 | Oct-01-13 | Oct-09-13 | | |
| W210 | 6th Floor Ship/Deliver | 6 | Oct-03-13 | Oct-10-13 | | |
| W207 | 4th Floor Install | 7 | Oct-10-13 | Oct-18-13 | | |
| W212 | 7th Floor Ship/Deliver | 6 | Oct-11-13 | Oct-18-13 | | |
| W209 | 5th Floor Install | 7 | Oct-21-13 | Oct-29-13 | | |
| W214 | 8th Floor Ship/Deliver | 6 | Oct-21-13 | Oct-28-13 | | |
| W216 | 9th Floor Ship/Deliver | 6 | Oct-29-13 | Nov-05-13 | | |
| W211 | 6th Floor Install | 7 | Oct-30-13 | Nov-07-13 | | |
| W218 | 10th Floor Ship/Deliver | 6 | Nov-06-13 | Nov-13-13 | | |
| W213 | 7th Floor Install | 7 | Nov-08-13 | Nov-18-13 | | |
| W220 | 11th Floor Ship/Deliver | 6 | Nov-14-13 | Nov-21-13 | | |
| W215 | 8th Floor Install | 7 | Nov-19-13 | Nov-27-13 | | |
| W222 | 12th Floor Ship/Deliver | 6 | Nov-22-13 | Dec-03-13 | | |
| W217 | 9th Floor Install | 7 | Dec-02-13 | Dec-10-13 | | |
| W224 | 13th Floor Ship/Deliver | 4 | Dec-04-13 | Dec-09-13 | | |
| W226 | 14th Floor Ship/Deliver | 4 | Dec-10-13 | Dec-13-13 | | |
| W219 | 10th Floor Install | 7 | Dec-11-13 | Dec-19-13 | | |
| W228 | 15th Floor Ship/Deliver | 3 | Dec-16-13 | Dec-18-13 | | |
| W230 | 16th Floor Ship/Deliver | 3 | Dec-19-13 | Dec-23-13 | | |
| W221 | 11th Floor Install | 7 | Dec-20-13 | Dec-31-13 | | |
| W232 | 17th Floor Ship/Deliver | 3 | Dec-24-13 | Dec-27-13 | | |
| W234 | 18th Floor Ship/Deliver | 3 | Dec-30-13 | Jan-01-14 | | |
| W223 | 12th Floor Install | 7 | Jan-01-14 | Jan-09-14 | | |
| W236 | 19th Floor Ship/Deliver | 3 | Jan-02-14 | Jan-06-14 | | |
| W238 | 20th Floor Ship/Deliver | 3 | Jan-07-14 | Jan-09-14 | | |
| W225 | 13th Floor Install | 7 | Jan-10-14 | Jan-20-14 | | |
| W240 | 21st Floor Ship/Deliver | 3 | Jan-10-14 | Jan-14-14 | | |
| W242 | 22nd Floor Ship/Deliver | 3 | Jan-15-14 | Jan-17-14 | | |
| W244 | 23rd Floor Ship/Deliver | 3 | Jan-20-14 | Jan-22-14 | | |
| W227 | 14th Floor Install | 3 | Jan-21-14 | Jan-23-14 | | |
| W246 | 24th Floor Ship/Deliver | 3 | Jan-23-14 | Jan-27-14 | | |
| W283 | Come Back at Crane Tie Back | 5 | Jan-23-14 | Jan-29-14 | | |
| W229 | 15th Floor Install | 3 | Jan-24-14 | Jan-28-14 | | |
| W248 | 25th Floor Ship/Deliver | 3 | Jan-28-14 | Jan-30-14 | | |
| W231 | 16th Floor Install | 3 | Jan-29-14 | Jan-31-14 | | |
| W250 | 26th Floor Ship/Deliver | 3 | Jan-31-14 | Feb-04-14 | | |
| W233 | 17th Floor Install | 3 | Feb-03-14 | Feb-05-14 | | |
| W252 | 27th Floor Ship/Deliver | 3 | Feb-05-14 | Feb-07-14 | | |
| W235 | 18th Floor Install | 3 | Feb-06-14 | Feb-10-14 | | |
| W254 | 28th Floor Ship/Deliver | 3 | Feb-10-14 | Feb-12-14 | | |
| W237 | 19th Floor Install | 3 | Feb-11-14 | Feb-13-14 | | |
