# EXHIBIT 10







## HUNTER'S POINT SOUTH

# PARCEL "B "

MONADNOCK CONSTRUCTION, INC.

## 1-55 Borden Avenue Queens, NY

03/14/2013

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| **HUNTERS POINT SOUTH - PARCEL B** | | 517 | Feb-25-13 A | Feb-25-15 | Feb-25-13 | |
| **Excavation / Foundation** | | 87 | Feb-25-13 A | Jun-26-13 | Feb-25-13 | |
| A1 | Project Start | 0 | Feb-25-13 A | | Feb-25-13 | |
| A1314 | Excavation & Removal | 10 | Feb-25-13 A | Mar-08-13 | Feb-25-13 | |
| A175 | Drilling Piles | 40 | Feb-25-13 A | Apr-19-13 | Feb-25-13 | |
| A10 | Mobilization | 3 | Feb-25-13 A | Feb-27-13 A | Feb-25-13 | Feb-27-13 |
| A11 | Start Excavation/Foundation/Piles | 0 | Feb-26-13 A | | Feb-26-13 | |
| A22 | Concrete Pile Caps | 25 | Apr-22-13 | May-24-13 | | |
| A24 | Concrete Grade Beams | 25 | Apr-22-13 | May-24-13 | | |
| A3 | Underground Plumbing | 36 | Apr-29-13 | Jun-18-13 | | |
| A4 | Underground Electric | 36 | Apr-29-13 | Jun-18-13 | | |
| A44 | Install Vapor Barrier | 0 | May-28-13 | May-28-13 | | |
| A241 | Cores and Pits | 20 | May-28-13* | Jun-24-13 | | |
| A5 | Slab on Grade | 12 | Jun-10-13* | Jun-25-13 | | |
| A6 | Erect Tower Crane | 5 | Jun-20-13* | Jun-26-13 | | |
| A65 | Foundations Complete | 0 | | Jun-26-13* | | |
| **Concrete Superstructure** | | 96 | Jun-27-13 | Nov-11-13 | | |
| A17 | Start Concrete Superstructure | 0 | Jun-27-13* | | | |
| A700 | Mobilization | 5 | Jun-27-13 | Jul-03-13 | | |
| **Floors 2 to 5** | | 16 | Jul-05-13 | Jul-26-13 | | |
| A701 | 2nd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 7 | Jul-05-13 | Jul-15-13 | | |
| A711 | 3rd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 4 | Jul-16-13 | Jul-19-13 | | |
| A721 | 4th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Jul-22-13 | Jul-24-13 | | |
| A722 | 5th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Jul-25-13 | Jul-26-13 | | |
| **Floors 6 to 32** | | 61 | Jul-29-13 | Oct-22-13 | | |
| A81 | 6th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Jul-29-13 | Jul-30-13 | | |
| A811 | 7th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Jul-31-13 | Aug-01-13 | | |
| A812 | 8th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 3 | Aug-02-13 | Aug-06-13 | | |
| A813 | 9th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeves | 2 | Aug-07-13 | Aug-08-13 | | |
| A814 | 10th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Aug-09-13 | Aug-13-13 | | |
| A815 | 11th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Aug-14-13 | Aug-15-13 | | |
| A9 | 12th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Aug-16-13 | Aug-19-13 | | |
| A91 | 13th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Aug-20-13 | Aug-21-13 | | |
| A92 | 14th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Aug-22-13 | Aug-26-13 | | |
| AA11 | 15th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Aug-27-13 | Aug-28-13 | | |
| AA112 | 16th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Aug-29-13 | Aug-30-13 | | |
| AA113 | 17th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-03-13 | Sep-04-13 | | |
| AA114 | 18th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-05-13 | Sep-06-13 | | |
| AA115 | 19th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-09-13 | Sep-10-13 | | |
| AA116 | 20th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-11-13 | Sep-12-13 | | |
| AA117 | 21th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-13-13 | Sep-16-13 | | |
| AA118 | 22nd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-17-13 | Sep-18-13 | | |
| AA119 | 23rd Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-19-13 | Sep-20-13 | | |
| AA120 | 24th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-23-13 | Sep-24-13 | | |
| AA121 | 25th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-25-13 | Sep-26-13 | | |
| AA122 | 26th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Sep-27-13 | Sep-30-13 | | |
| AA123 | 27th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Oct-01-13 | Oct-02-13 | | |
| AA124 | 28th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 2 | Oct-03-13 | Oct-04-13 | | |
| AA125 | 29th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 4 | Oct-07-13 | Oct-10-13 | | |
| AA126 | 30th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Oct-11-13 | Oct-15-13 | | |
| AA127 | 31th Floor Super Structure Frame/ Pour Deck/Install Conduits Sleeve | 3 | Oct-16-13 | Oct-18-13 | | |
| AA93 | 32th Floor | 2 | Oct-21-13 | Oct-22-13 | | |
| **Roof & Bulkhead** | | 14 | Oct-23-13 | Nov-11-13 | | |
| AA12 | Roof Deck | 3 | Oct-23-13 | Oct-25-13 | | |
| AA13 | EMR + EROOF | 6 | Oct-24-13 | Oct-31-13 | | |
| AA133 | Crane Removal | 10 | Oct-29-13 | Nov-11-13 | | |
| AA1305 | Clean Up & Removals | 5 | Oct-29-13 | Nov-04-13 | | |
| AA139 | Finish Superstructure | 0 | | Nov-11-13 | | |
| **Windows B** | | 268 | Aug-07-13 | Aug-21-14 | | |
| A49 | 2nd Floor Ship/Deliver | 3 | Aug-07-13* | Aug-09-13 | | |
| A4904 | 3rd Floor Ship/Deliver | 3 | Aug-12-13 | Aug-14-13 | | |
| A4906 | 4th Floor Ship/Deliver | 3 | Aug-15-13 | Aug-19-13 | | |
| A501 | 2nd Floor Install | 3 | Aug-20-13* | Aug-22-13 | | |
| A531 | 5th Floor Ship/Deliver | 3 | Aug-20-13 | Aug-22-13 | | |
| A511 | 3rd Floor Install | 3 | Aug-21-13 | Aug-23-13 | | |
| A541 | 6th Floor Ship/Deliver | 3 | Aug-23-13 | Aug-27-13 | | |
| A522 | 4th Floor Install | 3 | Aug-26-13 | Aug-28-13 | | |
| A552 | 7th Floor Ship/Deliver | 3 | Aug-28-13 | Aug-30-13 | | |
| A532 | 5th Floor Install | 3 | Aug-29-13 | Sep-03-13 | | |
| A572 | 8th Floor Ship/Deliver | 3 | Sep-03-13 | Sep-05-13 | | |
| A542 | 6th Floor Install | 3 | Sep-04-13 | Sep-06-13 | | |

