# EXHIBIT 11

**From:** Glen Konig
**Sent:** Wednesday, April 03, 2013 12:13 PM
**To:** Federico Balestrazzi <fbalestrazzi@glasswall.com> (fbalestrazzi@glasswall.com); Armand Brunelle (Abrunelle@glasswall.com)
**CC:** Greg Bauso; Paul Colapinto; Andrew Baranello; Juliann Bergano (juliann.bergano@related.com); Rey J. Black AIA (Rey.Black@Related.com); 'Monterisi, Frank' (FMonterisi@Related.com) (FMonterisi@Related.com); Dan Bolohan x 415 (dbolohan@ilarch.com); mchadha@ilarch.com; Bob Puddicombe (RPuddicombe@Related.com)
**Subject:** HPS: Visual Mock-up Approval for PMU material release
**Attachments:** Parcel A VMU - Approval Release for PMU Material 04.03.13.pdf; Parcel B VMU - Approval Release for PMU Material 04.03.13.pdf; Revised Glass Types - 03.15.13 VMU.pdf

Federico and Armand,

As per the HPS Parcel A and Parcel B Visual Mock up review by Related, ILA, IBA, SHoP and Mondanock on 3/15 and by SHoP on 3/27, the design team approved the VMU.
Glasswall is hereby to release all glass, metal and sealant required to fabricate the performance mock up.  The final approval for the project material is pending a VMU review from Bruce Biel at Related.  Monadnock will advise when the travel arrangements for Bruce Biel are confirmed.

Please call with any questions,

**Glen Konig**
Project Manager
Cell: (917) 620-6172

**MONADNOCK CONSTRUCTION, INC.**

155 3rd Street Brooklyn, NY  11231
**Office:** 718-875-8160 x 262

Confidential
MC_00003648