# EXHIBIT 12

**From:** Andrew Baranello
**Sent:** Friday, May 31, 2013 8:13 AM
**To:** 'Federico Balestrazzi'
**CC:** Marco Broccardo; Glen Konig; Greg Bauso; Paul Colapinto
**Subject:** RE: Hunters Point South - Material Release

Federico

Whereas you might find my mid-July delivery ambitious, I will put a finer point on things for you. Here's what you can expect:

Parcel A:
Concrete Erection
- 2nd floor erection starts 7/17 – We need Halfin anchors enough to feed this cycle
- 3rd floor erection starts 7/30
- 4th floor erection starts 8/14
- 5th floor erection starts 8/28 – Delivery of windows should begin. Consumption will be a floor a week until 15 then 2 floors a week there following.
- 6th floor erection starts 9/12
- 7th floor erection starts 9/19
- 8th floor erection starts 9/26
- 9th floor erection starts 10/2
- 10th floor erection starts 10/8
- 11th floor erection starts 10/15
- 12th floor erection starts 10/21
- 13th floor erection starts 10/25
- 14th floor erection starts 11/1
- 15th floor erection starts 11/6
- Going forward from here a floor will be erected every two days. Two floors a week window consumption.

Parcel B:

- 2nd floor erection starts 7/30 – We need Halfin anchors enough to feed this cycle
- 3rd floor erection starts 8/8
- 4th floor erection starts 8/14
- 5th floor erection starts 8/19 – We are in a 2 day concrete cycle from here forward
- 6th floor erection starts 8/21
- 7th floor erection starts 8/23
- 8th floor erection starts 8/27
- 9th floor erection starts 8/29
- 10th floor erection starts 9/3
- 11th floor erection starts 9/5
- 12th floor erection starts 9/9
- 13th floor erection starts 9/11
- 14th floor erection starts 9/13 – First delivery of windows should arrive. 2 floors a week window consumption is scheduled.

These dates are NOT theoretical, they are our actual schedule dates.  Failure to feed the concrete cycle properly with anchors will result in substantial cost relating to delays, re-engineering and labor to drill in anchoring system, because the concrete operation will forge forward with or without your anchors on site.  Monadnock, nor their partners will absorb any of these costs.

The main purpose behind our visit and our recent discussions and correspondence is to give you ample notice to plan accordingly so that you can serve us as we need to be served.  Now is the time to plan and pull all of these resources together, while we have time to do so.

Let me know if you have any questions.


Andrew Baranello
Vice President,Project Executive

**MONADNOCK CONSTRUCTION, INC.**

155 3rd STREET  BROOKLYN, NY  11231
Main 347-916-0183 * Cell 347-236-8076
Direct 347-916-0187 Ext 272
WWW.MONCON.COM

---

**From:** Federico Balestrazzi [mailto:fbalestrazzi@glasswall.com]
**Sent:** Thursday, May 30, 2013 8:45 PM
**To:** Andrew Baranello
**Cc:** Marco Broccardo; Glen Konig; Greg Bauso; Paul Colapinto
**Subject:** Re: Hunters Point South - Material Release

Andrew
Today I have released the items with the longest lead time:
- Composite metal panels painted with custom colors (Parcel A and B)
- Custom hardware set for casement windows (Parcel A and B)
- louvers
I have also talked to Halfen for your midJuly delivery which we know is a little aggressive. I am working on splitting the release so maybe they can give me the first 2/3 floors for the date that you suggested. I will keep you posted.
Aluminum and Glass are next.

Federico

On May 30, 2013, at 8:24 PM, "Andrew Baranello" <abaranello@moncon.com> wrote:

> Federico:
>
> I imagine that pursuant to our discussions yesterday you have, by now, at least released materials for casements.

Confidential                                                                                     MC_00010590

Please confirm this for me and identify the following:

1. What was released, Aluminum, Glass, or both
2. Casements only or something else in addition.  If so what
3. What the lead time is for it to arrive in Glasswall to begin cutting and fabricating
4. Also advise as to the status of inserts pursuant to our correspondence and discussion today.

Thanks


Andrew Baranello
Vice President,Project Executive
<image001.png>
155 3rd STREET  BROOKLYN, NY  11231
Main 347-916-0183 * Cell 347-236-8076
Direct 347-916-0187 Ext 272
[WWW.MONCON.COM](WWW.MONCON.COM)

**Confidential**