# EXHIBIT 13

**From:** Paul Colapinto
**Sent:** Wednesday, July 17, 2013 4:30 PM
**To:** Federico Balestrazzi (fbalestrazzi@glasswall.com)
**CC:** Greg Bauso; Andrew Baranello; Glen Konig
**Subject:** Hunters Point South

**Importance:** High

Federico,

I called and left a message for you at your office and on your cell phone.  I was told today by Chad your PM and the AGC people that windows for the Hunters Point Job will not be delivered to NY on the agreed upon dates of 9/15 for Parcel B and 10/1 for Parcel A.  I am sure you can imagine how upset I am about this.  That said, you need to call me back so that we can set up a meeting here in NY with Glasswall (yourself and Chad) as well as others that we might request to meet with us at that time.  Prior to that meeting, I would like from Glasswall firm commitments with regards to new window delivery dates to the Hunters Point Project. These commitments will be the main topic of discussion at that meeting.

Paul Colapinto

**Confidential**                                                                                                                                         MC_00003739