# EXHIBIT 14

**From:** Federico Balestrazzi [fbalestrazzi@glasswall.com]
**Sent:** Wednesday, June 12, 2013 8:13 PM
**To:** Paul Colapinto
**CC:** Armand Brunelle; Greg Bauso; Andrew Baranello; 'Monterisi, Frank' (FMonterisi@Related.com); Bergano, Juliann; Glen Konig
**Subject:** Re: Hunters Point South Window Fabrication and Delivery

Paul

I have read it and I am in agreement with what you wrote.

Federico

On Jun 12, 2013, at 11:05 AM, "Paul Colapinto" <pcolapinto@moncon.com> wrote:

> Federico,
>
> This email will confirm our conversation from yesterday June 11, 2013 regarding window fabrication and delivery.
>
> We are willing to start accepting delivery of the Parcel B windows on Monday 9/16/13.  As you already know, we will be expecting a steady even supply of windows once delivery starts.
>
> With Regards to Parcel A, we are willing to start accepting delivery of the Parcel A windows the week of 10/1/13.  Again there needs to be an even uninterrupted supply of windows delivered to the site for Parcel A.
>
> Lastly as discussed, there can no longer be any excuses, delays, problems, miscommunication etc. on this project between both parties.  The buck stops at you right now and once production and delivery starts you will be assigning a Project Manager to help coordinate.
>
> Please email me back acknowledging this is what you and I discussed and that you are in agreement.  Thanks
>
> Paul Colapinto

Confidential