# EXHIBIT 17

**From:** Nick Lembo
**Sent:** Wednesday, July 31, 2013 8:40 PM
**To:** Greg Bauso
**Subject:** Re: Glasswall

Interested

On Jul 31, 2013, at 8:00 PM, "Greg Bauso" <Gbauso@moncon.com> wrote:

> It looks like I am flying down to Miami with Frank and Bruce next Thursday to try to straighten out a mess that has developed at Glasswall with the HPS windows. (ie yell at people). Bruce asked if you wanted to come along. Might be fun if just for a ride on the Related jet.
>
> Let me know if you have any interest or want more details.
>
> **From:** Monterisi, Frank [mailto:FMonterisi@Related.com]
> **Sent:** Wednesday, July 31, 2013 6:52 PM
> **To:** Beal, Bruce
> **Cc:** Bergano, Juliann; Veikos, Nick; Jones, Chad; Greg Bauso; Trovini, Michael
> **Subject:** FW: Glasswall
>
> Below is the history of window schedules on Hunter's Point from Colapinto.
>
> I asked Bauso to come by tomorrow to brief you on where everything stands with Glasswall. He said news he got today was not good. Basically the guys we struck the deal with last year are either in the hospital, shoved aside, gone or not that smart. And money isn't the issue. The owner of the company Ugo is stepping in to run things but that is the equivalent of Stephen stepping into Carleton's shoes to run Tesla. Sounds like what we really need is someone competent to step in and get things organized, so a potential solution is flooding their operation with people to help get things organized. Bauso has some ideas on how to make that happen.
>
> He said that they really do need windows by 10/1 because concrete will be at roughly the 16th floor for Parcel B and the 8th floor for Parcel A and if windows slip beyond then it will have an impact on the schedule. And you know Tommy isn't going to go slow.
>
> Frank J. Monterisi, Jr.
> Vice President
> Related Companies, L.P.
> 212-801-3511
> 917-226-8265
>
> **From:** Paul Colapinto [mailto:pcolapinto@moncon.com]
> **Sent:** Wednesday, July 31, 2013 6:41 PM
> **To:** Monterisi, Frank
> **Cc:** Greg Bauso; Andrew Baranello; Glen Konig
> **Subject:** Glasswall

Confidential                                                                                                                           MC_00043953

Frank

Per our Conversation:

Windows were bought on 9/21/12

Glasswalls Contract was sent to them on 1/3/13 and they returned it signed on 2/4/13.

On 3/15/13 Glasswall was sent the first requested delivery dates for windows as follows:

Parcel A:      Windows in NY on site 9/6/13
Parcel B:      Windows in NY on site 8/19/13

On May 8th Glasswall was advised of the following revision based on our Foundation Completion and Superstructure Start:

Parcel A:      Windows in NY on site 9/15/13
Parcel B:      Windows in NY on site 9/1/13

At or about the 3rd or 4th week of May, Andrew and Greg visited Glasswall to discuss problems we were hearing regarding the release of materials from Glasswall vendors for our windows.  Material Vendors were called and they all informed us that there were no real issues but no material was released or fabricated as yet.  Glasswall told us there were no issues with meeting our current window ship dates given to them on May 8th.

On June 6th at the Mockup Glasswall informed us they needed more time as they were having some issues on the Mock up but they also promised there were no issues with materials.

On June 12th I send Glasswall an email with the following schedule revisions based on their inability to make our dates.  These were to be the final revised agreed upon dates.

Parcel A:      Windows in NY on site week of 10/1/13
Parcel B:      Windows in NY on site 9/16/13

On June 28th Glasswall informs us of the Heat Soak Problem but states no issue with Production of windows as long as we resolve quickly.  We work to resolve issue by allowing glass to forgo the heat soak process.

The week of July 8th Glen from Monadnock goes to the AGC Glass factory to check on production and we find out the glass has not been released for production. And there are other glass issues still not resolved as well as the heat soak issue we thought was cleared up.  We were promised resolution the following week.

On July 17th or 18th a conference call takes place between Glasswall, AGC and Monadnock.  Again we wanted confirmation the glass issues have been resolved and

**Confidential**                                                                                                                      MC_00043954

firm delivery dates.  Glass issues are still unresolved.  Glasswall informs us they will get us this info ASAP.

On July 23 another conference call took place to again push resolution of glass issues and this is the first time progress is made on this.  But Glasswall informs they still can't give us firm delivery commitments.

On Monday 7/23 Firm Delivery commitment dates are promised to us by August 1st 2013.

<Related_Disclaimer.txt>

**Confidential**                                                                                                                                                                          MC_00043955