# EXHIBIT 18

# Law Offices of
# CLINTON D. FLAGG, P.A.

Clinton D. Flagg, Esq.
cflagg@flagg-law.com

John R. Buchholz, Esq.
jbuchholz@flagg-law.com

website: www.flagg-law.com

Please reply to

*NAPLES Office*

Miami office
Suite 1400, Dadeland Centre I
9155 South Dadeland Boulevard
Miami, Florida 33156
Telephone (305) 669-0506
Facsimile (305) 669-8980

Carol A. Fenello, Esq.
cfenello@flagg-law.com
of Counsel

Naples office
Suite 101, Poinciana Professional Park
2640 Golden Gate Parkway
Naples, Florida 34105
Telephone (239) 687-5015
Facsimile (239) 687-5018

# FAX TRANSMITTAL

Our File No. 05-004
Re: Case: Hunter Point Project / Glasswall

| DATE: | August 16, 2013 | |
|---|---|---|
| TO: | Mr. Greg Bauso<br>Monadnock Construction | FAX NO. (718) 802-1109 |
| FROM: | Clinton D. Flagg, Esq. | TEL NO (239) 687-5015 |

Number of pages, including this page: 3

| Message |
|---|
| Please see attached |

### Original will not be mailed

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U. S. Postal Service. We will reimburse you for postage. Thank you. postage. Thank you.

00116246.WPD;1

Confidential

Law Offices of
# CLINTON D. FLAGG, P.A.

Clinton D. Flagg, Esq.
cflagg@flagg-law.com

John R. Buchholz, Esq.
jbuchholz@flagg-law.com

Carol A. Fenello, Esq.
cfenello@flagg-law.com

website: www.flagg-law.com

Please reply to

*Naples Office*

<u>Miami office</u>
Suite 1400, Dadeland Centre I
9155 South Dadeland Boulevard
Miami, Florida 33156
Telephone (305) 669-0506
Facsimile (305) 669-8980

<u>Naples office</u>
Suite 101, Poinciana Professional Park
2640 Golden Gate Parkway
Naples, Florida 34105
Telephone (239) 687-5015
Facsimile (239) 687-5018

August 16, 2013

**VIA FACSIMILE - (718) 802-1109)**

Mr. Greg Bauso
Senior Vice President
Monadnock Construction, Inc.
155 3rd Street
Brooklyn, NY 11231

   Re: Glasswall, LLC
     Hunter Point Project
     Agreement between Monadnock Construction, Inc. and Glasswall
     dated January 3, 2013 for the Project Known as:
      HPS "Parcel A" A401 - 2007; Bond No. K08840295
      HPS "Parcel B" A401 - 2007; Bond No. K08840258
     Monadnock Construction, Inc. As Owner, Glasswall as Contractor,
     Westchester Fire Insurance Company As Surety
     <u>Our File No. 05-004</u>

Dear Mr. Bauso:

  Undersigned counsel represents Glasswall, LLC ("Glasswall") regarding the above-captioned matter. This will acknowledge receipt of your letter dated August 12, 2013 requesting that a conference be scheduled to discuss Glasswall's compliance with the above-referenced agreement. This will confirm that representatives of Glasswall, Monadnock and The Related Companies met on August 13, 2013 in Miami and discussed the project. This will confirm that Glasswall intends to comply with the agreement and is proceeding with production of the window assemblies forthwith. Completed window assemblies will be ready to ship to the project on September 1, 2013.

  As was discussed at the meeting, Glasswall's production has been significantly delayed by a series of circumstances partially outside of Glasswall's control (*i.e.*: choice of

00116091.WPD;1

**Confidential**   MC_00014240

Mr. Greg Bauso                                                        August 16, 2013
Hunters Point Project/Glasswall                                              Page 2

glass color, design details and performance testing.) Now that the delays have apparently been remedied, Glasswall will expedite production and delivery of the completed window assemblies forthwith such that Glasswall can comply with its contractual obligations with Monadnock.

Based on the meeting in Miami earlier this week, Glasswall does not believe that the meeting referenced in your letter is necessary or warranted.

Should you have any questions or comments concerning the foregoing, please do not hesitate to contact me.

                                                Very truly yours,

                                                CLINTON D. FLAGG

CDF/jmr

cc:   Charles Nielson, Nielson Hoover & Associates
      Frank Monterisi, The Related Companies
      Michael Trovini, The Related Companies
      Henry Missinale, Westchester Fire Insurance Company

00116091.WPD;1

Confidential                                                         MC_00014241

## Marie Addeo

| | |
|---|---|
| **From:** | Colingo, Alyson <Alyson.Colingo@related.com> |
| **Sent:** | Thursday, August 08, 2013 12:27 PM |
| **To:** | Marie Addeo |
| **Subject:** | got it |
| **Attachments:** | Related_Disclaimer.txt |


Teeth Whitening Secret that Angers Dentists!


or Dieting With This LEGAL Steroid



### Ugo Colombo
President at CMC Group Inc.
Miami/Fort Lauderdale Area | Construction

| | |
|---|---|
| Current | President at CMC Group Inc. |
| Education | University of Miami - School of Business |
| Connections | 221 connections |
| Websites | Personal Website |
| | Personal Website |
| | Company Website |

### Ugo Colombo's Experience

**President**
**CMC Group Inc.**
Privately Held; 11-50 employees; Construction industry
January 1987 – Present (26 years 8 months) | Miami/Fort Lauderdale Area
President

### Ugo Colombo's Languages

- French
- Italian
- Spanish

### Ugo Colombo's Skills & Expertise

Alyson Colingo
Related
60 Columbus Circle, 19th Floor
New York, NY 10023

1

**Confidential**                                                                                                                                   MC_00014242