# EXHIBIT 19

1



## Fax Transmittal

Date:

To: Ugo Colombo                Fax No. 305-638-5158

From: Nicholas Lembo           Fax No. 718-802-1109

Number of pages, including Transmittal: 3
If message is unclear, please contact sender at 718-875-8160.

155 3RD STREET, BROOKLYN, NY 11231 ■ TEL: 718-875-8160 ■ FAX: 718-802-1109 ■ WWW.MONCON.COM

Confidential

MC_00014367



September 16, 2013

**By FACSIMILE, EMAIL, and Courier with Proof of Delivery**

Glasswall, LLC
3550 N. W. 49th Street
Miami, Fl 33142
Attn: Mr. Ugo Colombo, Chairman

### NOTICE OF DEFAULT

Re: (a) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel B" (Bond No. K08840258) and, (b) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel A" (Bond No. K08840295)

Dear Mr. Colombo:

This letter shall serve as written notice of default for both of the above referenced agreements pursuant to article 7.2 thereof for failure to comply with article 9.3 production and shipment dates. Article 9.3 of the Parcel A agreement states:

> "Production start date to be on or about April 15, 2013 and Windows ready to ship to New York on September 1, 2013. With all possible speed, Manufacturer will diligently perform the work, and maintain men in sufficient numbers and materials and equipment in sufficient quantities to accomplish the rapid completion of the job."

Article 9.3 of the Parcel B agreement states:

> "Production start date to be on or about April 15, 2013 and Windows ready to ship to New York on July 1, 2013. With all possible speed, Manufacturer will diligently perform the work, and maintain men in sufficient numbers and materials and equipment in sufficient quantities to accomplish the rapid completion of the job."

Over the course of the last few months, we have conducted numerous inspections of Glasswall's production facilities in Miami to determine the state of production of the work required under the agreements. In our conversations with facilities' personnel, and thru our own observations, we question the ability, competency and willingness of Glasswall to meet its contractual obligations.

It was and is apparent to us that production has not commenced in a manner that would permit for the delivery of the window assemblies in the foreseeable future. We have asked for adequate assurances that Glasswall will comply with its contractual obligations to timely deliver the window wall assemblies to the project but Glasswall has been unresponsive to our concerns. We have frequently asked for a recovery, production and delivery schedule but have not received one to date.

Glasswall has repeatedly promised to commence production and delivery of the window wall assemblies but to date, not a single window assembly has been delivered to the projects. As recently as August 16, 2013, your attorney, Clinton D. Flagg, sent us a letter representing that "completed window assemblies" will be ready to ship by Glasswall to the project on September 1, 2013. September 1st came and went and no windows have been shipped to the Project. Glasswall's failure to meet its contractual obligations has impacted other aspects of our construction. Continued delays are causing us continued damage.

In accordance with article 7.2.1 you are directed to correct the default under article 9.3 within seven (7) working days by delivering the window assemblies as per your contract requirements.

Very truly yours,
Monadnock Construction, Inc.

By: _____
Nicholas Lembo, President.

cc: Henry Minissale, Westchester Fire Insurance Company/Ace USA
    Frank Monterisi, The Related Companies
    Michael Trovini, The Related Companies
    Clinton D. Flagg, Esq.
    Lawrence L. Flynn, Esq.

Case 1:16-cv-00420-ILG-VMS Document 112-25 Filed 04/23/18 Page 5 of 5 PageID #: 2949

P. 1

\* \* \* Personal Journal ( Sep. 16. 2013  3:25PM ) \* \* \*

1}
2}

(Manual print)

| ⟨ TX ⟩ Date | Time | Destination | Mode | TXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|
| Sep. 16. | 3:20PM | GLASSWALL | G3TESM | 0'57" | P. 3 | OK | | 9695 |

| ⟨ RX ⟩ Date | Time | Sender | Mode | RXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|

```
TX Count       018242                              RX Count       015012

#  : Batch             C : Confidential            $ : Transfer             P  : SEP Code
M  : Memory            L : Send later              @ : Forwarding           E  : ECM
S  : Standard          D : Detail                  F : Fine                 U  : Super Fine
)  : Reduction         H : Stored/D. Server        * : LAN-Fax              +  : Delivery
Q  : RX Notice Req.    A : RX Notice               ◈ : Mail                 ⟨·⟩: IP-FAX
☐  : Folder
```

Confidential                                                                                                    MC_00014370