# EXHIBIT 22



September 16, 2013

**By FACSIMILE, EMAIL, and Courier with Proof of Delivery**

Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA 18505-0525
Henry Minissale, claims

### PERFORMANCE BONDS SECTION 3.2 NOTICE

Re: (a) Performance Bond No. K08840258 dated February 11, 2013 regarding the project known as HPS "Parcel B" 1-55 Borden Avenue, Long Island City, New York and (b) Performance Bond No. K08840295 dated February 12, 2013 regarding the project known as HPS "Parcel A" 1-50 50th Avenue, Long Island City, New York.

Dear Mr. Minissale:

Enclosed herewith is a copy of a Notice of Default we sent Glasswall LLC earlier today. This letter shall serve as the notifications to Westchester Fire Insurance Company pursuant to section 3.2 of the above referenced Performance Bond No. K08840258 and Performance Bond No. K08840295 that Glasswall has been declared in default.

Please be guided accordingly

Very truly yours,
Monadnock Construction Inc.

By: _____
Nicholas Lembo, President.

cc: Ugo Colombo, Glasswall, LLC
    Frank Monterisi, The Related Companies
    Michael Trovini, The Related Companies
    Clinton D. Flagg, Esq.
    Lawrence L. Flynn, Esq.

155 3RD STREET, BROOKLYN, NY 11231   TEL: 718-875-8160   FAX: 718-802-1109   WWW.MONCON.COM

Confidential

MC_00014381



September 16, 2013

**By FACSIMILE, EMAIL, and Courier with Proof of Delivery**

Glasswall, LLC
3550 N. W. 49th Street
Miami, Fl 33142
Attn: Mr. Ugo Colombo, Chairman

### NOTICE OF DEFAULT

Re: (a) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel B" (Bond No. K08840258) and, (b) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel A" (Bond No. K08840295)

Dear Mr. Colombo:

This letter shall serve as written notice of default for both of the above referenced agreements pursuant to article 7.2 thereof for failure to comply with article 9.3 production and shipment dates. Article 9.3 of the Parcel A agreement states:

> "Production start date to be on or about April 15, 2013 and Windows ready to ship to New York on September 1, 2013. With all possible speed, Manufacturer will diligently perform the work, and maintain men in sufficient numbers and materials and equipment in sufficient quantities to accomplish the rapid completion of the job."

Article 9.3 of the Parcel B agreement states:

> "Production start date to be on or about April 15, 2013 and Windows ready to ship to New York on July 1, 2013. With all possible speed, Manufacturer will diligently perform the work, and maintain men in sufficient numbers and materials and equipment in sufficient quantities to accomplish the rapid completion of the job."

Over the course of the last few months, we have conducted numerous inspections of Glasswall's production facilities in Miami to determine the state of production of the work required under the agreements. In our conversations with facilities' personnel, and thru our own observations, we question the ability, competency and willingness of Glasswall to meet its contractual obligations.

155 3RD STREET, BROOKLYN, NY 11231 ▪ TEL: 718-875-8160 ▪ FAX: 718-802-1109 ▪ WWW.MONCON.COM

Confidential MC_00014382



September 18, 2013

Dear Customer:

The following is the proof-of-delivery for tracking number **796696688702**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | D.DRAGER | **Delivery location:** | 436 WALNUT ST<br>PHILADELPHIA, PA 19106 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 17, 2013 09:47 |
| **Special Handling:** | Deliver Weekday | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 796696688702 | **Ship date:** | Sep 16, 2013 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
Henry Missinale
West Chester Fire Insurance Company
436 Walnut Street
PHILADELPHIA, PA 19106 US

**Reference**

**Shipper:**
Greg Bauso
Monadnock Construction
155-3rd Street
Brooklyn, NY 11231 US

3540-3550

Thank you for choosing FedEx.

Confidential                                                                                                                       MC_00014383



September 18, 2013

Dear Customer:

The following is the proof-of-delivery for tracking number **796696654428**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.MENDOZA | **Delivery location:** | 3550 NW 49TH ST<br>MIAMI, FL 33142 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 17, 2013 09:33 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 796696654428 | **Ship date:** | Sep 16, 2013 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
Ugo Colombo
Glasswall, LLC
3550 N.W. 49 Street
MIAMI, FL 33142 US

**Reference**

**Shipper:**
Greg Bauso
Monadnock Construction
155-3rd Street
Brooklyn, NY 11231 US

3540-3550

Thank you for choosing FedEx.

**Confidential**                                                                                                                               MC_00014384