# EXHIBIT 23

686

Monadnock v. Glasswall - Volume III

Glasswall employee as well.

Q    Okay. The attached log issued by Chad shows 250 units complete. Your E-Mail below states that on Friday, only two -- your E-Mail below states that as of Friday, 10/18, GW completed 286 units. Glasswall is billing for units assembled in parcel A only, predicting that they'll have 550 units completed by 10/31. Okay?

"Please advise, as we need this information to process Glasswall's requisition."

Do you recall getting this E-Mail?

A    Not this specific E-Mail. But I recognize Glen in this communication.

Q    Okay. So now let's go to the top.

So this is Steve Barber. You're writing to Frank Monterisi of Related, Greg Bauso, Glen Konig, Paul. Right? And just go through what you're saying here.

"Attached"?

687

Monadnock v. Glasswall - Volume III

A    Yeah. So it talks about the E-Mail. It says:

"I received this morning Glasswall. Glasswall has had some varying counts, and I have not been able to confirm the information. Glasswall is still working on providing information in a meaningful way. I have not seen internal reporting systems that are usually generated to keep all parties informed. John states they are continuing to get systems in place."

Q    Stop.

So you're referring to internal reporting systems. What do you mean by that, and generally what -- what would you expect to see?

Talk to them?

A    Very good.

So Glasswall, as far as being able to have production anticipated so that you're synchronizing your inflows of both fabricated material as well as material that they would have procured from a third

688

Monadnock v. Glasswall - Volume III

party, glass, louvers, panels, and so forth -- so seeing what they have coming down the line or being prepared down the line in order to smoothly and efficiently run that line and produce it.

Also, kind of the job-to-date numbers varied early, in particular with production reporting, what they had completed, when they had completed it.

So there was a variety of things that I was trying to help them do to try and get a production report that was more -- more user friendly and had appropriate information in it for all parties to see what had been completed, what the -- what it looks like coming down the pike as well.

Q    Let's go back to this E-Mail. Let's go to the next.

"As to the forecast of units completed by month, it is very difficult to gauge that without additional information from Glasswall. However, according to the information received this morning, they

689

Monadnock v. Glasswall - Volume III

would have to produce at a rate double yesterday's production over the next nine working days."

What are you referring to here? It sounds like you're skeptical about something.

A    Yeah. So, you know, they -- they had forecast X number of units by a given day. What they were generating or capable of generating at any given time was usually vastly different than what their forecast would say that they could produce.

Q    And then let's look at the last.

"I met with John and Mike Hall this morning, and they are expressing frustration with my requests while still trying to put systems in place to manage the work."

What -- what requests were getting them frustrated?

A    I would expect it would have been -- I would have been referring to some of the production trackers, as well as some

706

Monadnock v. Glasswall - Volume III

1
2  Q   So are you saying here that,
3  even if they had all the glass on the
4  planet, they just couldn't have built this
5  stuff?
6  A   I think they -- they were
7  struggling, trying to get that engineering
8  out and released in a manner, either in the
9  format or in the timeliness of the
10 information.
11     CHAIRMAN ROSSI:  Let me ask you
12 this:
13     What was Glasswall doing down
14 there in their plant?  Was it just an
15 assembly plant?  I mean, because we
16 know we're getting -- we know we were
17 getting the glass from another
18 company -- AGC, I think it was.
19     And then there was -- I guess
20 there's all different kind of
21 components.  There's clips.  There's
22 this.  What was Glasswall doing?
23     THE WITNESS:  In that facility,
24 they were manufacturing the aluminum
25 from long lengths into cut and

707

Monadnock v. Glasswall - Volume III

1
2  fabricated parts.  So they would --
3     CHAIRMAN ROSSI:  Is that the
4  frame of the window then?
5     THE WITNESS:  Yes.  So they'd
6  take aluminum extrusions and then cut,
7  notch, drill, slot the material in
8  order to then assemble it.  They were
9  procuring panels, back pans, which is
10 an interior --
11    CHAIRMAN ROSSI:  So they were
12 buying -- they were buying the glass,
13 right?
14    THE WITNESS:  Buying glass.
15 They were buying panels, back pans,
16 louvers.
17    CHAIRMAN ROSSI:  Okay.  So I
18 think what you're saying here is that
19 they weren't able to, in your view,
20 consistently order this stuff because
21 they weren't getting the engineering
22 releases that the other -- the third
23 party-manufacturers needed in order to
24 get them the proper stuff.
25 Is that right.

