# EXHIBIT 25



October 25, 2013

Glasswall, LLC
3550 N.W. 49th Street
Miami, FL 33142
Attn: Mr. Ugo Colombo, Chairman

Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA 18505
Attn: Henry R. Minissale, Vice President, Claims

Re: (a) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel A" (Bond No. K08840295) and, (b) Agreement between Monadnock Construction, Inc. and Glasswall, LLC dated January 3, 2013 for the project known as HPS "Parcel B" (Bond No. K08840258)

### REQUEST FOR MEETING

On September 16, 2013 we issued Glasswall a Notice of Default for failure to timely deliver window assemblies. The notice demanded that Glasswall cure the default by delivering window assemblies as per the above referenced contracts. Glasswall did not cure the default.

Yesterday, we sent Glasswall a Notice of Continuing Default and again requested that Glasswall cure the default. We request a meeting, to be attended by all the parties and their counsel, to explore options for Glasswall to cure its continuing default. Please be advised that said meeting, and any subsequent ones, are without prejudice to Monadnock's sub-contractual and bond rights and shall not be construed as a waiver, estoppel or modification of any or all of Monadnock's rights, remedies and defenses, legal or equitable, whether expressly mentioned herein or not, all of which remain reserved.

Please advise if you can attend a meeting at the offices of The Related Companies, 60 Columbus Circle, New York, New York on November 1, 2013 at 10:00 a.m.

Very truly yours,

Monadnock Construction Inc.

By: _____
Nicholas Lembo, President

155 3RD STREET, BROOKLYN, NY 11231 ■ TEL: 718-875-8160 ■ FAX: 718-802-1109 ■ WWW.MONCON.COM

Confidential
MC_00038099

cc: Henry Minissale, Westchester Fire Insurance Company/Ace USA
    Frank Monterisi, The Related Companies, LP
    Michael Trovini, The Related Companies, LP
    Clinton D. Flagg, Esq.
    Lawrence L. Flynn, Esq.

**Confidential**      MC_00038100