# EXHIBIT 26



October 25, 2013

**By FACSIMILE, EMAIL, and Courier with Proof of Delivery**

Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA 18505-0525
Henry Minissale, claims

## PERFORMANCE BONDS SECTION 3.2 NOTICE

Re: (a) Performance Bond No. K08840258 dated February 11, 2013 regarding the project known as HPS "Parcel B" 1-55 Borden Avenue, Long Island City, New York and (b) Performance Bond No. K08840295 dated February 12, 2013 regarding the project known as HPS "Parcel A" 1-50 50th Avenue, Long Island City, New York.

Dear Mr. Minissale:

Enclosed herewith is a copy of a Notice of Continuing Default we sent Glasswall LLC ("Glasswall") on October 23, 2013. This letter shall serve as notification to Westchester Fire Insurance Company ("WFIC") pursuant to section 3.2 of the above referenced Performance Bond No. K08840258 and Performance Bond No. K08840295 that Glasswall remains in default.

Since issuance of our September 16, 2013 Notice of Default to Glasswall, we have spoken to, met, and exchanged correspondence with both Glasswall and WFIC to explore options to cure the default and mitigate damages we have suffered and continue to suffer as a result of Glasswall's delays in delivering window assemblies to the HPS Parcel A and B projects ("Projects"). Unfortunately, to date, no window assemblies have been delivered to the Projects.

Please be advised that notwithstanding said conversations, meetings and correspondence, as well as any ones prior or subsequent thereto, same are without prejudice to our sub-contractual and bond rights and shall not be construed as a waiver, estoppel or modification of any or all of our rights, remedies and defenses, legal or equitable, whether expressly mentioned herein or not, all of which remain reserved.

Confidential MC_00038101

Please be guided accordingly.

Very truly yours,
Monadnock Construction Inc.

By: _____
Nicholas Lembo, President

cc: Ugo Colombo, Glasswall, LLC
Frank Monterisi, The Related Companies
Michael Trovini, The Related Companies
Clinton D. Flagg, Esq.
Lawrence L. Flynn, Esq.

**Confidential**