# EXHIBIT 27

**From:** Greg Bauso
**Sent:** Thursday, November 14, 2013 5:09 PM
**To:** John Anderson
**CC:** Ugo Email; Mike Hall; Monterisi, Frank; Paul Colapinto (pcolapinto@moncon.com)
**Subject:** RE: HPS CW Unit Shipping

John –

Please be advised, again, that we can not accept delivery of any window units until the following issues are resolved:

1. Satisfactory response to open QC issues that may potentially impact the windows that have been fabricated to date. Please note most recent email from Glen Konig on this issue sent to Glasswall on 11/12 at 11AM.
2. Agreement with our project management team in regards to sequence of deliveries, and assurance that once we begin to accept deliveries Glasswall can guarantee the continuous delivery of windows sufficient to ensure uninterrupted installation. Anything different than that will result in claims by our installer.
3. Approved shop drawings with all details that were revised at the performance mockup. There have been numerous emails on this, and my current understanding is that you will be submitting this tomorrow.
4. Approval of contract amendment and receipt of escrow check, per our conversations.

Greg

---

**From:** John Anderson [mailto:janderson@glasswall.com]
**Sent:** Thursday, November 14, 2013 2:21 PM
**To:** Greg Bauso
**Cc:** Ugo Email; Mike Hall
**Subject:** Re: HPS CW Unit Shipping

No one is pretending here. Your message last night was conveyed to everyone. However you said you were going to get back to me this morning . We exchanged voicemail but your mailbox is still full.

If you don't want units that's fine. I canceled the trucks. Let your people know so they are on the same page,

John

Sent from my iPhone

On Nov 14, 2013, at 2:16 PM, "Greg Bauso" <Gbauso@moncon.com> wrote:

> Please forward written instructions that you reference below. As well, please stop pretending that I did not tell you personally on phone conversation last

Confidential

MC_00010022

night that we will accept no windows until the agreement is signed. I have no time for games John

---

**From:** John Anderson
**Sent:** Thursday, November 14, 2013 2:13 PM
**To:** Greg Bauso
**Cc:** Ugo Columbo; Mike Hall; Chad Zalman
**Subject:** HPS CW Unit Shipping

Greg,

This email will serve as confirmation of your verbal instruction to cancel the scheduled shipment of CW Units on Nov. 15th, from Glasswall to the job site for Parcel A.

Glasswall will cancel all shipments until further notice from Monadnock.

It is my understanding from our telcon of a few minutes ago, that Monadnock requires that the "new agreement " and schedule be executed before unit shipping can commence.

Todays instruction is contrary to Monadnocks written instructions regarding shipments received earlier this week.

Regards,

John Anderson


Sent from my iPhone

**Confidential**                                                                                                                MC_00010023