# EXHIBIT 28



November 27, 2013

John Anderson, President
Glasswall, LLC
3550 NW 49th Street
Miami, Florida 33142

RE:     HPS Parcel A; Delivery of Window Panels

John –

As a follow up to my email on November 14 and our subsequent discussions and without waiver of any of our contractual rights including but not limited to the right to terminate Glasswall and/or hold Glasswall liable for any damages permitted under the contract, incurred as a result of Glasswall's failure to timely provide completed window assemblies to the project, below are the concerns that need to be addressed before we are able to authorize shipment of materials for building A, in accordance with the requirements of the contract:

1. Quality Control issues are of primary importance to us. We must have resolution to the following issues prior to accepting any shipments:
    a. We need to verify that setting blocks have been replaced on ALL units assembled prior to the issuance of the corresponding deficiency report.
    b. We need to receive and have IBA review the compatability reports from Momentive on all the various sealant issues.
    c. We need a resolution as to how the Loctite gasketing adhesion is going to be addressed on all previously fabricated casements for building A release 1. All of these will need to be replaced by the 3M product by Glasswall.
    d. Agreement on how the vertical mullion transition deficiencies are to be remedied if observed in units when uncrated at the job site.
    e. Please see attached updated tracking sheet of IBA deficiencies for window units produced to date. We require responses on all open items.

2. We have several concerns with your schedule that was submitted on November 20. As none of the previous schedules submitted by Glasswall have been met, we need to be sure that Glasswall is capable of meeting the November 20 schedule and will provide a continuous flow of material by building for our installers once we begin to accept deliveries, as is clearly required by Rider 5 Scope of Work of the contract. The specific issues that need to be addressed are the following:
    a. It does not appear that AGC can currently keep pace with the silkscreen production needed to meet your projected release 2 dates for building A. Please provide documentation that GW has released the cut sizes and other engineering on these pieces and documentation in writing from AGC that they can meet these production dates.
    b. The schedule does not include any mention of the first floor lobby and storefront assemblies. As we have discussed, this is a critical component of our construction and

Confidential                                                                                                                                           MC_00014385

our original March 2013 schedule to Glasswall was that this was to be delivered after completion of the 13th floor podium in December of 2013. Glasswall did not submit complete shop drawings for this first floor work until early November, and they are not yet in a condition where they can be approved and released for fab engineering. Please clarify how this critical component of the project will be worked into your schedule.

    c. We have not to date seen Glasswall come close to meeting the production rates that will be needed to meet the November 20 schedule. Glasswall has refused to provide production tracking information to our representative Steven Barber. Glasswall must provide sufficient evidence to our representative that these production targets can be met and commit to providing us updated information for the duration of the completion of the Contract.

    d. Confirmation that engineering is able to keep up with fabrication targets. We will require that evidence be provided to our representatives that GW is on track to meet these target dates and that appropriate engineering resources are being provided to the project.

    e. Confirmation that all remaining glass and metal cut sizes have been forwarded to your vendors in sufficient time for them to turnaround production and delivery to meet your schedule. Many of these release dates are showing as done, we need confirmation of such completion.

    f. As requested by Glen Konig several times over the past two weeks, we need a detailed crating and delivery plans for Parcel A release 1, floors 2-6 prior to shipping. Without this information our installers cannot adequate plan and prepare the decks for loading and installation.

3. As per my email to you dated 11/14/13 and several of our conversations before and since, we cannot accept windows and begin installation without current approved shop drawings for all aspects of this window system that can be used by our installers. Significant details were modified by Glasswall in order to pass the performance mockup in June of this year, and the approved shop drawings must reflect all of these changes. We finally received these shop drawings from Glasswall on November 15 and they do not include revised details on the 2nd floor slab cover panels, triple stack joint fin, scupper drain, and terrace door details. Until these details are reviewed and approved we cannot accept any deliveries or begin installation.

Please respond as soon as possible.

Thanks

*[signature]*

Greg Bauso

Encl.

cc:    Paul Colapinto, Monadnock Construction, Inc.
       Frank Monterisi, The Related Companies, LP
       Michael Trovini, The Related Companies, LP
       Henry Minissale, Westchester Fire Insurance Company/Ace USA

