# EXHIBIT 32



December 31, 2013

**Via Email and Fed Ex**
Westchester Fire Insurance Company/ACE USA
PO Box 5108
Scranton, PA 18505-0525
Henry Minissale, claims

Re: (a) Performance Bond No. K08840258 dated February 11, 2013 regarding the project known as HPS "Parcel B" 1-55 Borden Avenue, Long Island City, New York and (b) Performance Bond No. K08840295 dated February 12, 2013 regarding the project known as HPS "Parcel A" 1-50 50th Avenue, Long Island City, New York.

<u>**PERFORMANCE BONDS SECTION 3.2 NOTICE**</u>

Dear Mr. Minissale:

Enclosed herewith is a copy of a Notice of Continuing Default we sent Glasswall LLC ("Glasswall") earlier today. This letter shall serve as notification to Westchester Fire Insurance Company ("WFIC") pursuant to section 3.2 of the above referenced Performance Bond No. K08840258 and Performance Bond No. K08840295 that Glasswall remains in default.

Since issuance of our September 16, 2013 Notice of Default to Glasswall, and our October 23, 2013 Notice of Continuing Default to Glasswall, we have spoken to, met, and exchanged correspondence with Glasswall to explore options to cure the default and mitigate damages we have suffered and continue to suffer as a result of Glasswall's delays in delivering window assemblies to the HPS Parcel A and B projects ("Projects") as well as quality assurance/quality control issues ("QA/QC") in many of the window assemblies that have been manufactured. Unfortunately, to date, no window assemblies have been delivered to the Projects and QA/QC issues remain unresolved.

Please be advised that notwithstanding said conversations, meetings and correspondence, as well as any ones prior or subsequent thereto, same are without prejudice to our sub-contractual and bond rights and shall not be construed as a waiver, estoppel or modification of any or all of our rights, remedies and defenses, legal or equitable, whether expressly mentioned herein or not, all of which remain reserved.

155 3RD STREET, BROOKLYN, NY 11231 ■ TEL: 718-875-8160 ■ FAX: 718-802-1109 ■ WWW.MONCON.COM

**Confidential**

**MC_00038121**



**MONADNOCK**
**CONSTRUCTION. INC.**

Please be guided accordingly.

Very truly yours,

Monadnock Construction Inc.

By:_____
Greg Bauso, Senior Vice President

cc: Ugo Colombo, Glasswall, LLC
    Frank Monterisi, HPS

155  3RD STREET, BROOKLYN, NY 11231   ■   TEL: 718-875-8160   ■   FAX: 718-802-1109   ■   WWW.MONCON.COM

**Confidential**                                                                                                     **MC_00038122**