# EXHIBIT 35



October 28, 2014

Glasswall
3550 NW 49th Street
Miami, Florida 33142
United States
(305)638-5151

Attention: John Anderson

Dear Mr. Anderson,

We received your October 24, 2014 letter and respond as follows. Monadnock has paid WFIC for all windows delivered to the HPS A & B projects. Monadnock is prepared to remit final payments to WFIC in accordance with the Agreement to Amend Contracts. Under separate cover, we will send you the final lien waivers for Glasswall and its vendors, bills of sale, and other close-out documents.

Regards,

Greg Bauso
Monadnock Construction Inc.

155 3RD STREET, BROOKLYN, NY 11231  ▌ TEL: 718-875-8160 ▌ FAX: 718-802-1109 ▌ WWW.MONCON.COM

Confidential

MC_00042226