# EXHIBIT 36



**From:** "Minissale, Henry" <Henry.Minissale@acegroup.com>
**Date:** November 14, 2014 at 1:29:12 PM EST
**To:** "Trovini, Michael" <michael.trovini@related.com>
**Cc:** "Judah Greenblatt (jgreenblatt@greenblattlesser.com)" <jgreenblatt@greenblattlesser.com>, "Robert Boote (RBoote@cozen.com)" <RBoote@cozen.com>, "Sullivan, John" <JSullivan@cozen.com>
**Subject: RE: GW**

Mike: See confirmation below. We believe that it may be best for Judah to send Frankel a demand for the windows with a statement that Westchester has fully paid them, the back charged funds have been deposited in the Duane escrow, where are the windows. Frankel would have to respond for the record and we will have a solid repudiation to the party with the "irreparable harm" (HPS/Monad).

```
The following is an originated wire matching the selection parameters:

Account:        PHL         2045037
Amount:                $1,269,783.00    Trn #:         FTJ1411140432666
Wire Network:                    FW    Network Ref:   141114B1B7TR1C000028
Time Completed:              12:32:14  Value Date:    11/14/2014
Initial User ID:        JJC            Release User ID:  CIS

Wire Text:
CRN=FTJ1411140432666*RCV=267084131JPMORGAN CHASE BK BEVERLY        *FNC=CTP*BN
F=D559677971*GLASSWALL LLC*ORG=D2045037*IOLTA ACCOUNT*1900 MARKET ST 6TH FL*PHIL
ADELPHIA PA 19103-3574*OBI=PAYMENT FOR OCTOBER PRODUCTION*
```

**From:** Trovini, Michael [mailto:michael.trovini@related.com]
**Sent:** Friday, November 14, 2014 10:00 AM
**To:** Minissale, Henry
**Cc:** Judah Greenblatt (jgreenblatt@greenblattlesser.com); Robert Boote (RBoote@cozen.com); Sullivan, John
**Subject:** Re: GW

Let us know when you've paid Glasswall.

Sent from my iPad

On Nov 14, 2014, at 9:14 AM, Minissale, Henry <Henry.Minissale@acegroup.com> wrote:

> So HPS/Monad are on board as parties if I understand your email correctly.
>
> **From:** Trovini, Michael [mailto:michael.trovini@related.com]
> **Sent:** Thursday, November 13, 2014 8:58 PM
> **To:** Minissale, Henry
> **Cc:** Judah Greenblatt (jgreenblatt@greenblattlesser.com); Robert Boote (RBoote@cozen.com); Sullivan, John
> **Subject:** Re: GW
>
> Ok
> Pay
> Demand and/ or repudiate
> File
> We will get you comments, although not required we may want to deposit our funds with Duane Morris and document it
>
> Mike Trovini
>
> On Nov 13, 2014, at 7:48 PM, "Minissale, Henry" <Henry.Minissale@acegroup.com> wrote:
>
>> What I thought was an actual repudiation from Art was in fact an email from Geo B recounting a conversation with Art. He said that they don't intend to ship unless you pay ACE and support the back charges. We are going to pay GW tomorrow. That will join the issue. I don't think the actual repudiation will be far behind.
>>
>> **Henry R Minissale**
>> **Vice President**
>>
>> ACE North America Claims, 436 Walnut Street WA10A, Philadelphia, PA 19106, USA
>> T 215 640 2641 | M 215 518 1149 | F 215 640 5474
>> Henry.minissale@acegroup.com | www.acegroup.com
>>
>> The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from

Confidential                                                                            MC_00042228

disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer.

Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

_____

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.
_____

_____

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious

software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.
_____
_____

_____
_
This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.
_____
____

**Confidential**                                                                                                                                              MC_00042230