# EXHIBIT 39



Page 1 of 3

## Certificate of Occupancy

**CO Number:** 420602182T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. This document or a copy shall be available for inspection at the building at all reasonable times.

**A.**

| | | |
|---|---|---|
| **Borough:** Queens | **Block Number:** 00006 | **Certificate Type:** Temporary |
| **Address:** 1-50 50TH AVENUE | **Lot Number(s):** 80 | **Effective Date:** 07/08/2015 |
| **Building Identification Number (BIN):** 4541370 | | **Expiration Date:** 09/06/2015 |
| | **Building Type:** New | |

This building is subject to this Building Code: 2008 Code

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
- **Construction classification:** 1-B (2008 Code)
- **Building Occupancy Group classification:** R-2 (2008 Code)
- **Multiple Dwelling Law Classification:** HAEA
- **No. of stories:** 37   **Height in feet:** 350   **No. of dwelling units:** 619

**C.** **Fire Protection Equipment:**
Standpipe system, Fire alarm system, Sprinkler system, Fire Suppression system

**D.** **Type and number of open spaces:**
None associated with this filing.

**E.** **This Certificate is issued with the following legal limitations:**
Easement(s) - Recording Info: FLOOD ZONE COMPLIANCE.

**Outstanding requirements for obtaining Final Certificate of Occupancy:**
There are 26 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:**
OCCUPANCY EXCLUDES RETAIL SPACES GROUND LEVEL AMENITIES, HOIST LINE APARTMENTS ON FLOORS ONE (1) THROUGH ELEVEN (11) FLOORS, AND ROOF TERRACES.

Borough Commissioner                                                              Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



# Certificate of Occupancy

Page 2 of 3

CO Number: 420602182T001

| Floor From | To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|---|
| 001 | 001 | 20 | | OG | R-2 | | 2 | RESIDENTIAL LOBBY, MAIL ROOM, MANAGEMENT OFFICE, WOMEN'S LOCKER, MEN'S LOCKER, BREAK ROOM, PARKING ATTENDANT OFFICE, SUPER'S OFFICE ACCESSORY TO RESIDENTIAL |
| 001 | 001 | 10 | | OG | S-2<br>R-2<br>U | | 2, 6, 2 | SANITARY POE, GAS METER RM, PACKAGE RM, VALET RM, TRASH COMPACTOR RM, FIRE PUMP RM, OFFICE STORAGE, BIKE RM, SUPER'S WORKSHOP, TELECOM RM, ELECTRIC SERVICE RM, WATER METER RM |
| 001 | 001 | | | OG | R-2<br>S-2 | | 2, 6 | PARKING FOR 38 SPACES TOTAL |
| 001 | 001 | 67 | | OG | R-2 | | 2 | RESIDENTIAL AMENITIES (GYM, KIDS PLAY RM, DOG CITY) ACCESSORY TO R2 |
| 001 | 001 | | | OG | M | | 6 | RETAIL SPACE B (VACANT/NO OCCUPANCY) |
| 001 | 001 | | | OG | M | | 6 | RETAIL SPACE A (VACANT/NO OCCUPANCY) |
| 002 | 004 | | 100 | | S-2<br>R-2 | | 2, 6 | PARKING FOR 229 SPACES TOTAL |
| 002 | 004 | | 100 | | R-2 | 37 | 2 | (37) APARTMENTS PER FLOOR, ELECTRICAL TELECOM CLOSETS, TRASH ROOM. |
| 004 | 004 | 2 | 100 | | R-2<br>U | | 2, 6 | BOILER ROOM, STORM WATER IRRIGATION TANK RM., WATER TANK |
| 005 | 005 | | 100 | | R-2 | 41 | 2 | (41) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH ROOM, STORAGE RM. |
| 005 | 005 | 36 | 100 | | R-2 | | 2 | TERRACE ACCESSORY TO RESIDENTIAL |
| 006 | 006 | | 100 | | R-2 | 42 | 2 | (42) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH RM, STORAGE RMS |

Borough Commissioner                               Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



# Certificate of Occupancy

Page 3 of 3

**CO Number:** 420602182T001

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 007   007 | | 100 | R-2 S-2 | 32 | 2, 2 | (32) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH ROOM, STORAGE RM |
| 008   011 | | 100 | R-2 S-2 | 32 | 2, 2 | (32) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH ROOM, STORAGE RM |
| 012   012 | | 100 | R-2 | 30 | 2 | (30) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH RM, ACCESSORY RESIDENTIAL AMENITY SPACE & LAUNDRY RM. |
| 013   013 | 215 | 100 | R-2 | | 2 | ROOF TERRACES ACCESSORY TO RESIDENTIAL (ONE TERRACE HAS 140 OCCUPANTS, ONE TERRACE HAS 75 OCCUPANTS) |
| 013   013 | | 100 | R-2 | 8 | 2 | (8) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, ACCESSORY RESIDENTIAL AMENITIES SPACE, TRASH RM. |
| 014   014 | | 100 | R-2 | 9 | 2 | (9) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSET, TRASH RM, ELEVATOR MACHINE ROOM |
| 015   033 | | 100 | R-2 | 10 | 2 | (10) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH RM. |
| 034   036 | | 100 | R-2 | 7 | 2 | (7) APARTMENTS PER FLOOR, ELECTRICAL/TELECOM CLOSETS, TRASH RM. |
| 037   037 | | 100 | R-2 | 7 | 2 | (7) APARTMENTS, ELECTRICAL/TELECOM CLOSETS, TRASH RM |
| ROOF | | 100 | S-2 | | 2 | ELEVATOR MACHINE ROOM, MECHANICAL EQUIPMENT & BULKHEAD |

ZONING LOT DESCRIPTION RECORDED UNDER CRFN #2013000110502 & 2013000110503 AND EASEMENT RECORDED UNDER CRFN #2013000110501. TOTAL ATTENDANT PARKING FOR 267 VEHICLES. PAID ATTENDANTS EMPLOYED BY THE OWNERS OR OPERATORS OF SUCH SPACES BE AVAILABLE TO HANDLE THE PARKING AND MOVING OF AUTOMOBILES AT ALL TIMES WHEN SUCH SPACES ARE IN USE. THE BUILDING DOES NOT HAVE A 13TH MARKETING FLOOR. FLOORS 13-37 ARE CONSTRUCTION FLOORS AND FLOORS 14-37, PH ARE MARKETING FLOORS.

**END OF SECTION**

Borough Commissioner

Commissioner

*END OF DOCUMENT*

420602182/001  7/8/2015 9:54:16 AM

Confidential

MC_00012174