# EXHIBIT 40

Case 1:16-cv-00420-ILG-VMS   Document 112-46   Filed 04/23/18   Page 2 of 4 PageID #: 3048



# Certificate of Occupancy
Page 1 of 3

**CO Number:** 420602217T003

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**
| | |
|---|---|
| **Borough:** Queens | **Block Number:** 00006 |
| **Address:** 1-55 BORDEN AVENUE | **Lot Number(s):** 6 |
| **Building Identification Number (BIN):** 4541408 | **Building Type:** New |

| | |
|---|---|
| **Certificate Type:** Temporary |
| **Effective Date:** 07/22/2015 |
| **Expiration Date:** 10/20/2015 |

This building is subject to this Building Code: 2008 Code

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
**Construction classification:** 1-B         (2008 Code)
**Building Occupancy Group classification:** R-2         (2008 Code)
**Multiple Dwelling Law Classification:** HAEA

**No. of stories:** 32     **Height in feet:** 307     **No. of dwelling units:** 306

**C.** **Fire Protection Equipment:**
Standpipe system, Fire alarm system, Sprinkler system, Fire Suppression system

**D.** **Type and number of open spaces:**
None associated with this filing.

**E.** **This Certificate is issued with the following legal limitations:**
None

**Outstanding requirements for obtaining Final Certificate of Occupancy:**
There are 23 outstanding requirements. Please refer to BISWeb for further detail.
**Borough Comments:** None

Borough Commissioner                                        Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



# Certificate of Occupancy

CO Number: 420602217T003

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations below are 2008 designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001  001 | 22 | OG | R-2 | | 2 | RESIDENTIAL LOBBY (PARTIALLY SUBJECT TO FLOODING), MAIL ROOM, LOCKER ROOMS, BREAK ROOM, SUPER'S OFFICE ACCESSORY TO RESIDENTIAL |
| 001  001 | 19 | OG | S-2 R-2 U | | 2, 2 | GAS METER RM, PACKAGE RM, TRASH COMPACTOR RM, FIRE PUMP RM, WATER METER, RM, SUPER'S OFFICE WORKSHOP, STORAGE RM, BIKE RM., COGEN TANK RM, WASTE COLLECTOR RM |
| 001  001 | | OG | M | | 6 | RETAIL SPACE (VACANT/NO OCCUPANCY) |
| 002  002 | 51 | 100 | R-2 | | 2 | RESIDENTIAL AMENITY SPACE (GYM, KIDS PLAY RM, BUSINESS CENTER) ACCESSORY TORESIDENTIAL |
| 002  002 | | 100 | R-2 | 8 | 2 | (08) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSETS |
| 002  002 | 8 | 100 | R-2 U | | 2, 2 | TELECOM ROOM, (MDF) LAUNDRY RM, MECHANICAL RM, MECHANICAL RM2, MECHANICAL SPACE, ELECTRICAL RM. |
| 003  003 | | 100 | R-2 | 14 | 2 | (14) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/SECURITY/TELECOM CLOSETS, MANAGEMENT OFFICE ACCESSORY TO RESIDENTIAL |
| 003  003 | | 100 | R-2 | | 2 | ROOF- MAINTENANCE ACCESS ONLY. NO PART OF ACCESSORY TO RESIDENTIAL. |
| 004  007 | | 100 | R-2 | 14 | 2 | (14) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| 008  009 | | 100 | R-2 | 13 | 2 | (13) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| 010  013 | | 100 | R-2 | 10 | 2 | (10) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| 014  019 | | 100 | R-2 | 9 | 2 | (09) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |

Borough Commissioner            Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

Confidential                                                                                                                                                        MC_00012194



Page 3 of 3

## Certificate of Occupancy

CO Number: 420602217T003

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations below are 2008 designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 020  028 | | 100 | R-2 | 9 | 2 | (09) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| 029  029 | | 100 | R-2 | 6 | 2 | (6) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| 029  029 | 4 | 100 | R-2 | | 2 | TERRACE ACCESSORY TO RESIDENTIAL |
| 029  029 | 16 | 100 | R-2 | | 2 | ACCESSORY RESIDENTIAL AMENITY SPACE. |
| 030  032 | | 100 | R-2 | 7 | 2 | (7) APARTMENTS PER FLOOR, TRASH RM, ELECTRIC/TELECOM CLOSET |
| ROOF | | | R-2 | | 2 | MECHANICAL SPACE, ELEVATOR MACHINE ROOM, BULKHEAD |
| ZONING LOT DESCRIPTION RECORDED UNDER CRFN #2013000110502 AND 2013000110503 . EASEMENT RECORDED UNDER CRFN #2013000110501. SHADED AREAS WITHIN BUILD (LOBBY ENTRANCE) IS DISIGNED TO RETAIN WATER AND WITHSTAND HYDROSTATIC AND HYDRODYNAMIC PRESSURE ASSUMING WATER HEIGHT TO BASE FLOOD ELEVATION MATERIALS INCLUDING FINISHES IN SHADED AREA SHALL BE FLOOD-RESISTANT MATERIALS AND COMPLY WITH APPENDIX G | | | | | | |
| END OF SECTION | | | | | | |

Borough Commissioner

Commissioner

END OF DOCUMENT

420602217/003  7/22/2015 3:32:29 PM

Confidential                                                                                                                                                                                       MC_00012195