# EXHIBIT 43



ISMAEL LEYVA
ARCHITECTS

**ARCHITECT'S CERTIFICATION**

**STATE OF NEW YORK)**

**COUNTY OF NEW YORK) ss.:**

Manish Chadha, being duly sworn deposes, and says as follows:

1. I am a registered architect licensed in the State of New York (License No. 033196) and the architect of record with respect to the architectural services performed at premises 1-55 Borden Avenue, Queens, New York (the "Building").

2. I hereby certify that all work to be performed by Monadnock Construction, Inc. on behalf of the owner, HPS 50th Avenue Associates LLC, has been substantially completed in accordance with the plans and specifications.

3. I hereby certify that all punchlist work has been completed and no issues remain unsettled or outstanding.

_____
**Manish Chadha, AIA**
**Principal**

Sworn to before me this
30th day of November, 2015

_____
Notary Public

Pablo M. Santiago
Notary Public - State of New York
No. 01SA6083750
Qualified in New York County
My Commission Expires: 12.29.18

**Confidential**                                                                                                                                                 MC_00038227