# EXHIBIT 47



Confidential MC_00044247