UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,                    Case No.: 16 CIV 00420 (JBW)(VMS)
                        Plaintiff,                  ECF Case

      -against-

WESTCHESTER FIRE INSURANCE
COMPANY,
                        Defendant.
-------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,
                        Third-Party Plaintiff,
      -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,
                        Third-Party Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Evan Weintraub, Esq. sworn to on May 11, 2018, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this action, Plaintiff Monadnock Construction, Inc., through its undersigned counsel, will move this Court, before the Honorable Magistrate Judge Vera M. Scanlon, at the United States Courthouse, United States District Court, Eastern District of New York, 225 Cadman Plaza, East, Brooklyn, New York, on a date and time to be designated by the Court, for an Order pursuant to Rules 26, 45, and 69 of the Federal Rules of Civil Procedure compelling Westchester Fire Insurance Company, Ugo Colombo, Sara Jayne Kennedy Colombo, and Tecnoglass, LLC to (a) produce documents responsive to the categories set forth in Exhibit A to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Civil Action, served upon each of them; and (b) to make themselves available for deposition concerning the matters identified the Subpoena to Testify at a Deposition in a Civil Action.

|  |  |
|---|---|
| Dated: New York, New York<br>May 11, 2018 | Respectfully submitted,<br><br>WACHTEL MISSRY LLP<br><br>By: */s/ Evan Weintraub*<br>Howard Kleinhendler, Esq.<br>Evan Weintraub, Esq.<br>Jocelyn Weinstein, Esq.<br>885 Second Avenue<br>New York, NY 10017<br>(212) 909-9500<br>hkleinhendler@wmllp.com<br>weintraub@wmllp.com<br>jweinstein@wmllp.com<br><br>*Attorneys for Plaintiff*<br>*Monadnock Construction, Inc.* |

TO: John Joseph Sullivan, Esq.
Robert Mclaurin Boote, Esq.
Cozen & O'Connor
277 Park Avenue,
New York, NY 10172
*Attorneys for Defendant/Third-Party Plaintiff*
*Westchester Fire Insurance Company*

James P. Cinque
Cinque & Cinque, P.C.
845 Third Avenue, suite 1400
New York, NY 10022
*Attorneys for Third-Party Defendant*
*Glasswall, LLC*

Joel S. Magolnick
Marko & Magolnick, P.A.
3001 Sw 3rd Avenue
Miami, FL 33129
*Attorneys for Third-Party Defendants*
*Ugo Colombo and Sara Jayne Kennedy*
*Colombo*
Tecnoglass LLC
c/o Registered Agent, Anthony Robledo
8410 NW 53rd Terrace, Suite 209
Doral, FL 33166