# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,    Case No.: 16 CIV. 00420
                                 (JBW)(VMS)
                                 ECF Case

        Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.

-------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

   -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.

---------------------------------------------------------X

**OBJECTIONS OF UGO COLOMBO TO**
**<u>SUBPOENA TO PRODUCE DOCUMENTS, ETC.</u>**

Pursuant to Fed. R. Civ. P. 45, third-party defendant Ugo Colombo ("Colombo"),

by his undersigned counsel, objects to the Subpoena to Produce Documents, Information,

1

or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena"), and in support, states as follows:

## GENERAL OBJECTIONS

1. The Subpoena[1], which seeks production of 25 categories of documents, is in violation of this Court's Order of January 31, 2018 staying discovery in this matter. A copy of the Order is attached hereto as Exhibit "A".

2. The Subpoena was not properly served on Colombo. Rather, the Subpoena was simply left at Colombo's residence.

3. The Subpoena improperly seeks documents which are clearly confidential, privileged documents of Colombo.

4. The document production requests set forth in the Subpoena are overbroad and burdensome in that, on their face, they seek documents of third parties.

## OBJECTIONS TO SPECIFIC REQUESTS

1. In addition to the General Objections which are incorporated herein, Requests 1-4, 8, 18, and 22 improperly seek the confidential financial information of Colombo. There is no judgment or judgment execution proceeding pending against Colombo, or any other grounds upon which Plaintiff would be entitled to the information being sought in these Requests.

2. In addition to the General Objections which are incorporated herein, Requests 5

---

[1] The Subpoena makes reference to "Civil Action No. SDNY 16-CIV-420 (JBW)(VMS)." The reference to "SDNY" is incorrect as the matter is pending in the Eastern District of New York, not the Southern District.

2

6, 9, 11-14, and 16-20 are overbroad, unduly burdensome and seek information that is in the possession of Glasswall or Tecnoglass, both of which are separate and independent entities.

3. Nothing set forth herein shall be deemed an acknowledgement or admission that Colombo is in possession of any documents responsive to any of the Requests set forth in the Subpoena.

DATED: MIAMI, FLORIDA
      March 27, 2018

                    Respectfully submitted,

                    MARKO & MAGOLNICK, P.A.

                    By: /s/Joel S. Magolnick
                    Joel S. Magolnick, Esq.
                    (admitted *pro hac vice*)
                    Attorneys for Third-Party Defendants
                    Ugo Colombo and Sara Jayne Kennedy Colombo
                    3001 S.W. 3rd Avenue
                    Miami, Florida 33129
                    Telephone: 305-285-2000
                    Telefax: 305-285-5555
                    E-mail: magolnick@mm-pa.com

TO:    WACHTEL MISSRY LLP
        Attorneys for Monadnock Construction, Inc.
        885 Second Avenue
        New York, New York 10017
        Telephone: (212) 909-9500
        Telefax:   (212) 371-0320

        COZEN & O'CONNOR
        Attorneys for Westchester Fire Insurance Company
        277 Park Avenue
        New York, New York 10172
        Telephone: (212) 883-4900
        Telefax:   (212) 986-0604

CINQUE & CINQUE, P. C.
Attorneys for Third-Party Defendant
Glasswall, LLC
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Telefax: (212) 759-7737

<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>   Date: 1/31/2018

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Insurance</u>   Telephone Conf. @ 2:30 PM

Civ. A. <u>16-cv-00420-JBW-VMS</u>

<u>ECF Recording in 13A South:</u>   ☑ Telephone Conference   ☐ In-person Conference

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record — [ECF 9] granted on consent. Discovery stayed.

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed   2/9/18 for briefing schedule
☐ Status conference   Date: ___ Time: ___
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference   Date: ___ Time: ___

1/2

EXHIBIT "A"

Case 1:16-cv-00420-JLS-VMS Document 117-1 Filed 05/11/18 Page 7 of 7 PageID #: 3457
Case 1:16-cv-00420-JBW-VMS Document 101 Filed 01/31/18 Page 2 of 2 PageID #: 1746

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock    Civ. A. 16-420.

Date: 1/31/2018

**Additional Orders:**

As discovery was recharged in the arbitration, counsel want to move for SJ and X-SJ at this stage. If the motion is denied, counsel may seek themited discovery.

On the motion at [79] TT consents to the stay, as does WFIC and the 3rd party. Discovery stay granted.

The newly served Third-party defendants intend to file dispositive motions which may affect the motion for collateral at [55].

The briefing schedules discussed during the conference are approved. By 2/9/18, counsel should file their respective briefing schedules by letter.

Page 2 of 2