# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,   Case No.: 16 CIV. 00420
                                (JBW)(VMS)
                                ECF Case

        Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.

------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

   -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.

------------------------------------------------------------X

## OBJECTIONS OF SARA JAYNE KENNEDY COLOMBO TO SUBPOENA TO PRODUCE DOCUMENTS, ETC.

Pursuant to Fed. R. Civ. P. 45, third-party defendant Sara Jayne Kennedy

Colombo ("Kennedy"), by her undersigned counsel, objects to the Subpoena to Produce

1

Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena"), and in support, states as follows:

## GENERAL OBJECTIONS

1. The Subpoena[1], which seeks production of 25 categories of documents, is in violation of this Court's Order of January 31, 2018 staying discovery in this matter. A copy of the Order is attached hereto as Exhibit "A".

2. The Subpoena was not properly served on Kennedy. Rather, the Subpoena was simply left at Kennedy's residence.

3. The document production requests set forth in the Subpoena are overbroad and burdensome in that, on their face, they seek documents, including confidential financial documents, of third parties.

## OBJECTIONS TO SPECIFIC REQUESTS

1. In addition to the General Objections which are incorporated herein, Requests 1-25 all seek information of Ugo Colombo, Glasswall, LLC and Tecnoglass Inc., third parties over whom Kennedy has no authority or control.

2. Moreover, Requests 1-4, 8, 18, and 22 improperly seek the confidential financial information of Colombo.

3. Nothing set forth herein shall be deemed an acknowledgement or admission that

---

[1] The Subpoena makes reference to "Civil Action No. SDNY 16-CIV-420 (JBW)(VMS)." The reference to "SDNY" is incorrect as the matter is pending in the Eastern District of New York, not the Southern District.

2

Kennedy is in possession of any documents responsive to any of the Requests set forth in the Subpoena.

DATED: MIAMI, FLORIDA
      March 27, 2018

                                        MARKO & MAGOLNICK, P.A.

                                        By: /s/Joel S. Magolnick
                                        Joel S. Magolnick, Esq.
                                        (admitted *pro hac vice*)
                                        Attorneys for Third-Party Defendants
                                        Ugo Colombo and Sara Jayne Kennedy Colombo
                                        3001 S.W. 3rd Avenue
                                        Miami, Florida  33129
                                        Telephone:  305-285-2000
                                        Telefax: 305-285-5555
                                        E-mail: magolnick@mm-pa.com

TO:    WACHTEL MISSRY LLP
         Attorneys for Monadnock Construction, Inc.
         885 Second Avenue
         New York, New York 10017
         Telephone: (212) 909-9500
         Telefax:    (212) 371-0320

         COZEN & O'CONNOR
         Attorneys for Westchester Fire Insurance Company
         277 Park Avenue
         New York, New York 10172
         Telephone: (212) 883-4900
         Telefax:    (212) 986-0604

         CINQUE & CINQUE, P. C.
         Attorneys for Third-Party Defendant
         Glasswall, LLC
         845 Third Avenue, Suite 1400
         New York, New York 10022
         Telephone: (212) 759-5515
         Telefax: (212) 759-7737

<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>   Date: 1/31/2018

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Insurance</u>   Telephone Conf. @ 2:30 PM

Civ. A. <u>16-cv-00420-JBW-VMS</u>

<u>ECF Recording in 13A South:</u>   ☑ Telephone Conference   ☐ In-person Conference

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record — [39] granted on consent. Discovery stayed.

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder       ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer                   ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed     2/9/18 for briefing schedule
☐ Status conference                       Date: _____ Time: _____
  ☐ In person ☐ Telephone (718) 613-2300  To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                   Date: _____ Time: _____

1/2

EXHIBIT "A"

Case 1:16-cv-00420-JLG-VMS Document 117-5 Filed 05/11/18 Page 6 of 6 PageID #: 3463
Case 1:16-cv-00420-JBW-VMS Document 101 Filed 01/31/18 Page 2 of 2 PageID #: 1746

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock    Civ. A. 16-420.

Date: 1/31/2018

**Additional Orders:**

As discovery was recharged in the arbitration, counsel want to move for SJ and x-SJ at this stage. If the motion is denied, counsel may seek the limited discovery.

On the motion at [79] TT consents to the stay, as does WFIC and the 3rd party. Discovery stay granted.

The newly served Third-party defendants intend to file dispositive motions which may affect the motion for collateral at [55].

The briefing schedules discussed during the conference are approved. By 2/9/18, counsel should file their respective briefing schedules by letter.

Page 2 of 2