UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

    -against-

WESTCHESTER FIRE INSURANCE COMPANY,

                Defendant.

Case No.: 16 CIV 00420 (JBW)
ECF Case

------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE COMPANY,

                Third-Party Plaintiff,

    -against-

GLASSWALL, LLC, UGO COLOMBO, and SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants.

------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    Jocelyn M. Weinstein, an attorney duly admitted to practice law in the State of New York, affirms and declares under the penalty of perjury:

    I am not a party to this action, am over 18 years of age, and am employed as an Associate at Wachtel Missry LLP.

    On May 11, 2018 I served
(1) Monadnock Construction, Inc.'s Motion to Compel Westchester Fire Insurance Company, Ugo Colombo, Sara Jayne Kennedy Colombo, and Tecnoglass, LLC to (a) produce documents responsive to the categories set forth in Exhibit A to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Civil Action, served upon each of them; and (b) to make themselves available for deposition concerning the matters identified the Subpoena to Testify at a Deposition in a Civil Action;

(2) Memorandum of Law by Monadnock Construction, Inc. in Support of its Motion to Compel Subpoena Compliance; and

(3) Declaration of Evan Weintraub in Support of Motion to Compel

upon Westchester Fire Insurance Company, Ugo Colombo, and Sara Jayne Kennedy Colombo by filing them electronically on CM/ECF.

On May 15, 2018, I served a copy of the same upon Tecnoglass, LLC ("Tecnoglass") by sending a copy of each of the above-listed documents by overnight mail, in properly addressed wrappers, to Tecnoglass's registered agent for the service of process:

Philip Hudson III
Saul Ewing Arnstein & Lehr LLP
200 S. Biscayne Blvd., Suite 3600
Southeast Financial Center
MIAMI, FL 33131
US

Dated: New York, New York
       May 15, 2018

Jocelyn M. Weinstein, Esq.
Wachtel Missry LLP
885 Second Avenue
47th Floor
New York, NY 10016
(212) 909-9500
jweinstein@wmllp.com