# Exhibit A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE, COUNTY, FLORIDA

Complex Business Division
Judge William L. Thomas
Consolidated Cases:
CASE NO. 15-06405-CA 44
CASE NO. 14-05447 CA 44
CASE NO. 14-02090 CA 44

SARA JAYNE KENNEDY,

  Plaintiff,

vs.

MONADNOCK CONSTRUCTION, INC., et al.

  Defendants.

_____/

## ORDER ON DEFENDANT WESTCHESTER'S MOTIONS TO DISMISS
## BASED ON MANDATORY FORUM SELECTION CLAUSE

**UPON CONSIDERATION OF** Defendant Westchester Fire Insurance Company's Motions to Dismiss Based on Mandatory Forum Selection Clause, and the Court having heard argument of counsel at a hearing held in this matter on Monday, April 30, 2018, it is hereby

**ADJUDGED:** Granted. These consolidated cases against Westchester Fire Insurance Company are dismissed for the reasons set forth in the record transcribed during the hearing.

**DONE** in Chambers at Miami, Miami-Dade County, Florida this 30 day of April, 2018.

William L. Thomas
Circuit Judge

William Thomas
Circuit Court Judge

Copies furnished to:
All Counsel of Record