

August 10, 2018

**By ECF Filing**
The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:   ***Monadnock Construction, Inc. v. Westchester Fire Insurance Company, et. al.***
            **Case No. 1:16-cv-00420-JBW-VMS**
            Request to Appear Telephonically at Status Hearing set for August 15, 2018 at 12:00 PM

Dear Judge Scanlon:

    The undersigned represents Third-Party Defendants Ugo Colombo and Sara Jayne Kennedy Colombo in the above referenced matter. On August 6, 2018, a Scheduling Order was entered setting a Status Conference in this matter for August 15, 2018. The undersigned, who appeared *pro hac vice* in this matter, is based out of Miami, Florida, and unable to personally attend the Status Conference due to the press of other matters, including a previously scheduled hearing set on the same day.

    The undersigned conferred with counsel for Plaintiff, Evan Scott Weintraub, who has consented to the relief requested herein. The undersigned also conferred with counsel for Westchester Fire Insurance Company, John J. Sullivan, but has not yet received a response as to whether there is any objection to the request to appear telephonically.

    Accordingly, the undersigned requests permission to appear telephonically at the Status Conference set for August 15, 2018.

                              Respectfully submitted,

                              **MARKO & MAGOLNICK, P.A.**

                              By:/s/Joel S. Magolnick
                              Joel S. Magolnick (FBN: 776068)
                              *Pro Hac Vice*
                              3001 S.W. 3rd Avenue
                              Miami, Florida 33129
                              Telephone: 305-285-2000
                              Email: magolnick@mm-pa.com

cc:
Howard Kleinhendler, Evan Scott Weintraub, Jocelyn Meredith Weinstein and Judah D. Greenblatt (by ECF filing)
John Joseph Sullivan, Alexander Selarnick and Robert Mclaurin Boote (by ECF filing)
James P. Cinque (by ECF filing)