LAW OFFICES
# CINQUE & CINQUE, P.C.
845 THIRD AVENUE
NEW YORK, NEW YORK 10022

ROBERT W. CINQUE
JAMES P. CINQUE

MEMBERS OF NY & CA BARS

TELEPHONE: (212) 759-5515
TELEFAX: (212) 759-7737
E-MAIL: CINQUE845@aol.com

August 14, 2018

VIA ECF

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Monadnock Construction, Inc. v. Westchester
          Fire Insurance Co., etc.
          Case No.: 16 CV 00420 (JBW)(VMS)

Dear Magistrate Judge Scanlon:

     We are the attorneys for third-party defendant Glasswall, LLC ("Glasswall") and are writing to advise the Court that it has reached an agreement in principal with plaintiff Monadnock Construction, Inc. ("Monadnock") pursuant to which claims between Monadnock on the one hand and Glasswall and third-party defendant Ugo Colombo on the other hand will be dismissed. This settlement will probably moot motions presently pending before the Court, such as: Monadnock's motion to compel (Docket No. 115), and Glasswall's motion to dismiss the amended complaint (Docket No. 83).

     The settlement documents are in the process of being exchanged and we hope to have the settlement effected by the end of the week. We wanted to give the Court notice in advance of Wednesday's conference.

                                         Respectfully yours,

                                         JAMES P. CINQUE

JPC:kp

cc: All Counsel (Via ECF)