UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,     Case No.: 16 CIV. 00420 (JBW)(VMS)
                         Plaintiff,                          ECF Case

       -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                         Defendant.
------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                        Third-Party Plaintiff,

       -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                        Third-Party Defendants.
------------------------------------------------------------X

### STIPULATION OF DISCONTINUANCE OF PLAINTIFF'S CLAIMS AGAINST GLASSWALL, LLC AND UGO COLOMBO

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties hereto, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, all claims asserted by plaintiff Monadnock Construction, Inc. against third-party defendants Glasswall, LLC and Ugo Colombo (including but not limited to the third through seventh claims in the amended complaint filed

October 3, 2017) are hereby discontinued with prejudice, and without costs or attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

DATED: NEW YORK, NEW YORK
~~JUNE~~ 14, 2018
August

WACHTEL MISSRY, LLP

By: _____
Evan Weintraub
Attorneys for Plaintiff Monadnock
Construction, Inc.
885 Second Avenue
New York, New York 10017
Telephone: (212) 909-9500

CINQUE & CINQUE, P. C.

By: _____
James P. Cinque
Attorneys for Third-Party Defendant
Glasswall, LLC
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515

MARKO & MAGOLNICK, P.A.

By: _____
Joel S. Magolnick
Attorneys for Third-Party Defendant
Ugo Colombo
3001 S.W. 3rd Avenue
Miami, Florida 33128
Telephone: (305) 285-2000

SO ORDERED:

_____
U. S. D. J.