**Record of Conference and Orders: Vera M. Scanlon, USMJ**    Date: 8/15/2018

Case: Monadnock Construction, Inc. v. Westchester Fire Insurance Company    Tele Conf. @ 12:00 PM

Civ. 1:16-cv-00420-JBW-VMS

**ECF Recording in 13A South:**    ☑ Telephone Conference    ☐ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                        Date:        Time:
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated         ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed        ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                    Date:        Time:

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock          Civ. A. 16-420

Date: 8/15/2018

**Additional Orders:**

The motions at 83, 108, and 115 are moot because of the settlement between Monadnock, Glasswell & Ugo Columbo & S.J.K. Columbo.

The settlement has raised concerns as to whether the claims by Monadnock which are being assigned to a third party to litigate against Westchester are viable. This is a preliminary question to many of the issues raised in the motions at 55, 80, 96, 111, & 112. The parties are not in agreement as to whether the settlement agreement should be exchanged or its impact on these motions. They will refile the submission discussed as to these issues by 9/10/18. The motions are administratively terminated until the preliminary issues are resolved and the motions can be reinstated upon a party's request after the 9/10/18 submission.

Page ___ of ___

2/2