Record of Conference and Orders: Vera M. Scanlon, USMJ     Date: 11/1/2018

Case: Monadnock Construction, Inc. v. Westchester Fire Insurance Company     Status Conf. @ 2:00 PM

Civ. 1:16-cv-00420-JBW-VMS

ECF Recording in 13A South:     ☐ Telephone Conference     ☒ In-person Conference

215 - 250

Counsel: *No appearance* (See separately docket entry or document for specific appearances)
☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☒ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served   ☐ To be filed
    ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☒ Status conference     Date: 11/27/18   Time: 11:00 AM
    ☐ In person ☒ Telephone (718) 613-2300    To be organized by: Westchester

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference     Date:     Time:

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock    Civ. A. 16-420

Date: 11/1/2018

**Additional Orders:**

(A) Monadnock's counsel is to file a letter as to why he or she did not appear at today's conference by 11/8/18.

(B) By 11/15/18, Monadnock and/or Hesswall is to produce the entire settlement agreement with all attachments etc to the other parties. The production is deemed Confidential. Any issues as to a full production should be raised by letter by 11/9/18 as discussed.

(C) During the 11/27 conference, counsel should be prepared to discuss any FRCP 25 motion, and West Chester's request at [130] for discovery.

(D) Due to counsel's trial schedule, Mr. Magolnick's associate may participate by telephone if necessary.

Page 2 of 2