UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

              Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

             Defendant.
----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

             Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

             Third-Party Defendants.
----------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ALEXANDER SELARNICK**

     **PLEASE TAKE NOTICE** that the undersigned, Alexander J. Selarnick, of the law firm of Cozen O'Connor, hereby withdraws his appearance as counsel for Defendant/Third-Party Plaintiff Westchester Fire Insurance Company in the above-captioned case and requests that all notices, all papers and all pleadings served or required no longer be served or be given to him. The law firm of Cozen O'Connor otherwise will continue to appear as counsel for Westchester Fire Insurance Company in this matter.

Dated: New York, New York
         November 5, 2018

Respectfully Submitted,

   /s/ Alexander J. Selarnick
COZEN O'CONNOR
Alexander Selarnick
45 Broadway Atrium, Suite 1600

                                            New York, New York 10006
                                            (212) 453-3740
                                            ASelarnick@cozen.com

To all parties via ECF