<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>    Date: 11/27/2018

Case: Monadnock Construction, Inc. v. Westchester Fire    <u>Telephone Conf. @ 11:00 AM</u>

Civ. 1:16-cv-00420-JBW-VMS

<u>ECF Recording in 13A South:</u>    ☑ Telephone Conference    ☐ In-person Conference

11:16 – 11:31

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference    Date: 12/4/18  Time: 10:30
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

1/2

Page __ of __

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Monadnock          Civ. A. 16-420

Date: 11/27/2018

**Additional Orders:**

Counsel should be prepared to update the Court on discussions as to settlement, to identify outstanding claims, and to propose a discovery and/or motion schedule.

Page 2 of 2