**Record of Conference and Orders: Vera M. Scanlon, USMJ**    Date: 11/27/2018

Case: Monadnock Construction, Inc. v. Westchester Fire    Telephone Conf. @ 11:00 AM

Civ. 1:16-cv-00420-JBW-VMS

**ECF Recording in 13A South:**    ☑ Telephone Conference    ☐ In-person Conference

11:16 – 11:31

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☑ Discovery Conference  ☐
☐ JPTO Conference     ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder       ☐ To be served    ☐ To be filed
    ☐ Complaint  ☐ Answer       ☐ On consent  ☐ By motion  ☐ By PMC letter

☐ Joint status letter  ☐ Stip of dismissal to be filed

☑ Status conference       Date: 12/4/18  Time: 10:30
    ☐ In person  ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter  ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference  ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

1/2

Page __ of __

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Monadnock     Civ. A. 16-420

Date: 11/27/2018

**Additional Orders:**

Counsel should be prepared to update the Court on discussions as to settlement, to identify outstanding claims, and to propose a discovery and/or motion schedule.

Page 2 of 2