# Marko · Magolnick
## ATTORNEYS AT LAW

Vizcaya Professional Building
3001 Southwest 3rd Avenue
Miami, Florida 33129

Tel: 305.285.2000
Fax: 305.285.5555
Toll Free: 888.893.5723
www.mm-pa.com

December 3, 2018

**By ECF Filing**
The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Monadnock Construction, Inc. v. Westchester Fire Insurance Company, et. al.*
Case No. 1:16-cv-00420-JBW-VMS
Consented Request to Appear Telephonically at Status Conference set for December 4, 2018 at 10:30 AM

Dear Judge Scanlon:

The undersigned represents Third-Party Defendants Ugo Colombo and Sara Jayne Kennedy Colombo in the above referenced matter. On November 27, 2018, a Scheduling Order was entered setting a Status Conference in this matter for December 4, 2018. The undersigned, who appeared *pro hac vice* in this matter, is based out of Miami, Florida, and unable to personally attend the Status Conference due to the press of other matters.

The undersigned conferred with Evan Scott Weintraub, counsel for Plaintiff Monadnock Construction, Inc., John J. Sullivan, counsel for Defendant/Third-Party Plaintiff Westchester Fire Insurance Company, and James P. Cinque, counsel for Third-Party Defendant Glasswall, LLC, all of whom have all consented to the relief requested herein.

Accordingly, the undersigned requests permission to appear telephonically at the Status Conference set for December 4, 2018.

Respectfully submitted,

**MARKO & MAGOLNICK, P.A.**

By:/s/Joel S. Magolnick_____
Joel S. Magolnick (FBN: 776068)
*Pro Hac Vice*
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: 305-285-2000
Email: magolnick@mm-pa.com

cc:
Howard Kleinhendler, Evan Scott Weintraub, Jocelyn Meredith Weinstein and Judah D. Greenblatt (by ECF filing)
John Joseph Sullivan, Alexander Selarnick and Robert Mclaurin Boote - rboote@cozen.com
 (by ECF filing)
James P. Cinque (by ECF filing)