**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 12/4/2018

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Ins. Co.</u>     Telephone Conference @ 10:30 AM

Civ.: 1:16-cv-00420-JBW-VMS

**ECF Recording in 13A South:**     ☐ Telephone Conference     ☐ In-person Conference

10:41 - 11:00

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ **Status conference**     Date: 12/11/18     Time: 12:30 pm
    ☐ In person ☐ Telephone (718) 613-2300     To be organized by: Westchester

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ **Joint letter confirming discovery is concluded**

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ **Settlement Conference**     Date:     Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: __Monadnock__   Civ. A. __16-420__

Date: __12/4/2018__

**Additional Orders:**

Counsel must confer as to any discovery and/or motion practice, and be prepared to discuss a schedule for discovery and motions.

Page 2 of 2