**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 12/11/2018

Case: Monadnock Construction, Inc. v. Westchester Fire Ins. Co.   Telephone Conference @ 12:30 PM

Civ.: 1:16-cv-00420-JBW-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☐ In-person Conference

12:47 - 1:14

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☐ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record    [130] is denied as moot in light of settlement discussions

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served   ☐ To be filed
   ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference    Date:    Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Monadnock  Civ. A. 16-420

Date: 12/11/2018

**Additional Orders:**

1) Holding/Monadnock-related submissions will be filed by 1/11/19

The letter of credit-related briefing is as follows:
Moving submission: 1/11/19
Opposition: 2/1/19
Reply: 2/15/19

Westchester's motion on collateral security/indemnity briefing as follows:
Moving submission: 1/18/19
Opposition: 2/8/19
Reply: 2/22/19

Page 2 of 2