# Exhibit C



**COZEN O'CONNOR**

September 7, 2017

**Robert McL. Boote**
Direct Phone 215-665-4630
Direct Fax 215-701-2424
rboote@cozen.com

**Via Email and Federal Express**

James Cinque, Esquire
cinque845@aol.com
Cinque & Cinque PC
845 3rd Avenue #1400
New York, NY 10022

Joel S. Magolnick, Esquire
magolnick@mm-pa.com
Marko & Magolnick, P.A.
3001 S.W. 3rd Avenue
Miami, FL 33129

Re: **Monadnock Construction, Inc. v. Glasswall, Inc.; Monadnock Construction, Inc. v. Westchester Fire Insurance Company**

Gentlemen:

As counsel for Westchester Fire Insurance Company in matters relating to surety bonds executed by Westchester as surety for Glasswall, Inc. I write to you in your capacities as counsel for Glasswall LLC and for Ugo Colombo and Sara Jayne Kennedy Colombo, who are Westchester's individual Indemnitors under the Agreement of Indemnity dated February 1, 2013.

As you know, by Award of Arbitrator issued on August 29, 2017 the arbitrators awarded the sum of $1,499.255.18 in favor of Monadnock Construction and against Glasswall LLC.

Westchester requests that Glasswall and its Indemnitors promptly pay to Monadnock the amount awarded by the arbitrators, and obtain a complete release of Westchester Fire and its surety bonds that are the subject of the pending lawsuit filed by Monadnock against Westchester in the U.S. District Court for the Eastern District of New York.

In the event that your clients do not inform Westchester that they will promptly pay the Award and obtain a complete release of Westchester and its bonds, Westchester requires that your clients immediately deposit with Westchester additional collateral in the amount of the Award of Arbitrator.

We ask that you inform your clients of Westchester's requests and that you inform me promptly of your clients' intentions.

Very truly yours,

COZEN O'CONNOR

*Robert Boote/alc*

By: Robert McL. Boote
RMB/alc

LEGAL\32447612\1

200 Four Falls Corporate Center   Suite 400   P.O. Box 800   West Conshohocken, PA 19428
610.941.5400   800.379.0695   610.941.0711 Fax   cozen.com