UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

   -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE C
COMPANY,

                Third-Party Plaintiff,

   -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

                Third-Party Defendants.
-----------------------------------------------------------------X

Case No. 16 CV 00420 (JBW)
(VMS) ECF Case

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Jaimie Fitzgerald of the law firm of Cozen O'Connor, located at 45 Broadway Atrium, Suite 1600, New York, New York 10006, hereby appears as counsel for Defendant/Third-Party Plaintiff WESTCHESTER FIRE INSURANCE COMPANY in the above matter and requests that all papers and pleadings be served on her.

Dated: New York, New York
       January 14, 2019

Respectfully submitted,

  /s/ Jaimie Fitzgerald
COZEN O'CONNOR
Jaimie Fitzgerald
45 Broadway Atrium, Suite 1600
New York, New York 10006
(212) 453-3814
jfitzgerald@cozen.com

To all parties via ECF

LEGAL\39606766\1