

February 4, 2019

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax       646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A-South Wing
Brooklyn, NY 11201
Court

Re:   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.*
        Case No.: 1-16-cv-00420-JBW-VMS

Dear Judge Scanlon:

   We represent Westchester Fire Insurance Company ("Westchester").  As per this Court's January 29, 2019 Scheduling Order, Westchester's response to Glasswall's motion at Dkt. No. 141 is due tomorrow, February 5, 2019.  Due to unanticipated conflicts, we respectfully request a one-week extension of the deadline to February 12, 2019.  Counsel for Glasswall, LLC, Jim Cinque, Esq. has consented to extension.  We have made no previous such requests, and this extension would not affect other scheduled dates.

Respectfully,

COZEN O'CONNOR

*/s/ John J. Sullivan*

By: John J. Sullivan