# Exhibit 2

*Dernier Direct 4/23/13*

JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506


RECEIVED
APR 23 2013

APR 22, 2013
OUR L/C NO.: TFTS-319325

AMENDMENT NO.: 2

TO:                                          APPLICANT:
WESTCHESTER FIRE INSURANCE COMPANY           GLASSWALL, LLC
ATTN: COLLATERAL MANAGER                     701 BRICKELL AVENUE
436 WALNUT STREET                            SUITE 3150
PHILADELPHIA, PA 19106                       MIAMI, FL 33131

IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE REFERENCED STANDBY
LETTER OF CREDIT HAS BEEN AMENDED AS FOLLOWS:

RECEIVER'S REFERENCE:          NONREF

L/C INCREASED BY:              USD237,500.00

THE AVAILABLE AMOUNT OF THIS LETTER OF CREDIT AFTER GIVING EFFECT TO THIS
AMENDMENT IS USD1,587,500.00.

ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

AUTHORIZED SIGNATURE

173131 Susan Purvis                                          Page 1 of 1



JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506

FEB 27, 2013

L/C NO.: TFTS-319325          ITEM NO: 0002

TO:
WESTCHESTER FIRE INSURANCE COMPANY
ATTN: COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA, PA 19106

RECEIVED
FEB 2 8 2013
A...

RE: AMENDMENT NO. 2

APPLICANT:
GLASSWALL, LLC
701 BRICKELL AVENUE, SUITE 3150
MIAMI, FL 33131

IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE REFERENCED STANDBY
LETTER OF CREDIT HAS BEEN AMENDED AS FOLLOWS:

PARAGRAPH FOUR IS DELETED AND REPLACED WITH THE FOLLOWING:

QUOTE
THIS LETTER OF CREDIT WILL BE AUTOMATICALLY  EXTENDED  FOR A ONE (1) YEAR
PERIOD UPON THE EXPIRATION DATE SET FORTH ABOVE AND UPON EACH ANNIVERSARY
OF SUCH DATE, UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO SUCH EXPIRATION
DATE, OR PRIOR TO ANY ANNIVERSARY OF SUCH DATE, WE SEND NOTICE  BOTH TO
YOU AND OUR CLIENT IN WRITING BY REGISTERED MAIL OR OVERNIGHT COURIER
SERVICES THAT WE ELECT NOT TO SO EXTEND  THIS LETTER OF CREDIT.

JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506

FEB 27, 2013

L/C NO.: TFTS-319325                    ITEM NO: 0002


TO:
WESTCHESTER FIRE INSURANCE COMPANY
ATTN: COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA, PA 19106

UNQUOTE
  ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

_____
AUTHORIZED SIGNATURE

JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506

FEB 13, 2013
OUR L/C NO.: TFTS-319325

IRREVOCABLE LETTER OF CREDIT NO. TFTS-319325

BENEFICIARY:
WESTCHESTER FIRE INSURANCE COMPANY
ATTENTION:   COLLATERAL MANAGER
436 WALNUT STREET,
PHILADELPHIA, PA 19106



APPLICANT:
GLASSWALL, LLC
701 BRICKELL AVENUE, SUITE 3150
MIAMI, FL 33131

BY ORDER OF OUR CLIENT, GLASSWALL, LLC, WE HEREBY ESTABLISH THIS
IRREVOCABLE LETTER OF CREDIT NO. TFTS-319325 IN YOUR FAVOR FOR AN AMOUNT
UP TO BUT NOT EXCEEDING THE AGGREGATE SUM OF USD1,350,000.00 (ONE MILLION
THREE HUNDRED FIFTY THOUSAND AND 00/100 UNITED STATES DOLLARS), EFFECTIVE
IMMEDIATELY, AND EXPIRING AT THE OFFICES OF THE BANK ON FEBRUARY 28, 2014
UNLESS EXTENDED AS HEREINAFTER PROVIDED.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF THE
NAMED BENEFICIARY INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR,
REHABILITATOR, RECEIVER OR CONSERVATOR.

