LAW OFFICES

# CINQUE & CINQUE, P. C.

355 LEXINGTON AVENUE, 8TH FLOOR

NEW YORK, NEW YORK 10017*

ROBERT W. CINQUE  
JAMES P. CINQUE

MEMBERS OF NY & CA BARS

TELEPHONE: (212) 759-5515  
TELEFAX: (212) 759-7737  
E-MAIL: CINQUE845@aol.com

February 19, 2019

<u>VIA ECF</u>

Honorable Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, 1214 South  
Courtroom 13A-South Wing  
Brooklyn, New York  11201

    Re: **Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.**  
        Case No.:                        16 CIV. 00420 (JBW)(VMS)

Dear Judge Scanlon:

       We are the attorneys for third-party defendant Glasswall, LC and would like to briefly respond to a statement made by third-party plaintiff Westchester Fire Insurance Company on page 6 of the joint submission filed on Friday, to the effect that it wishes to file an "addendum" to its argument.

       In your January 29, 2019 Scheduling Order you requested that the parties submit their position with respect to two specified issues. There was no provision for submission of any reply papers. In Your February 4, 2019 Order you extended the date for this submission from February 8th to February 15th.

       On February 15th at 12:39 p.m I received third-party plaintiff's argument and three hours later I submitted Glasswall's argument, which did not attempt to reply to third-party plaintiff's position. Clearly third-party plaintiff seeks to submit reply papers which the Court did not order. Glasswall therefore objects to any reply by third-party plaintiff on these two specified issues.

                                                                Respectfully yours,

                                                             JAMES P. CINQUE

JPC:kp

cc: John J. Sullivan, Esq. (Via E-mail and ECF)