LAW OFFICES

# CINQUE & CINQUE, P.C.

355 LEXINGTON AVENUE, 8TH FLOOR

NEW YORK, NEW YORK 10017

ROBERT W. CINQUE  
JAMES P. CINQUE

TELEPHONE: (212) 759-5515  
E-MAIL: CINQUE845@aol.com

MEMBERS OF NY & CA BARS

August 20, 2019

<u>VIA ECF - Letter Motion</u>

Magistrate Judge Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

> Re: Monadnock Construction, Inc. v. Westchester Fire  
> Insurance Company v. Glasswall, LLC, et al.  
> Case No.:         16 CIV. 00420 (JBW)(VMS)

Dear Magistrate Judge Scanlon:

    We are the attorneys for third-party defendant Glasswall, LLC and are writing to request an adjournment of the September 5, 2019 conference you scheduled in Your August 8, 2019 Order.

    This is the first request for an adjournment. Counsel for third-party plaintiff Westchester Fire Insurance Company and third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo have consented to the adjournment. The reason for the request is that I had planned a vacation during the week of September 2nd and will be out of town the entire week.

    The following dates are acceptable to counsel for all parties: September 16th, September 17th, September 30th, October 1st, 2nd and 3rd.

Respectfully submitted,

*James P. Cinque* (signature)

JAMES P. CINQUE

JPC:kp

cc: John Sullivan, Esq. (Via ECF)  
    Joel Magolnick, Esq. (Via ECF)