UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,     Case No.: 16 CIV. 00420 (JBW)(VMS)
                                                                    ECF Case
               Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,
               Defendant.

---------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,
               Third-Party Plaintiff,      <u>RULE 7.1 STATEMENT</u>

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

               Third-Party Defendants.

---------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

DATED: NEW YORK, NEW YORK
           AUGUST 30, 2019                  CINQUE & CINQUE, P. C.

                                                        By: _____
                                                             James P. Cinque (JPC-3673)
                                                             Attorneys for Third-Party Defendant
                                                             Glasswall, LLC
                                                             355 Lexington Avenue, 8th Floor
                                                             New York, New York 10017
                                                            Telephone #: 212-759-5515
                                                            Email:     CINQUE845@aol.com