

Vizcaya Professional Building
3001 Southwest 3rd Avenue
Miami, Florida 33129

Tel: 305.285.2000
Fax: 305.285.5555
Toll Free: 888.893.5723
www.mm-pa.com

September 6, 2019

**By ECF Filing**
The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: ***Monadnock Construction, Inc. v. Westchester Fire Insurance Company, et. al.***
Case No. 1:16-cv-00420-JBW-VMS
Consented Request to Appear Telephonically at Status Hearing set for September 16, 2019 at 2:30 PM

Dear Judge Scanlon:

The undersigned represents Third-Party Defendants Ugo Colombo and Sara Jayne Kennedy Colombo in the above referenced matter. On August 21, 2019, an Order was entered rescheduling the September 5, 2019 Status Conference in this matter for September 16, 2019. The undersigned, who appeared *pro hac vice* in this matter, is based out of Miami, Florida, and unable to personally attend the Status Conference due to the press of other matters, including depositions, preparation for an evidentiary hearing on September 20, 2019 and a trial commencing on September 23, 2019.

The undersigned conferred with counsel for Third Party Defendant Glasswall, LLC, James Cinque, and counsel for Third-Party Plaintiff Westchester Fire Insurance Company, John J. Sullivan, who have consented to the relief requested herein.

Accordingly, the undersigned requests permission to appear telephonically at the Status Conference set for September 16, 2018.

Respectfully submitted,

**MARKO & MAGOLNICK, P.A.**

By: /s/Joel S. Magolnick
Joel S. Magolnick (FBN: 776068)
*Pro Hac Vice*
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: 305-285-2000
Email: magolnick@mm-pa.com

cc: John Joseph Sullivan (by ECF filing)
James P. Cinque (by ECF filing)