

December 5, 2019

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax       646-461-2073
jsullivan@cozen.com

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

> **Re:** *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

    We represent Westchester Fire Insurance Company. As I discussed with Chambers yesterday afternoon, I have an all-day deposition on December 9, 2019 under a court order. Accordingly, I request an adjournment of the Telephone Conference scheduled for that date in this matter. Counsel for Glasswall, LLC and for Ugo and Sara Jayne Kennedy Colombo consent to an adjournment. The parties are generally available for a Telephone Conference any date from December 10th through the 13th and December 17th through the 20th. As I understand it, afternoons are preferable for a Telephone Conference during this time because one of the parties has court hearings scheduled in the mornings for certain of those dates. I thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan