**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 12/11/19

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Insurance Co.</u>   Telephone Conference @ 2:30 PM

Civ.: 1:16-cv-00420-JBW-VMS

**ECF Recording in 13A South:**   ☑ Telephone Conference   ☐ In-person Conference

236-300

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference                    Date:        Time:
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☑ All discovery closes                 3/13/20

☐ Joint letter confirming discovery is concluded

☑ Summary judgment to be initiated     ☐ PMC letter ☑ Briefing  4/10/20

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                Date:        Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>Monadnock Construction, Inc. v. Westchester Fire Insurance Co.</u>   1:16-cv-00420-JBW-VMS
Date: <u>12/11/2019</u>

**Additional Orders:**

Westchester is in the process of making a production as to the Flintwall discovery.

Depositions will likely be taken in February.

Discovery will conclude mid-March.

Counsel are encouraged to continue settlement discussions.

Page 2 of 2