# Exhibit B

Case 1:16-cv-00420-ILG-VMS Document 163-2 Filed 01/29/20 Page 1 of 3 PageID #: 3804

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,
        Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.

------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO,

        Third-Party Defendants.

------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)(VMS)

ECF Case

NOTICE TO TAKE DEPOSITION
UPON ORAL EXAMINATION

      PLEASE TAKE NOTICE that pursuant to Rule 30, et. seq., of the Federal Rules of Civil Procedure third-party defendant Glasswall, LLC herein will take the testimony upon oral examination of third-party plaintiff Westchester Fire Insurance Company by an officer with knowledge of the facts before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the offices of Cinque & Cinque, P. C., 355 Lexington Avenue, 8th Floor, New York, New York 10017 on October 15, 2019 at 10:00 a.m.

That the said person to be examined is required to produce at such examination the following: all books, records and documents arising out of, relating to or concerning the issues tendered by the pleadings herein.

You are invited to attend and cross-examine.

DATED: NEW YORK, NEW YORK
         AUGUST 30, 2019

                                              CINQUE & CINQUE, P. C.

                                              By: _____
                                              James P. Cinque (JPC-3673)
                                              Attorneys for Third-Party Defendant
                                              Glasswall, LLC
                                              355 Lexington Avenue, 8th Floor
                                              New York, New York 10017
                                              Telephone #: 212-759-5515
                                              Email:     CINQUE845@aol.com

TO:    COZEN & O'CONNOR
        Attorneys for Westchester Fire Insurance Company
        277 Park Avenue
        New York, New York 10172
        Telephone: (212) 883-4900
        Telefax:   (212) 986-0604

        MARKO & MAGOLNICK, P.A.
        Attorneys for Ugo Colombo and Sara
        Jayne Kennedy Colombo
        3001 S.W. 3rd Avenue
        Miami, FL 33129
        Telephone: (305) 285-2000
        Telefax: (305) 285-5555