

February 4, 2020

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

Re:   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* Case No.: 1-16-cv-00420-JBW-VMS

Dear Judge Scanlon:

     We represent Westchester Fire Insurance Company (Westchester").  As I discussed with Chambers this morning, we request that the Court set Friday, February 7, 2020, as the date by which Westchester may file its response to the Motion to Produce Documents and Locale of Deposition ("Letter Motion") filed by Glasswall, LLC ("Glasswall").  I was traveling and out of the office the night of Wednesday, January 29, 2020, when Glasswall filed its Letter Motion, and I only returned last night, with today being my first day back in the office.  I had previously alerted Glasswall's counsel, Mr. Cinque, that I would be traveling.  I will be able to file an opposition by Friday (I will be taking a deposition Thursday and am currently preparing for it).  This morning, I sent Glasswall's counsel, Mr. Cinque, an email requesting his consent to this request but have not yet heard back.  I know from Mr. Cinque, however, that he is also in depositions through Thursday.

     I thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan