# Exhibit C



cinque845@aol.com         Sullivan, John;  magolnick@mm-pa.com      2    8/30/2019

**Glasswall adv. Westchester Fire**

You forwarded this message on 10/2/2019 3:01 PM.

📎 8-30-19GlasswallWestchesterFireDepNot.pdf
70 KB

📎 8-30-19GlasswallWestchesterFireDocRequest.pdf
116 KB

**\*\*EXTERNAL SENDER\*\***

We are herewith serving upon you Glasswall's Notice to Take Deposition Upon Oral Examination and First Request for Production of Documents.

Sincerely,

Kathy A. Polak,
Assistant to J. Cinque

**PLEASE NOTE OUR NEW ADDRESS:**

CINQUE & CINQUE, P. C.
355 Lexington Avenue, 8th Floor
New York, New York 10017
Telephone: (212) 759-5515
E-mail: CINQUE845@aol.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.