LAW OFFICES

# CINQUE & CINQUE, P.C.

355 LEXINGTON AVENUE, 8TH FLOOR

NEW YORK, NEW YORK 10017

ROBERT W. CINQUE  
JAMES P. CINQUE

TELEPHONE:   (212) 759-5515  
E-MAIL: CINQUE845@aol.com

MEMBERS OF NY & CA BARS

May 5, 2020

<u>VIA ECF</u>

Magistrate Judge Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, 1214 South  
Brooklyn, New York 11201

>Re: Monadnock Construction, Inc. v. Westchester
>Fire Insurance Co.; Westchester Fire Insurance
>Company v. Glasswall, LLC, et al.
>   <u>Case No.: 16 CIV. 00420 (JBW)(VMS)</u>

Dear Magistrate Judge Scanlon:

    We are the attorneys for third-party defendant Glasswall, LLC and are writing to advise that Glasswall's motion for production of documents and appearance for deposition (Docket No. 163) has been partially resolved. The parties agreed to depose Westchester Fire in Philadelphia, and this deposition has been conducted. The issue of production of Westchester Fire's retainer agreement with counsel and complete copies of its counsel's time records remains unresolved.

                            Respectfully submitted,

                            /s/ James P. Cinque

JPC:kp                        JAMES P. CINQUE

cc: John Sullivan, Esq. (Via ECF)  
    Joel Magolnick, Esq. (Via ECF)  
    Stanley Kessler, Case Manager for Senior  
      U.S. District Judge I. Leo Glasser  
      (Via E-mail Transmission: stanley_kessler@nyed.uscourts.gov)