UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

    -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------X

WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

    -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

                Third-Party Defendants.
------------------------------------------------------------X

Case No.: 16 CIV. 00420
ECF Case

**STIPULATED ORDER ON
PRODUCTION OF
UNREDACTED RECORDS**

WHEREAS, third-party plaintiff Westchester Fire Insurance Company ("Westchester"),

in response to document requests by third-party defendant Glasswall, LLC ("Glasswall") has

produced documents, including attorney time and payment records ("Records"), that were

redacted due to attorney-client privilege, attorney work-product immunity or confidentiality;

WHEREAS, Glasswall made a letter request to the Court seeking an order that

Westchester produce unredacted Records; and

WHEREAS, to resolve this dispute so as to preserve Westchester's attorney-client

privilege and attorney work-product immunity while allowing the production of unredacted

Records, Westchester, Glasswall and third-party defendants, Ugo Colombo and Sara Jayne Kennedy Colombo (collectively, "Colombos") agree and stipulate as follows.

NOW THEREFORE IT IS STIPULATED AND ORDERED that;

1.      Westchester shall produce the Records without the redactions for attorney-client privilege and work-product immunity ("Unredacted Records");

2.      Glasswall, the Colombos and Westchester agree that Glasswall's production of the Unredacted Records shall not constitute a waiver of Westchester's attorney-client privilege and/or attorney work-product immunity; and

3.      If Glasswall, the Colombos and Westchester seek to use and file any Unredacted Records or any produced document marked Confidential, they shall seek to do so under seal in accordance with the Eastern District of New York's Steps for E-Filing Sealed Documents in Civil Cases.

DATED:          June 9, 2020

                                        COZEN & O'CONNOR


                                        By:____s/John J Sullivan_____

                                                John J. Sullivan
                                                45 Broadway, Suite 1600
                                                New York, NY 10006
                                                Telephone: 212-453-3729
                                                Fax: 646-461-2073
                                                JSullivan@cozen.com
                                                *Attorneys for Westchester*
                                                *Fire Insurance Company*

CINQUE & CINQUE, P. C.

By: _____

James P. Cinque, Esq.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Fax: (212)759-7737
*Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

By:_____

Joel Magolnick
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Fax: (305) 285-5555
*Attorneys for Ugo Colombo and*
*Sara Jayne Kennedy Colombo*

CINQUE & CINQUE, P. C.


By:_____


       James P. Cinque, Esq.
       845 Third Avenue, Suite 1400
       New York, New York 10022
       Telephone:  (212) 759-5515
       Fax:  (212)759-7737
       *Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.


By:_____


       Joel Magolnick
       3001 S.W. 3rd Avenue
       Miami, FL 33129
       Telephone:  (305) 285-2000
       Fax:  (305) 285-5555
       *Attorneys for Ugo Colombo and*
       *Sara Jayne Kennedy Colombo*

**IT IS SO ORDERED**

Date: June _____, 2020

_____
Hon. Vera M. Scanlon
United States Magistrate Judge