UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.
------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

        Third-Party Defendants.
------------------------------------------------------------X

Case No.: 16 CIV. 00420
ECF Case

**STIPULATED ORDER
IDENTIFYING MEDIATION
DATE AND MEDIATOR
AND EXTENDING STAY**

    WHEREAS, third-party plaintiff Westchester Fire Insurance Company, third-party defendant Glasswall, LLC, and third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo (collectively, "Parties") have entered into the Eastern District of New York's ("EDNY") Mediation Program to mediate the claims remaining in this Action;

    WHEREAS, the Parties have agreed to select Roger M. Deitz as the mediator from the EDNY Mediation Panel and hold a remote and/or telephonic mediation session on September 30, 2020; and

WHEREAS, the Parties would like to extend the stay of this Action to further enable the mediation.

NOW THEREFORE IT IS STIPULATED AND ORDERED that;

1. This Action and all deadlines therein are further stayed until October 9, 2020, pending the Parties September 30, 2020 mediation session under the EDNY's Mediation Program and any potential follow-up discussions; and

2. Once the mediation is completed, the Parties will so inform the Court. If the Parties agree to a negotiated settlement of all claims and defenses, they shall file a stipulation of dismissal. If the Parties do not agree to a negotiated settlement, they shall so inform the Court, and the Action will continue under a schedule set by the Court or stipulated to by the Parties.

DATED:   August 25, 2020

COZEN & O'CONNOR

By:   s/John J Sullivan

John J. Sullivan
45 Broadway, Suite 1600
New York, NY 10006
Telephone: 212-453-3729
Fax: 646-461-2073
JSullivan@cozen.com
*Attorneys for Westchester Fire Insurance Company*

CINQUE & CINQUE, P. C.

By: _____

James P. Cinque, Esq.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Fax: (212) 759-7737
*Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

By: _____

Joel Magolnick
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Fax: (305) 285-5555
*Attorneys for Ugo Colombo and
Sara Jayne Kennedy Colombo*

CINQUE & CINQUE, P. C.


By:_____

       James P. Cinque, Esq.
       845 Third Avenue, Suite 1400
       New York, New York 10022
       Telephone:  (212) 759-5515
       Fax:  (212)759-7737
       *Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

By:_____

       Joel Magolnick
       3001 S.W. 3rd Avenue
       Miami, FL 33129
       Telephone:  (305) 285-2000
       Fax:  (305) 285-5555
       *Attorneys for Ugo Colombo and*
       *Sara Jayne Kennedy Colombo*

**IT IS SO ORDERED**

Date: August _____, 2020                                    _____
                                                            Hon. Vera M. Scanlon
                                                            United States Magistrate Judge