UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

        Plaintiff,

  -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

        Defendant.
-------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

  -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

        Third-Party Defendants.
-------------------------------------------------------------X

Case No.: 16 CIV. 00420
ECF Case

**STIPULATED ORDER
EXTENDING STAY
TO SET ADJOURNED
MEDIATION DATE**

    WHEREAS, third-party plaintiff Westchester Fire Insurance Company, third-party defendant Glasswall, LLC, and third-party defendants Ugo Colombo and Sara Jayne Kennedy Colombo (collectively, "Parties") have entered into the Eastern District of New York's Mediation Program to mediate the claims remaining in this Action;

    WHEREAS, the Parties previously selected Roger M. Deitz as the mediator from the EDNY Mediation Panel and scheduled a September 30, 2020 mediation session;

    WHEREAS, the September 30, 2020 mediation session was postponed due to last-minute family-related issues for counsel to one of the Parties;

WHEREAS, given their schedules, the Parties are working to reschedule the mediation session for a date in late October or November; and

WHEREAS, the Parties would like to extend the stay of this Action to enable the adjourned mediation session.

NOW THEREFORE IT IS STIPULATED AND ORDERED that;

1. This Action and all deadlines therein are further stayed until December 1, 2020, to allow the Parties' mediation session, and any potential follow-up discussions, to occur in late October or November;

2. The Parties will inform the Court of the mediation date once it is set; and

3. After mediation is completed, the Parties will so inform the Court. If the Parties agree to a negotiated settlement of all claims and defenses, they shall file a stipulation of dismissal. If the Parties do not agree to a negotiated settlement, they shall so inform the Court, and the Action will continue under a schedule set by the Court or stipulated to by the Parties.

DATED:     October 9, 2020

COZEN & O'CONNOR

By:   s/John J Sullivan

John J. Sullivan
45 Broadway, Suite 1600
New York, NY 10006
Telephone: 212-453-3729
Fax: 646-461-2073
JSullivan@cozen.com
*Attorneys for Westchester
Fire Insurance Company*

CINQUE & CINQUE, P. C.

By: /s/ James P. Cinque

James P. Cinque, Esq.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Fax: (212) 759-7737
*Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

By: _____

Joel Magolnick
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Fax: (305) 285-5555
*Attorneys for Ugo Colombo and
Sara Jayne Kennedy Colombo*


**IT IS SO ORDERED**

Date: October _____, 2020

_____
Hon. Vera M. Scanlon
United States Magistrate Judge

                CINQUE & CINQUE, P. C.

By:_____

        James P. Cinque, Esq.
        845 Third Avenue, Suite 1400
        New York, New York 10022
        Telephone: (212) 759-5515
        Fax: (212)759-7737
        *Attorneys for Glasswall, LLC*


MARKO & MAGOLNICK, P.A.

By:_____
        Joel Magolnick
        3001 S.W. 3rd Avenue
        Miami, FL 33129
        Telephone: (305) 285-2000
        Fax: (305) 285-5555
        *Attorneys for Ugo Colombo and*
        *Sara Jayne Kennedy Colombo*

**IT IS SO ORDERED**

Date: October \_\_\_\_\_, 2020

                                              _____
                                              Hon. Vera M. Scanlon
                                              United States Magistrate Judge