

December 28, 2020

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:** *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo. The parties and the mediator, Roger M. Deitz, have set a new mediation date of January 22, 2021. This date replaces the previous date of September 30, 2020, which was adjourned due to a last-minute family issue of counsel for one of the parties. Given this new mediation date, the Parties respectfully request a further stay of the litigation through the end of January.

We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan