

April 5, 2021

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax       646-461-2073
jsullivan@cozen.com

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

Re:   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

    We represent Westchester Fire Insurance Company and provide this additional mediation status report, which is joined by counsel for Glasswall, LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  The parties held a mediation session with the mediator, Roger Deitz, on January 22, 2021.  Since then, the parties have held multiple additional and *ad hoc* calls to build on progress made during that first mediation session.  These discussions have narrowed the dispute to two or three remaining issues.  The parties expect to finish mediation within the next couple of weeks—certainly by the end of April—and intend to then update the Court on whether it was successful.

    We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan