

May 3, 2021

**VIA ECF**

John J. Sullivan
Direct Phone   212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:** ***Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

    We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  The mediator, Roger M. Deitz, is actively engaged with the parties in his continuing efforts to broker a settlement.  With the Court's indulgence, the parties will report back further on May 17, 2021, or earlier if either a settlement is reached or negotiations end.

    We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan