

May 17, 2021

**John J. Sullivan**

Direct Phone 212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:** *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo. The mediator, Roger M. Deitz, has brokered a settlement in principle among the parties, who are currently drafting a settlement agreement. While the parties have agreed that there will be no final settlement, and that no stipulation of dismissal will be filed, until a settlement agreement is finalized and executed by all parties, the parties are nonetheless optimistic that a final settlement agreement can be signed and a stipulation of dismissal filed within the next two to three weeks.

We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By: s/ John J. Sullivan