

June 18, 2021

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax       646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

Re:   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

    We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  A proposed settlement agreement incorporating terms from the mediator's proposal has been drafted and will soon be circulated among all parties.  The parties remain optimistic that a final settlement agreement can be signed within the next two to three weeks and that a stipulation of dismissal will then be filed in accordance with the mechanics of the settlement agreement.

    We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan