

July 16, 2021

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:**   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

    We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  The parties have been actively negotiating the language of a draft settlement agreement that has been circulated among the parties.  Those negotiations have narrowed considerably, and as of today the parties are focused on terms contained in one final clause.  If the parties reach agreement before the teleconference scheduled with the Court on Tuesday, July 20, 2021, we will inform the Court.

    We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan