

July 23, 2021

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax   646-461-2073
jsullivan@cozen.com

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:**   *Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* **Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

Joint Status Report on Mediation: We represent Westchester Fire Insurance Company ("Westchester") and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  The parties continue to negotiate the language of a draft settlement agreement and, in particular, continue to focus on the terms of one final clause.  If the parties reach agreement before the teleconference with the Court currently scheduled on Tuesday, July 27, 2021, we will inform the Court.

Westchester Request to Reschedule Teleconference.  Counsel for Westchester has a teleconference in Ohio federal court that has long been scheduled for Tuesday, July 27, 2021, at 2:30 p.m., the same time as the newly scheduled teleconference in this Action.  Accordingly, Westchester respectfully requests that this Court reschedule the teleconference for a different time or new date if at all possible.

We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan