

July 30, 2021

**John J. Sullivan**

Direct Phone   212-453-3729
Direct Fax       646-461-2073
jsullivan@cozen.com

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, NY 11201

**Re:**   ***Monadnock Construction, Inc. v. Westchester Fire Ins. Co./Westchester Fire Ins. Co. v. Glasswall, LLC, et al.,* Case No.: 1-16-cv-00420-JBW-VMS**

Dear Judge Scanlon:

We represent Westchester Fire Insurance Company and provide this status report on mediation, which is joined by counsel for Glasswall LLC, Ugo Colombo and Sara Jayne Kennedy Colombo.  While the parties continue to negotiate the language of a draft settlement agreement, to date the parties have been unable to reach agreement on the terms of one final clause.  If discussions fail or, instead, the parties reach agreement before the August 3, 2021 teleconference, we will so inform the Court.

We thank the Court for its consideration.

Respectfully,

COZEN O'CONNOR

By:    s/ John J. Sullivan