LAW OFFICES<br>
# C I N Q U E  &  C I N Q U E,  P. C.
355 LEXINGTON AVENUE, 8TH FLOOR<br>
NEW YORK, NEW YORK 10017

ROBERT W. CINQUE                                              TELEPHONE:  (212) 759-5515
JAMES P. CINQUE                                                 E-MAIL: CINQUE845@aol.com

MEMBERS OF NY & CA BARS

November 17, 2021

<u>VIA ECF</u>

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court for the Eastern
 District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A - South Wing
Brooklyn, New York 11201

      Re: Monadnock Construction, Inc. v. Westchester Fire Ins. Co./
           Westchester Fire Ins. Co. v. Glasswall, LLC, et al.
           <u>Case No.:     1-16-cv-00420-JBW-VMS</u>

Dear Judge Scanlon:

     We are the attorneys for Glasswall LLC and are writing to advise the court that the parties have executed a settlement agreement and are in the process of implementing payment and subsequent cancellation of the letter of credit. The parties will file a stipulation of dismissal once this process is completed.

                                          Respectfully yours,

                                          /s/ James P. Cinque

JPC:kp                                       JAMES P. CINQUE