UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONADNOCK CONSTRUCTION, INC.,

                Plaintiff,

           -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

           -against-

GLASSWALL, LLC, UGO COLOMBO, and
SARA JAYNE KENNEDY COLOMBO

                Third-Party Defendants.
------------------------------------------------------------X

Case No.: 16 CIV. 00420 (JBW)
ECF Case

**STIPULATION**

IT IS HEREBY stipulated and agreed, under Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by the only Parties remaining in this Action—specifically, Westchester Fire Insurance Company, Glasswall, LLC, Ugo Colombo, and Sara Jayne Kennedy Colombo (collectively, "**Parties**")—are dismissed as mooted by the Parties' Settlement Agreement.

Dated:  New York, New York
         November 9, 2021

COZEN O'CONNOR

By: /s/ John J. Sullivan

Attorneys for Westchester Fire Insurance Company
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telefax: (212) 986-0604


CINQUE & CINQUE, P.C.

By: _____
James P. Cinque, Esq.

Attorneys for Glasswall, LLC
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Telefax: (212)759-7737

By: *Joel Magolnick*
Joel Magolnick

Attorneys for Ugo Colombo and
Sara Jayne Kennedy Colombo
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Telefax: (305) 285-5555