| W256 | 29th Floor Ship/Deliver | 3 | Feb-13-14 | Feb-17-14 | | |
| W239 | 20th Floor Install | 3 | Feb-14-14 | Feb-18-14 | | |
| W258 | 30th Floor Ship/Deliver | 3 | Feb-18-14 | Feb-20-14 | | |
| W241 | 21st Floor Install | 3 | Feb-19-14 | Feb-21-14 | | |
| W260 | 31st Floor Ship/Deliver | 3 | Feb-21-14 | Feb-25-14 | | |
| W243 | 22nd Floor Install | 3 | Feb-24-14 | Feb-26-14 | | |
| W262 | 32nd Floor Ship/Deliver | 3 | Feb-26-14 | Feb-28-14 | | |
| W245 | 23rd Floor Install | 3 | Feb-27-14 | Mar-03-14 | | |
| W264 | 33rd Floor Ship/Deliver | 3 | Mar-03-14 | Mar-05-14 | | |
| W247 | 24th Floor Install | 3 | Mar-04-14 | Mar-06-14 | | |
| W266 | 34th Floor Ship/Deliver | 3 | Mar-06-14 | Mar-10-14 | | |
| W249 | 25th Floor Install | 3 | Mar-07-14 | Mar-11-14 | | |
| W268 | 35th Floor Ship/Deliver | 3 | Mar-11-14 | Mar-13-14 | | |
| W251 | 26th Floor Install | 2 | Mar-12-14 | Mar-13-14 | | |
| W253 | 27th Floor Install | 2 | Mar-14-14 | Mar-17-14 | | |
| W270 | 36th Floor Ship/Deliver | 3 | Mar-14-14 | Mar-18-14 | | |
| W255 | 28th Floor Install | 2 | Mar-18-14 | Mar-19-14 | | |
| W272 | 37th Floor Ship/Deliver | 3 | Mar-19-14 | Mar-21-14 | | |
| W257 | 29th Floor Install | 2 | Mar-20-14 | Mar-21-14 | | |
| W259 | 30th Floor Install | 2 | Mar-24-14 | Mar-25-14 | | |
| W261 | 31st Floor Install | 2 | Mar-26-14 | Mar-27-14 | | |
| W263 | 32nd Floor Install | 2 | Mar-28-14 | Mar-31-14 | | |
| W265 | 33rd Floor Install | 2 | Apr-01-14 | Apr-02-14 | | |
| W267 | 34th Floor Install | 2 | Apr-03-14 | Apr-04-14 | | |
| W269 | 35th Floor Install | 2 | Apr-07-14 | Apr-08-14 | | |
| W271 | 36th Floor Install | 2 | Apr-09-14 | Apr-10-14 | | |
| W273 | 37th Floor Install | 2 | Apr-11-14 | Apr-14-14 | | |

Legend: Secondary Baseline | Actual Work | Remaining Work | Critical Remaining Work | ◆ Milestone | Summary

Confidential                                                                                                                                                              MC_00000137



| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| W293 | Hoist Run Install Windows Left Out | 15 | Aug-13-14 | Sep-02-14 | | |
| **CONSTRUCTION** | | 450 | Jul-15-13 | Apr-09-15 | | |
| AA14 | Carpentery Temporary Protection | 192 | Jul-15-13 | Apr-14-14 | | |
| AA15 | Install Standpipe | 133 | Jul-15-13 | Jan-21-14 | | |
| AA16 | Erect Material & Personnel Hoist @ 5th Fl. | 5 | Aug-15-13 | Aug-21-13 | | |
| AA17 | Install HVAC Horizontal Duct | 81 | Aug-15-13 | Dec-10-13 | | |
| AA18 | Install FA System | 255 | Aug-22-13 | Aug-19-14 | | |
| AA19 | MEP Risers | 162 | Aug-29-13 | Apr-17-14 | | |