Feb-25-15, HUNTERS POINT SOUTH - PARCEL B
Jun-26-13, Excavation / Foundation
Nov-11-13, Concrete Superstructure
Jul-26-13, Floors 2 to 5
Oct-22-13, Floors 6 to 32
Nov-11-13, Roof & Bulkhead
Aug-21-14, Windows B

Secondary Baseline | Actual Work | Remaining Work | Critical Remaining Work | ◆ Milestone | Summary

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| A592 | 9th Floor Ship/Deliver | 3 | Sep-06-13 | Sep-10-13 | | |
| A562 | 7th Floor Install | 3 | Sep-09-13 | Sep-11-13 | | |
| A612 | 10th Floor Ship/Deliver | 3 | Sep-11-13 | Sep-13-13 | | |
| A582 | 8th Floor Install | 3 | Sep-12-13 | Sep-16-13 | | |
| A632 | 11th Floor Ship/Deliver | 3 | Sep-16-13 | Sep-18-13 | | |
| A602 | 9th Floor Install | 3 | Sep-17-13 | Sep-19-13 | | |
| A652 | 12th Floor Ship/Deliver | 3 | Sep-19-13 | Sep-23-13 | | |
| A622 | 10th Floor Install | 3 | Sep-20-13 | Sep-24-13 | | |
| A672 | 13th Floor Ship/Deliver | 3 | Sep-24-13 | Sep-26-13 | | |
| A642 | 11th Floor Install | 3 | Sep-25-13 | Sep-27-13 | | |
| A692 | 14th Floor Ship/Deliver | 3 | Sep-27-13 | Oct-01-13 | | |
| A662 | 12th Floor Install | 3 | Sep-30-13 | Oct-02-13 | | |
| A712 | 15th Floor Ship/Deliver | 3 | Oct-02-13 | Oct-04-13 | | |
| A682 | 13th Floor Install | 3 | Oct-03-13 | Oct-07-13 | | |
| A732 | 16th Floor Ship/Deliver | 3 | Oct-07-13 | Oct-09-13 | | |
| A702 | 14th Floor Install | 3 | Oct-08-13 | Oct-10-13 | | |
| A752 | 17th Floor Ship/Deliver | 3 | Oct-10-13 | Oct-14-13 | | |
| A7121 | 15th Floor Install | 3 | Oct-11-13 | Oct-15-13 | | |
| A742 | 16th Floor Install | 3 | Oct-16-13 | Oct-18-13 | | |
| A762 | 17th Floor Install | 3 | Oct-21-13 | Oct-23-13 | | |
| A772 | 18th Floor Ship/Deliver | 3 | Oct-24-13 | Oct-28-13 | | |
| A782 | 18th Floor Install | 2 | Oct-29-13 | Oct-30-13 | | |
| A792 | 19th Floor Ship/Deliver | 3 | Oct-29-13 | Oct-31-13 | | |
| A802 | 19th Floor Install | 2 | Nov-01-13 | Nov-04-13 | | |
| A821 | 20th Floor Ship/Deliver | 3 | Nov-01-13 | Nov-05-13 | | |
| A822 | 20th Floor Install | 2 | Nov-06-13 | Nov-07-13 | | |
| A832 | 21st Floor Ship/Deliver | 3 | Nov-06-13 | Nov-08-13 | | |
| A842 | 21st Floor Install | 2 | Nov-11-13 | Nov-12-13 | | |
| A852 | 22nd Floor Ship/Deliver | 3 | Nov-11-13 | Nov-13-13 | | |
| A862 | 22nd Floor Install | 2 | Nov-14-13 | Nov-15-13 | | |
| A872 | 23rd Floor Ship/Deliver | 3 | Nov-14-13 | Nov-18-13 | | |
| A882 | 23rd Floor Install | 2 | Nov-19-13 | Nov-20-13 | | |
| A892 | 24th Floor Ship/Deliver | 3 | Nov-19-13 | Nov-21-13 | | |
| W283 | Come Back at Crane Tie Back | 5 | Nov-19-13 | Nov-25-13 | | |
| A902 | 24th Floor Install | 2 | Nov-22-13 | Nov-25-13 | | |
| A912 | 25th Floor Ship/Deliver | 3 | Nov-22-13 | Nov-26-13 | | |