708

Monadnock v. Glasswall - Volume III

1
2     THE WITNESS:  As well as their
3  own floor in manufacturing the
4  aluminum as well.
5     CHAIRMAN ROSSI:  Right.
6     MR. RENDA:  What I don't
7  understand, you said they were
8  struggling getting engineering out.
9  What do you mean -- what did you mean
10 by that?
11    THE WITNESS:  So production
12 releases -- so whether it would be a
13 takeoff that would go to a
14 manufacturer of glass or panels that
15 says "I need this size panel
16 fabricated in this manner, in this
17 finish, in this quantity, in this time
18 period, in order for me to execute the
19 work," they were consistently behind
20 in trying to generate that
21 information, whether it was panels or
22 louvers or glass, for that matter, for
23 their internal fabrication.
24    CHAIRMAN ROSSI:  Well, how many
25 different types of windows were there?

709

Monadnock v. Glasswall - Volume III

1
2     THE WITNESS:  I would have to
3  go back.  I don't recall.
4     CHAIRMAN ROSSI:  More than
5  five?
6     THE WITNESS:  Certainly.
7     CHAIRMAN ROSSI:  Yeah.  Okay.
8  Because I'm thinking, if there's just
9  one kind of window, you can order all
10 the stuff at once.  Right?  But I
11 guess there are different --
12    THE WITNESS:  There's
13 architectural features, modules,
14 different elements of the wall.
15    CHAIRMAN ROSSI:  And
16 different -- different pieces.  When I
17 say "pieces," I mean units, let's call
18 them -- different units, different
19 requirements, and different size
20 things that you had to order?
21    THE WITNESS:  They may.  Right.
22 There were some items that were very
23 unique and others that were common
24 across different units as well.
25    CHAIRMAN ROSSI:  Okay.

14 (Pages 706 to 709)

718

1  Monadnock v. Glasswall - Volume III
2  attachment you refer to, and that's 44284
3  up on the screen.  And you can just, you
4  know, walk us through this.
5       What are you showing here?
6       MR. KLEINHENDLER:  Jocelyn, he
7     needs to see it.
8       (There was a discussion off the
9     record.)
10      Q    What is this?
11      A    So this would have been just
12 their -- again, their recap by typology,
13 what was assembled, what was glazed, what
14 was crated, on a job-to-date basis.
15      MR. KLEINHENDLER:  You want to
16    just scroll down, Jocelyn.
17      Q    And these are quantities that
18 you observed?
19      CHAIRMAN ROSSI:  It's the same
20    thing we've seen the last time.
21      This is your --
22      Q    It's updated.
23      CHAIRMAN ROSSI:  Yeah.  It's an
24    updated version of what you did the
25    last time, right, Mr. Barber?

719

1  Monadnock v. Glasswall - Volume III
2       THE WITNESS:  Yes.
3       CHAIRMAN ROSSI:  This is your
4     document, correct?
5       THE WITNESS:  Yes.
6       CHAIRMAN ROSSI:  All right.
7       MR. KLEINHENDLER:  44285.  Put
8     that up.
9       Q    Then we have another chart,
10 44285.  I just want to identify this.
11      Can you tell us what this is?
12 This is, what, the next day, 10/29?
13      A    I think if you scroll down, the
14 reference to types, if you -- if you keep
15 going down, right, the -- the "to be
16 determined," they were still trying to
17 resolve the typologies that were needed or
18 the quantities of the different typologies
19 that were needed in the work.
20      Q    That's what the "TBD" stands
21 for?
22      A    Yes.
23      Q    And this is at -- what's the
24 date of this?  As of when?  The end of
25 October.  Okay.

720

1  Monadnock v. Glasswall - Volume III
2     44286.
3       CHAIRMAN ROSSI:  All right.  Go
4     ahead.
5       Q    Yeah.  So you're attaching
6  daily production recaps, and you're noting
7  that, because you don't have a master list,
8  there are gaps in the counts.  What do you
9  mean by that?
10      A    So as far as just aligning the
11 information in order to have a smooth
12 production, trying to understand what
13 typologies they needed on any given day in
14 order to feed the lines.
15      Q    And you're saying here:
16      "Therefore, some production for
17 the subsets may not be actually captured in
18 these recaps.  If these recaps are being
19 distributed, please share."
20      What is your concern?
21      A    Well, there's a couple of
22 concerns.  One is that the information
23 systems that they had often were
24 disconnected or the -- they didn't align,
25 either what the total counts were or what