Confidential

**MONADNOCK CONSTRUCTION, INC.**

| Report No | Reference No | Type | Title | Action Recommended | Response to Deficiency | Date of Visit | Date of Report | Date of GW Response to the Deficiency | Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Detail Required | Shop Drawing Discrepancy | Glasswall to provide curtain wall shop drawings and calculations, signed and sealed by NYS PE. | | 10/3/2013 | 10/7/2013 | | Open |
| 1 | 4 | Deficiency | Desiccant Present in Airspace | Glasswall was informed of the deficiency. Glasswall removed the panels from the assembly line. | IGU's are inspected prior to glazing. All pieces with visible desiccant in the airspace are rejected. | 10/3/2013 | 10/7/2013 | 10/31/2013 | Pending |
| 1 | 5 | Deficiency | Secondart Sealant Residue | Glasswall to prepare all glass surfaces per sealant manufactures specifications prior to glazing. | Glasswall is currently preparing the glass surfaces prior to glazing in accordance with the sealant manufacturers specifications. | 10/3/2013 | 10/7/2013 | 10/31/2013 | Pending |
| 2 | 6 | Deficiency | Inadquate Setting Block Support | Glasswall to provide setting blocks in accordance with the approved as noted shop draiwngs and the architectural spedifcations. Glasswall to provide structural selant and glass manufacturers review of the shop condition. Each review shall consider the structural performance of the sealant and IGU under project loads in the absence of a fully supported IGU. | Glasswall QA/QC provided email identifying the location of the setting blocks. GW to address additional items listed in the action column. | 10/3/2013 | 10/7/2013 | 10/18/2013 | Closed |
| 2 | 7 | Deficiency | Backpan Detail Behind Alucabond Panels | Glasswall to review modified installation and provide updated thermal analysis in order to ensure the thermal performance of the system is not compromised due to a decreased airspace between the Alcabond panels and the mineral rock-wool insulation. | A thermal simulation will be conducted using the final detail. | 10/3/2013 | 10/7/2013 | 10/31/2013 | Open |
| 2 | 8 | Deficiency | Inconsistent Vertical Mullion Transition | Glasswall to review assembled curtainwall panels and frames and perform corrective work in accordance with the approved as noted documents. | Preventative measures have been implented. See IBA Report 13, item #64. Glasswall tested a physical mock up on 11/1 under IBA's supervision for review of mullion transition tolerance. The result was that a tolerance of 3/16" (top panel pushed back from the straight vertical line) still allowed for full engagement of units. Glasswal to submit formal response. | 10/3/2013 | 10/7/2013 | 10/31/2013 | Open |
| 2 | 9 | Deficiency | Alccabond Panels - Structural Sealant not per detail | Glasswall to review modifications and provide revised instalaltion detail. | See detail D-18 rev 2 dated 10/29/13. Part #01 shows the self adhesive tape observed during assembly. | 10/3/2013 | 10/7/2013 | 11/7/2013 | Pending |
| 2 | 10 | Deficiency | IGU - Void in Secondary Seal | Glasswall to coordinate with IGU manufacturer to moniter against voids and discontinuities in the seondary seal of the IGUs Glasswall QA/QC to moniter agaist voids and discontinuities in the IGUprior to glazing. | AGC Glass will provide written confirmation that any voids found in the secondary sela can be filled with structural silcone being used by Glasswall production. This has been added to the QA/QC procedure. | 10/3/2013 | 10/7/2013 | 10/31/2013 | Open |

**Confidential**                                                                                                              MC_00014387

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 11 | Detail Required | Casement Staggered Pressure Equalization Slots | Glasswall to provide modified casement details specifying length and location of pressure equalization spaots. | Final detail will be provided on 11/8 | 10/3/2013 | 10/7//2013 | | Open |
| 2 | 12 | Detail Required | Modified Stack Joint Fin | Glasswall to provide as-built details and accompanying calculations fro the modified stack joint fin. | See detail D-31 rev 2 dated 10/29/13. Part #198 shows the aluminum angle used to support the slab cover panel. This only occurs at the 2nd level. | 10/3/2013 | 10/7//2013 | 11/7/2013 | Open |