FUNDS UNDER THIS LETTER OF CREDIT ARE AVAILABLE TO YOU AGAINST YOUR SIGHT
DRAFT(S), DRAWN ON US, BEARING THE CLAUSE "DRAWN UNDER JPMORGAN CHASE BANK
LETTER OF CREDIT NO. TFTS-319325".

THIS LETTER OF CREDIT WILL BE AUTOMATICALLY  EXTENDED  FOR A ONE (1) YEAR
PERIOD UPON THE EXPIRATION DATE SET FORTH ABOVE AND UPON EACH ANNIVERSARY
OF SUCH DATE, UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO SUCH EXPIRATION
DATE, OR PRIOR TO ANY ANNIVERSARY OF SUCH DATE, WE SEND NOTICE  BOTH TO
YOU AND OUR CLIENT IN WRITING BY REGISTERED MAIL OR OVERNIGHT COURIER
SERVICES THAT WE ELECT NOT TO SO EXTEND  THIS LETTER OF CREDIT. HOWEVER IN
NO EVENT SHALL THIS LETTER OF CREDIT BE AUTOMATICALLY EXTENDED BEYOND THE
FINAL EXPIRY DATE OF FEBRUARY 28, 2015.

175611 Susan Purvis

Page 1 of 3

JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506

FEB 13, 2013
OUR L/C NO.: TFTS-319325

UPON RECEIPT BY YOU OF OUR NOTICE OF ELECTION NOT TO EXTEND  THIS LETTER
OF CREDIT, YOU MAY DRAW HEREUNDER BY YOUR SIGHT DRAFT(S) DRAWN ON US AND
BEARING THE CLAUSE "DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF CREDIT
NO. TFTS-319325".

THIS LETTER OF CREDIT SETS FORTH IN FULL THE TERMS OF OUR UNDERTAKING.
SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR AMPLIFIED BY
REFERENCE TO ANY DOCUMENT OR INSTRUMENT REFERRED TO HEREIN OR IN WHICH
THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF CREDIT
RELATES AND ANY SUCH REFERENCE SHALL  NOT BE DEEMED TO INCORPORATE HEREIN
BY REFERENCE ANY DOCUMENT OR INSTRUMENT.

ALL BANK CHARGES AND COMMISSIONS INCURRED IN THIS TRANSACTION ARE FOR THE
APPLICANT'S ACCOUNT.

WE HEREBY AGREE WITH THE DRAWERS AND ENDORSERS OF DRAFTS DRAWN UNDER AND
IN COMPLIANCE WITH THE TERMS OF THIS CREDIT THAT SUCH DRAFTS WILL BE DULY
HONORED UPON PRESENTATION TO THE DRAWEE. THE OBLIGATION OF JPMORGAN CHASE
BANK, N.A. UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION OF
JPMORGAN CHASE BANK,  N.A., AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT
WITH RESPECT THERETO.

EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS SUBJECT TO AND
GOVERNED BY THE LAWS OF THE STATE OF NEW YORK AND THE 2007 REVISION OF THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL
CHAMBER OF COMMERCE (PUBLICATION 600) AND, IN THE EVENT OF ANY CONFLICT,
THE LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES
DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 36 OF SAID

175611 Susan Purvis

JPMorgan Chase Bank, N.A.
Global Trade Services
131 South Dearborn, 5th Floor
Mail Code: IL1-0236
Chicago, IL 60603-5506

FEB 13, 2013
OUR L/C NO.: TFTS-319325

I.C.C. PUBLICATION, WE AGREE TO EFFECT PAYMENT IF THIS CREDIT IS DRAWN
AGAINST WITHIN 30 DAYS AFTER THE RESUMPTION OF BUSINESS.

_____
AUTHORIZED SIGNATURE

175611 Susan Purvis