| AA161 | Erect Material & Personnel Hoist #2 | 5 | Sep-06-13 | Sep-12-13 | | |
| AA21 | Kadex 1st Coat | 165 | Oct-08-13 | May-29-14 | | |
| AA22 | Install Plumbing Gas Risers | 163 | Oct-23-13 | Jun-11-14 | | |
| AA41 | Install Heat Cabs ( PTAC Sleeves) & Roughing | 163 | Oct-30-13 | Jun-18-14 | | |
| AA32 | Const Model Apartments | 144 | Nov-01-13* | May-26-14 | | |
| AA33 | Complete Mechanical Systems | 154 | Nov-01-13 | Jun-09-14 | | |
| AA43 | BX/Wiring | 163 | Nov-25-13 | Jul-14-14 | | |
| AA65 | Erect Storefronts 50th Ave | 18 | Dec-02-13* | Dec-26-13 | | |
| AA171 | Install HVAC Vertical Duct | 81 | Dec-11-13 | Apr-03-14 | | |
| AA45 | Flanking | 164 | Dec-26-13 | Aug-12-14 | | |
| AA651 | Erect Storefronts Center Blvd. | 18 | Dec-27-13 | Jan-21-14 | | |
| AA55 | Float Floors | 164 | Jan-01-14* | Aug-18-14 | | |
| AA46 | Caulking | 165 | Jan-02-14 | Aug-20-14 | | |
| AA56 | Kitchen Flrs & Bath Flrs & Walls Tile | 164 | Jan-08-14 | Aug-25-14 | | |
| AA35 | Install Main Roof | 51 | Jan-13-14 | Mar-24-14 | | |
| AA652 | Erect Storefronts 2nd Street | 18 | Jan-22-14 | Feb-14-14 | | |
| AA49 | Kadex Finish Coat | 164 | Feb-06-14 | Sep-23-14 | | |
| AA31 | Mechanical Equipment @ Roof | 83 | Feb-14-14* | Jun-10-14 | | |
| AA655 | Install Sidewalks / Silva Cells on Center Blvd. | 12 | Feb-17-14 | Mar-04-14 | | |
| AA66 | Install Sidewalks/Silva Cells on 2nd Street | 12 | Mar-05-14 | Mar-20-14 | | |
| AA58 | Install Appliances | 164 | Mar-17-14* | Oct-30-14 | | |
| AA53 | Prime Walls & Ceilings | 164 | Mar-20-14 | Nov-04-14 | | |
| AA665 | Install Sidewalks/ Silva Cells on 51st Ave | 12 | Mar-21-14 | Apr-07-14 | | |
| AA59 | Plumbing Fixtures, trim, Etc. . | 162 | Mar-24-14 | Nov-04-14 | | |
| AA36 | Install Misc. Iron Rails, Etc.. | 88 | Mar-25-14 | Jul-24-14 | | |
| AA54 | Install Light Fixtures & Devices | 164 | Apr-03-14 | Nov-18-14 | | |
| AA675 | Install Sidewalks/ Silva Cells on 50th Ave | 12 | Apr-08-14 | Apr-23-14 | | |
| AA60 | Install Kitchen & Vanity Tops | 162 | Apr-14-14 | Nov-25-14 | | |
| AA632 | Plumb HVAC Trim | 162 | Apr-29-14* | Dec-10-14 | | |
| AA63 | 1st Finish Coat of Paint | 162 | May-01-14* | Dec-12-14 | | |
| AA64 | Install VCT & Wood Flooring / Trim | 162 | May-15-14 | Dec-26-14 | | |
| AA37 | Install Mechanical System Trim | 85 | Jul-25-14 | Nov-20-14 | | |
| AA162 | Hoist removal #1 | 5 | Jul-30-14 | Aug-05-14 | | |
| AA1621 | Hoist Removal #2 | 5 | Aug-06-14 | Aug-12-14 | | |
| **APARTMENT FRAMING AND DRYWALL** | | 261 | Oct-03-13 | Oct-07-14 | | |
| AA412 | Install Top track | 5 | Oct-03-13 | Oct-09-13 | | |
| AA42 | Drywall Framing / Welded Frames | 164 | Nov-06-13 | Jun-26-14 | | |