| A922 | 25th Floor Install | 2 | Nov-27-13 | Dec-02-13 | | |
| A932 | 26th Floor Ship/Deliver | 3 | Nov-27-13 | Dec-03-13 | | |
| A942 | 26th Floor Install | 2 | Dec-04-13 | Dec-05-13 | | |
| A952 | 27th Floor Ship/Deliver | 3 | Dec-04-13 | Dec-06-13 | | |
| A962 | 27th Floor Install | 2 | Dec-09-13 | Dec-10-13 | | |
| A972 | 28th Floor Ship/Deliver | 3 | Dec-09-13 | Dec-11-13 | | |
| A982 | 28th Floor Install | 2 | Dec-12-13 | Dec-13-13 | | |
| A992 | 29th Floor Ship/Deliver | 3 | Dec-12-13 | Dec-16-13 | | |
| A993 | 29th Floor Install | 2 | Dec-17-13 | Dec-18-13 | | |
| A994 | 30th Floor Ship/Deliver | 3 | Dec-17-13 | Dec-19-13 | | |
| A995 | 30th Floor Install | 2 | Dec-20-13 | Dec-23-13 | | |
| A9961 | 31st Floor Ship/Deliver | 3 | Dec-20-13 | Dec-24-13 | | |
| A9962 | 31st Floor Install | 2 | Dec-26-13 | Dec-27-13 | | |
| A9965 | 32nd Floor Ship/Deliver | 3 | Dec-26-13 | Dec-30-13 | | |
| A9966 | 32nd Floor Install | 2 | Dec-31-13 | Jan-01-14 | | |
| W293 | Hoist Run Install | 15 | Aug-01-14 | Aug-21-14 | | |
| **Construction** | | 331 | Jul-12-13 | Oct-23-14 | | |
| AA14 | Carpentery Temporary Protection | 120 | Jul-12-13 | Jan-01-14 | | |
| AA15 | Install Standpipe | 73 | Jul-16-13 | Oct-25-13 | | |
| AA16 | Erect Material & Personnel Hoist @ 5th Fl. | 5 | Jul-25-13 | Jul-31-13 | | |
| AA17 | Install HVAC Horizontal Duct | 45 | Aug-09-13 | Oct-11-13 | | |
| AA18 | Install FA System | 190 | Aug-16-13 | May-14-14 | | |
| AA19 | MEP Risers | 118 | Aug-19-13 | Feb-04-14 | | |
| AA21 | Kadex 1st Coat | 98 | Sep-06-13 | Jan-24-14 | | |
| AA22 | Install Plumbing Gas Risers | 98 | Sep-20-13 | Feb-07-14 | | |
| AA41 | Install Heat Cabs ( PTAC Sleeves) & Roughing | 101 | Sep-20-13 | Feb-12-14 | | |
| AA33 | Complete Mechanical Systems | 117 | Oct-07-13* | Mar-21-14 | | |
| AA43 | BX/Wiring | 101 | Oct-11-13 | Mar-05-14 | | |
| AA171 | Install HVAC Vertical Duct | 44 | Oct-14-13 | Dec-16-13 | | |
| AA65 | Erect Storefronts | 50 | Oct-21-13* | Jan-01-14 | | |
| AA45 | Flanking | 101 | Nov-08-13 | Apr-02-14 | | |
| AA31 | Mechanical Equipment @ Roof | 59 | Nov-14-13* | Feb-07-14 | | |
| AA46 | Caulking | 101 | Nov-15-13 | Apr-09-14 | | |
| AA66 | Install Sidewalks on Borden Avenue | 5 | Dec-16-13* | Dec-20-13 | | |
| AA49 | Kadex Finish Coat | 101 | Dec-24-13 | May-14-14 | | |
| AA53 | Prime Walls & Ceilings | 103 | Feb-05-14 | Jun-27-14 | | |
| AA32 | Const Model Apartments | 91 | Feb-10-14* | Jun-16-14 | | |
| AA35 | Install Main Roof | 29 | Feb-10-14 | Mar-20-14 | | |
| AA54 | Install Light Fixtures & Devices | 103 | Mar-10-14 | Jul-30-14 | | |
| AA36 | Install Misc. Iron Rails, Etc.. | 67 | Mar-21-14 | Jun-23-14 | | |