721

1  Monadnock v. Glasswall - Volume III
2  they were required to complete the work.
3       And then, obviously, with that
4  second one, I -- I didn't know the
5  distribution of these reports.  If somebody
6  just looks at numbers, I wanted them to
7  know that there could be variations in that
8  number because of the information systems
9  that were inside of Glasswall.
10      Q    Are you just politely saying
11 that their numbers may be wrong?
12      A    Yes.
13      Q    Okay.  Let's go to the next --
14 we're going to go to the attachment.  This
15 is now 44287.
16      And this is the recap where
17 you're saying you're not sure about the
18 numbers?
19      A    Correct.
20      Q    Okay.  All right.  And let's go
21 to 44288, and let's see what that is.  It's
22 another slide.
23      MR. KLEINHENDLER:  Nothing
24    there.
25      MS. WEINSTEIN:  No, no, no.

758

1    Monadnock v. Glasswall - Volume III
2    third-party production to be there in a
3    timely manner to execute the assemble and
4    glaze of the work.
5            CHAIRMAN ROSSI:  So AGC is
6    producing glass that's -- I don't want
7    to say it's not needed immediately,
8    but something that's not of a high
9    priority, and it should be producing
10   some other type of glass or some other
11   type of product that you believe that
12   GW really needed at that point; is
13   that correct?
14           THE WITNESS:  Yes.
15       Q    Okay.
16           "AGC has reached out to GW to
17   see if there's a shift in the priorities."
18           What were they trying to do?
19       A    They were -- they were trying
20   to make sure that they were producing in
21   the sequence so that the assemble and glaze
22   could -- could continue and get to the job
23   site.
24       Q    And that wasn't happening.  Is
25   that what you're saying?

759

1    Monadnock v. Glasswall - Volume III
2        A    Oftentimes, the two were not
3    aligned.
4        Q    Okay.  Let's go to the next --
5    let's go to the next paragraph.
6            You're talking now about
7    another product.  Just explain that to the
8    panel, on page 44336.
9            MR. RENDA:  Three what?
10       Q    Just the next -- just right
11   there, next.
12       A    Yeah.  So the production rate
13   at which AGC was producing a particular
14   type of glass was not in a manner that
15   would allow Glasswall to produce the
16   curtain wall units for the next phase of
17   the project.  Obviously, there was already
18   a planned gap, and it would be larger if
19   they didn't start increasing their
20   production rate of that particular type of
21   glass.
22       Q    And at the end, you said you
23   made AGC aware of the critical nature to
24   complete the silkscreen.
25           So you had a personal

760

1    Monadnock v. Glasswall - Volume III
2    conversation with them?
3        A    I would, on occasion.
4        Q    And that's what you're
5    reporting here?
6        A    Yes.
7            MS. FODOR:  Did Glasswall
8    object to you theoretically talking to
9    AGC.
10       A    There were times where it was
11   acceptable, and there were times that they
12   were not pleased with that.
13       Q    So if you go back to this
14   exhibit, Paul is saying that:
15           "There are approximately 199
16   missing pieces of glass for Parcel A,
17   second through sixth floor."
18           And you respond:
19           "You have it right."
20       A    That's -- Paul's interpretation
21   of the information is correct.
22       Q    So are you saying that even for
23   floors 2 through 6, they still don't --
24   they're still missing a lot of material as
25   of November 19th?

761

1    Monadnock v. Glasswall - Volume III
2        A    Correct.
3        Q    Let's go to 340.  It's page --
4    it's page 3340.
5            MS. WEINSTEIN:  44340.
6            MR. KLEINHENDLER:  Yes.  Sorry.
7        Q    This is another report that you
8    made, and I just want to focus you on the
9    inspections.
10           What do you mean by not sending
11   an updated list of rejected glass?
12       A    Yeah.  So part of the process,
13   if Glasswall found something that was
14   deficient in the glass they received,
15   trying to get that communication in a
16   timely manner to AGC, to either produce
17   that glass or confirm if it's acceptable
18   perhaps.  But there were gaps in that
19   communication.
20       Q    Okay.  The new inspector at GW,
21   Scott Johnson, what is that about?
22       A    That would have been an AGC
23   person to review the glass that had been
24   shipped to Glasswall.
25       Q    So now AGC had somebody in