| 3 | 13 | Deficiency | Assemetric Weep Hole Installation | Glasswall to review louver weep hole detail and coordinate weep hole locations. | Holes are to prevent the sealed tubes from expanding when heated in the during paint application (email from Glasswall). | 10/8/2013 | 10/14/2013 | 10/16/2013 | Closed |
| 3 | 14 | Deficiency | Frame Joinery Leak | Glasswall QA/QC to ensure frame joinery seals are installed in accordance with approved-as-noted construction documents and sealant manufacturer's guidelines. | Louvers were crated in postions other than the ones they will be installed in. Water can enter from the rear of the louver when they are stored outside in these positions. Any trapped water that remains prior to installation of the louver into the CW syatem needs to be drawined through the holes meationed in item 13 (email from Glasswall). | 10/8/2013 | 10/14/2013 | 10/16/2013 | Pending |
| 3 | 15 | Deficiency | Grating Support Leak | Glasswall to install missing grating support clip in accordance with the typical louver assemblies. Glasswall to provide updated louver details as requested in IBA Shop Report #1, Reference # 1 | Bracket location at the head of the louver doesn't require a bracket (email from Air Performance.) | 10/8/2013 | 10/14/2013 | 10/16/2013 | Closed |
| 3 | 16 | Deficiency | Extra Weep Hole On Mullion Fin | Glasswall to seal top weep holes on mullion fins of all curtain wall panels. Glasswall to coordinate weep hole locations on mullion fins. | Glasswall implemented the procedure to seal top weep holes on units that are being assembled. | 10/8/2013 | 10/14/2013 | 10/31/2013 | Pending |
| 3 | 17 | Deficiency | Insufficient Sealant | Glasswall QA/QC personnel to be vigilant against defects at joinery between chicken head and mullion panel. | This item has been added to the QA/QC procedure. | 10/8/2013 | 10/14/2013 | 10/31/2013 | Pending |
| 4 | 21 | Deficiency | Vent Frame: Pressure Equalization Slots Inconsistencies | Glasswall to maintain consistent lengths for pressure equalization slots as per Performance Mock-up as tested. | All frame gasket notches are to be 1". Glasswall has corrected the issue and made QC aware of the inconsistency (email from Glasswall). Glasswall issued narrative of modifications made to the casement unit during PMU testing. | 10/9/2013 | 10/14/2013 | 10/15/2013 | Closed |
| 4 | 22 | Deficiency | Vent Frame: Additional Weep Holes | Glasswall to submit revised detail specifying weep hole size and location. | Glasswall is manufacturing the casments per remedial work completed at the PMU. The casments originally had 1 1/4" round weep holes at each frame sill corner and we added 3 additional slotted holes for more flow. After testing the PMU casement Glasswall had 5 weeps at the interior frame sill. PMU test report from ATI will reflect these changes. | 10/9/2013 | 10/14/2013 | 10/15/2013 | Closed |
| 4 | 23 | General Note | Curtain Wall: IGU De-glazing QA/QC procedure | Glasswall QA/QC personnel to continue periodic deglizing of completed curtain wallpanels | Issue addressed with IBA during inspection | 10/9/2013 | 10/14/2013 | 10/9/2013 | Closed |
| 4 | 24 | Deficiency | Curtain wall Framing: Short Gasket | Glasswall to replace all short gaskets on curtain wall panels with full length gaskets. | Issue addressed with IBA during inspection | 10/9/2013 | 10/14/2013 | 10/9/2013 | Closed |
| 5 | 26 | Deficiency | Curtain Wall: Incorrect Detail for Stack Joint Installation | Glasswall to assemble curtain wall panels per approved-as-noted construction documents. | Issue addressed with IBA during inspection | 10/10/2013 | 10/14/2013 | 10/10/2013 | Closed |
| 5 | 27 | Deficiency | Curtain Wall: Back Rod Placement | Glasswall QA/QC personnel to monitor backer rod placement on curtain wall panels. | Issue addressed with IBA during inspection | 10/10/2013 | 10/14/2013 | 10/10/2013 | Closed |
| 6 | 28 | Deficiency | Curtain Wall: Blocked Drainage Path | QA/QC personnel to monitor against unintentional blocking of drainage paths. | Issue addressed with IBA during inspection | 10/10/2013 | 10/14/2013 | 10/11/2013 | Closed |