| AA44 | Install Drywall/ Knockdown Frames | 163 | Dec-11-13 | Jul-28-14 | | |
| AA47 | Fire Taping | 165 | Jan-09-14 | Aug-27-14 | | |
| AA48 | Constructu Gyp. Board Ceiling & Soffits | 164 | Jan-23-14 | Sep-09-14 | | |
| AA50 | Tape & Spackle | 164 | Feb-20-14 | Oct-07-14 | | |
| **FINISH CARPENTRY** | | 231 | Jan-22-14 | Dec-10-14 | | |
| AA57 | Kitchen Cabs & Bath Vanities | 164 | Jan-22-14 | Sep-08-14 | | |
| AA51 | Install Wood Doors | 164 | Mar-06-14 | Oct-21-14 | | |
| AA52 | Install HM Doors & all HW | 164 | Mar-13-14 | Oct-28-14 | | |
| AA62 | Install Med Cabs | 162 | Apr-29-14* | Dec-10-14 | | |
| **ELEVATOR** | | 386 | Oct-14-13 | Apr-09-15 | | |
| AA23 | Temporary Roof @ 15th Floor | 5 | Oct-14-13 | Oct-18-13 | | |
| AA24 | Elevator Construction / Erect Rails Low-Rise | 66 | Oct-21-13 | Jan-23-14 | | |
| AA25 | Dry-In/ Elevator Machine Room/Power @ Low-Rise | 11 | Oct-21-13 | Nov-04-13 | | |
| AA26 | Construct Elevators-Shaft & Car (Low Rise) | 100 | Nov-05-13 | Mar-27-14 | | |
| AA27 | Complete Elevator #1 & # 2 ( Low Rise) | 102 | Nov-05-13 | Mar-31-14 | | |
| AA30 | Elevator Construction / Erect Rails Hi-Rise Floors 1 to 15 | 66 | Nov-08-13* | Feb-12-14 | | |
| AA29 | Temporary Roof @ 30th Floor | 5 | Nov-22-13 | Dec-02-13 | | |
| AA302 | Elevator Construction / Erect Rails Hi-Rise Floors 16 to 30 | 33 | Dec-03-13 | Jan-17-14 | | |
| AA34 | Dry-In/ Elevator Machine Room/ Power@Hi-Rise | 10 | Dec-30-13 | Jan-10-14 | | |
| AA28 | Complete Elevator #3 ( Low Rise) | 103 | Jan-03-14 | May-27-14 | | |
| AA39 | Complete Elevator #1 & #2 Hi Rise | 77 | Jan-13-14 | Apr-29-14 | | |
| AA40 | Complete Elevator #3 Hi Rise | 77 | Jan-13-14 | Apr-29-14 | | |
| AA38 | Construct Elevator Shaft & Car (Hi-Rise) | 100 | Nov-21-14 | Apr-09-15 | | |
| **LOBBY CONSTRUCTION** | | 130 | Dec-02-13 | Jun-02-14 | | |
| AA698 | Start Lobby | 0 | Dec-02-13* | | | |
| AA699 | MEP Equipment | 10 | Dec-02-13 | Dec-13-13 | | |
| AA7001 | Install Duct Work | 10 | Dec-16-13 | Dec-30-13 | | |
| AA7002 | Plumbing Roughing | 5 | Dec-31-13 | Jan-06-14 | | |
| AA7005 | Layout&Approval | 1 | Jan-01-14 | Jan-01-14 | | |
| AA7006 | Blockwork | 5 | Jan-02-14 | Jan-08-14 | | |
| AA7003 | Install Sprinkler Mains (Loop) | 4 | Jan-07-14 | Jan-10-14 | | |
| AA7007 | Framing & Welded Frame Installation | 5 | Jan-09-14 | Jan-15-14 | | |

Secondary Baseline | Actual Work | Remaining Work | Critical Remaining Work | ◆ Milestone | Summary



Confidential                                                                                                                     MC_00000139