Secondary Baseline | Actual Work | Remaining Work | Critical Remaining Work | ◆ Milestone | Summary

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| AA55 | Float Floors | 89 | Mar-24-14* | Jul-24-14 | | |
| AA56 | Kitchen Flrs & Bath Flrs & Walls Tile | 102 | Mar-31-14 | Aug-19-14 | | |
| AA67 | Install Sidewalks on 2nd Avenue | 5 | Apr-01-14* | Apr-07-14 | | |
| AA58 | Install Appliances | 104 | Apr-21-14 | Sep-11-14 | | |
| AA59 | Plumbing Fixtures, trim, Etc. . | 104 | Apr-28-14 | Sep-18-14 | | |
| AA60 | Install Kitchen & Vanity Tops | 103 | May-12-14 | Oct-01-14 | | |
| AA63 | 1st Finish Coat of Paint | 104 | May-12-14 | Oct-02-14 | | |
| AA61 | Install Appliances | 104 | May-26-14 | Oct-16-14 | | |
| AA64 | Install VCT & Wood Flooring / Trim | 103 | May-26-14 | Oct-15-14 | | |
| AA37 | Install Mechanical System Trim | 99 | May-28-14 | Oct-13-14 | | |
| AA161 | Hoist Removal | 5 | Jul-25-14* | Jul-31-14 | | |
| **APARTMENT FRAMING & DRYWALL** | | 212 | Aug-02-13 | May-30-14 | | |
| A1010 | Install Top Track | 5 | Aug-02-13* | Aug-08-13 | | |
| AA42 | Drywall Framing / Welded Frames | 101 | Sep-27-13 | Feb-19-14 | | |
| AA44 | Install Drywall/ Knockdown Frames | 101 | Oct-25-13 | Mar-19-14 | | |
| AA47 | Fire Taping | 101 | Nov-22-13 | Apr-16-14 | | |
| AA48 | Constructu Gyp. Board Ceiling & Soffits | 101 | Dec-10-13 | Apr-30-14 | | |
| AA50 | Tape & Spackle | 103 | Jan-08-14 | May-30-14 | | |
| **FINISH CARPENTRY** | | 197 | Jan-22-14 | Oct-23-14 | | |
| AA51 | Install Wood Doors | 103 | Jan-22-14 | Jun-13-14 | | |
| AA52 | Install HM Doors & all HW | 103 | Jan-29-14 | Jun-20-14 | | |
| AA57 | Kitchen Cabs & Bath Vanities | 102 | Apr-14-14 | Sep-02-14 | | |
| AA62 | Install Med Cabs/ Plumb & HVAC Trim | 104 | Jun-02-14 | Oct-23-14 | | |
| **ELEVATOR** | | 152 | Sep-13-13 | Apr-17-14 | | |
| AA23 | Temporary Roof @ 18th Floor | 5 | Sep-13-13 | Sep-19-13 | | |
| AA30 | Elevator Construction / Erect Rails | 64 | Sep-20-13 | Dec-20-13 | | |
| AA38 | Construct Elevator (Shaft & Car) | 118 | Oct-29-13 | Apr-15-14 | | |
| AA301 | Dry-In/ Elevator Machine Room/ Power@Hi-Rise | 9 | Nov-01-13 | Nov-13-13 | | |
| AA39 | Complete Elevator #1 & #2 ( Hi Rise) | 106 | Nov-14-13 | Apr-15-14 | | |
| AA40 | Complete Elevator #3 ( Hi Rise) | 108 | Nov-14-13 | Apr-17-14 | | |
| **Lobby Construction** | | 127 | Sep-24-13 | Mar-24-14 | | |
| AA70 | MEP Equipment | 9 | Sep-24-13 | Oct-04-13 | | |
| AA698 | Start Lobby | 0 | Sep-24-13* | | | |
| AA7001 | Install Duct Work | 9 | Oct-07-13 | Oct-17-13 | | |
| AA7002 | Plumbing Roughing | 5 | Oct-18-13 | Oct-24-13 | | |
| AA7003 | Install Sprinkler Mains (Loop) | 4 | Oct-25-13 | Oct-30-13 | | |