Confidential                                                                                                                                                         MC_00014388

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 29 | Deficiency | Window Casement: Vulcanized Corner Gasket Installation | Glasswall to provide installation procedure for vulcanized corner gaskets. Glasswall to provide compatibility report for use of Loctite GO2 glue in contact with the line NSO10290. | (Email from Glasswall 10/21) Find the attached Technical Data and Material Safety Data for GO2 Glue from Loctite. There is no specific test between EDPM and GO2 glue and there is no limitation either. Glasswall performed a test of both materials before starting to use and there was no reation or issue between them,. The water test perfomened 2 weeks ago using GO2 at the corners and there was no sign of water intrusion at the glueing points.  If the information is not enough or doesn't reslove the question of comatibility we could switch to other glues on the market such as 3M CA40 instant adhesive or Turbo Fuse series 130SI.  Please confirm ho you would like us to proceed.  GW provided Glued corner procedure dated 11/7/13. | 10/10/2013 | 10/14/2013 | 10/21/2013 & 11/7/2013 | Pending |
| 6 | 30 | Deficiency | IGU: Glasswall QA/QC | Glasswall to continue QA/QC checks on all IGUs prior to glazing. | Issue addressed with IBA during inspection | 10/10/2013 | 10/14/2013 | 10/11/2013 | Closed |
| 7 | 31 | Deficiency | Window Casement: 2" Long IGU Setting Blocks | Glasswall to provide setting blocks in accordance with Arch. Specs. | 2" setting blocks were replaced with the specified 4" blocks. | 10/15/2013 | 10/16/2013 | 10/31/2013 | Pending |
| 7 | 33 | Deficiency | Curtain Wall: Window Casement Setting Chair | Glasswall to submit calculations and detail of window casement setting chair | See detail D-16 rev 2 dated 10/29/13. Part #119 shows the shelf support (setting chair) observed during assembly.  GW to submit calculations for setting chair. | 10/15/2013 | 10/16/2013 | 11/7/2013 | Pending |
| 7 | 34 | Deficiency | Louver: Shop Drilled Weep Holes | Glasswall to submit detail regarding louver weep hole location. | | 10/15/2013 | 10/16/2013 | | Open |
| 7 | 35 | Information Required | Curtain Wall: 2" Long Louver Setting Block | Glasswall to submit dimensions, material and spacing information of louver setting blocks. | | 10/15/2013 | 10/16/2013 | | Open |
| 7 | 36 | Deficiency | Window Casement: Structural Sealant Visible on IGU | Glasswall QA/QC personnel to monitor for structural sealant leaking onto IGU surfaces. | This item has been added to the QA/QC procedure. | 10/15/2013 | 10/16/2013 | 10/31/2013 | Pending |
| 10 | 44 | Deficiency | Curtain Wall Panel Fabrication: QA/QC Implementation | Glasswall to enforce QA/QC procedures at eacvh milestone during the assemblyand glazing od the curtain wall panels. Glasswall to maintain QA/QC checks and non-compliance documentation for each fabricated curtain wall panel. | QA/QC items referenced in the IBA reports and noted by the inspectors have been added to the QA/QC procedures. | 10/18/2013 | 10/222013 | 10/31/2013 | Pending |
| 10 | 45 | Deficiency | Curtain Wall: Inconsistent vertical Mullion Transition (Follow-up). | Glasswall to investigate continued occurrence of the inconsistent vertical mullion transitions. Glasswall to review assembly procedures and implement preventative measures to ensure why the inconsistency is minimized. Glasswall to provide corrective procedure for all panels that have been previously fabricated and are ready to be shipped to the site. Glasswall to perform coretive work at all affected panels per the corrective procedure. | Preventative measures have been implented.  See IBA Report 13, item #64.  Glasswall tested a physical mock up on 11/1 under IBA's supervision for review of mullion transition tolerance.  The result was that a tolerance of 3/16" (top panel pushed back from the straight vertical line) still allowed for full engagement of units.  Glasswall to submit formal response. Please refer to deficiency on Report # 2, Ref. # 8. | 10/18/2013 | 10/22/2013 | 11/7/2013 | Closed |