| AA7004 | Install Sprinkler Branches | 2 | Oct-31-13 | Nov-01-13 | | |
| AA7005 | Layout&Approval | 1 | Nov-04-13 | Nov-04-13 | | |
| AA7006 | Blockwork | 5 | Nov-05-13 | Nov-11-13 | | |
| AA7007 | Framing & Welded Frame Installation | 5 | Nov-12-13 | Nov-18-13 | | |
| AA7008 | Rat Patching/Fire Stopping/Signoff | 2 | Nov-19-13 | Nov-20-13 | | |
| AA7009 | BX/Boxing | 5 | Nov-21-13 | Nov-27-13 | | |
| AA7010 | Install Insulation | 2 | Dec-02-13 | Dec-03-13 | | |
| AA7011 | Install Sheet Rock | 5 | Dec-04-13 | Dec-10-13 | | |
| AA7012 | Fire Taping | 1 | Dec-11-13 | Dec-11-13 | | |
| AA7013 | Frame for Hung Ceilings & Soffits | 5 | Dec-12-13 | Dec-18-13 | | |
| AA7015 | Sheetrock Hung Ceilings & Soffits | 3 | Dec-19-13 | Dec-23-13 | | |
| AA7014 | Install Linear Diffuser | 3 | Dec-24-13 | Dec-27-13 | | |
| AA7016 | Canopy Rough | 5 | Dec-24-13 | Dec-31-13 | | |
| AA7017 | Install Swing &Revolving Doors | 3 | Jan-01-14 | Jan-03-14 | | |
| AA7018 | Taping | 3 | Jan-06-14 | Jan-08-14 | | |
| AA70160 | Canopy Finish | 5 | Jan-08-14 | Jan-14-14 | | |
| AA7019 | Priming | 2 | Jan-09-14 | Jan-10-14 | | |
| AA70191 | Install Tile Flooring | 9 | Jan-13-14 | Jan-23-14 | | |
| AA7020 | Install Devices/Light Fixtures | 7 | Jan-24-14 | Feb-03-14 | | |
| AA7021 | Install Mailbox Support | 3 | Feb-04-14 | Feb-06-14 | | |
| AA7022 | Install Woods Metal decorative Panels | 10 | Feb-04-14 | Feb-17-14 | | |
| AA7023 | Install Mailbox Shelf | 3 | Feb-18-14 | Feb-20-14 | | |
| AA7024 | Install Mailboxs | 3 | Feb-18-14 | Feb-20-14 | | |
| AA7025 | Millworking | 13 | Feb-21-14 | Mar-11-14 | | |
| AA7029 | Install Shelving & Caulking | 3 | Feb-21-14 | Feb-25-14 | | |
| AA7026 | Install Desks & Tops | 5 | Mar-12-14 | Mar-18-14 | | |
| AA7031 | Install Tile Base | 2 | Mar-12-14 | Mar-13-14 | | |
| AA7032 | Wall Covering | 2 | Mar-14-14 | Mar-17-14 | | |
| AA7033 | Turnover/ Finish Painting | 5 | Mar-14-14 | Mar-20-14 | | |
| AA7027 | Marble Saddles | 1 | Mar-19-14 | Mar-19-14 | | |
| AA7028 | Install Refigerators Package Room | 1 | Mar-20-14 | Mar-20-14 | | |
| AA7034 | Finish Cleaning | 2 | Mar-21-14 | Mar-24-14 | | |
| **Finishes** | | 232 | Nov-18-13 | Oct-10-14 | | |
| AA71 | 2nd Floor Amenities Spaces | 130 | Nov-18-13* | May-21-14 | | |
| AA72 | 29th Floor Amenities Spaces | 118 | Apr-07-14* | Sep-17-14 | | |
| AA73 | Remove Personnel Hoists | 12 | Apr-23-14 | May-08-14 | | |
| AA76 | Install Landscaping | 25 | May-05-14* | Jun-06-14 | | |
| AA74 | Install Wallpaper in Common Hallways | 55 | Jun-02-14* | Aug-15-14 | | |
| AA75 | Install Carpet | 55 | Jun-09-14* | Aug-22-14 | | |
| AA77 | Comission Mechanical Systems | 50 | Aug-04-14* | Oct-10-14 | | |