Confidential                                                                                                                                     MC_00014389

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 47 | Deficiency | Curtain Wall: Incomplete Bearing of Dead Load Bracket | Glasswall to install all curetain wall dead load brackets with full bearing on curtain wall sill extrusion. was shop measured between the dead load bracket and the supporting shim between curtain wall/curtain wall sill extrusion and the dead load bracket. | This item has been added to the QA/QC procedure. Glasswall will submit a remedial field fix if the problem is found after units are delivered to the jobsite. | 10/18/2013 | 10/22/2013 | 10/31/2013 | Pending |
| 10 | 49 | Information Required | Silicone Primer: Flash Time | Glasswall to coordinate review of sealant/primer manufacturer for required primer flashing time prior to sealant application/ | GW provided Momentive Construction Sealant Primer product data. | 10/18/2013 | 10/22/2013 | 11/7/2013 | Pending |
| 10 | 48 | Deficiency | Backer Rod Profile Visiable Through Sealant | Glasswall to add this issue to QA/QC procedure during curtain wall panel checks. Glasswall QA/QC personal to verify that backer rod is not visible after weather seal installation on all curtain wall panels. | | 10/18/2013 | 10/22/2013 | | Open |
| 11 | 51 | Deficiency | Curtain wall Frame Aseembly: Insufficient Surface Preparation | Glasswall QA/QC personnel to verify proper cleaning of all surfaces receiving sealant prior to sealant application. Glasswall to provde sealant adhesion test reports against millfinish surface. | This item has been added to the QA/QC procedure. Testing of all substrates has been performed. GW provided surface preparation instructions dated 11/2/13 and sealant adhension data. | 10/21/2013 | 10/24/2013 | 11/7/2013 | Pending |
| 11 | 52 | Information Required | Allucabond Panel: Repositioned Weep Holes | Glasswall to revise and submit allucabond panel details | See detail D-18 rev 2 dated 10/29/13. Part #184 shows the wep hole location observed during assembly. | 10/21/2013 | 10/24/2013 | 11/7/2013 | Pending |
| 11 | 53 | Deficiency | Curtain wall Storage | Glasswall to cover all project curtain wall panels prior to exposure elements | This item has been added to the QA/QC procedure. | 10/21/2013 | 10/24/2013 | 10/31/2013 | Closed |
| 11 | 54 | Deficiency | Setting Block Material | Glasswall to provide documentation showing the compatibility of project setting blocks with project weather seal. | All setting blocks will be silcone. Glasswall has already completed the replacement. Glasswall will coordinate with IBA to confirm. Glasswallto receive sealant manufacturer data on 12/05. Glasswall QA/QC to indentify panels affected. | 10/21/2013 | 10/24/2013 | 10/31/2013 | Open |
| 11 | 56 | Deficiency | IGU: Broken IGU in Storage Crate | Glasswall to visually check IGU crates for broken units upon delivery. Glasswall to store IGU's properly prior to installation. | Glasswall noted the broken glass in the Non-Conform Reports #96 to AGC Glass. | 10/21/2013 | 10/24/2013 | 10/22/2013 | Closed |
| 12 | 57 | Deficiency | IGU: Frit Pattern Inconsistent | Glasswall to reject all IGU's with frit pattern | Glasswall is rejecting all glass with frit pattern | 10/22/2013 | 10/23/2013 | 10/31/2013 | Closed |
| 12 | 58 | Deficiency | IGU: Chipped Glass Pane Edge | Glasswall to deglaxze and replace IGU on curtain wall panel HPA-001-FL-5-5. Glasswall QA/QC personnel to reject all IGU;s with glass surface or edeg chips, scratches or blemishes exceeding ADTM-C1036. | Glasswall noted the broken glass in the Non-Conform Report # 103 to AGC Glass. | 10/22/2013 | 10/23/2013 | 10/24/2013 | Closed |
| 13 | 61 | Deficiency | Curtain Wall: Structural Silicone Uniformity Failure | Glasswall to identify all panels glazed with pump 3 on 10/10/2013. Glasswall to coordinate shop review of structural sealant installation practices by sealant manufacturer. Glasswallto coordinate presence of selant manufacturer representative for deglazing of randomly selected curtain wall panel glazzed on 10/10/2013 with pump # 3. | Glasswall has identified 12 units. Glasswall is coorninating the visit with the GE representative. Glasswall to submit formal response. | 10/23/2013 | 10/25/2013 | 10/31/2013 | Open |
| 13 | 62 | Deficiency | Curtain Wall: Louver Installation Not Per Detail | Glasswall to revise and submit louver frame installation detail. | See detail D-9 rev 2 dated 10/29/13. Part #16 shows the silcone gasket observed during assembly. | 10/23/2013 | 10/25/2013 | 11/7/2013 | Pending |
| 13 | 63 | Deficiency | Spandrel Glass: Incomplete Spandrel Flood Coat Coverage | Glasswall QA/QC personnel to monitor for missing paint on spandrel glass unit. | Glasswall noted the broken glass in the Non-Conform Report # 106 to AGC Glass. AGC submited viewing criteria for review, submittal 084413-52. | 10/23/2013 | 10/25/2013 | 10/24/2013 | Pending |