Secondary Baseline · Actual Work · Remaining Work · Critical Remaining Work · Milestone · Summary

| Activity ID | Activity Name | Original Duration | Start | Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|
| | **Project Complete** | 268 | Feb-17-14 | Feb-25-15 | | |
| AA79 | Punchlist/ Finish Coat of Painting | 180 | Feb-17-14* | Oct-24-14 | | |
| AA80 | 1st TCO Inspection - Flrs 1-8 | 1 | Jun-18-14 | Jun-18-14 | | |
| AA81 | Turnover Floors 1-4 Floors | 19 | Jun-25-14 | Jul-21-14 | | |
| AA82 | Turnover Floors 5-8 | 20 | Jul-22-14 | Aug-18-14 | | |
| AA83 | 2nd TCO-Flrs 9-15 | 1 | Aug-19-14* | Aug-19-14 | | |
| AA84 | Turnover Floors 9-15 | 29 | Aug-20-14 | Sep-29-14 | | |
| AA86 | 3rd TCO Flrs 16-32 | 1 | Sep-30-14* | Sep-30-14 | | |
| AA88 | Turnover Floors 16-32 | 35 | Oct-01-14* | Nov-18-14 | | |
| AA89 | Project Closeout | 40 | Nov-19-14 | Jan-13-15 | | |
| AA90 | Project Completition | 0 | | Feb-25-15* | | |

Secondary Baseline   Actual Work   Remaining Work   Critical Remaining Work ◆   ◆ Milestone   ▽▭▽ Summary

Confidential                                                                                                                                                    MC_00000143