Confidential                                                                                    MC_00014390

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 64 | Deficiency | Curtain Wall: Inconsistent vertical Mullion Transition (Follow-up). | Glasswal to provide allowable tolerance of vertical mullion transition. | Preventative measures have been implented. See IBA Report 13, item #64. Glasswall tested a physical mock up on 11/1 under IBA's supervision for review of mullion transition tolerance. The result was that a tolerance of 3/16" (top panel pushed back from the straight vertical line) still allowed for full engagement of units. Glasswall to submit formal response. Please refer to deficiency on Report # 2, Ref. # 8. | 10/23/2013 | 10/252013 | 11/7/2013 | Closed |
| 14 | 65 | Deficiency | Curtain Wall: Allucabond Panel Out of Plane with Curtain Wall Frame | Glasswall to provide documentation demonstrating correction procedure for making allucabond panels flush with surrounding curtain wall mullion fins and chicken head. | | 10/24/2013 | 10/30/2013 | | Open |
| 14 | 67 | Deficiency | Limit Arm HDLD Stamp | No further action required | As per IBA no further action required. | 10/24/2013 | 10/30/2013 | 10/30/2013 | Closed |
| 15 | 70 | Deficiency | QA/QC Procedures: One Part Silicone Testing | Glasswall to submit laboratory test results of Momentive SCS 200 silicone adhesion with all applicable project subtrates. | Sealant manufacturer data on 12/05. | 10/25/2013 | 10/30/2013 | 11/7/2013 | Open |
| 15 | 71 | Deficiency | Curtain Wall: Insufficient Weather Seal Joint Width | Glasswall QA/QC personnel to ensure joint width between IGU and vertical Mullion fins is within project tolerance. Glasswall QA/QC personnel to ensure that IGUs are centered on curtain wall panel frames prior to glazing. Momentive to review and confirm that revised detail is acceptable. | | 10/25/2013 | 10/30/2013 | | Open |
| 15 | 72 | Deficiency | Curtain Wall: Inconsistent Fastnener Engagement into Extrusion Bosses | Glasswall QA/QC personnel to monitor instliation of faseners in extrusion screw bosses of curtain wall panel frames. | | 10/25/2013 | 10/30/2013 | | Open |
| 15 | 73 | Deficiency | Curtain Wall: Backer Rod Not Per Shop Drawings | Glasswall to provide product data sheet for backer rod utilized between allucabond panel and IGU. | | 10/25/2013 | 10/30/2013 | | Open |
| 15 | 75 | Deficiency | Project Setting Blocks: Missing Sealant Compatibility Test Reports | Glasswall to provide test reports proving compatibility between all project setting blocks and Momentive SCS 2000 silicone. | | 10/25/2013 | 10/30/2013 | | Open |
| 15 | 76 | Deficiency | Setting Block Material (Gollow-up) | Glasswall to provide documentation that all neoprene setting blocks were replaced with silicone setting blocks on all affected project curtain wall panels. Glasswall to perform spot checks on all full lite curtain wall panels produced before 10/21/2013 to check for the presence of neoprene setting blocks. | Response will be provided for reference # 87. | 10/25/2013 | 10/30/2013 | 11/19/2013 | Closed |
| 16 | 77 | Deficiency | Curtain Wall: Panel QA/QC Check List not Utilized | Glasswall QA/QC personnel to check and sign off on all QA/QC check list fields prior to curtain wall panel advancing to following phase of production. | | 10/29/2013 | 10/31/2013 | | Open |
| 16 | 78 | Deficiency | Curtain Wall: Inconsistent Dead Load Anchor Installation | Glasswall to implement dead load anchor installation method that eliminates installation inconsistencies. Glasswall to check dead load anchors of curtain wall panels produced to date. Glasswall to correct any dead load anchor installation inconsistencies. | Glasswall submitted structural calculations and detail in review. | 10/29/2013 | 10/31/2013 | | Pending |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | 79 | Deficiency | Curtain Wall: Linear Blemish on IGU | Glasswall to review IGU rejection criteria. Glasswall to train QA/QC personnel regarding IGU rejection criteria. | | 10/29/2013 | 10/31/2013 | | Open |
| 16 | 80 | Deficiency | Curtain Wall: Visible Dirt on Panel Weather Seal | Glasswall to maintain curtain wall panel quality after completion. | | 10/29/2013 | 10/31/2013 | | Open |
| 16 | 81 | Deficiency | Curtain Wall Frame: Fasteners Not Set in Sealant | Glasswall QA/QC personnel to monitor sealant | | 10/29/2013 | 10/31/2013 | | Open |
| 17 | 82 | Deficiency | Curtain Wall: Fastneres for 1/4" Glass Jamb and Sill Adaptor Not Per Detail | Glasswall to revise and submit 1/4" glass jamb and sill adaptor detail calling out correct fastener size. Glasswall to verify that 1 1/2 inch fastener is sufficient to provide required engagement of fasteners without compromising structural integrity of the jamb and sill adapator. | | 10/29/2013 | 10/31/2013 | | Open |
| 17 | 83 | Deficiency | Curtain Wall: Voids in Louver Back Seal | Glasswall QA/QC personnel to monitor for voids in back of louver assembly. Glasswall to confirm continuous back seal of all louver assemblies installed to date. | | 10/29/2013 | 10/31/2013 | | Open |
| 17 | 84 | Deficiency | Curtain Wall: improperly Tooled Sealant at Stack Joint Chicken Head Notch | Glasswall QA/QC personnel to confirm that sealant is properly tooled at all curtain wall frame joints. | | 10/29/2013 | 10/31/2013 | | Open |
| 17 | 85 | Deficiency | Curtain Wall: Damaged Frame Extrusion | Glasswall to monitor against utilization of damaged curtain wall frame extrusions. Glasswall QA/QC personnel to monitor against damaging assembly methods. | | 10/29/2013 | 10/31/2013 | | Open |
| 18 | 86 | Deficiency | Louver Seal: Discontinuity | Glasswall to coordinate installation of corrective work at this location. Glasswall to provide update dlouver details as requested in IBA Shop Report #1, Ref. # 1/ | | 10/31/2013 | 11/1/2013 | | Open |
| 18 | 87 | Deficiency | Window Casement: Incorrect Setting Block Material | Glasswall to confirm that all project setting blocks be black silicone. Glasswall to rpovide compatibility report of Neoprene setting blocks with Momentivve SSG4600 structural silicone and SCS2000 weather seal silicone. Glasswall to utilize silicone setting blocks only, on all project applications, in order to ensure compatibility. | | 10/31/2013 | 11/1/2013 | | Open |
| 18 | 88 | Deficiency | Structural Silicone Adhesion Compatibility Testing | Glasswall to perform laboraqtory tests for all combinations of project substrates and sealants being utilized during this curtain wall fabrication. Glasswall to submit all laboratory results. | | 10/31/2013 | 11/1/2013 | | Open |
| 18 | 89 | Deficiency | Curtain Wall: Horizontal Tree Feature Bracket | Glasswall to install thermal break between tree feature brackets and curtain wall frame. | Glasswall installed tree feature thermal break. | 10/31/2013 | 11/1/2013 | 11/18/2013 | Closed |
| 18 | 90 | Information Required | Curtain Wall: IGU Support Peer Review | Glasswall to coordinate with IGU manufacturer regarding IGU support requirements. | | 10/31/2013 | 11/1/2013 | | Open |
| 18 | 91 | Information Required | Curtain Wall: IGU Installation Schedule | Glasswall to submit IGU installation schedule. | | 10/31/2013 | 11/1/2013 | | Open |
| 18 | 92 | Information Required | Curtain Wall: Anti-Buckling Clips in Closed Position | Glasswall to review curtain wall panel anti-buckling clips. | | 10/31/2013 | 11/1/2013 | | Open |
| 19 | 93 | Deficiency | Curtain Wall: Inconsistent Vertical Mullion and Horizontal Transom Butt Joint | Glasswall to coordinate joinery vertween vertical mullions and horizontal transoms of curtain wall panels. | | 11/1/2013 | 11/4/2013 | | Open |
| 19 | 94 | Deficiency | Curtain Wall: Thermafiber Insulation Not Secured to Back Pan | Glasswall to secure Thermafiber insulation as recommended per manufacturers specifications on project curtain wall units. | | 11/1/2013 | 11/4/2013 | | Open |

Confidential

MC_00014392

| 19 | 95 | Deficiency | Curtain Wall: Storage Crate Bearing on Anti-Buckling Clip | Glasswall to properly store all completed curtain wall units. | | 11/1/2013 | 11/4/2013 | | Open |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 97 | Deficiency | IGU: Manufacturer Stamp Highly Visible on Silk Screened Units | Glasswall to coordinate with AGC to minimize silk screen application over etched signs of IGU. | | 11/1/2013 | 11/4/2013 | | Open |
| 19 | 98 | Deficiency | Curtain Wall: Gaskets Inadequately Secured After Installation | Glasswall to properly secure all project gaskets after installation. | | 11/1/2013 | 11/4/2013 | | Open |
| 20 | 99 | Deficiency | Curtain Wall: Upside Down Tree Feature Bracket Installation | Glasswall to continue corrective measures to amend the horizontal tree feature Bracket Installation | | 11/4/2013 | 11/5/2013 | | Open |
| 20 | 100 | Deficiency | Unique Curtain Wall Panel Number: Label Not Visible After Installation | Glasswall QA/QC to monitor placement of unique panel number labels as to ensure visibility after curtain wall uniti installation. | | 11/4/2013 | 11/5/2013 | | Open |
| 20 | 101 | Deficiency | Spandrel Glass Unit: Spotted Flood Coat Coverage | Glasswall QA/QC to continue monitoring for spandrel glass flood coat issues. | | 11/4/2013 | 11/5/2013 | | Open |
| 20 | 102 | Deficiency | Curtain Wall: Vertical Tree Feature Bracket Not Full yBearing on Vertical Mullion | Glasswall QA/QC personnel to ensure vertical tree feature brackets are fully bearing insides vertical mullion surface. | | 11/4/2013 | 11/5/2013 | | Open |
| 21 | 103 | Information Required | Curtain Wall: Double Sided Tape Utilized Not Per Shop Dr | Glasswall to submit data sheet of double sided tape utilized on the shop floor. Glasswall to test compatibility between double sided tape and structural silicone. | | 11/5/2013 | 11/7/2013 | | Open |
| 21 | 104 | Information Required | Curtain Wall: Mechanical Fastening of Insulation Behind Spandrel Glass | Glasswall to revise and submit spandrel curtain wall unti insulation installation detail. Glasswall to submit data sheet of mechanical fasteners utilized. Glasswall to install Thermafiber insulation in accordance with revised details. | | 11/5/2013 | 11/7/2013 | | Open |
| 21 | 105 | Deficiency | Curtain Wall: Oxidation Noted on Galvanized Insulation ba | Glasswall to ensure that vapor barrier provisded by galvanized back pan is continuous. Glasswall to discontinue use of corroded or damanged parts. Glasswall to review storage practices and ensure material storage is in respective manufacturer's guidelines. | | 11/5/2013 | 11/7/2013 | | Open |
| 21 | 106 | Deficiency | Curtain Wall: Vertical Mullion and Transom Interior Paint finish Damage | GlasswallQA/QC personnel to monitor excessive use of force during curtain wall frame assembly. | | 11/5/2013 | 11/7/2013 | | Open |
| 21 | 107 | Information Required | Curtain Wall: Information Required on Shear Fist Installation Hardware | Glasswall to submit ata sheets for shear fist installation hardware. Glasswall to revise and submit shear fuist installation detail. | | 11/6/2013 | 11/8/2013 | | Open |
| 22 | 108 | Information Required | Louver: Weep Hole Location | Glasswall to revise and submit louver detail. See IBA Shop Report #1 Reference #1. | | 11/6/2013 | 11/8/2013 | | Open |
| 22 | 109 | Deficiency | Window Casement: Insufficient Surface Prep Prior to Gasket Insulation | Glasswall QA/QC personnel to monitor for propert surface preparation prior to Loctitle G02 Glue application | | 11/6/2013 | 11/8/2013 | | Open |
| 22 | 110 | Deficiency | Curtain Wall: Void in Structural Sealant Near Vertical Tree Feature Bracket. | Glasswall QA/QC personnel to monitor for voids in structural sealant near tree feature brackets. | | 11/6/2013 | 11/8/2013 | | Open |

Confidential

MC_00014393

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | 111 | Deficiency | Structural Silicone: Deglazing Review | Glasswall QA/QC personnel to monitor structural silicone tooling after application. Glasswall to schedule visit by Momentive representative on a biweekly basis to ensure proper application and testing procedures are followed. Glasswall to deglaze one curtain wall panel per every 100 produced to ensure structural silicone performance. Momentive to rpovide test reports conducted during shop visits. | | 11/7/2013 | 11/8/2013 | Open |
| 23 | 113 | Deficiency | Curtain Wall: Inadequate Setting block support for spandrel glass. | Glasswall QA/QC personnel to monitor setting block placement of a project glass. | | 11/7/2013 | 11/8/2013 | Open |
| 23 | 114 | Deficiency | Curtain Wall: Horizontal Tree Feature Bracket Not Fully Bearing | Glasswall QA/QC personnel to monitor correct installation of tree feature brackets. | | 11/7/2013 | 11/8/2013 | Open |
| 24 | 115 | Deficiency | IGU Insufficient Edge Deletion | Glasswall to coordinate with AGC regarding insufficient edge deletion. Glasswall to reject all IGUs with insufficient edge deletion. Glasswall to confirm defective IGU was rejected from the glazing assembly line. | | 11/8/2013 | 11/12/2013 | Open |
| 24 | 116 | Deficiency | Recessed Flood Coat Edge | ILA to review and advise on acceptance of esthetic issue. | | 11/8/2013 | 11/12/2013 | Open |
| 24 | 117 | Deficiency | Sealant Applied to Wet Surfaces | Glasswall to remove and reinstall all sealant apploocation performed on wet substrates. Glasswall to install all sealant during curtain wall panel assembly per selant manufacturers recommendations. | | 11/8/2013 | 11/12/2013 | Open |
| 24 | 118 | Deficiency | Curtain Wall: Panel Crated on Its side Prior to Full Silicone cure | Glasswall to allow all completed curtain wall panels to rest flat for 48 hours after glazing. | | 11/8/2013 | 11/12/2013 | Open |
| 24 | 119 | Deficiency | Curtain Wall: Glass Adaptor Fastneners not installed Through Pre-Drilled Holes | Glasswall QA/QC personneel to ensure fastneres are installed properly. | | 11/8/2013 | 11/12/2013 | Open |
| 25 | 120 | Deficiency | Louver: Inadequate Louver Paint Adhesion | Glasswall to regularly perform adhesion tests of Momentive SSG4600 and SCS2000 silicone to all project substrates.Glasswall to perform regular paint adhesion tests in accoordance with AMMA 2605 on all project substrates. Glasswall to deglaze louver assembly from curtain wall panel HPA-530LT-FL5-1 to ensure power silicone adhesion. | | 11/12/2013 | 11/14/2013 | Open |
| 25 | 121 | Deficiency | Curtain Wall: horizontal Tree Feature Bracket Not Installed Per Detail | Glasswall to install all tree feature brackets per submittal 084413-041 Structural Calculation Stainless Steel Feature Connection Detail. | | 11/12/2013 | 11/14/2013 | Open |
| 25 | 122 | Deficiency | Curtain Wall: Discontinuous Vapor Barrier Behind Spandrel Insulation | Glasswall to perform repair at all damaged and discontinuous vapor barrier installations. Glasswall o monitor against damages and voids in vapor barrier installation, going forward. | | 11/12/2013 | 11/14/2013 | Open |
| 25 | 123 | Deficiency | Curtain Wall: Paint Adhesion Testing | Glasswall to perform paint adhesion tests on all project substrates with painted surfaces. Glasswall to perform paint adhesion tests on all new shipments of substrates with painted surfaces. | | 11/12/2013 | 11/14/2013 | Open |
| 25 | 125 | Deficiency | Curtain Wall: Incorrectly Installed horizontal Tree Feature Bracket | Glasswall to correct horizontal tree feature bracket installation on curtain wall panel HPA-525RT-FL5-1. Glasswall QA/QC personnel to monitor for the correct installation of tree feature brackets on all curtain wall panels. | | 11/12/2013 | 11/14/2013 | Open |

Confidential

MC_00014394

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | 127 | Deficiency | Curtain Wall: Vertical Tree Feature Bracket Not Fully Bearing on Curtain Wall Frame | Glasswall to ensure all vertical tree feature brackets are fully bearing on curtain wall frame. | | 11/13/2013 | 11/14/2013 | Open |
| 26 | 128 | Deficiency | Louvers: Inconsistent Weep holes on Kitchen and Bathroom Louver Assemblies | Glasswall to coordinate with louver manufacturer on the installation of weep holes on all project kitchen and bathroom louver assemblies. | | 11/13/2013 | 11/14/2013 | Open |
| 26 | 129 | Deficiency | IGU: IGU's with PIB Discontinuity | Glasswall to reject all IGUs with PIB discontinuities. Glasswall to replace IGUs of any curtain wall panels with defective IGUs. | | 11/13/2013 | 11/14/2013 | Open |
| 26 | 131 | Deficiency | Curtain Wall: Missing Dead Load Anchors | Glasswall to ensure that dead load anchors are installed on all applicable curtain wall panels prior to shipment. | | 11/13/2013 | 11/14/2013 | Open |
| 27 | 132 | Deficiency | Louver: Sealant Adhesion Failure | Glasswall to coordinate with louver manufacturer on replacement of defective sealant on louver assemblies. Glasswall to coordinate provision of selant test reports for the tan selant utilized at the louvers. | | 11/14/2013 | 11/18/2013 | Open |
| 27 | 133 | Deficiency | Curtain Wall: IGU Not Flush with Mullion Fins | Glasswall to ensure that project IGUs are protected during shipment and installation. Glasswall to coordinate with glass manufacturer on protection of project IGUs. Glasswall to provide AGC peer review of Approved-As-Noted  PMU As-Built Shop Drawings Detail D-01 and AGC acceptance letter. | | 11/14/2013 | 11/18/2013 | Open |
| 27 | 134 | Deficiency | Curtain Wall: Unreinforced Aluminum Vapor Retarder Tape Being Utilized. | Glasswall to utilize tri0directionally reinforced FSK vapor retarder tape on all project curtain wall panels. | | 11/14/2013 | 11/18/2013 | Open |
| 27 | 135 | Deficiency | Curtain Wall: In-line Water Test of Project Curtain Wall Panel | Glasswall to perform in-line water tests on one in every fifty curtain wall units during initial phase of curtain wall production. Glasswall to reduce testing frequency to one in two hundred units after initial phase of curtain wall production. Glasswall to fully seal testing chamber prior to the next in-line water test performed. Glasswall to provide drainag epathway for pooling water at sill of all project window casments, Glasswall to revise and submit window casement detail. | | 11/14/2013 | 11/18/2013 | Open |
| 28 | 138 | Deficiency | Window Casement: Vulcanized Corner Gasket Loctite G02 Adhesive Failure | Glasswall to submit third partry laboratory test report regarding loctie G02 adhesive compatibility and adhesion with project EPDM vulcanized corner gasket. Glasswall to test alternative dehsives with project EPDM vulcanized corner gaskets and ubmit adehsion test reports. | | 11/15/2013 | 11/19/2013 | Open |
| 28 | 139 | Deficiency | Louver: Unofficial louver weep hole detail reviewed. | Glasswall to submit approved louver weep hole detail. Glasswall QA/QC personnel to monitor and aluminum step installation on project kitchen and bathroom louver assemblies as per unofficial louver weep hole detail. Glasswall QA/QC personnel to ensure that all louver assemblies glazed to curtain wall units to date in conformance with unofficial louver weep hole detail. | | 11/15/2013 | 11/19/2013 | Open |
| 28 | 140 | Information Required | Curtain Wall: Missing Tree Feature Bracket Information | Glasswall to submit approved tree feature details. | | 11/15/2013 | 11/19/2013 | Open |

**Confidential**                                                                                                                                                                    **MC_00014395**

| 28 | 141 | Deficiency | Curtain Wall: inadequate Setting block support below spandrel glass. | Glasswall to implement setting block installation procedure that ensures proper placement of project setting blocks. Glasswall QA/QC personnel to monitor for inadequate setting block support below project glass panes. | | 11/15/2013 | 11/19/2013 | | Open |
| 28 | 142 | Deficiency | Curtain Wall: Improper Storage of Galvanized Insulation Back Pan | Glasswall QA/QC personnel to reject all galvanzed insulation back pans showing signs of oxidation. | | 11/15/2013 | 11/19/2013 | | Open |

**Confidential**                                                                                                                                                                   **MC_00014396**